AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of Massachusetts

Cosmedico Light, Inc.

V.

Light Sources, Inc.

**SUMMONS IN A CIVIL CASE**

CASE
05 10589 NMG

TO: (Name and address of Defendant)

Light Sources, Inc.
37 Robinson Road
Orange, Connecticut 06477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dale A. Malone
Banner & Witcoff, Ltd.
28 State Street, 28th Floor
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 3-25-05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>March 30, 2005 |
| NAME OF SERVER *(PRINT)*<br>Peter J. Criscuolo Jr. | TITLE<br>Connecticut State Marshal |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the third-party defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify):  On March 30, 2005, I served the within named defendant, Light Sources, Inc., by leaving with and in the hands of John J. Masucci, Controller, duly authorized to accept service.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $ 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 30, 2005
              *Date*

*Signature of Server*
PETER J. CRISCUOLO, JR
STATE MARSHAL NEW HAVEN COUNTY

15 Fawn RIdge Road
North Haven, CT 06473
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

