IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COSMEDICO LIGHT, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIGHT SOURCES, INC.,<br><br>　　　　Defendant. | Civil Action No. 05-CV-10589-NMG |

## LIGHT SOURCES' MOTION TO DISMISS, STAY OR TRANSFER TO THE FIRST-FILED FORUM

Defendant Light Sources, Inc. moves to dismiss this case, or in the alternative to transfer it to the District of Connecticut where a parallel, duplicative earlier-filed case, captioned <u>Light Sources, Inc. and Tan Systems, Inc. v. Cosmedico Light, Inc.</u>, CA No. 3:03 CV 874 (MRK), is pending.[1]

The grounds for this motion are set forth in the accompanying memorandum of law, declarations and exhibits thereto.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that counsel for Defendant attempted to consult with counsel for Plaintiff in a good faith effort to resolve or narrow the issues presented in this motion, but that this effort was unsuccessful.

---

[1] By agreement of counsel, Light Sources' deadline to answer or otherwise respond to Cosmedico's complaint was set at May 19, 2005.

- 2 -

## LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

LIGHT SOURCES, INC.,

By its counsel,

Dated: May 19, 2005            /s/ Michael N. Rader
                               Michael A. Albert, BBO #558566
                               malbert@wolfgreenfield.com
                               Michael N. Rader, BBO # 646990
                               mrader@wolfgreenfield.com
                               WOLF, GREENFIELD & SACKS, P.C.
                               600 Atlantic Ave.
                               Boston, MA 02210
                               (617) 646-8370

OF COUNSEL:

Arthur T. Fattibene
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
(203) 255-4400

- 2 -

-