IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COSMEDICO LIGHT, INC.,

                Plaintiff,

v.                                                            Civil Action No. 05-CV-10589-NMG

LIGHT SOURCES, INC.,

                Defendant.

## DECLARATION OF MICHAEL N. RADER

Michael N. Rader states as follows:

1.      I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiff

Photographic Illustrators Corp. ("PIC") in the above-captioned matter.

2.      Attached as Exhibit A hereto are declarations and exhibits filed in support of

Defendant's motion to dismiss, stay or transfer this case, numbered (starting with the prefix "A")

for convenience of reference.


Sworn to under the pains and penalties of perjury that the foregoing is true to the best of

my knowledge and belief.


Dated: May 19, 2005                          /s/ Michael N. Rader
                                             Michael N. Rader

MAY-11-2005  15:28      LIGHT SOURCES          2037955267    P.02
Case 1:05-cv-10589-NMG    Document 5-2    Filed 05/10/2005    Page 1 of 30
MAY-04-2005  18:00      FATTIBENE AND FATTIBENE

                                203 259 0033   P.02/09

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COSMEDICO LIGHT, INC.
                    **Plaintiff**

                                        Civil Action No.
          v.
                                        05 10589 (NMG)

LIGHT SOURCES, INC.
                    **Defendant**        May 4, 2005


## DECLARATION OF CHRISTIAN J. SAUSKA

I, CHRISTIAN J. SAUSKA, hereby declare that I am personally knowledgeable of the facts herein stated and that I am authorized to make this declaration on behalf of Light Sources, Inc., a Defendant in the above entitled action.

1. I am a principal and a director of Light Sources, Inc. (Light Sources), the Defendant in the above entitled action.

2. Light Sources is a prominent and well known manufacturer and seller of specialty type gas discharge lamps such as ultraviolet fluorescent sun tanning lamps, germicidal ultraviolet lamps, and various other highly specialized lighting lamps, having its principal offices

1

*A-5*

located in Orange, Connecticut.  Light Sources sells the
lamps it makes worldwide.

3.  Light Sources manufacturers several lines of gas
discharge lamps which Light Sources sells under its own
house brands or trademarks.  Light Sources also sells
tanning lamps to original equipment manufacturers (OEM)
customers, who in turn resell the same to the end user
under their own (OEM) house brands or trademarks.

4.  Plaintiff's, Cosmedico Light, Inc.'s (Cosmedico),
business is limited to only marketing and selling sun
tanning lamps under its own house brand or trademark
COSMOLUX or COSMEDICO.  Cosmedico does not manufacture any
of the lamps it sells.  The lamps which Cosmedico sells
under its house brand COSMEDICO or COSMOLUX, to Light
Sources' best information, are manufactured by Osram
Sylvania.

5.  To my knowledge, Cosmedico has never used the
alleged mark VHR per se to indicate source of origin on any
lamp it markets.  Cosmedico, to my best information, always
uses the letters VHR in combination with the mark COSMOLUX,
e.g. COSMOLUX VHR; wherein VHR letters are used to describe
the associated lamp characteristic as having a very high
power output with a reflector to distinguish such lamp from

A-6

2

Cosmedico's COSMOLUX VLR having a lower power output lamp with a reflector. See attached Exhibit 1.

6. To my knowledge, Cosmedico has always applied the letters VHR in conjunction with the term COSMOLUX as indicated in attached Exhibit 1, which is a prominent advertisement that has been frequently published by Cosmedico. Cosmedico has unlawfully applied the symbol ® to indicate that the VHR mark was allegedly registered, as shown indicated in Exhibit 1, before the granting of the VHR Registration No. 2,214,649 that occurred on December 30, 1997.

7. Attached hereto as Exhibit 2 is Cosmedico's own published compatibility charts and User Instruction sheets, which is an FDA requirement, showing that Cosmedico's allegedly registered VHR trademark is always used in conjunction with the Cosmedico house mark COSMOLUX that Cosmedico uses for indicating origin of source.

8. To my knowledge, Cosmedico has never used the mark VHR per se apart from the term COSMOLUX as a trademark to indicate origin of source, i.e., in a trademark sense.

9. Prior to the registration of the VHR mark to Cosmedico, the mark VHR was widely used by others throughout the sun tanning industry for years to describe a

3

*A-7*

particular class of a high powered reflector sun tanning lamp for optimizing the lamp's sun tanning efficiencies.

10. The letters VHR, because of such use within the sun tanning industry, have become a widely known and understood acronym throughout the sun tanning industry to mean any fluorescent sun tanning lamp considered to have a very high output (power) and a reflector capable of increasing the intensity of the rays emanating from the non-reflector portion of such lamp so as to optimize such lamp's sun tanning abilities.

11. The use of the letters VHR alone are incapable of functioning as a trademark for indicating source of origin in view of the widely accepted use and meaning of the acronym VHR to those in the sun tanning industry.

12. Numerous manufacturers and sellers of tanning beds and sun tanning lamps are using the acronym VHR for describing the functions and/or physical attributes of the associated tanning beds and/or tanning lamps.

13. Attached herein as Exhibits 3 to 11 are only a few of the available published ads and/or articles to illustrate that the acronym VHR is used throughout the sun tanning industry to describe or define the physical attributes and abilities of the associated tanning lamps or

*A-B*

tanning beds, and not as a trademark for indicating origin
of source.

14.  Cosmedico, at all times, relies upon the term
COSMOLUX to indicate origin of source.  The letter markings
VHR or VLR used in conjunction with the COSMOLUX house
brand or trademark is to differentiate the functional
physical characteristics or distinctions of one model from
the other, i.e. as a grade indicator, and not for
indicating origin of source.

15.  Light Sources first used the letter marking "THR"
and "TLR" occurred on or about January 2002 when Light
Sources commenced the manufacture and sale of the
TurbOPower brand lamps which were exclusively made and
OEM'd for Tan Systems.

16.  The THR and TLR designation used by Light Sources
on the TurbOPower brand lamps Light Sources OEM'd to Tan
Systems was to distinguish the TurbOPower high power (THR
160 watt lamps) from the TurboPower lower powered (TLR 100
watt lamps).  These markings were etched on each such lamp
Light Sources sold to Tan Systems.  The etching also
clearly identified Light Sources as the manufacturer.  The
packing labels clearly indicated Tan Systems as the
exclusive distributor.

*A-9*

17.  Since using the THR and TLR markings as part of a
model number description imprinted on the tanning lamps
which were exclusively sold to Tan Systems, Light Sources
has never encountered a single instance of any actual
confusion between the lamps Light Sources OEM'd to Tan
Systems, which Tan Systems in turn resold to the consuming
public, within the sun tanning industry, with any of the
lamps Cosmedico sold under its alleged trademark COSMOLUX
VHR or COSMOLUX VLR.  To my knowledge, Cosmedico never used
the marking VHR or VLR alone to indicate origin of source.
To my knowledge, Cosmedico at all times used VHR or VLR in
conjunction with COSMOLUX as a composite word and design
mark wherein the acronym VHR and VLR described the physical
and functional difference in the associated lamp.

18.  Neither Light Sources nor Tan Systems has ever
used the mark COSMOLUX and/or any other asserted trademark
on any lamp made or sold by Light Sources.

19.  The purchasers of Light Sources' lamps or any
tanning lamps are very sophisticated buyers.  The nature of
the sun tanning industry is such that the person operating
a sun tanning salon has to be extremely careful in
selecting the properly powered lamp that will function in
any given tanning bed so as to ensure that their clientele
is not overexposed or harmed in any way.  Overexposure to

A-10

ultraviolet rays can be very dangerous.  For this reason,
the industry is subject to FDA rules and regulations.

20.  Cosmedico was not the first entity to use the
acronym VHR for tanning lamps as used in the sun tanning
industry.

21.  To my knowledge, Dr. Muller's company, QMD Co.,
Inc., used the term VHR to designate the physical or
functional characteristic of those tanning lamps capable of
controlling the ratio between the UVB and UVA components of
UV light, and where these two factors fall within their
spectrum on the nanometer scale, long before Cosmedico's
alleged first use of the VHR mark in December 1994, as
stated in Cosmedico's trademark registration No. 2,124,656
for the mark VHR in suit.  Attached Exhibit 12 is a copy of
Dr. Muller's QDM Company's publication, published prior to
August 2, 1994, showing the use of the term VHR long before
Cosmedico's alleged date of first use.

22.  Cosmedico had to be aware of the widespread use
of the acronym VHR throughout the sun tanning industry
prior to applying for and securing the registration for the
VHR mark.

23.  Acronyms such as VHO, HO, VHR and HP are commonly
used and well known acronyms in the tanning industry to
describe the physical characteristics of such lamps, rather

A-11

than indicating origin of source.  Reference is made to *The Bible of Indoor Tanning* attached hereto as Exhibit 13.

24.  Light Sources model numbers such as FR71TR12THR-160; FR71T12TLR-100, and FR71/VHO(with an R in the O)/HP, (as shown in attached Exhibit 14) which Cosmedico asserts infringes Cosmedico's VHR trademark, are in accordance with the established industry's standard code practice for identifying and describing the physical characteristics of lamps so marked as noted in *The Bible of Indoor Tanning* on page 74, attached hereto as Exhibit 13.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code.

Light Sources, Inc.

By _____
Christian J. Sauska,
Director

Dated: May    , 2005

8

*A-12*



A-13

EXHIBIT
1



**COSMEDICO**

licht zum Wohlfühlen

www.cosmedico.com

COMPATIBILITY CHART
& USER INSTRUCTIONS

Updated 1 November 2007

> **DANGER – ULTRAVIOLET RADIATION. COSMEDICO® LIGHT, INC. REPLACEMENT LAMPS IN COMPLIANCE WITH FEDERAL STANDARD 21 CFR 1040.20 (FULLY DOCUMENTED AND SUBMITTED AS TO SUBSTANTIAL EQUIVALENCY).**

TO REPLACE ONE OF THESE...                    USE THE COMPATIBLE COSMEDICO® LAMP

| MANUFCTR. | LAMP TYPE(S) | LAMP CODE | FORMAT | COSMEDICO® LAMP | LAMP # | LAMP CODE | FORMAT | HOURS |
|---|---|---|---|---|---|---|---|---|
| Cosmedico | CosmoLux® VHR® 16160 | FR71 160w | FR71 BP | CosmoLux® VHR® TT | 16169 | FR71 160w | FR71 BP | 800 hrs |
| | | | | CosmoLux® VHR® 200/1.8 | 16218 | FR71 200w | FR71 BP | 600 hrs |
| | | | | CosmoLux® VHR® TT 200/1.8 | 16318 | FR71 200w | FR71 BP | 600 hrs |
| Cosmedico | CosmoLux® VHR® 16150 | FR59 140w | FR59 BP | CosmoLux® VHR® TT | 16112 | FR59 140w | FR59 BP | 800 hrs |
| Cosmedico | CosmoLux® VHR® 200/1.8 16218 | FR71 200w | FR71 BP | CosmoLux® VHR® TT 200/1.8 | 16318 | FR71 200w | FR71 BP | 600 hrs |
| | | | | CosmoLux® VHR® | 16169 | FR71 160w | FR71 BP | 800 hrs |
| | | | | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs |
| Cosmedico | CosmoLux® VLR 18810 | FR71 100w | FR71 BP | CosmoLux® VLR TI | 15212 | FR71 100w | FR71 BP | 800 hrs |
| Cosmedico | CosmoLux® VLR 18790 | FR59 80w | FR59 BP | CosmoLux® VLR TI | 15211 | FR59 80w | FR59 BP | 800 hrs |
| Cosmedico | Goldarium SP 11305 | SA1-12-100w | F71 BP | CosmoSun™ 520 | 10158 | F71 100w | F71 BP | 500 hrs |
| Cosmedico | Goldarium SP 11306 | F73 T12/RDC | F73 RDC | CosmoSun™ 520 | 10159 | F73 100w | F73 RDC | 500 hrs |
| CMC/SunCapsule | Instantan XL/VHO 7.9 | 160w | F72 BP | HI-TAN® BY COSMEDICO | 16172 | F72 160w | F72 RDC | 800 hrs |
| Dr. Mueller | QDM VHP/R | 160w | FR71 BP | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs |
| | | | | CosmoLux® VHR® TT | 16169 | FR71 160w | FR71 BP | 800 hrs |
| KattaSun | B14 RAPID | 80w | FR59 BP | CosmoLux® VLR | 18790 | FR59 80w | FR59 BP | 800 hrs |
| KattaSun | B14S RAPID | 80w | FR59 BP | CosmoLux® VLR | 18790 | FR59 80w | FR59 BP | 800 hrs |
| KattaSun | B14 RAPID | 100w | FR71 BP | CosmoLux® VLR | 18810 | FR71 100w | FR71 BP | 800 hrs |
| KattaSun | B14S RAPID | 100w | FR71 BP | CosmoLux® VLR | 18810 | FR71 100w | FR71 BP | 800 hrs |
| KattaSun | B14 RAPID | 140w | FR59 BP | CosmoLux® VHR® | 16150 | FR59 140w | FR59 BP | 800 hrs |
| KattaSun | B14S RAPID | 140w | FR59 BP | CosmoLux® VHR® | 16150 | FR59 140w | FR59 BP | 800 hrs |
| KattaSun | B17 RAPID | 160w | FR71 BP | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs |
| KattaSun | B17S RAPID | 160w | FR71 BP | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs |
| KattaSun | B23S White | 160w | FR71 BP | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs |
| | | | | CosmoLux® VHR® TT | 16169 | FR71 160w | FR71 BP | 800 hrs |
| KattaSun | B23S White | 140w | FR59 BP | CosmoLux® VHR® | 16150 | FR59 140w | FR59 BP | 800 hrs |
| | | | | CosmoLux® VHR® TT | 16112 | FR59 140w | FR59 BP | 800 hrs |
| KattaSun | B23S White R | 100w | FR71 BP | CosmoLux® ESP/R | 15502 | FR71 100w | FR71 BP | 800 hrs |
| Light Sources | Brilliance 5.0 | 100w | F71 BP | CosmoSun 515 | 10153 | F71 100w | F71 BP | 800 hrs |
| Light Sources | Signature Series VHO/R | 160w | FR71 BP | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs |
| | | | | CosmoLux® VHR® TT | 16169 | FR71 160w | FR71 BP | 800 hrs |
| Light Sources | Signature Series VHO/R | 140w | FR59 BP | CosmoLux® VHR® | 16150 | FR59 140w | FR59 BP | 800 hrs |
| | | | | CosmoLux® VHR® TT | 16112 | FR59 140w | FR59 BP | 800 hrs |
| LSI/ETS | MegaVoltage Plus R | 160w | FR71 BP | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs |
| Philips | Cleo UVA | 100w | F71 BP | CosmoLux® UVA Plus | 10200 | A1-11-100w | F71 BP | 500 hrs |
| Philips | Cleo UVA | 80w | F59 BP | CosmoLux® UVA Plus | 10290 | A1-11-80w | F59 BP | 500 hrs |
| Philips | Cleo R-UVA | 100w | F71 BP | CosmoLux® RA Plus (also 15138) | 15500 | A1-14-100w | F71 BP | 500 hrs |
| Philips | Cleo R-UVA | 80w | F55 BP | CosmoLux® RA Plus (also 10888) | 15508 | A1-14-80w | F55 BP | 500 hrs |

CosmoLux®, CosmoStar®, Goldarium®, and Hi-Tan®, are registered trademarks of Cosmedico® Light, Inc. Cleo® is a registered trademark of Philips. Crystal Sun®, Crystal Sun L®, Crystal Sun R®, Bellarium S, Bellarium Plus®, and Bellarium VHO®, are registered trademarks of Wolff System Technology Corp. Diamond Sun® and Diamond Sun S® are registered trademarks of ETS, Inc. Ultralamp™ is a registered trademark of Sunbronze.

PREPARED BY DR. PETER BOCIONEK, COSMEDICO LICHT, GmbH, STUTTGART, GERMANY

Cosmedico Light, Inc.
233 Libbey Pkwy., Unit 2
Weymouth, MA 02189-3101

800-294-20.. TOLL FREE
781-331-05.. PHONE
781-331-4.5.. FAX

usa.marketing@cosmedico.com / EMAIL
http://www.cosmedico.com/

A-14

Page 1 of 5



EXHIBIT 2

00127



**COSMEDICO**
Licht zum Wohlfühlen
www.cosmedico.com

COMPATIBILITY CHART
& USER INSTRUCTIONS
(continued)

Updated 1 Novebmer, 2002

---

**DANGER – ULTRAVIOLET RADIATION. COSMEDICO® LIGHT, INC. REPLACEMENT LAMPS IN COMPLIANCE WITH FEDERAL STANDARD 21 CFR 1040.20 (FULLY DOCUMENTED AND SUBMITTED AS TO SUBSTANTIAL EQUIVALENCY).**

---

TO REPLACE ONE OF THESE…                     USE THE COMPATIBLE COSMEDICO® LAMP

| MANUFCTR. | LAMP TYPE(S) | LAMP CODE | FORMAT | COSMEDICO® LAMP | LAMP # | LAMP CODE | FORMAT | HOURS |
|---|---|---|---|---|---|---|---|---|
| Puretan | F73 Puretan S+ | 033.B-A-C.1000 | F73 RDC | CosmoLux® ESP | 12601 | 12601/100w | F73 RDC | 800 hrs. |
| Puretan | F71 Puretan S+ | 034.B.B-C.1000 | F71 BP | CosmoLux® ESP | 12600 | 12600/100w | F71 BP | 800 hrs. |
| Puretan | F59 Puretan S+ | 032.B.B1.1000 | F59 BP | CosmoLux® ESP | 12580 | 12580/80w | F59 BP | 800 hrs. |
| Puretan | Spectralarium VHO/R+ | 160w | FR71 BP | CosmoLux® VHR®<br>CosmoLux® VHR®TT | 16180<br>16169 | FR71 160w<br>FR71 160w | FR71 BP<br>FR71 BP | 800 hrs.<br>800 hrs. |
| Puretan | Spectralarium R+ | 100w | FR71 BP | CosmoLux® ESP/R | 15602 | FR71 00w | FR71 BP | 800 hrs. |
| Puretan | Spectralarium + | 100w | FR71 BP | CosmoSun™ 515 | 10153 | FR71 100w | F71 BP | 500 hrs. |
| Sonnenbraune | Bodyscan XXXR | 160w | FR71 BP | CosmoLux® VHR®TT | 16169 | FR71 160w | FR71 BP | 800 hrs. |
| Sonnenbraune | Bodyscan XXR | 160w | FR71 BP | CosmoLux® VHR® | 16180 | FR71 160w | FR71 BP | 800 hrs. |
| Sonnenbraune | Bodyscan XR | 100w | FR71 BP | CosmoLux® VLR | 18810 | FR71 100w | FR71 BP | 800 hrs. |
| Sun Ergoline | Genesis 170w RS VHO | 170w | FR72 RDC | CosmoLux® VHR® with RDC adaptors<br>CosmoLux® VHR®TT with RDC adaptors | 16180<br>16169 | FR71 160w<br>FR71 160w | FR71 BP<br>FR71 BP | 800 hrs.<br>800 hrs. |
| Sun Ergoline<br>Sun Ergoline | Genesis 105w 515<br>Genesis 105w Plus | 105w<br>105w | F71 BP<br>F71 BP | CosmoSun™ 515<br>CosmoSun™ 515 | 10153<br>10153 | F71 100w<br>F71 100w | F71 BP<br>F71 BP | 500 hrs.<br>500 hrs. |
| Sun Ergoline | Genesis 120w | 105w | F71 BP | CosmoSun™ 515 | 10153 | F71 100w | F71 BP | 500 hrs. |
| Sun Ergoline | Genesis 200w SHRX | 200w | FR72 RDC | CosmoLux® VHR® with RDC adaptors | 16180 | FR71 160w | FR71 BP | 800 hrs. |
| Sun Ergoline | Genesis 105w F73T12-HO-105w | 26993 | F73 RDC | CosmoLux® ESP | 12601 | 12601/100w | F73 RDC | 800 hrs. |
| Sun Ergoline | Genesis 105w plus F73T12-HO-105w | 36070 | F73 RDC | CosmoLux® ESP | 12601 | 12601/100w | F73 RDC | 800 hrs. |
| Sun Ergoline | Genesis 120w F73T12-HO-120w | 26974 | F73 RDC | CosmoLux® ESP | 12601 | 12601/100w | F73 RDC | 800 hrs. |
| Sun Ergoline | Genesis 105w F71T12-BP-105w | 36006 | F71 BP | CosmoLux® ESP | 12600 | 12600/100w | F71 BP | 800 hrs. |
| Sun Ergoline | Genesis 105w plus F71T12-BP-105w | 36071 | F71 BP | CosmoLux® ESP | 12600 | 12600/100w | F71 BP | 800 hrs. |
| Sun Ergoline | Genesis 105w plus F59T12-BP-105w | 36072 | F59 BP | CosmoLux® ESP | 12580 | 12580/80w | F59 BP | 800 hrs. |
| Sunbronze | 6.5 Ultralamp F73T12-HO-BL/65 | | F73 RDC | CosmoLux® ESP | 12601 | 12601/100w | F73 RDC | 800 hrs. |
| Sunbronze | 8.5 Ultralamp F71/T12/100w/BP | | F71 BP | HI-TAN® BY COSMEDICO | 10198 | F71 100w | F71 BP | 800 hrs. |
| Sunfit | Sunfit Professional XXL | 180w | FR 2.0M | CosmoLux® VHR® 180 2.0M | 16220 | FR2.0M 180w | FR 2.0M | 600 hrs. |
| Sunfit | Sunfit Professional VX | 160w | F71 BP | CosmoLux® VHO 160w | 16161 | FR71 160w | F71 BP | 800 hrs. |
| Sunfit | Sunfit Professional VRX | 160w | FR71 BP | CosmoLux® VHR®<br>CosmoLux® VHR® TT | 16180<br>16169 | FR71 160w<br>FR71 160w | FR71 BP<br>FR71 BP | 800 hrs.<br>800 hrs. |
| Sunfit | Sunfit Professional VRX | 140w | FR59 BP | CosmoLux® VHR® | 16150 | FR59 140w | FR59 BP | 800 hrs. |
| Sunfit | Sunfit Professional X | 100w | F71 BP | Goldarium® S® | 11305 | SA1-12-100w | F71 BP | 1000 hrs. |
| Sunfit | Sunfit RX-100w Longlife | 100w | FR71 BP | CosmoLux® VLR<br>CosmoLux® VLR-TT | 18810<br>15212 | FR71 100w<br>FR71 100w | FR71 BP<br>FR71 BP | 800 hrs.<br>800 hrs. |

---

CosmoLux®, CosmoStar®, Goldarium®, and Hi-Tan® are registered trademarks of Cosmedico® Light, Inc. Cleo® is a registered trademark of Philips. Crystal Sun®, Crystal Sun L®, Crystal Sun R®, Bellarium S®, Bellarium Plus®, and Bellarium VHO®, are registered trademarks of Wolff System Technology Corp. Diamond Sun® and Diamond Sun S® are registered trademarks of ETS, Inc. 8.5 Ultralamp® is a registered trademark of Sunbronze.

PREPARED BY DR. PETER BOCIONEK, COSMEDICO LICHT, GmbH, STUTTGART, GERMANY

Cosmedico Light, Inc.
233 Libbey Pkwy., Unit 2
Weymouth, MA 02189-3101

800-294-2336 / TOLL FREE
781-331-0949 / PHONE
781-331-4766 / FAX

usa.marketing@cosmedico.com / EMAIL
http://www.cosmedico.com/

A-15



## COSMEDICO®
Licht zum Wohlfühlen

COMPATIBILITY CHART
& USER INSTRUCTIONS
(continued)

www.cosmedico.com

Updated 1 November 2002

TO REPLACE ONE OF THESE...                 USE THE COMPATIBLE COSMEDICO® LAMP

| MANUFCTR. | LAMP TYPE(S) | LAMP CODE | FORMAT | COSMEDICO® LAMP | LAMP # | LAMP CODE | FORMAT | HOURS |
|---|---|---|---|---|---|---|---|---|
| Tan America | VIP Gold HO-Special Edition | HO-F73 | F73 RDC | CosmoLux® HO | 12601 | 12601/100w | F73 RDC | 800 hrs. |
| Tan America | VIP Gold HO-Special Edition | HO-F71 | F71 BP | CosmoLux® HO | 12600 | 12600/100w | F71 BP | 800 hrs. |
| Tan America | VIP Gold FR73 VHO ZXR | 160w | F73 RDC | CosmoLux® VHO with RDC adaptors CosmoLux® VHO 11 with RDC adaptors | 16180 16169 | FR71 160w FR71 160w | FR71 BP FR71 BP | 800 hrs. 800 hrs. |
| Tan America | VIP Gold HO/SE | 100w | F71 BP | CosmoSun™ HO | 10153 | F71 100w | F71 BP | 500 hrs. |
| Tan America | VIP Gold HQ ZXR | 100w | F71 BP | CosmoLux® VHO | 15602 | FR71 00w | FR71 BP | 800 hrs. |
| Vollarc | Genesis 170w RS/VHO | 170w | FR72 BP | CosmoLux® VHO with RDC adaptors CosmoLux® VHO 11 with RDC adaptors | 16180 16169 | FR71 160w FR71 160w | FR71 BP FR71 BP | 800 hrs. 800 hrs. |
| Vollarc | Genesis 200w SHRX | 200w | FR72 BP | CosmoLux® VHO with RDC adaptors | 16180 | FR71 160w | FR71 BP | 800 hrs. |
| Wolff System | Bellarium S | SA1-71-100w | F71 BP | Goldarium® S CosmoSun™ S | 11305 10158 | SA1-12-100w F71 100w | F71 BP F71 BP | 1000 hrs. 500 hrs. |
| Wolff System | Bellarium S | SA1-10-100w | F73 RDC | Goldarium® S CosmoSun™ S | 11306 10159 | F73 T12/RDC F73 RDC | F73 RDC F73 RDC | 1000 hrs. 500 hrs. |
| Wolff System | Bellarium S | SA1-F59-80w | F59 BP | Goldarium® S | 11282 | SA1-12-80w | F59 BP | 1000 hrs. |
| Wolff System | Bellarium Plus | SA2-71-100w | F71 BP | Goldarium® S | 11305 | SA12-100w | F71 BP | 1000 hrs. |
| Wolff System | Bellarium Plus | SA2-10-100w | F73 RDC | Goldarium® S | 11306 | F73 T12/RDC | F73 RDC | 1000 hrs. |
| Wolff System | Bellarium VHO | VH1-10-160w | F73 RDC | Goldarium® VHO | 16188 | F73 RDC RS 160w | F73 RDC | 800 hrs. |
| Wolff System | Bellarium VHO | VH1-10-160w | F731 BP | CosmoLux® VHO | 16161 | CA1-12-160w | F71 BP | 800 hrs. |
| Wolff System | Crystal Sun L | DA1-760-100w | F71 BP | CosmoLux® U.R. Plus | 10200 | A1-11-100w | F71 BP | 500 hrs. |
| Wolff System | Crystal Sun L | DA1-760-80w | F59 BP | CosmoLux® U.R. Plus | 10290 | A1-11-80w | F59 BP | 500 hrs. |
| Wolff System | Crystal Sun R | DA1-760-100w | F71 BP | CosmoLux® F.R. Plus | 15500 | A1-14-100w | F71 BP | 500 hrs. |
| Wolff System | Crystal Sun R | DA1-7609-80w | F59 BP | CosmoLux® F.R. Plus | 15508 | A1-14-80w | F59 BP | 500 hrs. |
| Wolff System | Crystal Sun S | DA1-763-100w | F71 BP | CosmoStar® Longlife | 12503 | NA1-12-100w | F71 BP | 1000 hrs. |
| Wolff System | Crystal Sun S | DA1-763-80w | F55 BP | CosmoStar® Longlife | 12482 | NA1-12-80w | F59 BP | 1000 hrs. |
| Wolff System | Diamond Sun S | DSS71-T12-100w | F71 BP | CosmoStar® Longlife | 12503 | NA1-12-100w | F71 BP | 1000 hrs. |
| Wolff System | Diamond Sun S | DSS59-T12-80w | F59 BP | CosmoStar® Longlife | 12482 | NA1-12-80w | F56 BP | 1000 hrs. |
| Wolff System | Diamond Sun S | DSS71-T12-100w | F71 BP | CosmoSun™ S | 10158 | F71 100w | F71 BP | 500 hrs. |
| Wolff System | Diamond Sun S | DSS73-T12-100w | F73 RDC | CosmoSun™ S | 10159 | F73 100w | F73 RDC | 500 hrs. |
| Wolff System | EuroSun S3 | ES3-71-100w | F71 BP | Goldarium® S | 11305 | SA1-12-100w | F71 BP | 1000 hrs. |
| Wolff System | EuroSun S3 | ES3-71-100w | F71 BP | CosmoSun™ S | 10158 | F71 100w | F71 BP | 500 hrs. |
| Wolff System | EuroSun S3 | ES3-73-100w | F73 RDC | CosmoSun™ S | 10159 | F73 100w | F73 RDC | 500 hrs. |
| Wolff System | Speed 175 | SPD71-T12-175 100w | F71 BP | Goldarium® S CosmoSun™ S | 11305 10158 | SA1-12-100w F71 100w | F71 BP F71 BP | 1000 hrs. 500 hrs. |
| Wolff System | Speed 205 | SPD71-T12-205 100w | F71 BP | Goldarium® S | 11305 | SA1-12-100w | F71 BP | 1000 hrs. |
| Wolff System | Speed 205 | SPD71-T12-205 100w | F71 BP | CosmoSun™ S | 10158 | F71 100w | F71 BP | 500 hrs. |
| Wolff System | Speed 225R | SPD71-T12-225R 100w | FR71 BP | CosmoLux® V.R | 18910 | FR71 100w | FR71 BP | 800 hrs. |
| Wolff System | Speed 325 VS-R | 160w | FR71 BP | CosmoLux® V.R. CosmoLux® V.R. 11 | 16180 16169 | FR71 160w FR71 160w | FR71 BP FR71 BP | 800 hrs. 800 hrs. |
| Wolff System | Velocity | VEL71-T12-100w | F71 BP | Goldarium® S CosmoSun™ S | 11305 10158 | SA1-12-100w F71 100w | F71 BP F71 BP | 1000 hrs. 500 hrs. |
| Wolff System | Velocity | VEL73-T12-1002 | F73 RDC | Goldarium® S CosmoSun™ S | 11306 10159 | SA1-12-100w F73 100w | F73 RDC F73 RDC | 1000 hrs. 500 hrs. |

CosmoLux®, CosmoStar®, Goldarium®, and Hi-Tan®, are registered trademarks of Cosmedico® Light, Inc. Clearlite is a registered trademark of Philips. Crystal Sun®, Crystal Sun L®, Crystal Sun R®, Bellarium S®, Bellarium Plus® and Bellarium VHO®, are registered trademarks of Wolff System Technology Corp. Diamond Sun S® and Diamond Sun S® are registered trademarks of ETS, Inc. & Ultralamp® is a registered trademark of Sunbronze.

PREPARED BY DR. PETER BOCIONEK, COSMEDICO LICHT, GmbH, STUTTGART, GERMANY

Cosmedico Light, Inc.
233 Libbey Pkwy., Unit 2
Weymouth, MA 02189-3101

800-294-2336 / TOLL FREE
781-331-0949 / PHONE
781-331-4766 / FAX

usa.werbung@cosmedico.com / EMAIL
http://www.cosmedico.com/

A-16



## Rating: Heavy Duty Commercial?

**Why do I need VHR in my salon?**

Consumers love and seek out new products. New is what they spend their money on. VHR is not only new, but gives the tanning customer what he or she craves the most... a faster, deeper, darker tan. VHR technology delivers that Caribbean TAN at the speed of light, taking your customers beyond their tanning plateaus.

Records show that tanning session prices are at an all-time low. This means decreased profits. The only way to increase tanning profits is to have a tanning bed that is more profitable. VHR beds demand higher session prices for the superior results customers achieve. Consumers will pay more for the best!

Yet, with the increase in salon competition, tanning prices are on an all-time low. This means decreased profits.

**What if I can't afford a VHR bed?**

You can't afford not to have a VHR bed, and with Tan Systems' unique leasing program we make it affordable. Give us a call and let us tell you how you can get a VHR bed.



## 5000 & 5002 FEATURES:

- •All Steel Construction
- •Easy Access Facial Tray
- •Facial unit comes standard w/ duo on/off facial switches
- •One Year Warranty
- •Remote Digital Timer
- •Turbo Body Fan

2480-2690 CFMS of Cooling Power

Electrical Specs:
220v single phase
2 hots, 1 ground
40 amp breaker

| Dimensions: | |
|---|---|
| Width | 37" |
| Length | 89" |
| Height Closed | 42" |
| Weight | 800 |

**Free VHR Marketing Kit With Each Purchase!**

## Call 1-800-999-8266 for Details

A-21

EXHIBIT 2



SUNLINER 8000 TURBO VHR

# The Sunliner 8000 Turbo VHR

As you know, each customer has a different tanning need. Those who want to get darker, will pay for it. Give them a choice. In tanning machines, give them more for their money. Give them our Sunliner VHR series. They will have a better tan than they ever imagined. And you will make more money, then you ever thought possible!

## Check Out These Features!

• **8000 Watts of Tanning Power.** Standard commercial beds have 2400 watts. The Turbo 8000 has almost four times that! The tanning results from 8000 watts of tanning power is absolutely unbelievable!

• **44 High Output and Very High Output Reflector Lamps!** Just the sheer number of lamps in this tanning bed makes it an impressive tanning machine. Not to mention the VHR lighting technology that sets it above the rest.

• 3090 CFMs Of Cooling Power

• **Elliptical Design with Close Body Proximity.** The standard Elliptical(tunnel) design of other VHR beds on the market today are lacking one important factor...the closer the lamps are to the body, the better the tan.

• **Two 1000 Watt Facial Lamps.** Most other VHR units have 800 watt facials, the Sunliner Turbo 8000 has true 1000 watt facials each with an individual on/off switch!

• **Easy Access Ballast Tray.** When you need to service and clean the components of your Turbo 8000, you will find it a breeze. No more two-man labor bills! No more struggling with assembling and disassembling your tanning bed to change a ballast.

• **Affordability.** Buy direct and save thousands! When you buy from the direct importer, you can own this quality equipment at thousands of dollars less!

• **One Year Warranty.** This is an honest to goodness, real warranty covering all major electrical components. In addition, the Sunliner does have a life-time warranty on the frame. We stock all parts for immediate response.

• **All Steel Frame.** Metal will last better longer and will hold up for the life of your part.

---

## Rating: Heavy Duty Commercial

**VHR (Very High Reflector)**
**Tanning Technology gives your customers the darkest tan yet!**

100 Watt
Tanning Lamp

160 Watt
Tanning Lamp

160 Watt VHR
Reflector Lamp

Indirective tanning rays
are not directly reflected

These reflective tanning rays
are directly reflected
to the tanning customer

---

Dr. Müller Kit With
Each Purchase!

**Electrical Specs:**
220 volts, 1 phase
2 hots, 1 ground
50 amp breakers,
#6 wire

**Dimensions:**
Width          57"
Length         89"
Height Open    49"
Height Closed  12"
Weight         900

A-22

The *Sundazzler* **VHR** utilizes a *single Capacitor* for each *Lamp* which ensures superior output over the competition's output system.........



EXHIBIT A-23
4

# Get Into a VHR ....

## and watch your Profits
## _Increase by_
## $10,000 - $30,000 per year!!!

---

### If You Charge $1.00 per Minute

| # of VHR Tans Per day(11min) | Gross $ per Month |
|:---:|:---:|
| 3 | $990.00!! |
| 5 | $1650.00!! |
| 10 | $3300.00!!! |

## Most of our VHRs are priced Under $8000.00!!!!

A-24

# Before you spend *thousands more* than you should for a VHR, get the Facts.......

## "More Lamps and bigger beds *Do not* Necessarily Mean a Better Tan"-

Contrary to popular belief, the truth of the matter is that bigger is not always better. In fact, bigger can sometimes mean less exposure!! The simple fact is that a 36- 46 lamp unit will completely cover your entire body. By adding more lamps to a unit, such as 55 or 60, you actually must increase the distance between the customer and lamps( In order to fit all of those lamps in there) which actually can decrease your exposure! "If this is true, then why are they telling me that a 55 lamp, 12000 watt unit is better that a 46 lamp 9600 watt?" The truth is in the price. Now they will get you to spend more; $14,000 instead of $10,000, for a unit that will not tan your customers any better, will not bring you any more revenue than a smaller unit( VHR tanning prices tend to be relatively consistent regardless of unit size), and will cost you more in electricity!!!!

## "If I buy my equipment by paying it off by the minute, I will only pay for what I use, and it will be cheaper than leasing or getting a loan, right?" Wrong!!

In most cases you will pay *more interest* and your monthly payments will be *more* if you pay by the minute than if you lease. To demonstrate this we will compare the " pay by the minute" with the worst possible leasing situation:

|  | Lease(Worst Case) | $ .50 Per Min(500Hours) |
|---|---|---|
| Original Purchase Price: | $7,400.00 | $10,000.00 |
| 10% Down | $  740.00 | $  1000.00 |
| 3 Years per Day Cost | $  10.26 | $  13.70 |
| 3 Year Monthly Cost | $  307.94 | $  416.00 |
| High Season Mon. Payments | $  307.94 | $  1000.00(2000min) |
| Low Season Mon. Payments | $  50.00 | $  150.00(300min) |
| 10% Contract Buyout | $  740.00 | $  1000.00 or balance |
| Total Price you will pay | $12,532.00 | $  16,480.00!!! |

*A-25*

# Before You Invest Any Money For a

# VHR........

| *Sundazzler VHR* | Competitor's VHR | *Sundazzler's* Advantages |
|---|---|---|
| Only **$7495.00!!** | $10,000-$17,000(2 year pay per minute contract) | Savings of $2500-$12,000!!! |
| **Steel and Aluminum Construction** | Plywood | Superior Strength & Durability!!! |
| _19_ Build-In Fans!! | 1 Fan | Superior Cooling which leads to Lamp Longevity!! |
| **Enclosed in Acrylics** | Wire Mesh | Heat is removed from Lamps, from Customer, Easier to Clean, Stays cleaner |
| **Ballast are Located in a Box separate from the Unit** | Ballast's located in plywood panels behind lamps | Heat is isolated from the tanning lamps, much easier ballast Access |
| **Utilizes 1 capacitor for every 1 Ballast & every 1 lamp** | Utalizes 1 capicitor for every _3 ballasts & 3 lamps_ (Lowers Production Costs) | Superior overall Lamp output & tanning ability!! (See Attached Sheet) |
| **$10,000-$30,000 in Additional Profits per year** | Same | Savings of $2500-$12,000 on Initial Purchase!!! |

## Get a _**Better Built**_ and _**Better Performing**_ Machine for Less!

A-26



**SUPER SUNDASH R40** *recognized leader of the Sup*

Call for your FREE Year 2000 Catalog
FREE *Special Edition* of SUN BUSINESS MA
1-800-643-0086, ext. 188  www.sunda

*EXHIBIT*

A-27



A-28



CSA
ETL

COME AND GET IT

# VHR 100 WATT
### AVAILABLE NOW IN THE
# SLIMLINE & MEGAMAX

### ABSOLUTELY
# THE HIGHEST RETURN
## ON YOUR INVESTMENT
### WITH
THEY'RE
# IN YOUR FACE

*MegaSvn*



# 1-800 229-7432

EXHIBIT
6
A-29

Circle Reader Service

## Hot Spot



# MegaSun Lets Its Tanning Bed Do the Talking...Literally

**Creator:**
MegaSun, Inc.
**Product:**
The MegaMax VHR Upgrade Bed—The World's First Talking Bed
**Outer Dimensions:**
80 inches long by 37 inches wide by 53 inches high, open
**Specs:**
32 160-watt VHR lamps with four-to-eight 400-watt facials
**For More Information:**
Call (800) 229-7432

The Megamax VHR Talking Tanning Bed from MegaSun, Inc.— a first in the indoor tanning industry — came about after a routine brainstorming session three years ago. President Ron Poe, Vice President of Marketing Paul Shadis and Vice President of Operations Linda Laspe were wondering what tanning in the 21st century will be like. After a few ideas were tossed out, the group found an answer.

"We were going through the five senses," Shadis said, "and when we got to 'auditory,' it hit us." That led to the concept of a bed that talks — saying what the salon owner programs it to say.

The bed is a powerful marketing tool for salon owners. It can be programmed to speak both before and after the session. For instance, the owner can record the message, "Don't forget to put on your eyewear," before the tanning session. After the session, the bed could say something like, "Be sure to check out our sale on swimwear before you leave." Essentially, the bed gives owners a 20-second commercial for their salon — a chance to remind customers about current specials or just thank them for doing business in their salon.

"When salon owners first see the bed," Shadis said, "they think it's interesting. And then they begin to realize how much the bed can do for them. What better time to make suggestions to the customer than when they're perfectly relaxed?"

Although it didn't take MegaSun long to come up with the concept, it took more than two years to develop the bed. Shadis said the company made sure the recording didn't sound crackly or as though it were coming through a tunnel. MegaSun worked with three engineers before they found the right technology and got a stereo sound with good, deep clarity.

The 32-lamp, 160-watt VHR Upgrade Bed comes with four-to-eight facials, and it commands up to $20 per session. And the "works in a drawer" system, MegaSun's one-panel easy service access, allows quick and simple maintenance and repairs. But the bed's main selling point is its "voice."

"What's great about the bed is that it is easy to change the message," Poe said. "You just press a button and record the new message. That's it."

Shadis said the bed is like having an extra employee in the salon.

"Sometimes the employees forget to ask the customer if they have their lotions," he said. "With this bed, you don't have to worry about that. You can just put in a message saying, 'Don't forget to buy your lotions.' It's that simple." •



*EXHIBIT 7*

A-30



## MegaSun Inc.

MegaSun has introduced the world's first Talking Tanning Bed. Company president Ron Poe said the Talking Tanning Bed is "like having an extra employee to market additional products to tanning salon customers in the most quiet and private time (and usually the most receptive): after their session has ended." The MegaMax 4 Facial 160-watt VHR Upgrade bed commands up to $20 per session. (MegaSun Inc., 2647 Locust, St. Louis, MO 63103; 800-229-7432.)

**Circle Reader Service No. 176**



## Acapulco Sun

Acapulco Sun has announced special Holiday Self-Tanning System gift packs for salons and beauty stores.

The gift pack includes: the 2-ounce Acapulco Bronze Self-Tanning Spray, a full-sized, 4.5-ounce bottle of the revolutionary Acapulco Bronze Immediate Self Tanning Lotion (which develops a deep, natural-looking tan in two to three hours), and the 8-ounce Loofah Body Scrub (which sloughs away winter-dry skin and primes the skin for tanning). The festively packaged System is priced at $17.50.

Acapulco Sun's complete Sun Care Es-

sentials System includes before-an, sunless tan, in-the-sun tan, and after-tan products. Acapulco Sun products are distributed through selected beauty salons, beauty stores, and tanning salons. (Acapulco Sun, 8383 Wilshire Blvd., Suite 1048, Beverly Hills, CA 90211; 800-310-2826; FAX: 213-658-9032.)

**Circle Reader Service No. 177**

## Set-N-Me-Free

The Solution Gel from Set-N-Me-Free Aloe Vera Products allows the addition of an inch-loss treatment to every facial performed.

Similar to the company's Aloe/Herb Body Wrap Solution, the Solution Gel does not need to be showered off afterward. Simply smooth the slimming gel over the client's body, snuggle the client into warm blankets, and continue the facial. Herbal penetration with "enzyme active" aloe vera moves toxins from the bulky fat cells to the inner lymph system through intercellular osmosis, creating the size loss. (Set-N-M-Free Aloe Vera Products, 19220 S.E. Stark, Portland, OR 97233; 800-221-9727; FAX: 503-669-9057.)

**Circle Reader Service No. 178**



## SonnenBräune Inc.

SonnenBräune has released a new product catalog featuring its new Miami Sun Collection.

The Miami Sun Collection, The Art of Tanning series, offers a totally new line of larger, high-tech European tanning beds. Features on the German-quality beds include up to 12 high-pressure facial tanners, air conditioning, and an adjustable, high power, thermostatically controlled air flow system that conforms to the body temperature. (SonnenBräune Inc., 6362 Battlefield Parkway, Suite 7, Ringgold, GA 30736; 800-829-6533; FAX: 706-937-5609.)

**Circle Reader Service No. 179**

## PC Marketing/Montego Bay

PC Marketing Inc. has announced a blow-out on many of its best-selling lotions and lamps. The limited-time specials include lotion products from California Tan

Hemotherapy, Body Drench, and Swedish Beauty.

PC Marketing has been loading its warehouse space with lotions and lamps for the coming year, creating a situation in which anything left over has got to go.

Many of the lotion specials are being created by the fact that popular lotion manufacturers make packaging changes each year, even in cases in which the products themselves have not been substantially changed. Salons that purchase the specially priced products now can sell them out before the new packaging hits the catalogs, PC Marketing officials point out.

PC Marketing also is offering special pricing on many items in its diverse line of lamps, which includes products from top manufacturers, such as Cosmedico, Light Sources, and Wolff System Technology. One of its most popular lamps is the Dynamo Plus line, introduced in early 1996. Salon owners should call for current lamp specials. (PC Marketing Inc., 1040 Wilt Ave., Ridgefield, NJ 07657; 800-FAST-TAN; FAX: 201-943-4234.)

**Circle Reader Service No. 180**



## Soakin' Up The Rays

The company's Sanibel Island Gold Tanning and Suncare product line includes SPF 8 and SPF 15 formulations, Accelerator Lotion, Accelerator Mist, and Sanibel Solar Oil. (Soakin' Up The Rays Inc., P.O. Box 2504, Lutz, FL 33549; 800-935-7625; FAX: 813-948-2552.)

**Circle Reader Service No. 181**

## ETS Inc.

ETS Inc. offers the Tantique line of tanning products, including: Wild Tanning Intensifier; Exotic Tanning Accelerator and Exotic Accelerator Spray Gel; Exotic Accel Gel; Exotic Dry Oil Mist; and Vitamin E & Aloe Tan Extender.

All Tantique products are water-based with a wildly tropical scent, and all contain a Biosine Complex formula to help the body maintain its natural oxidative

*EXHIBIT Q*    *A-31*



# Save Money Now!!

## Megamax VHR Talking Bed and MegaSun SlimLine beds on Sale Now

Now is the time to own what everyone in the industry is talking about
The MegaMax VHR Talking Tanning Bed at a price you can afford.

**HURRY!!!**
time is running out.
call now for details!

Featuring: 7368 Watts of Power, Eight 400 watt/duel facials, VHR 160 watt Reflector Lamps, Talking Tanning System, Solid Steel Frame, Works in a drawer, 20 minute session, Comfort Acrylic. ETL listed

Looking for a solid workhorse tanning bed in 24-32 lamps with up to 2 facials? Then the MegaSun Super Browner, featuring the famous Philips Professional Reflector Lamp may be the bed for you!





Featuring: 4000 watts ... sion, co...



EXHIBIT 9

CSA

A-32

EXHIBIT 9



# CYBER-DOME™

WOLFF SYSTEM

The World's First
High-Definition Tanning System!™

- Enhances melanin production
- Maximizes oxidation process
- The perfect balance of the UV-spectrum VHO-VHR-HO
- The most energy efficient/cost effective high performance tanning system in the world.

**Tanning To The Third Power®™**

A-30

**Call For Your Free Report On The Amazing CYBER-DOME from Sun Industries...It's '3' Tanning Systems In One!**

EXHIBIT    1-800-643-0086    A-34



- Hair Follicle

Layers of Epidermis

Melanocyte

## A New Age Dawns...
## CYBER-DOME: High-Definition Tanning

CYBER-DOME is the world's first *High-Definition Tanning System*. *High-Definition Tanning* occurs only when natural melanin production and oxidation are maximized through controlled, calculated exposures to high-performance (not high-pressure) sources of UVA & UVB.

These exposures, determined in accordance with individual skin types, allow more melanin to complete the migration to the surface of the skin. The presence of higher concentrations of melanin enhances and *'Highly Defines'* the effects of the oxidation process, thus providing the potential for a deep, dark, full-body tan.

Photometric testing and spectral analysis conducted by Sun's engineers determined that the environment needed to achieve *High-Definition Tanning* could only be produced through a revolutionary new process known as *Triangular UV-Wavelength Integration*.



*Through Triangular UV-Wavelength Integration, the tanning output of three (3), separate, high performance tanning lamps (VHO, VHR, HO) is interactively fused within the CYBER-DOME.*

## Triangular UV-Wavelength Integration: Tanning To The Third Power!

The Natural Tanning Process requires the effective use UVA & UVB. However the levels of each wavelen required to achieve *High-Definition Tanning* cannot achieved or produced through a single lamp. (If increase a lamp's UVA output, you decrease UVB out and vice versa.)

Through Triangular UV-Wavelength Integration tanning output of three (3), separate, high performance tanning lamps (VHO, VHR, HO) is interactively fu within the CYBER-DOME.



Top

Triangular UV-Wavelength Integration
*Patent Pending*

The Tanning lamps in the canopy or top of the CYBER DOME are arranged in a triangular stacked configurati The UV-wavelength of the VHR lamps (enhanced UV in the first tier is refracted or transmitted through VHO lamps (enhanced UVB) on the second t Simultaneously, the UV wavelength of the HO lan (standard high output) located in the base of the uni reflected upward.

The tanning output achieved is of such proportion a magnitude that it would be virtually impossible replicate via a single light source.



*The integration or blending of these three wavelengths within CYBER-DOME encapsulates the body in an interactive, Hi Definition Tanning environment.*

In fact, the UV-output is so powerful and the results dramatic, that the concept of Triangular UV-Wavelen Integration has been submitted to the United Sta Government and is pending patent approval.

*High-Definition Tanning* occurs only when the skin exposed to the precise levels of UVA & UVB generated the interactive tanning environment created within CYBER-DOME.

nothing but luxury at his salon, which has been open five months.

"We're the most expensive tanning salon around," said Brian Weinstein, who charges $35 per session. "If people come in here only wanting to know how much it costs, we tell them this probably isn't the place for them."

The average age of his customers is 30, and the average dual income is $75,000. They tend to be professionals, and he has even attracted some celebrities. Kevin Costner is a regular, as well as members of the Mighty Ducks hockey team and author Dean Koontz.

Weinstein believes that having a powerful, attractive bed has helped him gain customers.

"We have a lot of people come in who have never tanned before," he said. "You want a bed that is going to appeal to the public. Some who have tanned on a lesser bed are disappointed. It wasn't what they thought it was going to be.

"You also want a big bed," he added. "I'm 6-foot, 1-inch, and I wanted a bed that I wouldn't be compacted in. And performance is really important."

Customers have grown comfortable with indoor tanning, and now many of them want more.

"Not only has the salon owner grown more sophisticated, but now the consumer is more sophisticated," said Susan Miller, president of PC Marketing/Montego Bay. "Most people are looking for more features."

And salons without at least one high-performance bed or booth might notice their customers are heading elsewhere. Carla Yates of Sunsport sees the trend to luxury as positive.

"We have all se[...] in some of the newe[...] cause there is a m[...] high-end equipmen[...] performance and h[...] sion," she said. "I [...] shift toward high-e[...] lons that are doing [...] for the whole ind[...] price-cutting was c[...] aging things happe[...]

## Luxury Equipmen[...]

It's becoming o[...] salons will not sur[...] without at least one [...]

"If the salon [...] petition, they coul[...] with it," said G[...] of CMC/Sun C[...] pretty hard to fin[...]

[...]ing [...] self-contained [...] conditioning unit [...] adjustable [...] and [...] facial and [...] have custom features such as a cassette pla[...] prompt to let customers know when it is ti[...] [...] comfortable mattress [...]

### Puretan International Inc.
### Millennium 4

The Millennium [...]incorporates four lamp types [...] reflector lamps in the [...] VHO lamps, [...] phor lamps and 12 VHO [...] dial phosphor lamps in the canopy, and the high-pressure facials lamps [...] sessions allow [...] to make [...] $2,000 per month with a [...] lamp cost of $321-60[?].



### Tan America
### VIP Gold 3200

The bed features a fully adjustable air shower with air conditioning, an entertainment console with a JVC cassette and built-in speakers. The bed can generate as much additional reven[...] [...] tanning units, but there is no need to the facility.

### SonnenBraune
### Gold Limited Edition

[...] 4[...]0 watt VHO [...] 400 watt high-pres[...] tanning lamps [...] tanning [...] the bed offers [...] cooling comfort and economy [...]




### Ultrabronz America
### Eclipse 818

Three banks of high-pressure tanning lamps are angled for maximum tanning results. The bed also features a contoured mattress and ergonomic controls which bring comfort and control to the user.

### Sun Industries
### Cyberdome

The Cyberdome features triangular UVA wavelength interaction, which integrates the UVA wavelength with the [...] generating tanning lamps [...] VHO and HO [...] provides [...] definition tanning, while lowering [...] exposure acrylic. The operating cost per typical 20-minute session is [...] cents.



### Ultrasun
### Turbo 22,000

The bed has a 230 volt system, the standard in the U.S., while many other high-pressure beds require 380 volts. It also features an integrated body cooling system with three 800-CFM fans. The fixed canopy he[...]

### SunSport
### 2021 Model

This bed has 42 350-watt high-pressure lamps and 2000-CFM ex[...]haust body cooler fans. The bed [...]






*Information about this tanning e[...]
the manufacturers*





A-36



HO, VHO, VHR SYSTEMS

Complete
selelection of
LAMPS, LOTIONS,
& SUPPLIES
at the lowest prices!

Circle Reader Service No. 18

TAN AMERICA FACTORY
26660 Mercantile Drive, Suite A
Rancho Cordova, CA 95742

A-37



**Strike Gold**

## VIP Gold Series

**Three Models To Choose From:**

- All New 32 Lamp Model with VHR (160W Reflector) Top Canopy and HO (100W) Reflector or Non-Reflector Bottom Canopy. True 15 Minute Exposure Time

- 34 Lamp Model Features Reflector Lamps Top and Bottom. 20 Minute Exposure Time

- 30 Lamp Model is the Perfect HO System. 30 Minute Exposure Time

- Standard Features Include Air Shower, Air Conditioning Compatibility, Sound System, Press In-Peel Out Acrylics, Components In Easy-Slide Tray, 5-Year Limited Warranty

**800-350-2826**  *TanAmerica*

A-39

Circle Reader Service No. 164

# TanAmerica

# Sun Up

## FEATURES:

- Four specially welded panels assemble to a perfect circle

- Gold anodized aluminum will look new for years

- Custom molded, solid white royalite exterior will not chip, dent, peel or fade

- Each panel houses 12 staggered lamps to accommodate your tallest customer

- The high powered (statically balanced) fan is mounted on top, allowing hot air to be exhausted out of building and providing proper cooling to guarantee peak performance and longer lamp life

- Two ceiling speakers easily hook up to your existing sound system

- High quality polished aluminum reflectors maximize VHO or VHR lamp output

- Hand crafted in America for unparalleled quality, service and support



### SPECIFICATIONS
Height:                2' 6"
Outside Diameter:      48"
Inside Diameter:       34"
Lamp Requirements: 48
Electrical:
    1500 m           220 V. - 50 AMP

*A -40*

# QUARZLAMPENFABRIK DR.MÜLLER  QDM Co., Inc.



ORIGINAL
Dr. Müller

Design, manufacturing and marketing of medical and technical equipment for commercial and residential use. Solariums – Low & Hi-Pressure equipment for face & full body – Vibrarium – Hippolarium – HiD Quartz Lamps – Cosmetic, medical and special use – Ozone–O-Med – Equipment for treatment of circulatory disorders. An uncompromised search for excellence since 1926 enables us to deliver the most comprehensive guarantees and warranties. 70 years of computing in the design, setup and operation of Hi-Tech Tanning Centers worldwide.

## *Interesting thruths about Tanning & Reasons to invest in VHP*

*The factory has led the way in heliotherapy equipment since 1926
Please see chart enclosed about Dr. Müller through the years.*

*We actually manufacture quartz lights, specially designed for our maximum spectral irradiance and tanning efficiency curves. Remember, in the past and sometimes still today, uninformed sales people and salon owners do not understand the facts about UVA and UVB and the thruth about tanning efficiency and the nanometer scale. And how could they, when most dermatologists do not even know? In regards to questions on the UVB content in the quartz, there is no measurable UVB, And on UVB in the VHO and VHR lamps used in our VHP systems the answer is not simply X% of UVB, but the ratio between UVB and UVA and where these two factors fall within their spectrum on the nanometer scale. UVB goes from 280 - 320 (In Europe they measure from 280 - 315 which is why new importers to the U.S. often do not have the right information and can confuse buyers both regarding quartz and fluorecent lamp output.) UVA goes from 320 - 400 nanometers. And again, it is where the peaks lay that make the difference both in tanning efficiency and in if and what causes reddening of the skin. So in one sentence: It is not the % that is important, it is the ratio and where the UVA and UVB peaks fall on the nanometer scale.*

*The New VHP Systems are the first and so far only systems fully designed and produced from CAD/CAM computer programs for absolute maximum tanning efficency and gentleness to the skin in the shortest possible time for least exposure to the body and for maximum profits.*

*The VHP systems are geared towards the salons frequent tanners, the ones that comprise about 10% of the customer clientele that actually brings in about 25% of the gross revenues. The VHP systems are made to not only keep these frequent tanners before they move on to something better and more fun, but also to lure frequent tanners from surrounding stores and increase that precious frequent tanner % to 16-17% in order to be able to fully maximize the profit potential of the store and to be able to go through the off-season without losses or drastic drops in income. Remember that that these frequent tanners are discriminating customers that tan all year round, and they do not in any part of the*

*EXHIBIT 12*

*A - 41*

- 2 -

*VHP stands for Very High Performance systems. This means in tanning efficiency, customer satifaction, financial gain both in profit and as an investment and longevity and low maintenance. In other words, the most powerful ROI (return of investment) in the industry. See spreadsheet and chart enclosed for your perusal.*

*VHP systems use strickly 100 watt VHO and VHR lamps (140watt in 5' lamps), the output of which are 32 and 38 mw/cm2 respectively 7 " from the acrylic. No more obsolete 100watt lamps. In addition our special quartz facials and VHP Speed partial body tanners deliver up to 350 mw/cm2.*

*There are only three reasons to buy QDM VHP systems:*

1.   *Eliminate the competition*
2.   *Keep the competition, new or old, at bay*
3.   *Double the price of a tan*

*If you are not interested in the above, do not invest in VHP systems.*

*What we have to offer in a nutshell:*

- *70 years of expertise in the the field of heliotherapy*
- *15 years of experience in the building, setup, marketing and running of tanning centers in the USA coast to coast. Complete blueprints to follow.*
- *Most tanning effiem line of tanning systems in the world, from 31 milliwatts per square centimeter to 350 mw/cm2.*
- *Most extensive warranties: life time on structure, 5 years on electrical.*
- *Most extensive Product Liability coverage with one of the worlds largest insurance companies - Allianz, with proof to back it up.*
- *Extensive help in the design and buildout of Electrical and A/C.*
- *The most powerful business management software in the world including the StarCard function for large stores and chains.*
- *And most important - we can tell you what you should not do.*

*At QDM Quality doesn't just happen and we give you more tans per hour, more dollars per tan - and the competitions business.*

*We welcome customers both in our offices in San Francisco or at the factory with a guided tour that can show customers how machines are built and how quartz lights are manufactured.*

A-42

*At QDM, we dare to compare.*

# Dr. Müller Very High Performance Equipment
## VHP



4000watts/ VHR Power
(25 x 160 watt lamps)

4000watt
Dr. M  VHP Quartz
(4 x 1000watt Quartz)

3000watt/VHO Power
(19 x 160 watt lamps)

SuperCooling 1500m3/hr

## Easily The Most Powerful Equation:

VHP Equipment  +  Breeze Advantage Plus  =
More Tans per Hour  +  More Dollars per Tan  =
More Gross Profit

Long Carefree Life  +  Low Maintenance  =
Lower Overhead

———

And the Competitions Business

None Tans Better

A - 43




# THE BIBLE

## OF

# INDOOR TANNING

### The complete How-To Manual for starting
### and operating a successful tanning salon



EXHIBIT
13

A-44

# THE BIBLE

# OF

# INDOOR TANNING

## 3RD EDITION

### FRANK R. DARLING

A-45

Except where noted, no other part of this book may be reproduced by any mechanical, photographic or electronic process or otherwise copied without the written consent of the publisher.

The materials presented herein are based on the opinion and experience of the author. While these methods, concepts, and techniques have proven to be successful in the past, there is no assurance they will provide similar results in the future. The recommendations, procedures, and strategies outlined in this book may not be suitable for all tanning businesses. Other factors such as national and local economies, weather, competition, and public perception of tanning can greatly alter results, therefore, no warranties of any kind are expressed or implied. At the time of printing, many states and the F.D.A. are in the process of developing new guidelines for the indoor tanning industry which may be in conflict with certain policies and procedures recommended in this manual. Should such conflicts arise, prevailing laws and regulations supersede any material contained herein.

**Copyright © 1999**
**SUNWEST PUBLISHING**
**(800) 333-8433**

**All Rights Reserved**

A - 46

# FORWARD

The original Bible of Indoor Tanning was published in 1989. It was the industry's first "how-to" manual and met with immediate success. The Bible has been used as a training guide by several educational organizations within the tanning industry, as well as many suppliers of suntanning equipment. Portions of The Bible have been the source of numerous articles published by leading trade magazines in the tanning and beauty industries. Needless to say, it has had a tremendous impact on thousands of salon owners and salon professionals throughout the U.S., Canada, and the World.

As the tanning industry matured, and technology improved, new innovations have surfaced requiring todays professional to adopt new methods and incorporate new strategies in salon operations. While the basic guidelines for success remain valid today, many of these innovations have changed the way business must now be conducted and will impact the future success of salons into the 21st Century. Because of the consumer acceptance of these new ideas, technologies, and attitudes, The Bible of Indoor Tanning has, again, been updated to provide the latest information, ideas, and methods which will enable salon professionals to capitalize on the many lucrative opportunities that exist in the business of tanning.

I now present the newly revised Bible of Indoor Tanning, incorporating the most up-to-date information, techniques, and guidelines to provide you with the tools you need to enter this exciting, highly profitable business.

May you find new levels of success and personal satisfaction.

FRANK DARLING

*A - 47*

bed will be considerably higher than an older, standard 24-lamp bed, it may be the only good used choice depending on your competitive situation. In my opinion, it's better to begin with fewer (but better) beds than to fill your salon with outdated equipment because of capital constraints. Todays consumers are more educated on equipment choices, so don't sell yourself short here.

## WARNING

Beginning in the early 1990's, bigger, faster tanning beds began showing up in the marketplace. Many of the first years' models, especially the 10-minute versions were plagued with problems such as overheating and poor tanning results. Be careful about buying these models. If the brand does not currently offer a similar version of the original bed, it may mean that a particular model either had problems, didn't produce results or was not accepted by tanners.

Tanning beds have undergone many innovations. Similar to computers, telephones and fax machines, rapid changes means the older the bed the more outdated the technology and the less desirable.

Great deals can sometimes be found on more recent models of used beds which would be my recommendation. If you are in a competitive environment, check out your competitor first. This will help you determine what beds may be suitable in your marketplace. In very competitive areas, used beds, <u>older than five years,</u> will not provide the features you need to satisfy todays more sophisticated tanner.

## SELECTING NEW SUNBEDS

Here, I'll provide the basic information you need to select equipment from the rather large range of types and prices available today. I'll cover the following categories of equipment:

HIGH OUTPUT TUBE TYPE BEDS (H.O.)

VERY HIGH OUTPUT TUBE TYPE BEDS (V.H.O.)

VERY HIGH OUTPUT REFLECTIVE TUBE TYPE BEDS (V.H.R.)

HIGH PRESSURE BEDS (H.P.)

FACIAL TANNERS AND BOOTHS

*A - 48*

Todays market is much more complex and it is important that your equipment selection fits with your marketing plan, pricing strategy and competitive situation. Because the choices are so wide, many salons have found that a mix of equipment gives them a distinct advantage by providing their customers with options of tanning on 2 to 3 different types of beds. This provides maximum flexibility for the customer and gives the salon owner opportunities to increase revenue dramatically, leading to the greatest potential for profit. I'll expand on that concept a little later, but first let's discuss the various types of beds and the benefits each type offers.

## HIGH OUTPUT TUBE TYPE BEDS (H.O.)

The most widely used type bed has been the basic high-output (H.O.) tube type bed. An H.O. bed typically uses 71 - 73", 100 watt lamps and is available in commercial versions ranging from 24 to 32 lamps.

As technology has improved, so has bed performance and reliability. Todays sunbeds offer more customer benefits and are much more stylish than their boxy brothers of the past. The 24 to 32 lamp beds still remain the basic commercial bed accounting for almost half the US sales. In the early '90's, many new designs entered the market and the oversized super beds were introduced. They have become very popular and offer more for your customer and give you a competitive edge.

If you shop, you can find a serviceable 24 lamp, no frills bed for between $2,000 and $3,500. I call this the me-too version since it is the type of bed found in most salons which were opened in the years between 1984 and 1989. This basic bed will do the job, but offers little in the way of extras.

For an extra cost of $500 or so, you can buy an upgraded version of the 24-lamp bed with features like full body fans, staggered (offset) lamps for full body tanning, remote controls and perhaps a slightly wider and longer frame.

A 24-lamp bed can be made as small as 27" wide by 77" - 79" long, the upgraded versions will be 32" to 36" wide and 82" to 89" in length.

Naturally it's the smaller beds that are less expensive to build, so be sure you compare more than just the price and the number of lamps. A word of caution is warranted here. Many of the leading sunbed manufacturers have developed low-end leaders aimed at attracting home customers and penetrating the beauty, hair, and nail industry. These low-end, no-frill beds are not generally built to take the wear and tear of session after session, seven days a week, that typically occurs during the peak season months in a tanning salon. The base and canopy are usually built from molded plastic, and are mounted on legs or a narrow pedestal that, in my opinion, will not endure in

*A - 49*

conditions of heavy use. Please don't be swayed by mailers and advertisements offering low-cost commercial beds ($1,599 - $2,299). While the price is attractive, the value is not there. These are not the choices that will build profits and customer loyalty over the long haul.

Also included in the H.O. category are the oversized beds. These beds are 38 - 46" wide and up to 90" long with 28 to 44 lamps. A few manufacturers squeeze extra lamps into the standard 24-lamp frame, so if you are looking for oversized beds, be sure you get what you want. It is more than just the number of lamps. Beds with more lamps will cost more to operate and will cost more when it's time to replace lamps. If you are in a competitive market it will normally be worth the extra operating cost because you may be able to charge more and you will certainly gain a distinct advantage over competitors who only have older 24-lamp beds. Expect to pay $4,500 to $6,500 for these versions.

## WOLFF SYSTEM

A discussion of H.O. sunbeds would not be complete unless it covered the Wolff System. Wolff System is a registered trademark of Wolff Systems Technology Corporation (W.S.T.C.) of Atlanta, Georgia. Contrary to popular belief, Wolff does not manufacture sunbeds and there is no brand name that is exclusively Wolff. Instead, W.S.T.C. licenses its name to manufacturers who incorporate its tanning system into the design and manufacturing of its brand of sunbed. There are currently several licensees in the United States that manufacture sunbeds or distribute sunlamps under the trade name Wolff. These manufacturers pay royalties to W.S.T.C. for use of its patented technology, know how and world famous logo. According to W.S.T.C., "Licensees must abide by all government regulations, meet the highest electrical standards and engage in responsible business practices that promote the industry." Because of its acceptance, many salon customers recognize the name Wolff and often request Wolff equipment when they tan. This is not as relevant today as it was in the 80's when the word Wolff was synonymous with quality equipment. Here again, competition and customer preference in your market place are the factors that dictate if you need Wolff in your salon.

At the time of this writing, the following companies are licensees of W.S.T.C.:

Can-Tan Sun Systems
ETS, Inc.
Great Tan
PC Marketing
SonnenBräune

*A - 50*

## VERY HIGH OUTPUT TUBE TYPE BEDS (V.H.O.)

V.H.O. beds utilize 140 - 160 watt lamps versus the 100 watt tubes that H.O. beds operate. V.H.O. beds most frequently will incorporate 36 - 50 tube lamps plus 3 or more high-pressure facial cassettes. Typical tanning time is 10 -14 minutes, which helps offset the higher operating and lamp replacement costs. Typical lamp life is 400 - 600 hours for the tube lamps and 400 hours for the facial lamps. Typically, manufacturers utilize 400 watt facial lamps while some use higher watt lamps ranging from 800 - 2000 watts.

Session prices vary by community. However, the range of $12 to $20 is common for a session on a V.H.O. bed. Quite often, multi-session packages are sold for tanning exclusively on a V.H.O. bed. In addition, V.H.O. sessions are available as upgrades for customers who pay an upcharge with each usage.

I have interviewed numerous salon owners, most of whom I have known for many years and whom I trust. Keep in mind, many of these people are very experienced and have learned how to make big money in tanning by testing numerous types of equipment, sales, and pricing techniques.

Of all the operators interviewed, I found none who had a poor experience with V.H.O. beds. In fact, most of them credited a great deal of their salons financial success to these beds and the profits they produce. Keep in mind, established salons which have the benefit of several hundred to several thousand customers, naturally find it easier to sell an upgrade package than a new salon with a small customer base. However, each of the operators I interviewed spoke enthusiastically about adding V.H.O. beds to the mix and most said any new salon they build will have several H.V.O. or similar type of upgrade beds. These beds are becoming the profit work horses of the more successful tanning salons in the country. Don't ignore this collection of sunbeds.

I'll show you more when we get into equipment mix and expanding a new or existing salon.

V.H.O. beds will appeal to the tanner who wants to achieve darker results in shorter session times and with less sessions required. Because they command higher session prices, a mix including beds from this category can become the difference between making a moderate profit and a substantial one. Considering the shorter session time, these beds can help solve peak season scheduling problems by accommodating 3 or more customers per hour.

Cost ranges from $10,000 - $18,000 depending on brand, number of lamps, number of facial lamps, etc.

*A-51*

Electrical requirements for V.H.O. beds are higher than the basic H.O. bed, so make sure to investigate both the costs of operation and costs to provide the power supply from your local utility company. Most often retail space is provided with only 200 amps of power. You may find it will require two separate expenditures to upgrade your power; 1) the cost your utility company may charge to bring more service to your building; and 2) the cost to beef up or replace the existing electrical panel inside your building. One additional note; more lamps and higher wattage also mean more heat, which means a higher demand on your air conditioning system, which may also need to be enlarged.

## VERY HIGH OUTPUT REFLECTOR TUBE TYPE BEDS (V.H.R.)

Similar in size and features to the V.H.O. bed, the V.H.R. bed incorporates reflector lamps which are tube type lamps with a built-in reflective substance inside the lower half of the tube. This eliminates the metal reflectors that are found in most tube type beds. Reflector lamps, also known as RUVA lamps, produce slightly more heat and therefore, have a shorter useful life. The elimination of reflectors provides more space for lamps so often a RUVA bed will have a few more lamps than a bed which requires reflectors. More lamps can be a marketing plus, however, you will have more lamps to replace when a change is due. The reflectors act as supports for the acrylic shield. Since these beds do not have these supports, the acrylic sheet can stress or break unless some method of support is designed into the bed.

Innovative manufacturers are now creating hybrid combination V.H.O. and V.H.R. beds with the V.H.R. lamps on the canopy. The idea here is to put more lamps on the canopy, since the lamps are usually further away from the tanner, so to compensate, there are more lamps. The lack of reflectors for support of the acrylic is not an important issue on the canopy.

Costs are similar to the V.H.O. beds and will depend on the number of lamps, facial options, and manufacturer.

## HIGH PRESSURE BEDS (H.P.)

These beds were popularized in Europe in the mid 1980's. Gradually, they found their way to the US, but only captured about 3% of the market. Most salons used high pressure as a luxury upgrade bed and only operated 1 or 2 along with their low pressure beds.

*A-52*

Beginning around 1992, a resurgence of high pressure equipment began showing up in the American marketplace. Salons opened as exclusive high pressure salons typically with 3 - 4 units. At $25,000 or more per copy, these salons required high capitalization which meant many entrepreneurs were excluded from this market. As financing became more readily available, more high pressure salons appeared and have since quickly gained customer acceptance. Many people are willing to pay $25 - $30 per session to tan on a high pressure bed. Typical customers only visit the salon 3 - 4 times per month.

Promoters claim these beds are more friendly to the skin and are less likely to cause skin damage. This factor has also contributed to the resurgence of high pressure beds.

The high pressure market has continued to grow and now many versions and configurations are available. The largest deterrent to high pressure outside the start-up costs, is the much higher per session operating cost, including electricity, lamp replacement and heat removal. The obvious plus is that sessions at $25 produce a much higher than normal income when compared to low pressure beds. Even with fewer beds and sessions, high pressure salons can gross $250,000 to $600,000 per year with the proper sales and marketing plan to support it.

Should you consider high pressure? The answer lies primarily with your marketplace. If your target is the upscale customer and your community can support that goal, then high pressure may be a good decision for you. Since the financial commitment to a new high pressure salon is large, be sure you do your homework and check your competitive situation and demographics thoroughly.

Your relationship with your equipment supplier is important to your success; with high pressure, it's critical. High pressure requires a complete understanding of installation requirements, heat removal methods, and power demands which must be considered as part of your site selection.

Most high pressure manufacturers offer valuable assistance in these areas. Just be sure of the stability and integrity of the people who will be providing this needed assistance. Some manufacturers may offer you an exclusive territory which can deter competitors from having the identical equipment you select. However, with more brands available today, exclusivity cannot keep competitors from opening a high-pressure salon near you with another brand of bed.

Offering high pressure in combination with other types of equipment can be a viable alternative to an exclusive high pressure salon. This trend is growing and offers an avenue for maximum flexibility in marketing and customer appeal. Current sales figures suggest high pressure will continue to grow in popularity making high pressure a more important factor in our industry for the years ahead.

*A - 53*

# BOOTHS

Stand-up units have several purposes and can work well along side almost any type of tanning bed. Booths are popular with body builders and people with large body frames. When outfitted with V.H.O. or V.H.R. lamps, they only require 12 -15 minute session times which appeals to busy people and customers who want to tan on their lunch break. Booths also do well around colleges where time and money are both at a premium. Some very successful operators have set up near colleges equipped only with booths. These salons are geared for high volume and typically charge only $3 - $4 per session. I am aware of one college location that exceeds 600 sessions per day in peak spring months, and the only equipment they use are booths.

Booths typically require less space than a bed and are easier to keep clean. They have a lower maintenance cost since acrylics tend to last longer, they don't use gas pistons, and in general, have fewer parts that are subject to customer wear and tear.

If a booth fits into your plans, consider a good low-hour reconditioned unit. Be sure the unit is a V.H.O. unit. A used 100-watt unit is not desirable, and is not recommended.

# FACIAL TANNERS

Facial units and upper-body tanners can be another profitable addition to large operations. These units produce good results in just a few sessions and many owners find their regular customers like to tune up their tan between sessions. The face and upper body is the most noticeable part of the body and because of that, many professionals regularly use these units.

A high-pressure facial unit can be installed in open space where a bed may not be appropriate. It is common to find these units tucked into corners that otherwise might be unproductive space.

Cost varies from $5,000 to $12,000 for new equipment. Good serviceable used units are much less and are beginning to become more available.

In the right market, a high-pressure facial can be a very profitable addition to your operation and it is definitely worth looking into, however, I do not recommend it unless it fits into excess space. Do not replace a bed with a facial. It simply will not generate the income a bed will.

*A-54*

# PURCHASING REPLACEMENT LAMPS

## BUY THE NUMBERS

You may have wondered about the series of letters and numbers that appear on the end of most tanning lamps. When it's time to reorder, this code can be very valuable, if you understand what all the numbers mean. A typical code may read something like this: FT73-T 12/VHO or F-71 T12/BL/BP 100wt. Here's a brief tutorial on how to break these mysterious codes. It's really quite simple.

### F-71 T 12BLBP 100 Watt

F or FT simply means, fluorescent type. It is the standard language used throughout the lighting industry. The next numbers could be any of the following: 59-71-72-73 or 77. This designates the approximate length of the lamp including the pins that connect the lamp with the bed socket; it's not the exact length, but it's close. For convenience, lengths are rounded off to the five sizes listed above. The T designates that it's a tubular lamp and the 12 is the diameter in centimeters. The BL stands for black light, (we know it as ultra violet light). BP indicates the type of connector used, which in this example BP stands for Bi-PIN. There a two types of connectors used, Bi-Pin (BP) or Recessed Double Contact (RDC). Here's what each of them looks like:

### Lamp Connections



**Bi • Pin**                    **R.D.C.**

The last number in my example is the wattage, which in this case, is 100 watts.

Now if you're more confused than when we started, take heart because it will all be very clear in a few moments.

*A - 55*

Most European beds use bi-pin connectors. The two lamp sizes for these beds are 59" and 71". The 59" size is used when a facial tanning cassette is mounted in the canopy and these are generally 80 watt lamps. Most all other bi-pin lamps will be 71" and run on 100 watts of power, except for the beds that call for very high output (VHO) lamps, in which case the 59" use 140 watts and the 71" use 160 watts. 72" lamps use the RDC connectors and are 100 watt. 73" lamps are one inch longer and always use RDC connectors. They come in 100 watt versions for beds and 160 watts in the case of a booth. RDC lamps use the codes HO (high output), to designate those that require 100 watts and VHO (Very High Output) for those that require 140 or 160 watts of power. Now that you understand more about the codes, we can discuss the important elements which you need to know to order lamps. These are: Length, Wattage, and Connector Type.

<u>Here are the most common lamps used in sunbeds</u>

| **BI-Pins** | | **RDC** | |
|---|---|---|---|
| Length | Watts | Length | Watts |
| 59" | 80 or 140 | 60" | 80 |
| 71" | 100 or 160 | 72" | 100 |
| | | 73" | 100 or 160 |
| | | 74" | 100 |

Some lamp manufacturers, such as Wolff, do not use the standard codes and instead have developed their own unique identifications. Also, lamps with built-in reflectors will be designated by the word RUVA or simply by the letter R.

Your bed manual will provide the exact information about the original lamps that were approved for your bed. The importance of this discussion is to help you understand the difference between lengths, the type of connector called for, and the wattage. Once you know which lamp size and which type is called for you can begin to evaluate the options you have in choosing between the many brands of replacement lamps.

## COMPATIBILITY

We now know that only certain type and size lamps will fit your bed. It's either RDC or BP and only the correct length will fit. You can not fit a 73" lamp in a 72" opening, so it's impossible to make a mistake here. You can however, run into trouble if your lamps are 160 watt and you replace them with 100 watt lamps. They will fit, but will not operate properly. If you install 100 watt lamps into a V.H.O. (160 watt) bed or booth, it will destroy the lamp within a few hours. If you run a 160 watt lamp in a 100 watt bed the lamp may just flicker and will not tan, so be careful here.

*A-56*



*Signature Series* ™
FR71/VH®/HP
POWER™
TECHNOLOGY

**Made For LightSources**
37 ROBINSON BLVD., ORANGE, CT 06477

QTY: 24

**1554**



HUNGARY

01/12/2005

155424c012

CE

THESE LAMPS HAVE BEEN TESTED AND FOUND
TO COMPLY TO REGULATIONS OF FEDERAL
PERFORMANCE STANDARD 21 CFR 1040.20

Hg – LAMP CONTAINS MERCURY.
MANAGE IN ACCORDANCE WITH
DISPOSAL LAWS.

*EXHIBIT*
*14*

*A-59*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**COSMEDICO LIGHT, INC.**
             **Plaintiff**

                              **Civil Action No.**

        **v.**
                              **05 10589 (NMG)**

**LIGHT SOURCES, INC.**
             **Defendant**          **May 13, 2005**

# DECLARATION OF ARTHUR T. FATTIBENE

I, ARTHUR T. FATTIBENE, hereby declare under pain and penalties pursuant to Title 18 section 1001 of the United States Code, that I am an attorney for Light Sources, Inc. (Light Sources) and represent Light Sources in a currently pending trademark action in the U.S. District Court, District of Connecticut, captioned Light Sources, Inc. and Tan Systems, Inc. v. Cosmedico Light, Inc., Civil Action No. 3:03 CV 874 (MRK), filed May 16, 2003, and that I am knowledgeable of the facts stated herein.

1. Attached Exhibit 1 (A-59-61) is a copy of the return of service filed Massachusetts action captioned Cosmedico Light, Inc. v. Light Sources, Inc., Civil Action No. 05-10589 NMG, U. S. District Court for the District of Massachusetts.

A-58

1

2.   Attached Exhibit 2 (A-67-84) is a copy of Light Sources' Second Amended Complaint filed in the current pending Connecticut action 3:03 CV 874 (MRK).

3.   Attached Exhibit 3 (A-85-98) is a copy of the docket entries made in the current Connecticut action for the period May 16, 2003 to April 29, 2005.

4.   Attached Exhibit 4 (A-99-114) is a copy of a Ruling and Order rendered in the Connecticut action with respect to a number of motions, including Cross-Motions for Partial Summary Judgment.

5.   Attached Exhibit 5 (A-115-137) is a copy of a Complaint captioned <u>Cosmedico Light, Inc. v. Tan Systems, Inc.</u>, Civil Action 03-10962 (WGY) filed on or about May 23, 2003, in the U.S. District Court for the District of Massachusetts, which was administratively closed "until judgment is rendered in the Connecticut case."

6.   Attached Exhibit 6 (A-138) is a copy of an Order for Closure issued by Judge Young in the Massachusetts U.S. District Court in Civil Action No. 03-10962.

7.   Attached Exhibit 7 (A-139-163) is a copy of Cosmedico's Answer To Second Amended Complaint and Counterclaims filed in response to Light Sources' et al Second Amended Complaint in the Connecticut action.

*A-58A*

8.   Attached Exhibit 8 (A-164, 165) is a copy of the cover and page 509 of Webster's New International Dictionary defining the meaning of the "COSMO prefix."

9.   Attached Exhibit 9 (A-166-191) is a copy of the relevant pages of Cosmedico's president Jerry Frank's deposition testimony given on July 19, 2004 in the Connecticut action.

10.   Attached Exhibit 10 (A-192-211) comprises a twenty (20) page compilation of a computer search of the U.S. Patent and Trademark Office (USPTO) available data, current as of April 29, 2005, that relates to all live and dead registrations and trademark applications for marks utilizing the "COSMO" prefix.

11.   Attached Exhibit 11 (A-212-217) is a copy of a result of a computer search of the USPTO data for all registrations and trademark applications, both live and dead, relating to "COSMO" prefix trademarks registered in International Class 11, in which Light Sources' COSMOTAN trademark and Cosmedico's trademarks COSMOLUX VLR, COSMOLUX ESP, and COSMOPOWER are registered, as well as other third party "COSMO" prefix marks are likewise registered.

12.   Attached Exhibit 12 (A-218-219) is a copy of the results of a trademark search of the USPTO data for all registrations and trademark applications, both live and

3

A-58B

dead, relating to all "COSMO" prefix marks registered in International Class 10 that include Cosmedico's COSMEDICO and COSMOLUX trademarks, as well as other third party "COSMO" prefix trademarks.

13. Attached Exhibit 13 (A-220-223) is a copy of a computer search of the USPTO trademark data base for all registrations and trademark applications, both live and dead, relating to "COSMO" prefix marks registered in International Class 9, which includes Cosmedico's COSMOSTART/E registration and other third party "COSMO" prefix registered trademarks.

14. Attached Exhibit 14 (A-224-228) is a copy of a computer search of the USPTO trademark data base for all registrations and trademark applications, both live and dead, which relate to all "COSMO" prefix trademark registrations owned by Hearst Communications, Inc.

15. Attached Exhibit 15 (A-229) is a copy of Light Sources' U.S. Registration Certificate No. 2,785,062 for the mark COSMOTAN.

16. Attached Exhibit 16 (A-230) is a photograph of a tanning lamp manufactured by Light Sources that bears Light Sources' trademark COSMOTAN.

17. Attached Exhibit 17 (A-231) is a copy of Cosmedico's trademark registration No. 2,888,00 which was

A-58C

recently registered on September 28, 2004, for the mark

COSMOSTART/E in International Class 9.

18. Attached Exhibit 18 (A-232) is a copy of

Cosmedico's trademark registration No. 2,788,198 registered

on December 2, 2003, for the COSMOLUX VLR mark with a cat

design.

19. Attached Exhibit 19 (A-233) is a copy of

Cosmedico's trademark registration No. 2,476,193 registered

on August 7, 2001, for the mark COSMOLUX ESP with a cat

design.

20. Attached Exhibit 20 (A-234) is a copy of

Cosmedico's trademark registration No. 2,907,881 registered

on December 7, 2004, for the mark COSMOPOWER.

21. Attached Exhibit 21 (A-235) is a copy of

Cosmedico's trademark registration No. 1,992,299 registered

on August 13, 1996 for the mark COSMEDICO in International

Class 10.

22. Attached Exhibit 22 (A-236) is a copy of

Cosmedico trademark registration No. 1,873,744 registered

on January 17, 1995 for the mark COSMOTRONIC, which has

been canceled.

23. Attached Exhibit 23 (A-237) is a copy of a

trademark registration No. 1,752,347 for the mark COSMOSTAR

A-58D

granted February 16, 1993 to Kosmedico Kosmetische Und Medizinsche Lampen GMBH (Fed Republic Germany Corporation).

24.  Attached Exhibit 24 (A-238) is a copy of a trademark registration No. 1,694,218 registered on June 16, 1992 in the name of Kosmedico, Inc., a Delaware corporation, for the mark COSMOTECH for lamps used in the graphic arts industry.

25.  Attached Exhibit 25 (A-239) is a copy of a trademark registration No. 1,365,407 registered on October 15, 1985 to Kosmedico Vertrieb Kosmetischer Und Medizimischer Lampen GMBH (Fed. Rep. Germany corporation) for the mark COSMOLUX in International Class 10.

26.  Attached Exhibit 26 (A-240, 241) is a copy of a Cosmedico's counsel's letter dated February 10, 2003, to Tan Systems, asserting that Tan Systems' use of the letters THR and TLR infringes Cosmedic's registered VHR® and VLR® marks.

27.  Attached Exhibit 27 (A-242) is a copy of Light Sources' response to Cosmedico's counsel's letter dated February 10, 2003 (Exhibit 26).

28.  Attached Exhibit 28 (A-243, 244) is a copy of a Cosmedico's counsel's Second Notice to Cease and Desist dated February 14, 2003, directed to both Tan Systems, Inc. and Light Sources.

A-58E

29.  Attached Exhibit 29 (A-245, 246) is a copy of
Light Sources' response dated February 24, 2003, to
Cosmedico's counsel's Second Notice to Cease and Desist
dated February 14, 2003, directed to Tan Systems and Light
Sources (Exhibit 28).

30.  Attached Exhibit 30 (A-247, 248) is a copy of
Cosmedico's counsel's Third Notice to Cease and Desist
infringement of Cosmedico's VHR and COSMOLUX VLR trademarks
dated March 7, 2003, directed to both Tan Systems and Light
Sources.

31.  Attached Exhibit 31 (A-249, 250) is a copy of
Light Sources' and Tan Systems' counsel's response dated
March 12, 2003 to Cosmedico's counsel's letter dated March
7, 2003, Cosmedico's Third Notice to Cease and Desist
(Exhibit 30).

32.  Attached Exhibit 32 (A-251) is a copy of a letter
dated October 6, 2004, from Susan Wright, House Trademark
Specialist for Osram Sylvania to Arthur T. Fattibene, Light
Sources' counsel.


_____
ARTHUR T. FATTIBENE

A-58 F

( ORANGE )

AO 440 (Rev. 10/93) Summons in a Civil Action

UNIT                                          COPY                        ʁachusetts

for the

Cosmedico Light, Inc.                                                    ℣ A CIVIL CASE

V.

Light Sources, Inc.

## 05 10589 NMG

TO: (Name and address of Defendant)

Light Sources, Inc.
37 Robinson Road
Orange, Connecticut 06477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dale A. Malone
Banner & Witcoff, Ltd.
28 State Street, 28th Floor
Boston, Massachusetts 02109

A TRUE COPY ATTEST:

03 / 30 / 05

PETER J. CRISCUOLO, JR
STATE MARSHAL NEW HAVEN COUNTY

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    3-15-05

EXHIBIT
1

A-59

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE March 30, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)*   Peter J. Criscuolo Jr. | TITLE Connecticut State Marshal |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the third-party defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify):   On March 30, 2005, I served the within named defendant, Light Sources, Inc., by leaving with and in the hands of John J. Masucci, Controller, duly authorized to accept service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 65.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 30, 2005
           *Date*

                           *Signature of Server*   PETER J. CRISCUOLO, JR
                                        STATE MARSHAL NEW HAVEN COUNTY

                    15 Fawn RIdge Road
                    North Haven, CT 06473
                    *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

A-60

Case 1:05-cv-10589-NMG    Document 5-3    Filed 05/19/2005    Page 28 of 28
2005 14:40 FAX                                                     004/004
madei                                                             Page 1 of 1

## Service of Process:

1:05-cv-10589-NMG Cosmedico Light, Inc. v. Light Sources, Inc

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Malone, Dale entered on 4/13/2005 at 3:26 PM EDT and filed on 4/13/2005

| | |
|---|---|
| **Case Name:** | Cosmedico Light, Inc. v. Light Sources, Inc |
| **Case Number:** | 1:05-cv-10589 |
| **Filer:** | Cosmedico Light, Inc. |
| **Document Number:** 2 | |

**Docket Text:**
AFFIDAVIT OF SERVICE Executed by Cosmedico Light, Inc.. Light Sources, Inc served on 3/30/2005, answer due 4/19/2005. Acknowledgement filed by Cosmedico Light, Inc.. (Malone, Dale)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/13/2005] [FileNumber=933197-0]
[0aaddf598c8f33b763c6c8dae52c49c9c95f1cc09baf1ab64f19a360ba29f85e1693
dc52751ca66f559a465357bfcded9a3e97eb473a97e1b2aa1bd4e18b8c43]]

**1:05-cv-10589 Notice will be electronically mailed to:**

Dale A. Malone    dmalone@bannerwitcoff.com

**1:05-cv-10589 Notice will not be electronically mailed to:**

*A - 61*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIGHT SOURCES, INC. and
TAN SYSTEMS, INC.,
                    Plaintiffs

            v.

                              Civil Action
                              No. 303 CV 874 (MRK)

                              **JURY TRIAL REQUESTED**

COSMEDICO LIGHT, INC.,
                    Defendant

## SECOND AMENDED COMPLAINT

Plaintiff, LIGHT SOURCES, INC., and Plaintiff, TAN

SYSTEMS, INC., by their undersigned counsel, complaining of

Defendant, COSMEDICO LIGHT, INC., to the best of

Plaintiffs' knowledge and belief, allege as follows:

Parties:

1.  Plaintiff, Light Sources, Inc. (Light Sources), is

a corporation duly organized under the Laws of the State of

Connecticut with its principal place of business located at

37 Robinson Boulevard in Orange, Connecticut 06477.

2.  Plaintiff, Tan Systems, Inc. (Tan Systems), is a

corporation organized under the laws of the State of

Georgia with its principal place of business located at

1920 Highway 42 South in McDonough, Georgia.

*EXHIBIT*
*2*

A-62

1

3.    Defendant, Cosmedico Light, Inc. (Cosmedico), is a corporation organized under the Laws of the State of Delaware and having its principal place of business located at 233 Libbey Parkway, Unit 2, Weymouth, Massachusetts 02189.

**Jurisdiction and Venue:**

4.    Jurisdiction is predicated on the Declaratory Judgment Act 28 USC sec. 2201 and 2202, and Title 15 USC sec. 1121 of the U.S. Trademark Laws, as a result of actual threats made by Defendant to both Plaintiffs, Light Sources and Tan Systems, for alleged trademark infringement of Defendant's U.S. Registered Trademark No. 2,124,659 for the mark VHR under Title 15 USC 1114 et seq., and additional threats of infringement relating to Defendant's alleged common law trademark for a composite word and design mark, i.e. Cosmolux VLR with design, and alleged VLR mark actionable under 15 USC 1125(a), together with other related threats. An actual and justicable case and controversy exists between the Plaintiffs and Defendant concerning non-infringement, invalidity and/or unenforceability of Defendant's registered U.S. Trademark No. 2,124,656 and other issues relating to Defendant's direct and expressed threats of trademark infringement with

*A-63*

respect to Defendant's alleged composite mark for COSMOLUX VLR and design and/or alleged VLR mark per se.

5.   This Court has jurisdiction over the subject matter of this action pursuant to Title 28 USC 1331, 1337, and 1338 and the Trademark Laws of the United States Title 15 USC 1051 et seq.   This Court has supplemental jurisdiction under Title 28 USC 1367(a) with respect to any alleged related State claims.

6.   This Court has personal jurisdiction over Defendant under the State of Connecticut's long arm statute C.G.S. 33-411(c)(2), as the acts complained of herein have been and are being committed within this Judicial District and arises out of the Defendant's business which Defendant transacts or has transacted within this Judicial District and/or by regularly soliciting such business within this Judicial District.

7.   Venue is proper in this District pursuant to Title 28 USC 1391(b) and (c).


Background Facts:

8.   Light Sources is in the business of developing, manufacturing and selling various types of ultraviolet and fluorescent lamps, including fluorescent sun tanning lamps.

*A-64*

9.   Light Sources has developed a particular line of a specialized fluorescent tanning lamp which Light Sources manufactures exclusively as an OEM (original equipment manufacturer) product for Tan Systems for use as a tanning lamp, which Tan Systems both distributes and incorporates in sun tanning beds manufactured and sold by Tan Systems.

10.  Tan Systems is Light Sources' exclusive distributor of the specialized lamps referred to in paragraph 9.

11.  Tan Systems has adopted "Turbo0Power" as a trademark in marketing the sun tanning lamps supplied by Light Sources and used in the sun tanning equipment Tan Systems makes and/or sells.  The mark "Turbo0Power" is a registered U.S. Trademark owned by Tan Systems.

12.  On the specialized tanning lamps which Light Sources makes and OEM's exclusively to Tan Systems, Light Sources imprints directly on said lamp the appropriate Model No., e.g. (FR71T12 – TLR 100) or (FR71T12 – THR 160).

13.  The TLR 100 portion of the model number as used on the lamps Light Sources OEM's to Tan Systems is an identifying code to identify and describe a Turbo0Power low output (100 watts) Reflector lamp which Light Sources sells exclusively to Tan Systems.  The THR 160 portion the identifying code identifies a Turbo0Power High output (160

A-65

4

watts) Reflector lamp which Light Sources exclusively markets to Tan Systems. The FR71T12 portion of the model number or code means a fluorescent reflector lamp having a length of 71 inches and a tube diameter of 1½ inches wherein the tube diameter is determined by the number of 1/8 inch increments, e.g. 12x1/8 = 1½ inches.

14. Use of such model or code numbers is a common and well known practice or standard within the industry for identifying, type of lamp, tube length, tube diameter, wattage output, (high or low) and having a reflector.

15. Defendant is in the business of only marketing and selling fluorescent lamps used for indoor tanning; and which Defendant markets under the house brand or trademark COSMEDICO and/or COSMOLUX. Defendant does not manufacture the tanning lamps which it markets.

16. Defendant asserts it is also the owner of the trademarks VHR, VLR, and COSMOLUX VLR, which Defendant has asserted and has threatened Light Sources and Tan Systems, singly and/or jointly, with infringement of said marks.

17. The VHR mark is currently a federally registered trademark No. 2,124,659 granted on December 30, 1997 for Ultraviolet Fluorescent Lighting Tubes for Sunning and Tanning Purposes, classified in International Class 011, a copy of which is attached as Exhibit A.

A-66

18. Defendant's VLR and COSMOLUX VLR marks, allegedly applied to fluorescent tanning lamps, are not federally registered.

19. Between February 10, 2003 and May 7, 2003, Defendant sent to Plaintiffs four (4) threatening cease and desist letters expressly asserting that both Plaintiffs are infringing Defendant's allegedly registered VHR and VLR and COSMOLUX VLR trademarks.

20. Defendant's registered VHR mark is an acronym that describes Defendant's Cosmedico brand very high output (160 watts) reflector sun tanning lamps.

21. Defendant asserts that it is the owner of an asserted registered VLR mark and the composite "COSMOLUX VLR" mark with an associated cat design wherein the VLR designation describes Defendant's COSMOLUX brand very low output (100 watts) reflector tanning lamps which Defendant markets. A copy of Defendant's alleged trademark COSMOLUX VLR is attached as Exhibit B.

22. Defendant has never used the letters VLR per se as a trademark to indicate origin of its lamp.

23. Defendant, on at least two separate and independent occasions, has sought to register said COSMOLUX VLR common law mark in the United States Patent & Trademark Office without success.

A-67

24.    Defendant does not have any exclusive rights in and to the letters or mark VLR, as the mark VLR has been registered to Envirex, Inc., an unrelated third party, under U.S. Trademark Registration No. 1,356,589 in International Class 011, the same International Class in which Defendant had sought to register its COSMOLUX VLR mark without success.

25.    Defendant does not object to Plaintiffs' use of a TVR mark to describe Plaintiffs' 200 Watt Turbo0Power Very High Output Reflector tanning lamps, which Plaintiffs sell.

## COUNT I

26.    This is a declaratory judgment action to declare that Defendant's federally registered mark VHR is not being infringed by Plaintiffs, and that Defendant's federal registered mark VHR is invalid and/or unenforceable.

27.    Plaintiffs repeat and incorporate herein with the same force and effect the allegations of Paragraphs 1 to 25 inclusive.

28.    Plaintiffs' use of the markings THR and TLR on the sun tanning lamps which Light Sources OEM's to Tan Systems do not infringe and/or are not likely to be confused with Defendant's sun tanning lamps bearing Defendant's VHR mark.

A-68

29. Plaintiffs' use of the marks THR and TLR, when considered in their entirety, are totally dissimilar in appearance, sound, and connotation when compared to Defendant's asserted VHR mark or VLR mark.

30. Plaintiffs' mark THR is used as part of a model designation or number to describe those lamps which Light Sources OEM's to Tan Systems and which Tan Systems, in turn, markets said lamps to the consuming public under its Turbo0Power brand or house name.

31. Defendant's use of the VHR mark is a descriptive acronym that describes the physical characteristics of Defendant's tanning amp, viz. a Very High Output Reflector lamp and, as such, lacks any trademark significance.

32. Defendant's use of the VLR mark is descriptive of Defendant's Very Low Output Reflector Lamp.

33. Plaintiffs, at all times, identify the lamps bearing the THR and TLR model designations with a legend imprinted directly on each lamp expressly stating that the lamps are manufactured by Light Sources and distributed exclusively by Tan Systems.

34. Defendant's VHR mark lacks any trademark significance, as Defendant's said VHR letters are merely a short hand descriptive term or acronym that describes the

A-69

physical characteristics of Defendant's tanning lamps, and not as a trademark for indicating source of origin.

35. An actual case and controversy exists as to infringement, validity and/or enforceability of Defendant's VHR registered mark.

36. Plaintiffs are being damaged by the continued registration of Defendant's federally registered mark VHR, as Plaintiffs have a legal and unfettered right to market tanning lamps that bear the model designation THR to describe Plaintiffs Turbo0Power high output reflector tanning lamps, and which is so understood by the purchasers in the relevant market.

37. Plaintiffs are also likely to be damaged and are being damaged by the continued registration of Defendant's registered VHR trademark (Exhibit A), as the lack of distinctiveness of said registered VHR mark (Exhibit A) impacts on Plaintiffs' rights to properly designate the descriptive characteristics of the tanning lamp Plaintiffs sell, which constitutes critical information to the purchasers in the relevant consuming market.

WHEREFORE, Plaintiffs request that the Court declares:

(a) That Plaintiffs' use of the letters THR and TLR as a model designation to describe the physical characteristics and type of tanning lamp to the relevant

*A-70*

market, does not infringe Defendant's asserted registered VHR trademark (Exhibit A).

(b)   That Defendant's registered mark VHR is invalid and unenforceable as lacking the necessary distinctiveness required by the U.S. Trademark Laws, Title 15 USC 1052.

(c)   That Defendant's registered mark VHR is invalid and/or unenforceable as Defendant has not used said mark per se to indicate origin of source.

(d)   That this is an exceptional case and that Plaintiffs be awarded their reasonable attorney fees.

(e)   That this Court award punitive and exemplary damages against Defendant and in favor of Plaintiffs.

(f)   That the Court grant such other further relief as it shall deem just in law or equity.


## COUNT II

38.   This is an action for cancellation of Defendant's Federal Trademark Registration No. 2,124,659 (Exhibit A) pursuant to the U.S. Trademark Law, viz. Title 15 sec. 1119.

39.   Plaintiff repeats and incorporates by reference the allegations of Paragraphs 1 to 25.

*A-91*

40. Defendant's federally registered trademark No. 2,124,659 for the mark VHR is merely descriptive in that the mark VHR is being used to describe the physical characteristics of Defendant's lamps, i.e. a very high output, reflector lamp.

41. VHR is a descriptive acronym which the relevant market understands is being used by Defendant to describe the physical characteristics of Defendant's lamps.

42. Defendant's registered mark VHR lacks the necessary distinctiveness to indicate source of origin.

43. Defendant has not used the mark VHR per se to indicate origin of source. Defendant has always used the mark VHR in combination with COSMOLUX as part of a composite mark, viz. COSMOLUX VHR to indicate source of origin.

44. Plaintiffs repeat and incorporate herein the allegations of Paragraphs 36 and 37 herein.

WHEREFORE, Plaintiffs pray that:

(a) This Court exercise its power under Title 15 USC 1119 to order the Commissioner of Patents and Trademarks to cancel Defendant's Trademark Registration 2,124,659 (Exhibit A).

(b) That Plaintiffs be awarded their costs.

*A-72*

(c)   That Plaintiffs be awarded their damages and reasonable attorney fess.

(d)   That Plaintiffs be awarded such other and further relief as shall be deemed just in law or equity.


COUNT III

45.   This is a Declaratory Judgment action to declare that Defendant has not acquired any exclusive rights in and to the mark VLR per se, and/or Defendant's COSMOLUX VLR common law composite mark, and that Plaintiffs' use of the marking TLR as a lamp model designation does not infringe Defendant's alleged VLR or COSMOLUX VLR marks.

46.   Plaintiffs repeat and incorporate herein with the same force and effect the allegations of Paragraphs 1 to 25.

47.   The alleged mark VLR is being used by Defendant as a shorthand designation to describe the physical features of Defendant's tanning lamp as having a low output and a reflector, and not as a trademark to indicate origin of source.

48.   Defendant has never used the mark VLR per se as a trademark to indicate origin of source.

A-73

49. Defendant at all times uses the mark VLR in combination with Defendant's house mark COSMOLUX and design as illustrated in attached Exhibit B.

50. Defendant's mark VLR per se lacks any trademark distinctiveness at common law when applied to tanning lamps having a low output and a reflector.

51. Plaintiffs are likely to be damaged and are being damaged by Defendant's alleged claim of ownership of any exclusive rights in the mark VLR which lacks any distinctiveness when applied to tanning lamps characterized by having a very low output and a reflector that is so understood by the purchasers in the relevant market in which Defendant's lamps are sold, and by Defendant seeking to lay claim to the mark VLR which it has never used as a trademark.

52. Plaintiffs are also being damaged by Defendant's assertion that Plaintiffs' use of the letters TLR are likely to be confused with Defendant's alleged composite house mark COSMOLUX VLR with cat design.

WHEREFORE, Plaintiffs request:

(a) That the Court declares Defendant does not have any common law trademark rights in and to the mark VLR per se.

A-74

(b)   That the Court declares that Defendant's use of the mark VLR per se lacks any trademark distinctiveness when applied to tanning lamps having a low output and a reflector.

(c)   That the Court declare that Defendant's VLR mark per se has not been used to indicate origin of source.

(d)   That Plaintiffs' use of the mark TLR does not infringe either the asserted VLR and/or COSMOLUX VLR composite common law marks.

(e)   That Plaintiffs be awarded their damages, costs and reasonable attorney fees, and

(d)   That the Court award Plaintiffs such other and further relief that may be just in law and equity.


COUNT IV

53.   This Count is for unfair competition in violation of Title 15 USC sec. 1125 of the U.S. Trademark Laws.

54.   Plaintiffs repeat and incorporate herein with the same force and effect the allegations of Paragraphs 1 to 25.

55.   Defendant made false and/or intentionally misleading representations of fact in their commercial activities and in asserting Defendant's alleged infringement claims against Plaintiff by asserting that

A - 75

Defendant's VLR mark is a U.S. registered mark, whereas in fact Defendant does not have any federal U.S. registration for the mark VLR.

56. Defendant has falsely indicated in its commercial activities that the mark VLR was a registered U.S. trademark by using the ® designation annexed thereto to indicate Defendant's VLR mark was registered.

57. Defendant has made and is making false and intentional misrepresentations of fact in their commercial activity and in threatening Light Sources and its exclusive distributor, Tan Systems, with infringement of Defendant's federally registered trademark COSMOLUX VLR, when in fact said alleged trademark, COSMOLUX VLR, is not a U.S. registered trademark.

58. Defendant's unscrupulous, false and misleading representation in its business activities constitutes unfair competition, as such activities are intended to damage Plaintiffs, their business relationship, and causing Plaintiffs to defend needless, frivolous claims of trademark infringement.

WHEREFORE, Plaintiffs request:

(a) That Defendant be temporarily and permanently enjoined of the unfair competition herein alleged.

A-76

(b)    That Plaintiffs be awarded its damages, including their costs, expenses and attorneys fees.

(c)    That the Court award Plaintiffs punitive and exemplary damages.

(d)    That the Court grant such other further relief as is just in law and equity.


COUNT V

59.    This Count is directed to Defendant's inequitable conduct in procuring U.S. Registration No. 2,124,659 for the mark VHR pursuant to Title 15, sec. 1120 of the Trademark Laws.

60.    Plaintiffs repeat and incorporate herein with the same force and effect the allegations of Paragraphs 1 to 25.

61.    On or about June 5, 1995, Defendant filed a trademark application which was assigned Serial No. 74/677,694 to register the mark VHR for Ultra Violet Fluorescent Lighting Tubes for Sunning and Tanning Purposes on the Principal Register.

62.    On or about November 22, 1995, the Examining Attorney rendered an action in the prosecution of said trademark application, in which the Examining Attorney

A-77

inquired whether the mark "VHR" had any significance in the relevant trade or industry or as applied to the goods.

63.  In response to the Examining Attorney's inquiry, Defendant responded that "To the best of applicant's knowledge, the expression "VHR" has no relevance in the trade or industry, but is a derived expression made up by the applicant herein."

64.  Contrary to Defendant's deliberate and deceptive representation made to the Examining Attorney, the letters VHR do have significance in the relevant trade and as applied to the goods, viz. ultraviolet fluorescent lamps for sunning and tanning purposes in that VHR is a commonly used acronym that described the physical characteristics of such lamp as having a very high reflector output, which renders the mark VHR descriptive of the goods under 15 USC 1052(e)(1).

65.  But for the deceptive and misleading representation Defendant made to the Examining Attorney, the mark VHR should not have been registered on the Principal Register, as such VHR mark is rendered descriptive under 15 USC 1052(e)(1).

66.  As a result of such fraudulently obtained trademark Registration No. 2,124,659 for the mark VHR,

*A-78*

Plaintiffs are damaged and will continue to be damaged so long as said VHR mark is allowed to remain registered.

WHEREFORE, Plaintiffs request:

(a)   That it be adjudged that Defendant's VHR Trademark Registration 2,124,659 was fraudulently obtained because of inequitable conduct.

(b)   That the Trademark Registration 2,124,659 for the mark VHR be adjudged as unenforceable.

(c)   That this is an exceptional case and that Plaintiffs be awarded their reasonable attorneys fees.

(d)   That the Court award punitive and exemplary damages in favor of Plaintiffs.

(e)   And such other further relief as it shall be deemed just in law or equity.


**COUNT VI**

67.   This Count arises under Connecticut General Statute 42-110(b) and relates to Defendant's unfair competition and unfair and deceptive acts or practices in the conduct of trade or commerce.

68.   Plaintiffs repeat and incorporate herein with the same force and effect the allegations of Paragraphs 1 to 25.

A-79

69.   Defendant has asserted and is asserting that it
has both registered and common law rights in and to the
alleged mark VLR, when in fact Defendant knows that the
mark VLR has not been registered by Defendant, nor has the
Defendant ever used the mark VLR per se to indicate origin
of source.

70.   Defendant has asserted that its mark COSMOLUX VLR
is a registered U.S. trademark, when in fact Defendant is
aware that said mark COSMOLUX VLR is not a registered mark.

71.   The VLR mark is a descriptive acronym that
describes the physical characteristics, viz. very low
reflector output, of the associated goods, which is an ultra
violet fluorescent lamp for sunning and tanning purposes.

72.   Defendant's actions, in unlawfully asserting said
trademarks as federally registered marks, is engaging in
unfair practices which are intended to deprive the
Plaintiffs of their unfettered right to use the letters TLR
an THR as a descriptive model designation.

73.   Defendant has embarked upon a systematic and
unlawful process with the intended purpose of precluding
and obstructing Plaintiffs from using the letters TLR and
THR to describe the physical characteristics of Plaintiffs'
lamps for its legitimate and bona fide business purposes on
the pretext that Defendant has exclusive rights in the

*A-80*

marks VLR, COSMOLUX VLR and VHR, and that Plaintiffs' use
of the THR and TLR marks are likely to be confused with
Defendant's descriptive alleged trademarks.

74.  Defendant's willful acts have included false and
fraudulent acts, including a claim that the Defendant has
the exclusive right to use the descriptive groups of
letters VHR and VLR as applied to tanning lamps so as to
preclude Plaintiffs' use of THR and TLR, which are totally
dissimilar marks.

75.  Defendant has sought to assert trademark rights
in the descriptive groups of letters VHR and VLR with the
malicious express purpose and intent of precluding
Plaintiffs from the use of the letters TLR and THR as
descriptive model designations.

76.  By falsely asserting trademark or exclusive
rights in the letters VHR and VLR for the purpose of
obstructing Plaintiff's rights in using the letters THR and
TLR on Plaintiffs' tanning lamps, the Defendant has and is
violating the Connecticut Unfair Trade Practice Act, C.G.S.
§42-110(b), in that the Defendant's actions are immoral,
oppressive, unscrupulous, and cause substantial damage to
the Plaintiffs.

WHEREFORE, Plaintiffs request:

A-81

(a)  That the Court declare that Defendant, by such acts, has violated the Connecticut Unfair Trade Practice Act, C.G.S. §42-110(b).

(b)  That the Defendant be enjoined from any committing the unlawful acts complained of herein.

(c)  That the Court award to Plaintiffs punitive and exemplary damages and including the Plaintiffs' costs and reasonable attorneys fees.

(d)  That the Court award Plaintiffs damages and such other injunctive or equitable relief deemed proper, and

(e)  Any other relief deemed to be proper in law or equity.

                    Respectfully submitted,
                    **Fattibene and Fattibene**


                    By_____
                    Arthur T. Fattibene, CT 06916
                    Paul A. Fattibene, CT 12760
                    2480 Post Road
                    Southport, CT 06890
                    Tel: 203-255-4400
                    Fax: 203-259-0033

*A-82*

Int. Cl.: **11**

Prior U.S. Cls.: **13, 21, 23, 31 and 34**

## United States Patent and Trademark Office

Reg. No. **2,124,659**

Registered Dec. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## VHR

COSMEDICO LIGHT, INC. (ILLINOIS CORPO-
RATION)
1816 JOHNS DRIVE
GLENVIEW, IL 60025

FOR: ULTRA VIOLET FLUORESCENT
LIGHTING TUBES FOR SUNNING AND TAN-
NING PURPOSES, IN CLASS 11 (U.S. CLS. 13,
21, 23, 31 AND 34).

FIRST USE 12–0–1994; IN COMMERCE
12–0–1994.

SER. NO. 74–677,694, FILED 5–19–1995.

ANGELA M. MICHELI, EXAMINING ATTOR-
NEY

EXHIBIT

A

A-83



A-84

EXHIBIT

B

REFCNF, WIG

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:03-cv-00874-MRK

Light Sources Inc v. Cosmedico Light Inc
Assigned to: Judge Mark R. Kravitz
Referred to: Judge William I. Garfinkel
Demand: $0
Cause: 28:2201 Declaratory Judgment

Date Filed: 05/16/2003
Jury Demand: Defendant
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Light Sources Inc**      represented by    **Arthur T. Fattibene**
2480 Post Rd.
Southport, CT 06490
203-255-4400
Email: paul@fattibene.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia L. Counts**
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306
404-876-1785
Fax: 404-249-9897
Email: ccounts@lawcounts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Fattibene**
2480 Post Rd.
Southport, CT 06890
203-255-4400
Fax: 203-259-0033
Email: paul@fattibene.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tan Systems, Inc**      represented by    **Arthur T. Fattibene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cynthia L. Counts**
(See above for address)

*EXHIBIT 3*

*A-85*

V.

**Defendant**

**Cosmedico Light Inc**                    represented by  **Dale A. Malone**
                                                           Banner & Witcoff
                                                           28 State Street, 28th FL.
                                                           Boston, MA 02109
                                                           617-720-9600
                                                           Fax: 617-720-9601
                                                           Email: dmalone@bannerwitcoff.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Webster Oliver**
                                                           Berman & Sable
                                                           One Financial Plaza
                                                           Hartford, CT 06103
                                                           860-527-9699
                                                           Fax: 860-527-9077
                                                           Email: joliver@bermansable.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jose Antonio Aguiar**
                                                           Berman & Sable
                                                           One Financial Plaza
                                                           Hartford, CT 06103
                                                           860-527-9699
                                                           Fax: 860-527-9077
                                                           Email: jaguiar@bermansable.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Tan Systems, Inc**

**Counter Claimant**

**Cosmedico Light Inc**

V.

**Counter Defendant**

**Light Sources Inc**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/29/2005 | 116 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting <u>115</u> Motion for Leave to File Sur-Reply. The Clerk is directed to docket Plaintiffs', Light Sources, Inc. |

A-86

| | | |
|---|---|---|
| | | and Tan Systems, Inc., Joint Sur-Reply Memorandum To Defendant, Cosmedico Light, Inc.'s Reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion For Protective Order Regarding Third Party Discovery, dated April 25, 2005. Signed by Judge Mark R. Kravitz on 4/29/2005. (Carotenuto, R.) (Entered: 04/29/2005) |
| 04/26/2005 | 115 | MOTION for Leave to File Surreply Memorandum in Support of Motion for Protective Order by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 04/26/2005) |
| 04/25/2005 | 114 | REPLY to Response to 110 MOTION for Protective Order Regarding Third Party Discovery filed by Cosmedico Light Inc. (Brown, S.) (Entered: 04/25/2005) |
| 04/21/2005 | 113 | MANUALLY filed Appendix by Light Sources Inc, Tan Systems, Inc re 112 Memorandum in Opposition to Motion for Protective Order; Third Party Discovery. Related document: 112 Memorandum in Opposition to 110 Motion for Protective Order re; Third Party Discovery filed by Light Sources Inc,, Tan Systems, Inc,.(Brown, S.) (Entered: 04/21/2005) |
| 04/20/2005 | 112 | Memorandum in Opposition re 110 MOTION for Protective Order re; Third Party Discovery filed by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 04/21/2005) |
| 04/08/2005 | 111 | Memorandum in Support re 110 MOTION for Protective Order Regarding Third Party Discovery filed by Cosmedico Light Inc. (Brown, S.) (Entered: 04/12/2005) |
| 04/08/2005 | 110 | MOTION for Protective Order Regarding Third Party Discovery by Cosmedico Light Inc.Responses due by 4/29/2005 (Brown, S.) (Entered: 04/12/2005) |
| 03/14/2005 | 109 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying 105 Motion Cosmedico's Motion For Leave To File Documents Electronically. This case is ineligible for electronic filing since it was filed prior to October 15, 2003. Signed by Judge Mark R. Kravitz on 3/14/2005. (Carotenuto, R.) (Entered: 03/14/2005) |
| 03/07/2005 | 108 | RULING AND ORDER granting in part and denying in part Plaintiffs' 58 Motion for Partial Summary Judgment, granting in part and denying in part Defendant's 64 Motion for Summary Judgment, granting 81 Motion for Leave to File Document Underseal, granting 86 Motion to Compel Production of Documents and Deposition of Tan Systems, denying as moot 88 Motion to Strike Declarations, denying 95 Motion to Unseal Documents, granting 100 Motion to Compel and Complete Discovery . Signed by Judge Mark R. Kravitz on 3/4/05. (Brown, S.) (Entered: 03/07/2005) |
| 02/10/2005 | 107 | Minute Entry for proceedings held before Judge Mark R. Kravitz : Telephone Status Conference held on 2/10/2005. (Ghilardi, K.) (Entered: 02/24/2005) |

*A-87*

| 02/10/2005 | | Docket Entry Correction re 106 Reply to Response to Motion; docket text modified to reflect manually filed attached exhibits (Brown, S.) (Entered: 02/10/2005) |
|---|---|---|
| 02/10/2005 | 106 | REPLY with manually filed exhibits to Responses to 86 MOTION to Compel, 100 MOTION to Compel and Complete Discovery filed by Light Sources Inc, Tan Systems, Inc. (Brown, S.) Modified on 2/10/2005 (Brown, S.). (Entered: 02/10/2005) |
| 02/08/2005 | | Docket Entry Correction re [104] Memorandum in Opposition to Motion; entered in error, a duplicate of 103 (Brown, S.) Modified on 2/10/2005 (Brown, S.). (Entered: 02/08/2005) |
| 02/07/2005 | 105 | MOTION To File Documents Electronicallly by Cosmedico Light Inc.Responses due by 2/28/2005 (Brown, S.) (Entered: 02/07/2005) |
| 02/07/2005 | 104 | ENTERED IN ERROR: Memorandum in Opposition re 100 MOTION to Compel and Complete Discovery filed by Cosmedico Light Inc. (Brown, S.) Modified on 2/8/2005 (Brown, S.). (Entered: 02/07/2005) |
| 02/03/2005 | 103 | Memorandum in Opposition re 100 MOTION to Compel filed by Cosmedico Light Inc. (Malone, Dale) Additional attachment(s) added on 2/8/2005 (Brown, S.). (Entered: 02/03/2005) |
| 01/20/2005 | 102 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing set for 1/27/2005 01:30 PM in Courtroom Four, 141 Church Street, New Haven, CT before Judge Mark R. Kravitz. (S-Ghilardi, K.) (Entered: 01/20/2005) |
| 01/13/2005 | 101 | Memorandum in Support re 100 MOTION to Compel and complete discovery filed by Light Sources Inc, Tan Systems, Inc. (Attachments: # 1 Appendix - Table of Contents only, documents themselves in paper form only)(Falcone, K.) (Entered: 01/13/2005) |
| 01/13/2005 | 100 | MOTION to Compel and complete discovery by Light Sources Inc, Tan Systems, Inc.Responses due by 2/3/2005 (Falcone, K.) (Entered: 01/13/2005) |
| 01/10/2005 | 99 | Compliance with 97 Order and Notice of Manual Filings of Appendix Docs. 61, 72 and Redacted Public Versio of Docs. #76 & #78 (Attachments: # 1 Redacted Public Version of Reply Appendix - doc. #78 - part 1# 2 Redacted Public Version of Reply Appendix - Doc. #78 - part 2)(Inferrera, L.) (Entered: 01/12/2005) |
| 01/10/2005 | | Docket Entry Correction: Doc. ##s 59,60,61,71,72,73,77,78 & 79, previously sealed, unsealed on 12/17/04. Doc. ##s 61,73,78 & addendums attached to #79 only available in paper format. (Inferrera, L.) (Entered: 01/10/2005) |
| 01/04/2005 | | Docket Entry Correction re 69 Memorandum in Opposition previously sealed, unsealed on 12/20/04 (Inferrera, L.) (Entered: 01/04/2005) |

*A-89*

| | | |
|---|---|---|
| 12/30/2004 | <u>98</u> | SUPPLEMENTAL ORDER re <u>97</u> Order; unsealing doc. #71 and sealing doc. #76; redacted reply appendix to be filed by 1/14/05. Signed by Judge Mark R. Kravitz on 12/30/04. (Inferrera, L.) (Entered: 01/03/2005) |
| 12/20/2004 | | Set Deadlines as to <u>58</u> MOTION for Summary Judgment, <u>95</u> MOTION to Unseal Document [94] Exhibit filed by Light Sources Inc, Tan Systems, Inc, <u>86</u> MOTION to Compel, <u>64</u> MOTION for Summary Judgment, <u>88</u> MOTION to Strike Declarations in Support of Motion for Partial Summary Judgment, <u>81</u> MOTION for Leave to File Document Under Seal. Motion Hearing set for 1/27/2005 01:30 PM in Courtroom Four - New Haven before Judge Mark R. Kravitz. (Inferrera, L.) (Entered: 12/21/2004) |
| 12/20/2004 | <u>97</u> | RULING AND ORDER granting in part and denying in part <u>57</u> Motion to Unseal Documents insofar as Court (1) unseals entire file except Defendant's Exhibits 4 and 12 of its LR 56(a)(2) Statement and (2) does not vacate the parties' Stipulated Protective Order; granting in part and denying in part <u>68</u> Motion for Approval of Confidentiality Designation; granting in part and denying in part <u>68</u> Motion to Strike Motion to Vacate; denying <u>84</u> Motion to Suspend Briefing and Argument of Pending Motions for Partial S.J. Clerk shall unseal plaintiffs submissions at documents #s 59,60,61,72,73,76,77,78 & 79 and defendant's submission at document #69.. Signed by Judge Mark R. Kravitz on 12/17/04. (Inferrera, L.) (Entered: 12/21/2004) |
| 10/25/2004 | <u>96</u> | NOTICE of Appearance by Cynthia L. Counts on behalf of Tan Systems, Inc (Brown, S.) (Entered: 10/25/2004) |
| 10/19/2004 | <u>95</u> | Joint MOTION to Unseal Document [94] Sealed Exhibit filed by Light Sources Inc, Tan Systems, Inc (Brown, S.) (Entered: 10/19/2004) |
| 10/19/2004 | 94 | Sealed EXHIBIT by Light Sources Inc, Tan Systems, Inc. Related documents: <u>81</u> MOTION for Leave to File Documents Underseal filed by Cosmedico Light Inc., and <u>93</u> Memorandum in Opposition filed Light Sources and Tan Systems(Brown, S.) (Entered: 10/19/2004) |
| 10/19/2004 | <u>93</u> | Memorandum in Opposition re <u>81</u> MOTION for Leave to File Documents Underseal filed by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 10/19/2004) |
| 10/15/2004 | <u>90</u> | Memorandum in Opposition re <u>86</u> MOTION to Compel production of documents and deposition filed by Light Sources Inc, Tan Systems, Inc. (Exhibits were filed in Paper Form only)(Falcone, K.) (Entered: 10/15/2004) |
| 10/13/2004 | <u>92</u> | Memorandum in Opposition re <u>88</u> MOTION to Strike filed by Light Sources Inc, Tan Systems, Inc.(Exhibits filed in paper format only) (Falcone, K.) (Entered: 10/15/2004) |
| 10/13/2004 | <u>91</u> | Memorandum in Opposition re <u>84</u> MOTION to Continue filed by Light Sources Inc, Tan Systems, Inc. (Exhibits in paper form only) (Attachments: # <u>1</u>)(Falcone, K.) (Entered: 10/15/2004) |

*A-90*

| 10/01/2004 | 83 | Supplemental RESPONSE re 74 Order to Show Cause filed by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 10/01/2004) |
| 10/01/2004 | 82 | RESPONSE re 74 Order To Show Cause filed by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 10/01/2004) |
| 09/29/2004 | 81 | MOTION for Leave to File document under seal by Cosmedico Light Inc. (Warner, R.) (Entered: 09/29/2004) |
| 09/29/2004 | 80 | RESPONSE re 74 ORDER to Show Cause by 10/1/04 why certain documents filed under seal. filed by Cosmedico Light Inc.Exhibits filed in paper format (Warner, R.) (Entered: 09/29/2004) |
| 09/27/2004 | 89 | Memorandum in Support re 88 MOTION to Strike Declarations in Support of Motion for Summary Judgment filed by Cosmedico Light Inc. (Attachments: # 1 exhibits# 2 exhibits)(Brown, S.) (Entered: 10/04/2004) |
| 09/27/2004 | 88 | MOTION to Strike Declarations filed in Support of Motion for Summary Judgment by Cosmedico Light Inc.Responses due by 10/18/2004 (Brown, S.) (Entered: 10/04/2004) |
| 09/27/2004 | 87 | Memorandum in Support re 86 MOTION to Compel Discovery Requests filed by Cosmedico Light Inc. (Attachments: # 1 exhibits)(Brown, S.) (Entered: 10/04/2004) |
| 09/27/2004 | 86 | MOTION to Compel Discovery Requests by Cosmedico Light Inc.Responses due by 10/18/2004 (Brown, S.) (Entered: 10/04/2004) |
| 09/27/2004 | 85 | Memorandum in Support re 84 MOTION to Suspend Briefing and Argument of Pending Motions for Partial Summary Judgment filed by Cosmedico Light Inc. (Brown, S.) (Entered: 10/04/2004) |
| 09/27/2004 | 84 | Expedited MOTION to Suspend Briefing and Argument of Pending Motions for Partial Summary Judgment by Cosmedico Light Inc. (Brown, S.) (Entered: 10/04/2004) |
| 09/24/2004 | 79 | Sealed Document by Light Sources Inc, Tan Systems, Inc re 68 MOTION For Approval of Confidential Designations MOTION to Strike. (Depino, F.) Additional attachment(s) added on 1/10/2005 (Inferrera, L.). (Entered: 09/27/2004) |
| 09/23/2004 | 78 | Sealed Document by Light Sources Inc, Tan Systems, Inc re 58 MOTION for Partial Summary Judgment. (Brown, S.) (Entered: 09/23/2004) |
| 09/23/2004 | 77 | Sealed Document by Light Sources Inc, Tan Systems, Inc re 58 MOTION for Summary Judgment. (Brown, S.) Additional attachment(s) added on 1/10/2005 (Inferrera, L.). (Entered: 09/23/2004) |
| 09/21/2004 | 74 | ORDER to Show Cause by 10/1/04 why certain documents filed under seal. Signed by Judge Mark R. Kravitz on 9/21/04. (Brown, S.) (Entered: 09/22/2004) |
| 09/20/2004 | 76 | Sealed Appendix In Support by Light Sources Inc, Tan Systems, Inc re 75 Reply to Response to Motion, 57 MOTION to Unseal Documents. |

*A - 91*

| | | (Brown, S.) (Entered: 09/22/2004) |
|---|---|---|
| 09/20/2004 | 75 | REPLY to Response to 57 MOTION to Unseal Documents filed by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 09/22/2004) |
| 09/16/2004 | | DOCKET ENTRY CORRECTION re 71 Sealed Memorandum in Opposition to Motion; docket text modified to include "Sealed" in text (Brown, S.) (Entered: 09/16/2004) |
| 09/14/2004 | 73 | Sealed Appendix by Light Sources Inc, Tan Systems, Inc re [4] MOTION for Partial Summary Judgment, 71 Memorandum in Opposition to Motion for Partial Summary Judgment. (Brown, S.) (Entered: 09/16/2004) |
| 09/14/2004 | 72 | Sealed Statement of Facts by Light Sources Inc, Tan Systems, Inc re 64 MOTION for Summary Judgment, 71 Memorandum in Opposition to Motion. (Brown, S.) Additional attachment(s) added on 1/10/2005 (Inferrera, L.). (Entered: 09/16/2004) |
| 09/14/2004 | 71 | Sealed Memorandum in Opposition re 64 MOTION for Summary Judgment filed by Light Sources Inc, Tan Systems, Inc. (Brown, S.) Modified on 9/16/2004 (Brown, S.). Additional attachment(s) added on 1/10/2005 (Inferrera, L.). Additional attachment(s) added on 1/10/2005 (Inferrera, L.). (Entered: 09/16/2004) |
| 09/13/2004 | 70 | Sealed Document by Cosmedico Light Inc re 58 MOTION for Summary Judgment. (Inferrera, L.) (Entered: 09/14/2004) |
| 09/13/2004 | 69 | Memorandum in Opposition by Cosmedico Light Inc to 58 MOTION for Summary Judgment. (Inferrera, L.) Modified on 1/4/2005 (Inferrera, L.). Additional attachment(s) added on 1/4/2005 (Inferrera, L.). (Entered: 09/14/2004) |
| 09/10/2004 | 68 | MOTION For Approval of Confidential Designations with manually filed exhibits; and, MOTION to Strike Plaintiff's Motion to Vacate by Cosmedico Light Inc.Responses due by 10/1/2004(Brown, S.) (Entered: 09/13/2004) |
| 09/10/2004 | 67 | Memorandum in Opposition re 57 MOTION to Unseal Confidential Documents subject to Outstanding Protective Order filed by Cosmedico Light Inc. (Brown, S.) (Entered: 09/13/2004) |
| 08/27/2004 | 66 | Statement of Material Facts re 64 MOTION for Partial Summary Judgment filed by Cosmedico Light Inc. (Brown, S.) (Entered: 08/30/2004) |
| 08/27/2004 | 65 | Memorandum of Points and Authorities in Support re 64 MOTION for Summary Judgment filed by Cosmedico Light Inc. (Brown, S.) (Entered: 08/30/2004) |
| 08/27/2004 | 64 | Renewed MOTION for Partial Summary Judgment as to Counts I,II and V of 2d Amended Complaint by Cosmedico Light Inc.Responses due by 9/17/2004 (Brown, S.) (Entered: 08/30/2004) |

A-92

| 08/27/2004 | 63 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 62 Motion for Extension of Time. The Clerk is directed to docket Defendant Cosmedico Light, Inc.'s Renewed Motion for Partial Summary Judgment As to Counts I, II and V of the Second Amended Complaint, dated August 23, 2004, and related documents submitted with the Renewed Motion. Signed by Judge Mark R. Kravitz on 08/27/2004. (Carotenuto, R.) (Entered: 08/27/2004) |
| 08/24/2004 | 62 | MOTION for 1 day Extension of Time to File Renewed Motion for Partial Summary Judgment by Cosmedico Light Inc. (Brown, S.) (Entered: 08/24/2004) |
| 08/23/2004 | 61 | Sealed Appendix by Light Sources Inc, Tan Systems, Inc re 58 MOTION for Summary Judgment. (Brown, S.) (Entered: 08/24/2004) |
| 08/23/2004 | 60 | Sealed Statement of Facts by Light Sources Inc, Tan Systems, Inc re 58 MOTION for Summary Judgment. (Brown, S.) Additional attachment(s) added on 1/10/2005 (Inferrera, L.). (Entered: 08/24/2004) |
| 08/23/2004 | 59 | Sealed Memorandum in Support by Light Sources Inc, Tan Systems, Inc re 58 MOTION for Summary Judgment. (Brown, S.) Additional attachment(s) added on 1/10/2005 (Inferrera, L.). (Entered: 08/24/2004) |
| 08/23/2004 | 58 | MOTION for Partial Summary Judgment by Light Sources Inc, Tan Systems, Inc.Responses due by 9/13/2004 (Brown, S.) (Entered: 08/24/2004) |
| 08/23/2004 | 57 | MOTION to Unseal Confidential Documents subject to Outstanding Protective Order by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 08/24/2004) |
| 08/11/2004 | 56 | ORDER denying 51 Motion for Protective Order . Signed by Judge Mark R. Kravitz on 8/11/04. (Brown, S.) (Entered: 08/16/2004) |
| 08/06/2004 | 55 | Memorandum in Opposition re 51 MOTION for Protective Order filed by Cosmedico Light Inc. (Brown, S.) (Entered: 08/09/2004) |
| 07/19/2004 | 54 | Endorsement ORDER Ordered Accordingly 53 Motion for Cynthia Counts to Appear Pro Hac Vice . Signed by Clerk on 7/19/04. (Brown, S.) (Entered: 07/19/2004) |
| 07/16/2004 | 53 | MOTION for Leave to Appear Pro Hac Vice Attorney Cynthia Counts. Filing Fee $25.00. Receipt Number N012958. by Tan Systems, Inc. (Brown, S.) (Entered: 07/19/2004) |
| 07/15/2004 | 52 | Memorandum in Support re 51 MOTION for Protective Order filed by Light Sources Inc. (Brown, S.) (Entered: 07/16/2004) |
| 07/15/2004 | 51 | MOTION for Protective Order by Tan Systems, Inc.Responses due by 8/5/2004 (Brown, S.) (Entered: 07/16/2004) |
| 06/30/2004 | 50 | Minute Entry for proceedings held before Judge William I. Garfinkel : Scheduling Conference held on 6/30/2004. (Kolesnikoff, D.) (Entered: 07/02/2004) |

A-93
5/1/2005

| 06/08/2004 | 48 | Calendar Entry * AMENDED (FROM 6/23/04) Settlement Conference set for 6/30/2004 10:00 AM before The Honorable William I. Garfinkel, U.S. District Court, Room 429, 915 Lafayette Blvd., Bridgeport, CT.* THE PREVIOUS ISSUED SETTLEMENT CONFERENCE ORDER REMAINS IN EFFECT. (Urbano, G.) (Entered: 06/08/2004) |
| 06/03/2004 | | DOCKET ENTRY CORRECTION re 47 Order granting Motion for Extension of Scheduling Order Deadlines and denying 36 Motion for Summary Judgment; Docket text modified to include ruling on judgment and 6/28/04 hearing cancellation (Brown, S.) (Entered: 06/03/2004) |
| 06/02/2004 | 47 | ORDER granting 46 Motion for Extension of Scheduling Order Deadlines , and denying 36 Motion for Summary Judgment. 6/28/04 Oral argument is cancelled. Signed by Judge Mark R. Kravitz on 6/2/04. (Brown, S.) Modified on 6/3/2004 (Brown, S.). (Entered: 06/03/2004) |
| 06/01/2004 | 49 | Minute Entry for proceedings held before Judge Mark R. Kravitz : Telephonic Status Conference held on 6/1/2004. (Brown, S.) (Entered: 06/16/2004) |
| 05/17/2004 | 46 | MOTION for 3 month Extension of Scheduling Order Deadlines by Light Sources Inc. (Brown, S.) (Entered: 05/18/2004) |
| 04/29/2004 | 45 | REPLY to Response to 36 MOTION for Summary Judgment filed by Cosmedico Light Inc. (Inferrera, L.) (Entered: 04/30/2004) |
| 04/20/2004 | 44 | CALENDAR AND SETTLEMENT CONFERENCE ORDER Settlement Conference set for 6/23/2004 10:00 AM in Chambers Room 429 before Judge William I. Garfinkel.. Signed by Judge William I. Garfinkel on 4/20/04. (Simpson, T.) (Entered: 04/21/2004) |
| 04/19/2004 | | DOCKET ENTRY CORRECTION re 34 Answer to Amended Complaint & Counterclaim - corrected docket to reflect counterclaim against Tan Systems Inc (Inferrera, L.) (Entered: 04/19/2004) |
| 04/16/2004 | 43 | DECLARATION re 36 MOTION for Partial Summary Judgment Signed By Kristen Tiffany filed by Light Sources Inc, Tan Systems, Inc. Exhibits in paper format. (Inferrera, L.) (Entered: 04/19/2004) |
| 04/16/2004 | 42 | DECLARATION re 36 MOTION for Partial Summary Judgment Signed By Christian J. Sauska filed by Light Sources Inc, Tan Systems, Inc. Exhibits in paper format. (Inferrera, L.) (Entered: 04/19/2004) |
| 04/16/2004 | 41 | Statement of Material Facts re 36 MOTION for Summary Judgment filed by Light Sources Inc, Tan Systems, Inc. (Inferrera, L.) (Entered: 04/19/2004) |
| 04/16/2004 | 40 | Memorandum in Opposition re 36 MOTION for Partial Summary Judgment filed by Light Sources Inc, Tan Systems, Inc. (Attachments: # 1 Continued Memorandum)(Inferrera, L.) (Entered: 04/19/2004) |
| 03/12/2004 | 39 | ORDER REFERRING CASE to Magistrate Judge William I. Garfinkel for Settlement Conference. Signed by Judge Mark R. Kravitz on 3/12/04. (Depino, F.) (Entered: 03/12/2004) |

*A-94*

| 03/12/2004 | | Set as to 36 MOTION for Summary Judgment. Responses due by 4/19/2004 (Depino, F.) (Entered: 03/12/2004) |
|---|---|---|
| 03/12/2004 | 38 | ORDER re 36 MOTION for Summary Judgment filed by Cosmedico Light Inc. Signed by Judge Mark R. Kravitz on 3/12/04. (Depino, F.) (Entered: 03/12/2004) |
| 02/26/2004 | 37 | Memorandum in Support (with attached manually filed exhibits) re 36 MOTION for Partial Summary Judgment as to Counts I, II, and V of of Second Amended Complaint filed by Cosmedico Light Inc. (Brown, S.) (Entered: 02/26/2004) |
| 02/26/2004 | 36 | MOTION for Partial Summary Judgment (with attached manually filed exhibits) as to Counts I, II, and V of Second Amended Complaint by Cosmedico Light Inc.Responses due by 3/18/2004 (Brown, S.) (Entered: 02/26/2004) |
| 02/04/2004 | 35 | ANSWER to Third Party Complaint, ANSWER and Affirmative Defenses to Counterclaim by Light Sources Inc, Tan Systems, Inc. (Brown, S.) (Entered: 02/05/2004) |
| 01/20/2004 | 34 | ANSWER and Affirmative Defenses to Amended Complaint, COUNTERCLAIM against Light Sources Inc & Tan Systems, Inc by Cosmedico Light Inc.(Brown, S.) Modified on 4/19/2004 (Inferrera, L.). (Entered: 01/23/2004) |
| 12/22/2003 | | Answer updated for Cosmedico Light Inc to 1/20/2004. (Brown, S.) (Entered: 12/22/2003) |
| 12/22/2003 | 32 | ORDER denying 30 Motion to Dismiss; Answer due 1/20/04. Signed by Judge Mark R. Kravitz on 12/19/03. (Brown, S.) (Entered: 12/22/2003) |
| 12/19/2003 | | DOCKET ENTRY CORRECTION: CHANGED docket entry # 33 to read "Minute Entry" instead of "Order", as motion(s) no longer pending (Brown, S.) (Entered: 12/29/2003) |
| 12/19/2003 | 33 | Minute Entry: Motion hearing held denying 30 MOTION to Dismiss, and denying [23] Renewed Motion to Dismiss filed by Cosmedico Light Inc. by Judge Mark R. Kravitz on 12/19/03. (Brown, S.) Modified on 12/29/2003 (Brown, S.). (Entered: 12/29/2003) |
| 12/18/2003 | 31 | ORDER granting 29 Stipulated Protective Order with exception of Paragraph #14 filed by Light Sources Inc, Cosmedico Light Inc. Signed by Judge Mark R. Kravitz on 12/18/03. (Brown, S.) (Entered: 12/19/2003) |
| 12/18/2003 | 30 | MOTION to Dismiss Amended Complaint by Cosmedico Light Inc.Responses due by 1/8/2004 (Brown, S.) (Entered: 12/19/2003) |
| 12/11/2003 | 29 | STIPULATED PROTECTIVE ORDER AND CONFIDENTIALTY AGREEMENT by Cosmedico Light Inc, Light Sources Inc. (Inferrera, L.) (Entered: 12/12/2003) |
| 11/05/2003 | 28 | Minute Entry for proceedings held before Judge Mark R. Kravitz : Status |

*A-95*

| | | |
|---|---|---|
| | | Conference held on 11/5/2003. (Rodko, B.) (Entered: 11/10/2003) |
| 11/05/2003 | 27 | Second AMENDED COMPLAINT against Cosmedico Light Inc , filed by Light Sources Inc.(Brown, S.) (Entered: 11/06/2003) |
| 11/05/2003 | 26 | ORDER granting [21] Motion to Amend Complaint . Signed by Judge Mark R. Kravitz on 11/5/03. (Brown, S.) (Entered: 11/06/2003) |
| 10/23/2003 | 25 | Reply RESPONSE to motion to Dismiss Complaint filed by Cosmedico Light Inc. (Brown, S.) (Entered: 10/24/2003) |
| 10/14/2003 | 24 | Memorandum in Opposition re [defendant Cosmedico Light motion to dismiss [second amended] complaint [not filed with the court] filed by Light Sources Inc. (Attachments: # 1 continued memo# 2 continued memo #(3)continued memo)(Torday, B.) Modified on 10/28/2003 (Torday, B.). (Entered: 10/21/2003) |
| 09/26/2003 | 23 | MEMORANDUM by Cosmedico Light Inc in support of Renewed Motion to Dismiss Complaint (Brown, S.) (Entered: 09/29/2003) |
| 09/16/2003 | 22 | MEMORANDUM by Light Sources Inc in support of [21-1] motion to Amend [8-1] amended complaint by Light Sources Inc (Brown, S.) (Entered: 09/16/2003) |
| 09/16/2003 | 21 | MOTION by Light Sources Inc to Amend [8-1] amended complaint by Light Sources Inc (Brief Due 10/7/03 ) (Brown, S.) (Entered: 09/16/2003) |
| 09/02/2003 | 20 | SCHEDULING ORDER setting Discovery cutoff 5/30/04 ; Dispositive Motions due 12/30/04 ; ( Signed by Judge Mark R. Kravitz ) (Warner, R.) (Entered: 09/03/2003) |
| 08/21/2003 | 19 | REPORT of Parties Planning Meeting (Brown, S.) (Entered: 08/22/2003) |
| 08/21/2003 | 18 | ORDER of Transfer ( signed by Judge Janet B. Arterton ) to Judge Mark R. Kravitz (Pesta, J.) (Entered: 08/21/2003) |
| 08/20/2003 | 17 | Disclosure Statement by Light Sources Inc (Brown, S.) (Entered: 08/21/2003) |
| 08/01/2003 | 16 | MEMORANDUM by Cosmedico Light Inc in support of [11-1] motion for Pre-motion Conference (Brown, S.) (Entered: 08/06/2003) |
| 08/01/2003 | 15 | REPLY by Cosmedico Light Inc to response to [11-1] motion for Pre-motion Conference by Cosmedico Light Inc (Rodko, R.) (Entered: 08/01/2003) |
| 07/31/2003 | | ENDORSEMENT granting [11-1] motion for Pre-motion Conference ; set for 8/29/03 @ 4:00 P.M ( signed by Judge Janet B. Arterton ) (Brown, S.) (Entered: 08/01/2003) |
| 07/30/2003 | 14 | APPEARANCE of Attorney for Cosmedico Light Inc -- Dale Malone (Brown, S.) (Entered: 07/30/2003) |
| 07/25/2003 | 13 | MEMORANDUM by Light Sources Inc in opposition to [11-1] motion |

*A-96*

| | | |
|---|---|---|
| | | for Pre-motion Conference by Cosmedico Light Inc (Rodko, R.) (Entered: 07/28/2003) |
| 07/25/2003 | | ENDORSEMENT granting [12-1] motion for Dale A. Malone to Appear Pro Hac Vice ( signed by Clerk ) (Rodko, R.) (Entered: 07/25/2003) |
| 07/24/2003 | 12 | MOTION by Cosmedico Light Inc for Dale A. Malone to Appear Pro Hac Vice (Rodko, R.) (Entered: 07/25/2003) |
| 07/23/2003 | 11 | MOTION by Cosmedico Light Inc for Pre-motion Conference (Brief Due 8/13/03 ) (Rodko, R.) (Entered: 07/25/2003) |
| 07/17/2003 | 10 | APPEARANCE of Attorney for Cosmedico Light Inc -- James Webster Oliver (Villano, P.) (Entered: 07/17/2003) |
| 07/17/2003 | 9 | APPEARANCE of Attorney for Cosmedico Light Inc -- Jose Antonio Aguiar (Villano, P.) (Entered: 07/17/2003) |
| 07/08/2003 | 8 | First AMENDED COMPLAINT by Light Sources Inc amending [1-1] complaint; jury demand (Falcone, K.) (Entered: 07/08/2003) |
| 07/08/2003 | | ENDORSEMENT granting [6-1] motion to Amend [1-1] complaint ( signed by Judge Janet B. Arterton ) (Falcone, K.) (Entered: 07/08/2003) |
| 06/27/2003 | 7 | MEMORANDUM by Light Sources Inc in support of [6-1] motion to Amend [1-1] complaint (Rodko, R.) (Entered: 06/27/2003) |
| 06/27/2003 | 6 | MOTION by Light Sources Inc to Amend [1-1] complaint (Brief Due 7/18/03 ) (Rodko, R.) (Entered: 06/27/2003) |
| 06/16/2003 | 5 | Waiver of Service of Summons as to Cosmedico Light Inc signed on 6/10/03 (Depino, F.) (Entered: 06/18/2003) |
| 05/16/2003 | 4 | APPEARANCE of Attorney for Light Sources Inc -- Paul A. Fattibene (D'Andrea, S.) (Entered: 05/19/2003) |
| 05/16/2003 | 3 | APPEARANCE of Attorney for Light Sources Inc -- Arthur T. Fattibene (D'Andrea, S.) (Entered: 05/19/2003) |
| 05/16/2003 | 2 | ORDER on Pretrial Deadlines handed to counsel; Discovery cutoff 11/15/03; Dispositive Motions due 12/15/03; Amended Pleadings due 7/16/03; Motions to Dismiss due 8/16/03 (D'Andrea, S.) (Entered: 05/19/2003) |
| 05/16/2003 | | SUMMONS(ES) issued for Cosmedico Light Inc (D'Andrea, S.) (Entered: 05/19/2003) |
| 05/16/2003 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # B006184 (D'Andrea, S.) (Entered: 05/19/2003) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |

*A-97*

| 05/01/2005 13:44:44 | | | |
|---|---|---|---|
| **PACER Login:** | ff0036 | **Client Code:** | Light |
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cv-00874-MRK |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |

A-98

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIGHT SOURCES, INC.,                  :
and TAN SYSTEMS, INC.,                :
                                      :
                  Plaintiffs,         :        NO. 3:03CV874(MRK)
                                      :
v.                                    :
                                      :
COSMEDICO LIGHT, INC.,                :
                                      :
                  Defendant.          :

**RULING AND ORDER**

This case arises out of Plaintiff Light Sources, Inc.'s ("Light Sources") and Plaintiff Tan

Systems, Inc.'s ("Tan Systems") alleged infringement of trademarks held by the Defendant,

Cosmedico Light, Inc. ("Cosmedico"). Currently pending before the Court are seven motions

that fall into four general categories: (1) cross-motions for partial summary judgment; (2)

motions related to the sealing and unsealing of certain documents filed in this case; (3) motions

related to discovery; and (4) a motion to strike certain documents in support of partial summary

judgment.

**I.**

Turning first to the cross-motions for summary judgment, the standard for assessing such

motions is familiar. Summary judgment is appropriate only when "the pleadings, depositions,

answers to interrogatories, and admissions on file, together with the affidavits, if any, show that

there is no genuine issue as to any material fact and that the moving party is entitled to judgment

as a matter of law." Fed. R. Civ. P. 56(b). A genuine issue of fact exists when "a reasonable jury

-1-

*EXHIBIT*
*4*

*A - 99*

could return a verdict for the nonmoving party," and facts are material to the outcome if the

substantive law renders them so. *Andersen v. Liberty Lobby, Inc.*, 477 U.S. 242, 251-52 (1986).

The moving party bears the burden of demonstrating that no genuine issue exists as to any

material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323-25 (1986). If the moving party carries

its burden, the party opposing summary judgment "may not rest upon mere allegations or

denials," rather the opposing party must "set forth specific facts showing that there is a genuine

issue for trial." Fed. R. Civ. P. 56(e). The Court must draw all ambiguities and inferences in

favor of the plaintiffs. *See Andersen*, 477 U.S. at 255. However, to defeat a motion for summary

judgment, the nonmoving party "must do more than simply show that there is some metaphysical

doubt as to the material facts." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574,

586 (1986). "If the evidence is merely colorable, or is not significantly probative, summary

judgment may be granted." *Andersen*, 477 U.S. at 249-50.

The basic facts of this case are not in dispute. All parties to this lawsuit are in the

business of making, marketing, and/or selling, *inter alia*, ultraviolet light bulbs for tanning beds.

*See* Pls.' Local Rule 56(a)(1) Statement [doc. #60], at ¶¶ 4, 9-11; Def.'s Local Rule 56(a)(1)

Statement [doc. #66], at ¶¶ 1-3. Cosmedico has federally registered trademarks for "VHR" (Reg.

No. 2,124,659) and "Cosmolux VLR" (Reg. No. 2,788,198). Pls.' Local Rule 56(a)(1) Statement

[doc. #60], at ¶¶ 32, 52; Def.'s Local Rule 56(a)(1) Statement [doc. #66], at ¶ 10. For the time

period relevant to the pending litigation, Light Sources sold OEM (*i.e.*, "original equipment

manufacturer") ultraviolet light bulbs for tanning beds to Tan Systems imprinted with the Tan

Systems house brand "TURB0POWER" and the allegedly infringing terms "THR" and "TLR" as

a part of a model number (*e.g.*, "FR71T12 – THR 160" or "FR71T12 – TLR 100"). Pls.' Local

A - 100

Rule 56(a)(1) Statement [doc. #60], at ¶¶ 15-16; Def.'s Local Rule 56(a)(1) Statement [doc. #66], at ¶ 4. A "house brand" or "house mark" is a "trademark that identifies the business that produces the product." *Arrow Fastener Co. v. Stanley Works*, 59 F.3d 384, 388 n.1 (2d Cir. 1995).

There are six claims and five counterclaims in this case, brought pursuant to various provisions of the Lanham Act (*i.e.*, 15 U.S.C. §§ 1114, 1119, 1120, 1125), the common law of trademarks, and Connecticut's Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110(b). The Court will assume familiarity with the numbering system for the Claims and Counterclaims as outlined in the Plaintiffs' Second Amended Complaint [doc. #27] and the Defendant's Answer to Second Amended Complaint and Counterclaims [doc. #34].

In Plaintiffs' Motion for Partial Summary Judgment [doc. #58], Light Sources and Tan Systems seek summary judgment on their Claim 1 and Cosmedico's Counterclaims 1, 2, 4, and 5. In Defendant's Motion for Partial Summary Judgment [doc. #64], Cosmedico seeks summary judgment on Light Sources' and Tan Systems' Claims 1, 2, and 5. Neither party moved for summary judgment on Light Sources' and Tan Systems' Claims 3, 4, and 6, and Cosmedico's Counterclaim 3. Therefore, regardless of the Court's disposition of the cross-motions for partial summary judgment, it will be necessary to hold a trial of those four claims. For the reasons stated below, the Court GRANTS IN PART and DENIES IN PART Plaintiffs' Motion for Partial Summary Judgment [doc. #58], and GRANTS IN PART and DENIES IN PART Defendant's Motion for Partial Summary Judgment [doc. #64].

## A.

The Court DENIES Plaintiffs' Motion for Partial Summary Judgment [doc. #58], insofar

A-101

as it seeks judgment for Light Sources and Tan Systems on Cosmedico's Counterclaims 1, 2, and

4, and Light Sources' and Tan Systems' Claim 1, because there are numerous material issues of

fact that preclude summary judgment.

Cosmedico's Counterclaim 1 alleges infringement of Cosmedico's federally registered

trademarks "VHR" and "Cosmolux VLR" under the Lanham Act, 15 U.S.C. § 1114(1). A claim

of trademark infringement is analyzed under a familiar two-prong test: (1) whether Cosmedico's

marks are "entitled to protection"; and (2) whether Light Sources' and/or Tan Systems' use of

their marks is "likely to cause consumers confusion as to the origin or sponsorship of the

defendant's goods." *Savin Corp. v. Savin Group*, 391 F.3d 439, 456 (2d Cir. 2004) (internal

quotations and brackets omitted). The crucial issue in an action for trademark infringement is

"whether there is any likelihood that an appreciable number of ordinarily prudent purchasers are

likely to be misled, or indeed simply confused, as to the source of the goods in question." *Id.* To

make this determination, the court must look at a host of factors, including the eight factors –

commonly known as the *Poloroid* factors – first articulated by Judge Friendly in his seminal

decision in *Polaroid Corp. v. Polarad Electronics Corp.*, 287 F.2d 492, 495 (1961). The all-too

familiar *Poloroid* factors require consideration of the following:

> (1) the strength of the senior mark; (2) the degree of similarity between the two
> marks; (3) the proximity of the products; (4) the likelihood that the prior owner
> will "bridge the gap"; (5) actual confusion; (6) the defendant's good faith (or bad
> faith) in adopting its own mark; (7) the quality of defendant's product; and (8) the
> sophistication of the buyers.

*Savin Corp.*, 391 F.3d at 456.

Here, it is apparent from the parties' submissions that there are numerous disputed issues

of fact both on whether Cosmedico's marks "VHR" and "Cosmolux VLR" are entitled to

-4-

A-102

protection and on the application of the *Polaroid* factors to determine the likelihood of confusion. These disputed issues of fact preclude summary judgment on both Cosmedico's Counterclaim 1 as well as the portion of Light Sources' and Tan Systems' Claim 1 that seeks a declaratory judgment that they are not infringing Cosmedico's federally registered mark "VHR".

Cosmedico's Counterclaim 2 alleges false designation of origin under the Lanham Act, 15 U.S.C. § 1125(a). Section 1125(a) "is a broad federal unfair competition provision which protects unregistered trademarks similar to the way that section [1114(1)] of the Lanham Act . . . protects registered marks." *Chambers v. Time Warner, Inc.,* 282 F.3d 147, 155 (2d Cir. 2002). Cosmedico's Counterclaim 4 alleges trademark infringement under the common law. To prevail on a common law claim of trademark infringement, a party must "establish that the symbols for which it seeks trademark protection are valid, legally protectable marks and that another's subsequent use of a similar mark is likely to create confusion as to the origin of the product." *Tri-Star Pictures, Inc. v. Leisure Time Productions, B.V.,* 17 F.3d 38, 43 (2d Cir. 1994).

As is true of Cosmedico's Counterclaim 1, the key issue on Cosmedico's Counterclaims 2 and 4 is whether Light Sources' and Tan Systems' conduct gives rise to a "likelihood of confusion," defined as, *inter alia,* "a likelihood that an appreciable number of ordinarily prudent purchasers are likely to be misled, or indeed simply confused, as to the source of the goods in question." *Register.Com, Inc. v. Verio, Inc.,* 356 F.3d 393, 441-42 (2d Cir. 2004). Again, there are numerous disputed issues of fact as to the likelihood of confusion between Light Sources' and Tan Systems' use of "THR" and "TLR" and Cosmedico's "VHR," "VLR" and "Cosmolux VLR" marks, and those disputes preclude summary judgment.

It bears noting that the Court has some considerable doubt as to Cosmedico's eventual

A-103

success on its Counterclaims 1, 2, and 4, especially in light of the Second Circuit's decision in *Arrow Fastener Co. v. Stanley Works, supra,* which concluded that a plaintiff failed to establish likelihood of confusion "where the allegedly infringing use concerns inclusion of the [trademark] in a multi-digit model number used to identify a product." *Arrow Fastener,* 59 F.3d at 399. At this point, however, Light Sources and Tan Systems have failed to meet their burden of demonstrating that no genuine issue exists as to any material fact related to these Counterclaims and that as a matter of law, no reasonable jury could find for Cosmedico on any of these claims or that Light Sources and Tan Systems are entitled to summary judgment on their declaratory judgment count.

The Court GRANTS Plaintiffs' Motion for Partial Summary Judgment [doc. #58], insofar as it seeks judgment for Light Sources and Tan Systems on Cosmedico's Counterclaim 5. Counterclaim 5 asserts a CUTPA claim based on Light Sources' and Tan Systems' decision to file Claims 1, 2 and 5 against Cosmedico. As will be explored in greater detail in Part I.B *infra,* Cosmedico alleges that Light Sources and Tan Systems should have known that these claims would be barred by the doctrine of *res judicata* because Cosmedico's "VHR" mark was the subject of proceedings at the United States Patent and Trademark Office ("USPTO") in which Light Sources filed an official opposition that was later dismissed with prejudice. *See* Answer to Second Amended Complaint and Counterclaims [doc. #34], at ¶¶ 115-125; *see also* Def.'s Local Rule 56(a)(1) Statement [doc. #66], at ¶¶ 8-10.

The law is clear, however, that "the filing of a single non-sham lawsuit [] cannot form the basis of a claim under CUTPA." *Suburban Restoration Co. v. Acmat Corp.,* 700 F.2d 98 (2d Cir. 1983); *see also Nationwide Mut. Ins. Co. v. Bland,* No. 399CV2005(RNC), 399CV2006(RNC),

-6-

A-104

399CV2007(RNC), 2003 WL 23354137, at *5 (D. Conn. Mar. 30, 2003) ("Filing a single lawsuit can violate CUTPA only if it is a 'sham.' "). The Connecticut Appellate Court has stated that "sham" litigation in the CUTPA context consists of "actions rife with abusive intent and absent any indicia of success," and that "[f]actors present in sham litigation include, but are not limited to . . . deliberate fraud, supplying false information, and whether lower courts have stated or implied that the action is frivolous or objectively baseless and whether they have dismissed it out of hand." *Zeller v. Consolini*, 59 Conn. App. 545, 555 (2000).

Putting aside the Court's serious doubts as to whether a CUTPA violation even could be based on a mere subset of allegedly "sham" claims within an otherwise legitimate "non-sham" lawsuit as a whole, Light Sources' and Tan Systems' claims in this action with respect to the "VHR" mark are in no way objectively meritless or baseless, and contain none of the aforementioned indicia of "sham" litigation. Light Sources and Tan Systems present a legitimate argument as to why an administrative proceeding at the USPTO between the parties related to Cosmedico's "VHR" mark should not bar their claims in this lawsuit due to the doctrine of *res judicata*. In fact, as will be apparent below, the Court ultimately agrees with many of Light Sources' and Tan Systems' arguments. Light Sources and Tan Systems are, therefore, entitled to summary judgment on Cosmedico's CUTPA claim in Counterclaim 5.

**B.**

From November 7, 1996 until November 17, 1997, Cosmedico's "VHR" mark was the subject of an opposition proceeding before the USPTO Trademark Trial and Appeals Board ("TTAB") between Cosmedico and Light Sources. Light Sources' basis for opposing registration of the "VHR" mark was that, *inter alia,*

A-105

> [t]he fluorescent tube industry is using the acronym "VHR" on ultraviolet fluorescent tubes as a designation of such tubes which include a reflective coating over a portion of the surface to reflect light rays impinging thereon and thereby increase the intensity of light rays emanating in the uncoated portion. Accordingly, Opposer [Light Sources] believes that this acronym is a generic designation not subject to appropriation by Applicant [Cosmedico] or any other.

Def.'s Local Rule 56(a)(1) Statement [doc. #66], at ¶ 8. Subsequently, on October 27, 1997, the parties filed a joint Stipulation of Dismissal that expressly terminated the opposition with prejudice. *Id.* at ¶ 10 ("The parties, by and through their attorneys, hereby stipulate that the above-identified opposition proceeding be dismissed with prejudice."). The USPTO later dismissed the opposition with prejudice on November 17, 1997, and granted Cosmedico registration number 2,124,659 for the mark "VHR" on December 31, 1997. *Id.*

Cosmedico argues that the doctrine of *res judicata* bars Light Sources' and Tan Systems' Claims 1, 2 and 5 because they could have been litigated in the opposition proceeding before the TTAB.[1] In the trademark context (like any other), *res judicata*, or claim preclusion, "prevents the subsequent litigation by either party of any ground of recovery that was available in the prior action, whether or not it was actually litigated or determined." *Jim Beam Brands Co. v. Beamish & Crawford Ltd.*, 937 F.2d 729, 736 (2d Cir. 1991); *see also Storey v. Cello Holdings, L.L.C.*, 347 F.3d 370, 380 (2d Cir. 2003) ("Under the doctrine of *res judicata*, or claim preclusion, a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action.") (internal quotations and brackets

---

[1] According to Defendant's Memorandum in Support of its Motion for Partial Summary Judgment [doc. #65], "Cosmedico does not seek summary judgment of noninfringement in this motion, as the issue of infringement was not determined in the opposition proceeding" before the USPTO. *Id.* at 14 n.1. Thus, the portion of Plaintiffs' Claim 1 that seeks a declaratory judgment that Plaintiffs have not infringed Cosmedico's "VHR" mark survives Cosmedico's motion for summary judgment.

A-106

omitted). A dismissal with prejudice is a final adjudication on the merits that can give rise to *res judicata*. *See Storey*, 347 F.3d at 385 n.12 (rejecting argument that "*res judicata* cannot apply because the dismissal with prejudice . . . does not constitute a judgment on the merits.").

Generally, administrative proceedings may have *res judicata* effect if they are adjudicative in nature. *See, e.g., United States v. Utah Constr. Co.*, 384 U.S. 394, 421-22 (1966) ("When an administrative agency is acting in a judicial capacity and resolves disputed issues of fact properly before it which the parties have had an adequate opportunity to litigate, the courts have not hesitated to apply *res judicata* to enforce repose.") (quoted in *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 107 (1991); *Union Mfg. Co., Inc. v. Han Baek Trading Co., Ltd.*, 763 F.2d 42, 44-45 (2d Cir. 1985)); *see also Delamater v. Schweiker*, 721 F.2d 50, 53-54 (2d Cir. 1983) (*res judicata* effect granted to administrative adjudications but not to administrative decisions). Administrative proceedings before the TTAB are generally considered adjudicative in nature. *See, e.g., Kohler Co. v. Moen Inc.*, 12 F.3d 632, 636 (7th Cir. 1993) (TTAB is "the adjudicative body of the Patent and Trademark Office"); *EZ loader Boat Trailers, Inc. v. Cox Trailer, Inc.*, 746 F.2d 375, 378 (7th Cir. 1984) (TTAB acts in a judicial capacity because it is an adversarial proceeding where the parties are represented by attorneys, present evidence, and submit briefs). *See also* 37 C.F.R. § 2.105 (party opposing registration may be represented by an attorney); § 2.106 (applying certain rules of the *Federal Rules of Civil Procedure* to pleadings in an opposition proceeding); § 2.116 ("*inter partes* proceedings shall be governed by the *Federal Rules of Civil Procedure*"); §§ 2.120–2.125, 2.127–2.129 (regulations governing discovery, testimony, evidence, motions, depositions, briefs, and oral argument both before and during trial of opposition proceedings).

A-107

The Court of Appeals for the Federal Circuit has held that trademark opposition proceedings before the TTAB can have a *res judicata* effect, even if the final judgment in the opposition proceeding was a default judgment due to the fact that the party's original opposition was "abandoned and dismissed for failure to prosecute." *Int'l Nutrition Co. v. Horphag Research, Ltd.*, 220 F.3d 1325, 1329 (Fed. Cir. 2000); *see also Tonka Corp. v. Rose Art Indus., Inc.*, 836 F. Supp. 200, 212-14 (D.N.J. 1993) (under certain circumstances, *res judicata* may apply to opposition proceedings). *Cf. Han Baek Trading*, 763 F.2d at 45 (In a trademark dispute, "when the issues raised and the procedures available in the [International Trade Commission ("ITC")] proceeding are in all important respects the same as those in the District Court, *res judicata* should bar the relitigation of the claim in federal court. To hold otherwise would undermine the legitimacy of the ITC proceeding; the party losing the administrative adjudication could simply file an identical action in a federal district court and thereby avoid the strict standard of review governing appeal of ITC determinations in the Federal Circuit.") (citing *Delamater*, 721 F.2d at 53-54). Therefore, the opposition proceeding at the TTAB central to this case could, in theory, serve as a bar to some or all of Light Sources' and Tan Systems' claims due to the doctrine of *res judicata*, if all of the essential elements of *res judicata* are met.

However, under the facts as they have been presented to date, the Court concludes, at least at this stage of the lawsuit, that the opposition proceeding does not bar the majority of Light Sources' and Tan Systems' claims. To begin with, the Court DENIES Defendant's Motion for Partial Summary Judgment [doc. #64] as it pertains to Tan Systems because Tan Systems was not a party to, or in privity with a party to, the opposition proceedings before the TTAB. Cosmedico makes a passing reference to the possibility of privity because of the existence of an

-10-

A-108

indemnification agreement between Light Sources and Tan Systems. *See* Mem. in Supp. of

Def.'s Mot. for Partial Summ. J. [doc. #65], at 9-10 (citing *Meeropol v. Nizer*, 505 F.2d 232, 235-

36 (2d Cir. 1974) (concerning whether a federal court has jurisdiction to enjoin prosecution of

second action embracing the same issue in another federal court even where parties in two

actions are not identical, because of an indemnification agreement)). This argument has no

support in the case law and no merit on the facts, especially in light of the fact that this

indemnification agreement was entered into in February 2003 (over five years *after* the

opposition proceedings before the TTAB) and that agreement concerned the present trademark

infringement claims by Cosmedico. Therefore, all of Tan Systems' claims survive Cosmedico's

*res judicata* argument.

Light Sources was a party to the opposition proceeding, and the Court must decide (if

possible on the record before it) which of Light Sources' specific claims are barred by *res*

*judicata* because they were raised, or could have been raised, in the opposition proceeding.

Generally speaking, "[r]egistration proceedings present the question of whether the application is

entitled to *register* its trademark." *Tonka Corp.*, 836 F. Supp. at 213 (emphasis added); *see also*

15 U.S.C. § 1063(a) ("Any person who believes that he would be damaged by the *registration* of

a mark upon the principal register . . . may, upon payment of the prescribed fee, file an opposition

in the Patent and Trademark Office, stating the grounds therefor.") (emphasis added). Litigation

before the TTAB in opposition proceedings is, therefore, limited to whether one has the right to

register a mark, and not whether one has the right to exclusive use of the mark in practice. *See,*

*e.g.*, *Application of Marriott Corp.*, 517 F.2d 1364, 1367 (Cust. & Pat. App. 1975) ("[T]he issue

in an opposition is the applicant's right to register and not opposer's right to exclusive use.").

-11-

A-109

Therefore, while Light Sources' claims that directly concern Cosmedico's right to *register* the

"VHR" mark are barred by *res judicata*, Light Sources' claims that directly concern or are derived

from Cosmedico's *use* of the "VHR" mark *in the marketplace* might not be barred by *res*

*judicata. Cf. Levy v. Kosher Overseers Ass'n of America, Inc.*, 104 F.3d 38, 42 (2d Cir. 1997)

("For a TTAB or Federal Circuit determination of 'likelihood of confusion' to have collateral

estoppel effect in a trademark infringement action, the TTAB or the Federal Circuit must have

taken into account, in a meaningful way, the *context* of the marketplace.") (emphasis in original).

Accordingly, the Court GRANTS Defendant's Motion for Partial Summary Judgment

[doc. #64] as it pertains to Light Sources' Claim 5. Light Sources' Claim 5 alleges that

Cosmedico engaged in fraudulent registration of Cosmedico's federally registered "VHR" mark

under the Lanham Act, 15 U.S.C. § 1120. *See* Second Amended Complaint [doc. #27], at ¶¶ 59-

66. Because Light Sources' Claim 5 contains allegations of fraud during the registration process

itself, this claim could have been brought in the opposition proceedings before the USPTO. As

such, this claim is barred by *res judicata* and summary judgment should enter for Cosmedico on

Light Sources' Claim 5. As for Light Sources' Claims 1 and 2, the Court DENIES Defendant's

Motion for Partial Summary Judgment [doc. #64], without prejudice to possible renewal at trial,

because on the record before the Court, the Court cannot say as a matter of law whether Light

Sources' Claims 1 and 2 relate solely to the *use* of the "VHR" mark in commerce and as such are

not barred by the doctrine of *res judicata*.

In summary, the Court DENIES summary judgment to all parties on the claims for which

they sought partial summary judgment, with the exception of Light Sources' Claim 5 and

Cosmedico's Counterclaim 5, for which the Court will enter summary judgment.

A-110

## II.

The Court will next turn to the parties' sealing and unsealing motions. In this Court's Ruling and Order dated December 20, 2004 [doc. #97] and Supplemental Order dated December 30, 2004 [doc. #98], the Court unsealed the majority of the documents originally filed under seal in this case. However, the Court must still resolve a very narrow issue regarding whether portions of Exhibits 4 and 12 of Defendant's Local Rule 56(a)(2) Statement [doc. #70], and Light Sources' and Tan Systems' reference to or use of these portions of Cosmedico's Exhibits 4 and 12 in their Reply Appendix [doc. #76] and their Sealed Exhibits [doc. #94], should remain sealed. Cosmedico claims that these portions of Exhibits 4 and 12 contain confidential material concerning third parties unrelated to this lawsuit. Commendably, Cosmedico has filed public versions of these documents, in which only the specific, narrowly drawn confidential material related to these third parties has been redacted. *See* Exhibits Attached to Def.'s Response to Order to Show Cause [doc. #80]. The Court believes that for the time being, maintaining under seal this extremely small quantity of confidential material related to third parties is appropriate. At the time of trial, the Court will reconsider whether these materials should remain under seal.

Thus, the Court GRANTS Defendant's Motion for Leave to File Documents Under Seal [doc. #81], and DENIES Plaintiffs' Motion to Unseal [doc. #95]. Document numbers 70, 76, and 94 shall remain under seal until further order of the Court.

## III.

Turning now to the discovery motions pending in this case, the Court notes at the outset that this case is heading for trial on most of the claims and counterclaims asserted by both parties. To ensure that a complete evidentiary record is available for the upcoming trial, the

A-111

Court GRANTS Defendant's Motion to Compel Production of Documents and Deposition of

Plaintiff Tan Systems [doc. #86] and GRANTS Plaintiffs' Motion to Compel and Complete

Discovery [doc. #100]. Discovery shall be opened from March 1, 2005 until July 1, 2005 for the

purpose of any party conducting any further discovery in support or defense of any claims or

counterclaims asserted in this action. The parties are advised that no extensions of this

supplemental discovery period will be granted, except for truly extraordinary unforseen

circumstances. Parties must take all remaining depositions and produce all remaining documents

within this extended discovery period.

## IV.

Finally, in Defendant's Motion to Strike Declarations of Arthur T. Fattibene and Kristin

(Tiffany) Crumpler [doc. #88], Cosmedico has moved to strike certain of Light Sources' and Tan

Systems' submissions to the Court in connection with the cross-motions for partial summary

judgment on grounds, *inter alia*, that these declarations are based upon and incorporate

documents and evidence allegedly withheld from Cosmedico, contain hearsay, and are made by

declarants incompetent to establish a foundation for the proffered evidence. *Id.* at 1-2. In

reaching its decision on the cross-motions for summary judgment, the Court did not rely on these

declarations. Therefore, Defendant's Motion to Strike [doc. # 88] is DENIED AS MOOT.

## V.

In sum, the Court enters the following orders on the pending motions:

1. GRANTS IN PART and DENIES IN PART Plaintiffs' Motion for Partial

   Summary Judgment [doc. #58]. Judgment shall enter for Plaintiff on Cosmedico's

   Counterclaim 5. In all other respects, the Motion for Partial Summary Judgment

-14-

A-112

is denied;

2.    GRANTS IN PART and DENIES IN PART Defendant's Motion Partial Summary

Judgment [doc. #64]. Judgment shall enter for Defendant on Light Sources'

Claim 5. In all other respects, the Motion for Partial Summary Judgment is

denied;

3.    GRANTS Defendant's Motion for Leave to File a Document Under Seal [doc.

#81] and DENIES Plaintiffs' Motion to Unseal Documents [doc. #95]. Document

numbers 70, 76, and 94 shall remain under seal until further order of the Court;

4.    GRANTS Defendant's Motion to Compel Production of Documents and

Deposition of Plaintiff Tan Systems [doc. #86] and GRANTS Plaintiffs' Motion to

Compel and Complete Discovery [doc. #100]. The parties shall have from March

1, 2005 until July 1, 2005 to complete (not propound) any and all depositions or

other discovery they believe is needed in preparation for trial;

5.    DENIES AS MOOT Defendant's Motion to Strike Declarations of Arthur T.

Fattibene and Kristin (Tiffany) Crumpler [doc. #88].

As a result of the foregoing rulings, all of Light Sources' and Tan Systems' claims and

Cosmedico's counterclaims remain in this case, except for Light Sources' Claim 5 and

Cosmedico's Counterclaim 5. By separate order, the Court will establish the schedule for

submission of a Joint Trial Memorandum, the final pretrial conference, and for trial.

*A-113*

IT IS SO ORDERED.


/s/   _____Mark R. Kravitz_____
United States District Judge

**Dated at New Haven, Connecticut: March 4, 2005.**

A-114

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Cosmedico Light, Inc.,
        Plaintiff,

vs.

Tan Systems, Inc.,
        Defendants.

)
)
)
)
)
)
)
)
)

# 03 CV 10962 WGY

Civil Action No. _____

## COMPLAINT

Plaintiff, Cosmedico Light Inc., in and for its Complaint against Defendant, Tan Systems, Inc., states as follows:

## THE PARTIES

1. Plaintiff, Cosmedico Light, Inc. (hereinafter "plaintiff" or "Cosmedico Light, Inc." or "Cosmedico") is a Delaware corporation having its principal place of business at 233 Libbey Parkway, Unit 2, Weymouth, Massachusetts 02189.

2. Defendant, Tan Systems, Inc. (hereinafter "Tan Systems") is a Georgia corporation believed to be doing business in the Commonwealth of Massachusetts, and having been incorporated on April 1, 1988, with a principal place of business at 1920 Highway 42 South, McDonough, Georgia 30252.

3. Defendant, Tan Systems is transacting and regularly doing and/or soliciting business, and committing acts of trademark infringement, dilution and/or false designation of origin, in this judicial district, the District of Massachusetts, and elsewhere.

*EXHIBIT*
*5*

*A-115*

## JURISDICTION AND VENUE

4.  This action arises under the Trademark Laws of the United States, particularly 15. U.S.C. § 1051 et seq.; and under M.G.L.A. Chapter 110B §§ 11, 12. [M.G.L.A. c. 110B, § 2; et seq; 15 U.S.C.A. § 1072; 15 U.S.C.A. § 1065] Jurisdiction is based upon 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338 and 1367, and M.G.L.A., Chapter 223A, § 3.

5.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## PLAINTIFF'S BUSINESS AND TRADEMARK RIGHTS

6.  Plaintiff, Cosmedico Light, Inc., is in the business of developing, marketing and selling fluorescent sun lamps, power systems and other such goods and products used for indoor tanning. Plaintiff markets and sells a variety of well known sunlamps which are utilized in tanning beds to generate ultraviolet light. Cosmedico's product line of advanced indoor tanning technology is marketed and sold under the trademark, COSMEDICO®. Cosmedico Light, Inc. is the corporate name and designation of the plaintiff and has been used by it in connection with the company, and its goods and services, since its establishment on May 19, 1986.

7.  Among Cosmedico's product lines is a range of bulbs sold, marketed and distributed by the Plaintiff under its federally registered trademark VHR®. The VHR ® mark is used in connection with Cosmedico's 160 Watt reflector ultra violet fluorescent lighting tubes. Cosmedico is the owner of the VHR® mark and has used the mark on or in connection with its goods and/or services in interstate commerce continuously since at

*A-116*

2

least as early as December, 1994. A copy of Cosmedico's federal trademark registration, No. 2124659, is attached hereto as exhibit A.

8. Under federal trademark law, Cosmedico's registered VHR® trademark has become incontestable.

9. Another line of bulbs is sold, marketed and distributed by the Plaintiff under the the trademark Cosmolux VLR™. Cosmedico is the owner of the Cosmolux VLR™ mark and has used the mark on or in connection with its goods and/or services in interstate commerce since on or about July, 1997. Cosmedico uses the Cosmolux VLR™ mark to designate its 100 watt reflector ultra violet fluorescent lamp products.

10. A federal trademark registration application for Cosmolux VLR™ was initially filed by Cosmedico with the United States Patent and Trademark Office on December 30, 1997. The application was re-filed effective June 3, 2002. (Serial Number 76415356)

11. Cosmedico's rights in the marks VHR® and Cosmolux VLR ™ are valid and subsisting. The VHR® and Cosmolux VLR ™ marks have been, and continue to be, used for the purpose of identifying the plaintiff's goods, and for distinguishing its goods and services from similar or competing goods and services manufactured and distributed by other companies. As a result of its long and continuous use, the trade and/or the purchasing public have come to know and recognize the VHR® and Cosmolux VLR ™ marks as identifying the particular goods and services of the plaintiff.

*A-117*

12. Cosmedico's adoption and use of the VHR® and Cosmolux VLR™ marks predate the acts of defendant complained of herein, and Cosmedico has continuously used the VHR® and Cosmolux VLR ™ marks in the United States on or in connection with its goods and services in both interstate and intrastate commerce since long prior to defendant's adoption and use of the infringing marks as described herein.

13. The goodwill associated with the VHR® and Cosmolux VLR™ marks has inured to the benefit of plaintiff, Cosmedico. Because the VHR ® and Cosmolux VLR™ marks have come to represent quality workmanship and top notch product support, the marks have gained great brand loyalty and secondary meaning.

14. As a result of the care, skill and integrity exercised by Cosmedico in the conduct of its business, as a result of the high quality of products marketed by the plaintiff under the VHR® and Cosmolux VLR ™ marks, as a result of extensive advertising, sales and public acceptance thereof, and as a result of the dependable quality of goods sold and services rendered by plaintiff to its customers, the VHR® and Cosmolux VLR ™ marks have acquired an excellent reputation within the trade and public, who have come to associate the marks with the high-quality goods and services of Cosmedico.

A-118

## DEFENDANT'S BUSINESS ACTIVITIES

15.  Without Cosmedico's consent, defendant has used and continues to use marks that are intentionally confusingly similar to plaintiff's VHR® and Cosmolux VLR™ marks in interstate and intrastate commerce, and in this district, on or in connection with goods and services defendant has advertised, marketed, offered for sale and/or sold throughout the United States.  Such goods and services are similar to the goods and services of plaintiff, which include ultra violet fluorescent lighting tubes employed for the purposes sunning and tanning and related goods.

16.  Defendant sells its products in direct competition with Cosmedico, and advertises and otherwise markets in the same or similar mediums and/or channels of trade and/or to the same or similar class of prospective customers as Cosmedico.

17.  Throughout the United States, and in this district, and in the "2K3" edition of their marketing literature, defendant has advertised, marketed and sold tanning beds using the marks "THR ™" and "TLR ™" (See true and accurate copies of pages of defendant's advertising and marketing materials herewith attached as Exhibit B).

18.  Defendant's THR ™ and TLR ™ marks are strikingly similar to Cosmedico's VHR® and Cosmolux VLR ™ trademarks, and defendant's infringing marks appear on goods, packaging for goods, and/or materials accompanying goods, advertised, marketed and/or sold by defendant in interstate and intrastate commerce, including this judicial district.

19.  Cosmedico has provided notice of its trademark rights to defendant, and has made repeated requests to defendant to "cease and desist" from employing said confusingly

A-119

similar marks;  However, defendant has failed, refused and/or neglected to stop its infringing activities.

## COUNT I

### TRADEMARK INFRINGEMENT UNDER FEDERAL LAW

20.  Cosmedico realleges and incorporates by reference all paragraphs, above, as if fully set forth herein.

21.  This count is for trademark infringement under the provisions of the Trademark Laws of the United States, particularly 15 U.S.C. §1114(l) et seq..

22.  The acts of defendant alleged herein were engaged in without Cosmedico's consent, and constitute a use in commerce of a reproduction, counterfeit, copy, or colorable imitation of a federally registered mark of plaintiff and otherwise protected property in connection with the sale, offering for sale, distribution, or advertising of goods or services of defendant.  Such use by defendant has caused and/or is likely to cause confusion, or to cause mistake or to deceive in violation of 15 U.S.C. § 1114(l).

23.  Without Cosmedico's consent, and in violation of 15 U.S.C. § 1114(l), defendant has reproduced, counterfeited, copied, or colorably imitated a registered mark of plaintiff and applied such reproduction, counterfeit, copy, or colorable irritation to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services in connection with which such use is likely to cause confusion, or cause mistake or to deceive.

*A-120*

24. Accordingly, defendant has infringed the trademark rights of plaintiff in violation of the Trademark Laws of the United States, particularly 15 U.S.C. § 1114(1).

25. Defendant's acts as alleged herein have been and are being performed with defendant's knowledge of plaintiff's exclusive rights in the United States to the federally registered VHR® mark and otherwise protected Cosmolux VLR™ mark, and with knowledge that defendant's imitation of plaintiff's marks was intended to be used to cause confusion, or to cause mistake or to deceive. Defendant's acts as alleged herein constitute a willful and fraudulent attempt to confuse and deceive the purchasing public for defendant's profit.

26. Defendant's acts as alleged herein were and are calculated to trade upon the goodwill and reputation of plaintiff and to confuse and deceive the public into accepting and purchasing defendant's goods and/or services in the mistaken belief that they are plaintiff's goods and/or services, or that defendant and its goods and/or services are sponsored or approved by, or otherwise connected with plaintiff.

27. Defendant, by the acts complained of herein, has caused and is causing injury to Cosmedico, to the public and to the market in which plaintiff and defendant do business.

28. Defendant has made, and will make, unlawful gains and profits from its infringement of plaintiff's VHR® and Cosmolux VLR™ marks, and as a result of defendant's unlawful infringement, Cosmedico has been and continues to be deprived of its goodwill, rights and profits which otherwise would inure to plaintiff. Defendant's infringement is causing plaintiff irreparable injury.

A-121

7

## COUNT II

## FALSE DESIGNATION OF ORIGIN UNDER FEDERAL LAW

29.  Plaintiff realleges and incorporates by reference all paragraphs, above, as if fully set forth herein.

30.  This count is for false designation of origin under the Trademark Laws of the United States, particularly 15 U.S.C. §1125(a).

31.  Defendant's use of the infringing 'THR ™' and 'TLR ™' marks, without plaintiff's consent on or in connection with goods and/or services is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of with plaintiff, or as to the origin, sponsorship, or approval of defendant's goods, services, or commercial activities by plaintiff. Defendant's use of the infringing marks with the designation "™" indicates defendant's intention to use the infringing marks as trademarks, in derogation of Cosmedico's trademark rights, and not as generic descriptors.

32.  By the acts complained of herein, defendant has violated the Trademark Laws of the United States, particularly 15 U.S.C. § I 125(a).

33.  Defendant, by the acts complained of herein, has caused and is causing injury to plaintiff, to the public and to the market in which plaintiff and defendant do business.

A-122

34. Cosmedico has been irreparably damaged by defendant's acts and does not have an adequate remedy at law for the damage that it has suffered by the unlawful and infringing use of plaintiff's VHR® and Cosmolux VLR ™ marks.

## COUNT III

## TRADEMARK DILUTION UNDER FEDERAL LAW

35. Plaintiff realleges and incorporates by reference all paragraphs, above, as if fully set forth herein.

36. This count is for trademark dilution under the Trademark Laws of the United States, particularly 15 U.S.C. §1125(c).

37. Cosmedico's VHR® and Cosmolux VLR™ marks have, through long and exclusive use, advertising and publicity, become distinctive indicators of plaintiff's goods and services and have become famous in the industry.

38. Defendant's commercial use of "THR™" and "TLR™" occurred after the VHR® and Cosmolux VLR™ marks became famous. Defendant's use of the infringing marks has injured Cosmedico's business reputation and has diluted the distinctive quality of its trademarks.

39. By the acts complained of herein, defendant has violated the Trademark Laws of the United States, particularly 15 U.S.C. § 1125(c).

40. Such acts by defendant as complained of herein are causing and will continue to cause plaintiff immediate and irreparable harm for which there is no adequate remedy at law.

A-123

9

Moreover, the acts of defendant complained of herein were committed willfully and with the intent to trade on plaintiff's reputation and/or to cause dilution of its famous marks.

## COUNT IV

## TRADEMARK INFRINGEMENT UNDER COMMON LAW

41. Plaintiff realleges and incorporates by reference all paragraphs, above, as if fully set forth herein.

42. This count is an action for trademark infringement under the common law.

43. Cosmedico's VHR® and Cosmolux VLR™ marks have been and are being infringed at common law by defendant's use, in conjunction with the marketing, offering for sale and sale of goods and/or services under the marks "THR™" and "TLR™"..

44. Defendant, by the acts complained of herein, has caused and is causing injury to plaintiff, to the public and to the market in which plaintiff and defendant do business.

45. Cosmedico is being irreparably damaged by defendant's acts and has no adequate remedy at law for the damage that it has suffered by defendant's infringement of plaintiff's marks.

A-124

## COUNT V

## TRADEMARK DILUTION UNDER MASSACHUSETTS LAW

46. Plaintiff realleges and incorporates by reference all paragraphs, above, as if fully set forth herein.

47. This count is for trademark dilution under the laws of the Commonwealth of Massachusetts, M.G.L.A., Chapter 110B §§ 11, 12.

48. Cosmedico's marks have, through long and exclusive use, advertising and publicity, become distinctive of plaintiff's goods and services in Massachusetts and have become famous in the industry.

49. Defendant's use of the marks "THR™" and "TLR™" in competition with Cosmedico have injured and continue to injure the business reputation of plaintiff and to dilute the distinctive quality of Cosmedico's VHR® and Cosmolux VLR™ marks.

50. By the acts complained of herein, defendant has violated M.G.L.A., Chapter 110 § 12.

51. Such acts of defendant as complained of herein are causing and will continue to cause plaintiff immediate and irreparable harm for which there is no adequate remedy at law.

A-125

## RELIEF REQUESTED

WHEREFORE, plaintiff prays that this Honorable Court:

A. Enter judgment that defendant has infringed plaintiff's trademark rights under federal, state and common law;

B. Enter judgment that defendant has falsely designated the origin or source of its goods and/or services in violation of federal law;

C. Enter judgment that defendant has unlawfully diluted the distinctive quality of plaintiff's mark under federal and state law;

D. Enter judgment against defendant, holding that the aforesaid unlawful acts were willful and performed with knowledge of Cosmedico's exclusive rights in the United States in its federally-registered VHR® mark and Cosmolux VLR™ mark, and with knowledge that imitation of plaintiff's marks was intended to be used to cause confusion, or to cause mistake or to deceive;

E. Enter an order preliminarily and permanently enjoining defendant, its agents, servants, employees, partners, representatives, attorneys and all persons in active concert or participation with him, from engaging in the aforesaid unlawful acts, and from using the marks THR™ or TLR™ or any other name or mark confusingly similar to VHR® or Cosmolux VLR™, on or in connection with advertising, marketing, offering for sale and/or sale of its goods and services, or any other goods or services related to tanning equipment, synthetic tanning or tanning bulbs;

F. Enter a mandatory injunction pursuant to 15 U.S.C. § 1118, requiring defendant, its agents, servants, employees, partners, representatives, attorneys and all persons in active concert or participation with him, to deliver up for destruction all labels, sign, prints, packages, wrappers, receptacles, advertisements, business literature, and the like

*A -126*

in the possession of it bearing the infringing marks 'THR™' or 'TLR™', or any reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same;

G. Order defendant to account for all profits that it has realized through the aforesaid unlawful acts;

H. Award to plaintiff all profits of defendant which it has realized through the aforesaid unlawful acts, and all damages suffered by plaintiff by reason of the aforesaid unlawful acts of defendant;

I. Award to plaintiff, pursuant to 15 U.S.C. § 1117, (1) defendant's profits, (2) the damages sustained by plaintiff, and (3) the costs of this action;

J. Award to plaintiff trebled damages ;

K. Award to Cosmedico its attorney's fees and costs incurred in this action, and prejudgment interest pursuant to 15 U.S.C. § 1117;

L. Assess punitive damages against defendant in an amount to be determined by this Honorable Court;

M. Assess compensatory damages against Defendant in accordance with the laws of this Commonwealth, as determined by this Honorable Court; and

N. Grant to Cosmedico such other and further judgment and relief as this Honorable Court shall determine to be fair and just.

A-127

## JURY DEMAND

Plaintiff demands a trial by jury on each and every issue of fact so triable.

Respectfully submitted,
Cosmedico Light, Inc.,
By their Attorneys,

Dated: May 22 2003

David Belfort, Esquire
Corrigan, Bennett & Belfort, PC
BBO # 634385
One Kendall Square
Building 300 – 2nd Floor
Cambridge, Massachusetts 02139
Tel: (617) 577-8800

Dale A. Malone (BBO #552376)
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
(617) 720-9600

A-128

# Exhibit A

A-129

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

## United States Patent and Trademark Office

Reg. No. 2,124,659
Registered Dec. 30, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## VHR

COSMEDICO LIGHT, INC. (ILLINOIS CORPO-
RATION)
1816 JOHNS DRIVE
GLENVIEW, IL 60025

FOR: ULTRA VIOLET FLUORESCENT
LIGHTING TUBES FOR SUNNING AND TAN-
NING PURPOSES, IN CLASS 11 (U.S. CLS. 13,
21, 23, 31 AND 34).

FIRST USE 12-0-1994; IN COMMERCE
12-0-1994.

SER. NO. 74-677,694, FILED 5-19-1995.

ANGELA M. MICHELI, EXAMINING ATTOR-
NEY

A-130

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are a part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



_Bruce Lehman_ A-131

Commissioner of Patents and Trademarks

# Exhibit B

A-132





**THE LAMPS**

- 41- 160/100 watt T-R™ Turbo High Output lamps with T-SPAN™ phosphor technology maximizes the melanin production of the tanner, utilizing the "mirror" created by the built-in lamp reflector to double the Tanning Per Square Inch achieved by standard lamps. Unique stabilizers out-tan and out-last any reflector lamp on the market today.

- 6-400 watt High Pressure Facials

- Electronic Starters extend lamp life up to 50%
  -10 year warranty on starters.

- 8000 watts of Raw Tanning Power
- All Metal Construction
- Built-in speaker system
- Pull out ballast tray for easy maintenance
- High Powered fan for ultimate in customer comfort
- 15 minute Front Desk Digital Timer
- Premium exhausting system for cooling of unit and room
- The Ultimate CBP (Close Body Proximity) -the closer the lamps, the darker the tan!
- Base Running Lights for eye catching appeal
- Diagonal Special Effects Base Design
- Exclusive Four Year Warranty

SPECS:
Dimensions: 89" X 52"
Weight: 800 lbs
Breaker size: 50 amp
Voltage Requirements 220-230 volts
Buck & Boost Transformer size: 1.5 KVA
(if needed)



*A-133*



## THE EQUIPMENT

- 5600 watts of Raw Tanning Power
- All Metal Construction
- Built-in speaker system
- Pull out ballast tray for easy maintenance
- High-Powered fan for ultimate in customer comfort
- 15 minute Front Desk Digital Timer
- Premium exhausting system for cooling of unit and room
- The Ultimate CBP (Close Body Proximity)-the closer the lamps, the darker the tan!
- Base Running Lights for eye catching appeal
- Diagonal Special Effects Base Design
- Electronic Starters extend lamp life up to 50%-10 year warranty on starters.

## THE LAMPS

- 32- 160/100 watt THR™ Turbo High Output lamps with TSPAN™ phosphor technology maximizes the melanin production of the tanner, utilizing the reflector created by the built-in lamp reflector to double the Tanning Per Square Inch achieved by standard lamps. Unique stabilizers out-tan and out-last any reflector lamp on the market today.

- 3-400 watt High Pressure Facials

- Exclusive Four Year Warranty

## SPECIFICATIONS:
Dimensions: 89" X 52"
Weight: 750 lbs
Breaker size: 40 amp
Voltage Requirements: 220-230 volts
Buck & Boost Transformer size: 1.5 KVA (if needed)

A-134


Call 1-800-999-826
www.tansystems.com



# Specifications of All Sunliner Sunbeds

## TurboPower 160 watt & MegaPower 100 watt Sun Machine 200 watt

| Model | lamps | Size | watts | eclectrialc specs | shipping wt. |
|---|---|---|---|---|---|
| SunMachine 200 watt -non facial | 28x200 watt TVR<br>20x180 watt TVR | 96" X 54" | 10,900 | 220V 70 Amp<br>2.0 KVA Transformer | 1,200 lbs |
| SunMachine 200 watt -facial: | 14x200 watt TVR<br>20x180 watt TVR<br>4X500 HPA<br>14x160 watt TVR | 96" x 54" | 12,500 | 220V 70 Amp<br>2.0 KVA Transformer | 1,200 lbs |
| SunMachine 200 watt booth: | 60x200 watt TVR | 92"54"89" | 12,000 | 220V 70 Amp<br>2.0 KVA Transformer | 1500 lbs |
| Power Source VXL200 | 60x200 watt TVR | 100" x 55" | 10,800 | 220V 70 Amp<br>2.0 KVA Transformer | 1,000 lbs |
| TurboPower 200 watt-non facial: | 25x200 watt TVR<br>16x180 watt TVR | 89"x52" | 9,500 | 220V 60 Amp<br>2.0 KVA Transformer | 800 lbs |
| TurboPower 200 watt facial: | 11x200 watt TVR<br>16x180 watt TVR<br>4x500 HPA<br>14x160 watt THR | 89"x52" | 10,000 | 220V 60 Amp<br>2.0 KVA Transformer | 850 lbs |
| TurboPower 41/6: | 25x160 watt THR<br>16x100 watt TLR<br>6xHPA 500 watt | 89"x52" | 8,000 | 220V 50 Amp.<br>1.5 KVA Transformer | 800 lbs |
| TurboPower 3203T: | 16x160 watt THR<br>16x100 watt TLR<br>3 HPA 400 watt | 89"x52" | 5,600 | 220V 40 Amp<br>1.5 KVA Transformer | 750 lbs |
| Sunrise 8000 | 48 x 180 watt SF | 47" x 47" x 93" | 7680 | 220V 50 Amp<br>1.5 KVA Transformer | 700 lbs |
| MegaPower 3703 (see page 10) | 12x100 watt MP<br>25x80 watt<br>3x400 watt Phillips | 81"x52" | 4,630 | 220V 40 Amp<br>.75 KVA Transformer | 700 lbs |
| MegaPower 3700 (see page 10) | 37x100 watt MP | 81"x52" | 3930 | 220V 40 Amp<br>.75 KVA Transformer | 650 lbs |
| Sunrise 7000 | 42x160 watt SF | 47" x 47" x 85" | 6720 | 220V 40 Amp<br>.75 KVA Transformer | 600 lbs |
| MegaPower 3202: | 24x100 watt MP<br>8x80 watt MP<br>2 HPA 400 watt | 81"x42" | 4,040 | 220V 30 Amp<br>.75 KVA Transformer | 650 lbs |
| MegaPower 3200: | 32x100 watt MP | 81"x42" | 3,400 | 220V 30 Amp.<br>.75 KVA Transformer | 600lbs |
| MegaPower 2802: | 20x100 watt MP<br>8x80 watt MP<br>2 HPA 400 watt | 81"x42" | 3,760 | 220V 30 Amp<br>50 KVA Transformer | 550lbs |
| MegaPower 2800: | 28x100 watt MP | 81"x42" | 3,000 | 220V 30 Amp.<br>.50 KVA Transformer | 500 lbs |
| 2400 Deluxe: | 24x100 watt MP | 78"x34" | 2,480 | 220V 20 Amp.<br>.50 KVA Transformer | 400 lbs |
| 2400 Commercial: | 24x100 watt MP | 78"x34" | 2,480 | 220V 20 Amp.<br>.50 KVA Transformer | 400 lbs |

A-135

Call 1-800-999-8266



# 𝕋𝕦𝕣𝕓𝕠◯𝕡𝕠𝕨𝕖𝕣® Reflector

TurboPower®
Reflector Lamps

Introducing the newest, hottest
technology in
reflector lamps.

TurboPower® lamps contain T-SPAN™
phosphor technology with
stabilizers that will out-tan & out-last any reflector lamp on the
market today.

T-SPAN™ phosphor not only maximizes the melanin
production
of the tanner, but it
utilizes the "mirror"
created by the built-in lamp
reflector to
double the Tanning Per Square
inch achieved by standard lamps.

A Revolution in Lamp Technology.
Cutting edge for Raw Tanning
Power & higher profits.



TurboPower TLR™ 100 watt "Turbo Lite Reflector" F71 bipin

TurboPower THR™ 160 watt "Turbo High Output Reflector" F71 bipin

TurboPower TVR™ 200 watt "Turbo Very High Output Reflector" 2 meters

A-136


Call 1-800-999-8266
www.tansystems.com

34 | 263

## We Carry All of these Fine Lamps

| COSMOLUX | Wattage | Rated Lamp Life |
|---|---|---|
| -ESP | 100 | 800 |
| -Goldarium S | 100 | 1000 |
| -Goldarium S Plus | 100 | 1000 |
| -Goldarium S VHO | 160 | 600 |
| -Goldarium SR | 100 | 1000 |
| -Hi Tan | 100 | 800 |
| -Cosmostar | 100 | 1000 |
| -RS | 100 | 100 |
| -VHO | 160 | 600 |
| -VHR | 160 | 800 |
| -VHRTT | 160 | 800 |
| -VLR | 100 | 800 |
| -VLRTT | 100 | 800 |

| LIGHT SOURCE | Wattage | Rated Lamp Life |
|---|---|---|
| -EuroBronze 7.0 | 100 | 1000 |
| -Stardom Reflector | 100 | 800 |
| -Solar Series 5.0 | 100 | 1000 |
| -Solar Series 6.5 | 100 | 800 |
| -Solar Series 8.9 | 100 | 800 |

| SUNLINER | Wattage | Rated Lamp Life |
|---|---|---|
| -MegaPower 500SL | 100 | 1000 |
| -MegaPower 650SL | 100 | 1000 |
| -MegaPower 850SL | 100 | 1000 |
| -Super Intensifier Plus | 100 | 800 |
| -TurboPower TLR | 100 | 1000 |
| -TurboPower THR | 160 | 1000 |
| -TurboPower TVR | 200 | 800 |
| -TurboPower TVR | 180 | 800 |

| WOLFF | Wattage | Rated Lamp Life |
|---|---|---|
| -Accelerator | 100 | 1000 |
| -Bellarium S | 100 | 1000 |
| -Bronzing Sun | 100 | 1000 |
| -Crystal Sun | 100 | 1000 |
| -Dark Tan | 100 | 1000 |
| -Diamond Sun | 100 | 1000 |
| -Dominion | 100 | 1000 |
| -EuroSun | 100 | 1000 |
| -EverGlo | 100 | 1000 |
| -MegaVoltage | 100 | 1000 |
| -Solarium VHO | 160 | 600 |
| -Solarium XLR | 160 | 600 |
| -Speed 175 | 100 | 1000 |
| -Speed 205 | 100 | 1000 |
| -Speed 215 | 100 | 1000 |
| -Speed 225 | 100 | 800 |
| -Speed 255 | 100 | 800 |
| -Speed 275 | 100 | 800 |
| -Speed 315 | 100 | 800 |
| -Speed 325 | 100 | 800 |
| -Velocity | 100 | 1000 |
| -Velocity Plus | 100 | 800 |





### New Electronic Starters

-Increases the life of your lamps up to 50%
-Ensures the maximum output for your lamps
-Prevents Lamp Ends from Darkening
-Guaranteed 10 Years
-NEVER REPLACE YOUR STARTERS AGAIN!
-Special Pricing for Multiple Beds
#SE Starter Electronic

Most Bi-Pin lamps also available in 59"/80 watt

For optimal performance:
Tan Systems recommends replacing
lamps when UV output registers
no less than 65% of new lamp
performance.

A-137

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-10962-WGY

COSMEDICO
Plaintiff

v.

TAN SYSTEMS
Defendant

## ORDER FOR CLOSURE

YOUNG, C.J.

In order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED without entry of judgment until the judgment is entered in the Connecticut case. All material statutes of limitation are tolled as of the date of the filing of the complaint herein as to all matters raised therein. The case may be reopened upon motion by any party demonstrating that the above-entitled impediment to trial has been removed. This closure is without prejudice to either party moving to restore it to the docket, if any further action is required.

By the Court,

/s/ Elizabeth Smith

_____

Deputy Clerk

October 9, 2003

EXHIBIT
6

A-138

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIGHT SOURCES, INC.,<br>and TAN SYSTEMS, INC.,<br>Plaintiffs, | : | CIVIL ACTION NO.:<br>3:03-CV-874 (MJK) |
| | : | |
| v. | : | |
| | : | |
| COSMEDICO LIGHT, INC.,<br>Defendant | : | |
| | : | |
| COSMEDICO LIGHT, INC.,<br>Counterclaimant | : | |
| v. | : | |
| TAN SYSTEMS, INC.,<br>and LIGHT SOURCES, INC.,<br>Counterdefendants, | : | JANUARY 20, 2004 |

COSMEDICO'S ANSWER TO SECOND
AMENDED COMPLAINT AND COUNTERCLAIMS

For its answer to the claims asserted by plaintiffs, Light Sources, Inc. ("LSI") and Tan Systems, Inc. ("Tan Systems"), in their Second Amended Complaint, Cosmedico Light, Inc., ("Cosmedico"), the defendant in this action, hereby responds and pleads as follows:

ANSWER

1.     Defendant is without knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 of the Second Amended Complaint, and therefore denies those allegations, leaving plaintiffs to their proof thereof.

EXHIBIT
7

A-139

2.     Cosmedico is without knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Second Amended Complaint, and therefore denies those allegations, leaving plaintiffs to their proof thereof.

3.     Cosmedico admits the allegations of paragraph 3.

4.     Cosmedico admits that plaintiff purport to state a cause of action for declaratory judgment, and that Cosmedico has accused plaintiff LSI of infringing its VHR® and Cosmolux VLR® trademarks. Defendant denies the remaining allegations of paragraph 4 of the Second Amended Complaint.

5.     Cosmedico admits that the Court has subject matter jurisdiction over the alleged claims asserted in the Second Amended Complaint.

6.     Defendant admits that it is subject to the personal jurisdiction of this Court, but denies the remaining allegations of the paragraph.

7.     Cosmedico admits that venue is proper in this District.

8.     On information and belief, Cosmedico admits the allegations of paragraph 8.

9.     Cosmedico is without knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the Second Amended Complaint, and therefore denies those allegations, leaving plaintiffs to their proof thereof.

10.     Cosmedico is without knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the Second Amended Complaint, and therefore denies those allegations, leaving plaintiffs to their proof thereof.

A-140

11.    Cosmedico is without knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Second Amended Complaint, and therefore denies those allegations, leaving plaintiffs to their proof thereof.

12.    On information and belief, Cosmedico admits the allegation of paragraph 12 of the Second Amended Complaint.

13.    Cosmedico is without knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Second Amended Complaint, and therefore denies those allegations, leaving plaintiffs to their proof thereof.

14.    Cosmedico admits that light bulb manufacturers commonly mark their products with information identifying characteristics of those products, but denies the remaining allegations of paragraph 14 of the Second Amended Complaint.

15.    Cosmedico admits that it markets and sells fluorescent lamps under the names COSMEDICO and/or COSMOLUX (in addition to other trademarks owned and used by Defendant). Cosmedico further admits that the bulbs it sells are manufactured for it by a non-party to this action. Defendant denies the remaining allegations of the paragraph.

16.    Cosmedico admits that it is the owner of the trademarks VHR®, VLR™, and COSMOLUX VLR®, and that it has accused Tan Systems of infringement of those marks. Defendant denies the remaining allegations of the paragraph.

17.    Cosmedico admits the allegations of paragraph 17 of the Second Amended Complaint.

*A-141*

18.    Cosmedico admits that its VLR™ trademark is not presently federally registered, but denies the remaining allegations of paragraph 18 of the Second Amended Complaint.

19.    Cosmedico admits that during the referenced time period, defendant sent several letters to Tan Systems and its representative, accusing Tan Systems of infringing Cosmedico's trademarks. Cosmedico denies the remaining allegations of paragraph 19 of the Second Amended Complaint.

20.    Defendant denies the allegations of paragraph 20.

21.    Cosmedico admits that it owns trademark rights in the marks VLR™ and Cosmolux VLR®. Defendant denies the remaining allegations of paragraph 21 of the Second Amended Complaint.

22.    Cosmedico denies the allegation of paragraph 22.

23.    Cosmedico denies the allegations of paragraph 23 of the Second Amended Complaint.

24.    Cosmedico denies the allegations of paragraph 24 of the Second Amended Complaint.

25.    Defendant admits the allegation of paragraph 25 of the Second Amended Complaint.

Count I

26.    Cosmedico admits that plaintiffs purport to state a cause of action for declaratory judgment, but denies the remaining allegations of the paragraph.

A-192

27.    Cosmedico repeats and incorporates by reference its responses to the allegations of paragraphs 1 to 25 of the Second Amended Complaint.

28.    Defendant denies the allegations of paragraph 28 of the Second Amended Complaint.

29.    Cosmedico denies the allegations of paragraph 29.

30.    Defendant denies the allegations of paragraph 30 of the Second Amended Complaint.

31.    Cosmedico denies the allegations of paragraph 31.

32.    Defendant denies the allegations of paragraph 32 of the Second Amended Complaint.

33.    Cosmedico is without knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 33 of the Second Amended Complaint, and therefore denies those allegations, leaving plaintiffs to their proof thereof.

34.    Defendant denies each and every allegation of paragraph 34 of the Second Amended Complaint.

35.    Cosmedico admits that a justiciable case exists regarding the infringement of defendant's VHR® registered mark.   Cosmedico denies the remaining allegations of the paragraph.

36.    Cosmedico denies the allegations of paragraph 36 of the Second Amended Complaint.

37.    Defendant denies the allegations of paragraph 37 of the Second Amended Complaint.

*A-143*

Wherefore, Cosmedico requests that the Court enter judgment in favor of the defendant and deny the relief demanded by plaintiffs in Count I of the Second Amended Complaint.

Count II

38.    Defendant admits that plaintiffs purport to state a claim for cancellation of Cosmedico's federal trademark registration number 2,124,659, but denies the remaining allegations of the paragraph.

39.    Cosmedico repeats and incorporates by reference its responses to the allegations of paragraphs 1 to 25 above.

40.    Cosmedico denies each of the allegations of paragraph 40 of the Second Amended Complaint.

41.    Cosmedico admits that the VHR® trademark is associated by customers with defendant's products, but denies the remaining allegations of paragraph 41.

42.    Cosmedico denies the allegations of paragraph 42 of the Second Amended Complaint.

43.    Defendant denies each of the allegations of paragraph 43 of the Second Amended Complaint.

44.    Cosmedico repeats and incorporates herein its responses, above, to the allegations set forth in paragraphs 36 and 37 of the Second Amended Complaint.

Wherefore, Cosmedico requests that the Court enter judgment in favor of defendant denying the relief demanded by plaintiff in Count II of the Second Amended Complaint.

Count III

A-144

6

45.   Defendant admits that plaintiffs purport to state a cause of action for declaratory judgment regarding Cosmedico's rights in its trademarks VLR™ and COSMOLUX VLR™, and plaintiffs' right to use the infringing mark TLR. Cosmedico denies the remaining allegations of paragraph 45 of the Second Amended Complaint.

46.   Cosmedico repeats and incorporates by reference its responses to the allegations of paragraphs 1 to 25 above.

47.   Defendant denies the allegations of paragraph 47 of the Second Amended Complaint.

48.   Cosmedico denies the allegations of paragraph 48.

49.   Defendant denies the allegations of paragraph 49 of the Second Amended Complaint.

50.   Cosmedico denies the allegations of paragraph 50.

51.   Cosmedico denies each and every allegation of paragraph 51 of the Second Amended Complaint.

52.   Defendant denies each of the allegations of paragraph 52.

Wherefore, Cosmedico requests that the Court enter judgment in favor of defendant denying the relief demanded by plaintiff in Count III of the Second Amended Complaint.

Count IV

53.   Defendant admits that plaintiff purport to state a claim for unfair competition, but deny the remaining allegations of paragraph 53 of the Second Amended Complaint.

54.   Cosmedico repeats and incorporates by reference its responses to the allegations of paragraphs 1 to 25 above.

A-145

55.    Cosmedico denies the allegations of paragraph 55 of the Second Amended Complaint.

56.    Cosmedico admits that a limited number of products and marketing materials were erroneously marked as to the federal registration status of defendant's VLR™ trademark, but denies the remaining allegations of the paragraph.

57.    Cosmedico admits that it has accused Tan Systems of infringing its VLR™ trademark, but denies the remaining allegations of paragraph 57 of the Second Amended Complaint.

58.    Defendant denies each and every allegation of paragraph 58 of the Second Amended Complaint.

Wherefore, Cosmedico requests that the Court enter judgment in favor of defendant denying the relief demanded by plaintiff in Count IV of the Second Amended Complaint.

Count V

59.    Defendant admits that plaintiffs purport to state a cause of action for inequitable conduct by Cosmedico in the procurement of the federal trademark registration for Cosmedico's VHR® trademark, but denies the remaining allegations of paragraph 59.

60.    Cosmedico repeats and incorporates by reference its responses to the allegations of paragraphs 1 to 25 above.

61.    Defendant denies that the filing date of its federal trademark registration application was June 5, 1995, and admits the remaining allegations of paragraph 61.

62.    Cosmedico admits the allegation of paragraph 62 of the Second Amended Complaint.

A-146

63. Cosmedico admits the allegation of paragraph 63.

64. Defendant denies the allegations of paragraph 64 of the Second Amended Complaint.

65. Cosmedico denies the allegations of paragraph 65 of the Second Amended Complaint.

66. Defendant denies the allegations of paragraph 66 of the Second Amended Complaint.

Wherefore, Cosmedico requests that the Court enter judgment in favor of defendant denying the relief demanded by plaintiff in Count V of the Second Amended Complaint.

Count VI

67. Defendant admits that plaintiffs purport to state a cause of action under Connecticut General Statute 42-110(b), but denies the remaining allegations of paragraph 67 of the Second Amended Complaint.

68. Cosmedico repeats and incorporates by reference its responses to the allegations of paragraphs 1 to 25 above.

69. Cosmedico admits that it asserts registered trademark rights in the Cosmolux VLR® mark and common law trademark rights in the mark VLR™, but denies the remaining allegations of paragraph 69.

70. Defendant denies the allegations of paragraph 70 of the Second Amended Complaint.

A-147

71.    Cosmedico admits that its VLR™ trademark is used in association with ultraviolet fluorescent suntanning lamps, but denies the remaining allegations of paragraph 71.

72.    Defendant denies each and every allegation of paragraph 72 of the Second Amended Complaint.

73.    Cosmedico denies the allegations of paragraph 73 of the Second Amended Complaint.

74.    Defendant denies the allegations of paragraph 74.

75.    Cosmedico denies the allegations of paragraph 75 of the Second Amended Complaint.

76.    Defendant denies each and every allegation of paragraph 76.

Wherefore, Cosmedico requests that the Court enter judgment in favor of defendant denying the relief demanded by plaintiff in Count VI of the Second Amended Complaint.


## AFFIRMATIVE DEFENSES

### First Affirmative Defense: Laches

Plaintiffs' purported claims are barred in equity under the doctrine of laches.


### Second Affirmative Defense:  Res Judicata

Plaintiffs' claims directed to the validity and enforceability of Cosmedico's federally registered trademark VHR® are barred by the entry of the stipulated dismissal with prejudice

A - 148

(filed on October 27, 1997) of the opposition (Opposition No. 104,357) filed by LSI in the United States Patent and Trademark Office.

### Third Affirmative Defense:  Accord and Satisfaction

Plaintiffs' claims directed to the validity and enforceability of Cosmedico's federally registered trademark VHR® are barred by LSI's signed agreement to dismiss with prejudice the opposition (Opposition No. 104,357) filed by LSI in the United States Patent and Trademark Office.

### Fourth Affirmative Defense:  Waiver and Release

Plaintiffs' claims directed to the validity and enforceability of Cosmedico's federally registered trademark VHR® are barred by LSI's waiver and release of its putative claims in the opposition (Opposition No. 104,357) filed by LSI in the United States Patent and Trademark Office.

### Fifth Affirmative Defense:  Estoppel

Plaintiffs' claims are barred by estoppel.

### Sixth Affirmative Defense:  Unclean Hands

Plaintiffs' claims are barred in equity due to plaintiffs' unclean hands.

*A-149*

## COUNTERCLAIMS

For its counterclaims against plaintiffs Tan Systems and LSI, Cosmedico pleads as follows:

### Parties

77.    Defendant, and Counterclaimant, Cosmedico Light, Inc. ("Cosmedico"), is a Delaware corporation having its principal place of business at 233 Libbey Parkway, Unit 2, Weymouth, Massachusetts 02189.

78.    Counterdefendant Tan Systems, Inc. ("Tan Systems") is, on information and belief, a Georgia corporation having a principal place of business at 1920 Highway 42 South, McDonough, Georgia.

79.    Tan Systems is transacting and regularly doing business, and committing acts of trademark infringement, dilution and/or false designation of origin, within this judicial district and elsewhere.

80.    Counterdefendant Light Sources, Inc. ("LSI") is, on information and belief, a Connecticut corporation having a principal place of business in this judicial district at 37 Robinson Boulevard, Orange, Connecticut 06477.

### Jurisdiction and Venue

81.    This action arises under the Trademark Laws of the United States, particularly 15 U.S.C. § 1051 et seq. This Court has subject matter jurisdiction of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338 and 1367.

A-150

82. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## Background Facts

83. Counterclaimant Cosmedico is in the business of developing, marketing and selling fluorescent sun lamps, power systems, and other related goods and products used for indoor tanning. Cosmedico markets and sells a variety of well-known sunlamps which are utilized in tanning beds to generate ultraviolet light. Cosmedico's product line of advanced indoor tanning technology is marketed and sold under the federally registered trademark COSMEDICO.

84. Among Cosmedico's product lines is a range of bulbs sold, marketed and distributed by it under the federally registered trademark VHR®. The VHR® trademark is used in connection with Cosmedico's 160 watt fluorescent ultraviolet reflector lamps. Cosmedico is the owner of the VHR® trademark and has used the mark continuously on or in connection with its goods and services in interstate commerce since at least as early as December, 1994. A copy of Cosmedico's federal trademark registration, No. 2,124,659, is attached to the plaintiffs' Second Amended Complaint as Exhibit A.

85. Another line of suntanning lamps is sold, marketed and distributed by Cosmedico under the federally registered trademark Cosmolux VLR®. Cosmedico is the owner of the Cosmolux VLR® mark and has used the mark continuously on or in connection with its goods and services in interstate commerce since at least as early as July, 1997. Cosmedico uses the Cosmolux VLR® trademark to designate its 100 watt ultraviolet reflector fluorescent lamps.

13

A- 151

86.    Cosmedico filed its federal trademark registration application (Serial No. 76415356) for the Cosmolux VLR® mark on June 3, 2002.  The allowed application was published for opposition on September 9, 2003.  Neither the plaintiffs nor any other third party filed any opposition to the registration of the mark in the United States Patent and Trademark Office.  On December 2, 2003, the trademark was registered on the Principal Register by the United States Patent and Trademark Office ("USPTO"), and was issued Registration No. 2,788,198.

87.    Cosmedico's rights in the VHR® and Cosmolux VLR® trademarks are valid and subsisting.  These marks have been, and continue to be, used by Cosmedico for the purpose of distinguishing its goods and services from similar or competing goods and services of others.  As a result of Cosmedico's long, continuous and notorious use of the VHR® and Cosmolux VLR® trademarks, members of the trade and the purchasing public have come to know and recognize the VHR® and Cosmolux VLR® trademarks as identifying the goods and services of the Counterclaimant, Cosmedico.

88.    Cosmedico's adoption and use of the VHR® and Cosmolux VLR® trademarks predates the acts of Tan Systems and LSI complained of herein, and Cosmedico has continuously used the marks in the United States on and in connection with its goods and services in both interstate and intrastate commerce since long prior to the adoption and use by Tan Systems and LSI of the infringing marks as described herein.

89.    The goodwill associated with the VHR® and Cosmolux VLR® marks has inured to the benefit of plaintiff, Cosmedico.  Because the VHR® and Cosmolux VLR® marks have

*A-152*

come to represent quality workmanship and top notch product support, the marks have gained great brand loyalty and secondary meaning.

90.    As a result of the care, skill and integrity exercised by Cosmedico in the conduct of its business, as a result of the high quality of products marketed by the plaintiff under the VHR® and Cosmolux VLR® marks, as a result of extensive advertising, sales and public acceptance thereof, and as a result of the dependable quality of goods sold and services rendered by plaintiff to its customers, the VHR® and Cosmolux VLR® marks have acquired an excellent reputation within the trade and public, who have come to associate the marks with the high-quality goods and services of Cosmedico.

## Counterdefendants' Business Activities

91.    Without Cosmedico's consent, plaintiffs/counterdefendants have used and continue to use marks that are intentionally confusingly similar to plaintiff's VHR® and Cosmolux VLR® marks in interstate and intrastate commerce, and in this district, on or in connection with goods and services LSI and Tan Systems have advertised, marketed, offered for sale and/or sold throughout the United States. Such goods and services are similar (in type though not in quality) to the goods and services of Cosmedico, which include ultra violet fluorescent lighting tubes employed for the purposes of sunning and tanning, and related goods.

92.    Tan Systems and LSI sell their products in direct competition with Cosmedico, and advertise and otherwise market in the same or similar mediums and/or channels of trade and/or to the same or similar class of prospective customers as Cosmedico.

A-153

93.    Throughout the United States, and in this district, and in the "2K3" edition of their marketing literature, Tan Systems has advertised, marketed and sold tanning beds using the marks "THR™" and "TLR™".

94.    Counterdefendants' THR™ and TLR™ marks are strikingly similar to Cosmedico's federally registered VHR® and Cosmolux VLR® trademarks, and counterdefendants' infringing marks appear on goods, packaging for goods, and/or materials accompanying goods, advertised, marketed and/or sold by them in interstate and intrastate commerce, including this judicial district.

95.    Cosmedico has provided notice of its trademark rights to Tan Systems and LSI, and has made repeated requests to Tan Systems to "cease and desist" from employing said confusingly similar marks; however, counterdefendants have failed, refused and/or neglected to stop their infringing activities.

## FIRST COUNTERCLAIM FOR
## TRADEMARK INFRINGEMENT UNDER FEDERAL LAW

96.    Cosmedico realleges and incorporates by reference the allegations of paragraphs 77-95, above, as if fully set forth herein.

97.    This count is for trademark infringement under the provisions of the Trademark Laws of the United States, particularly 15 U.S.C. §1114(1) et seq..

98.    The acts of counterdefendants alleged herein were engaged in without Cosmedico's consent, and constitute a use in commerce of a reproduction, counterfeit, copy, or colorable imitation of the federally registered marks of Cosmedico and otherwise protected property in connection with the sale, offering for sale, distribution, or advertising of goods or

*A-154*

services of counterdefendants. Such use by counterdefendants has caused and/or is likely to cause confusion, or to cause mistake or to deceive in violation of 15 U.S.C. § 1114(l).

99. Without Cosmedico's consent, and in violation of 15 U.S.C. § 1114(l), counterdefendants have reproduced, counterfeited, copied, and colorably imitated the registered marks of Cosmedico and applied such reproductions, counterfeits, copies, and colorable imitations to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services in connection with which such use is likely to cause confusion, or cause mistake or to deceive.

100. Accordingly, defendant has infringed the trademark rights of plaintiff in violation of the Trademark Laws of the United States, particularly 15 U.S.C. § 1114(l). Counterdefendants' acts as alleged herein have been and are being performed with full knowledge of Cosmedico's exclusive rights in the United States to the federally registered VHR® and Cosmolux VLR® marks, and with knowledge that counterdefendants' imitation of Cosmedico's marks was intended to be used to cause confusion, or to cause mistake or to deceive. Counterdefendants' acts as alleged herein constitute a willful and fraudulent attempt to confuse and deceive the purchasing public for their own profit.

101. Counterdefendants' acts as alleged herein were and are calculated to trade upon the goodwill and reputation of Cosmedico and to confuse and deceive the public into accepting and purchasing counterdefendants' goods and/or services in the mistaken belief that they are Cosmedico's goods and/or services, or that counterdefendants and their goods and/or services are sponsored or approved by, or otherwise connected with Cosmedico.

A-155

17

102.   Counterdefendants, by the acts complained of herein, have caused and are causing injury to Cosmedico, to the public and to the market in which the parties do business. Counterdefendants have made, and will make, unlawful gains and profits from their infringement of plaintiff's VHR® and Cosmolux VLR® marks, and as a result of counterdefendants' unlawful infringement, Cosmedico has been and continues to be deprived of its goodwill, rights and profits which otherwise would inure to it.   Counterdefendants' infringement is causing Cosmedico irreparable injury.

## SECOND COUNTERCLAIM FOR
## FALSE DESIGNATION OF ORIGIN UNDER FEDERAL LAW

103.   Plaintiff realleges and incorporates by reference all of the allegations of paragraphs 77 to 102, above, as if fully set forth herein.

104.   This count is for false designation of origin under the Trademark Laws of the United States, particularly 15 U.S.C. §1125(a).

105.   Counterdefendants' use of the infringing 'THR™' and 'TLR™' marks, without Cosmedico's consent on or in connection with goods and/or services is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of with plaintiff, or as to the origin, sponsorship, or approval of defendant's goods, services, or commercial activities by plaintiff.   Counterdefendants' use of the infringing marks with the designation "™" indicates counterdefendants' intention to use the infringing marks as trademarks, in derogation of Cosmedico's trademark rights, and not as generic descriptors.

106.   By the acts complained of herein, Tan Systems and LSI have violated the Trademark Laws of the United States, particularly 15 U.S.C. § 1125(a).

A-156

107.  Counterdefendants, by the acts complained of herein, have caused and are causing injury to Cosmedico, to the public and to the market in which the parties do business.

108.  Cosmedico has been irreparably damaged by counterdefendants' acts and does not have an adequate remedy at law for the damage that it has suffered by the unlawful and infringing use of Cosmedico's VHR® and Cosmolux VLR® marks.

## THIRD COUNTERCLAIM FOR
## TRADEMARK DILUTION UNDER FEDERAL LAW

109.  Cosmedico realleges and incorporates by reference the allegations of paragraphs 77-107, above, as if fully set forth herein.

110.  This count is for trademark dilution under the Trademark Laws of the United States, particularly 15 U.S.C. §1125(c).

111.  Cosmedico's VHR® and Cosmolux VLR® marks have, through long and exclusive use, advertising and publicity, become distinctive indicators of its goods and services and have become famous in the industry.

112.  Counterdefendants' commercial use of "THR™" and "TLR™" occurred after the VHR® and Cosmolux VLR® marks became famous.  Counterdefendants' use of the infringing marks has injured Cosmedico's business reputation and has diluted the distinctive quality of its trademarks.

113.  By the acts complained of herein, counterdefendants have violated the Trademark Laws of the United States, particularly 15 U.S.C. § 1125(c).

114.  Such acts by counterdefendants as complained of herein are causing and will continue to cause Cosmedico immediate and irreparable harm for which there is no adequate

A-157

19

remedy at law. Moreover, the acts of counterdefendants complained of herein were committed willfully and with the intent to trade on Cosmedico's reputation and/or to cause dilution of its famous marks.

### FOURTH COUNTERCLAIM FOR
### TRADEMARK INFRINGEMENT UNDER COMMON LAW

115. Cosmedico realleges and incorporates by reference the allegations of paragraphs 77-114, above, as if fully set forth herein.

116. This count is an action for trademark infringement under the common law.

117. Cosmedico's VHR®, VLR™ and Cosmolux VLR® marks have been and are being infringed at common law by counterdefendants' use, in conjunction with the marketing, offering for sale and sale of goods and/or services under the marks "THR™" and "TLR™."

118. Counterdefendants, by the acts complained of herein, have caused and are causing injury to Cosmedico, to the public and to the market in which the parties do business.

119. Cosmedico is being irreparably damaged by counterdefendants' acts and has no adequate remedy at law for the damage that it has suffered by counterdefendants' infringement of Cosmedico's marks.

### FIFTH COUNTERCLAIM FOR
### UNFAIR COMPETITION UNDER CONNECTICUT LAW

120. Plaintiff realleges and incorporates by reference the allegations of paragraphs 77 to 119, above, as if fully set forth herein.

*A-15B*

121.    This count is for unfair competition and unfair or deceptive acts or practices in the conduct of trade or commerce under the laws of the State of Connecticut, including Connecticut General Statutes, Chapter 42 § 110(b).

122.    On or about November 7, 1996, LSI filed an official opposition (Opposition No. 104,357) in the United States Patent and Trademark Office to the registration application for Cosmedico's VHR® trademark.  On August 11, 1997, LSI's attorney signed a stipulated dismissal of the opposition with prejudice, which was subsequently filed with the Patent and Trademark Office on October 27, 1997.  Based on the filed stipulation, the opposition proceeding was officially dismissed with prejudice on November 17, 1997.  Accordingly, the issues raised in the opposition proceeding, including the registrability of the VHR mark, is res judicata.

123.    LSI has represented to this Court in this action, and to the United States District Court for the District of Massachusetts in the related action, that it is in privity with counterdefendant Tan Systems as to the subject matter of this litigation.  Accordingly, Tan Systems is bound by the res judicata effect of the dismissal of LSI's opposition to the registration of Cosmedico's VHR® trademark.

124.    Despite their full knowledge that they are legally precluded from challenging the validity of Cosmedico's VHR® trademark, the counterdefendants have asserted before this Court multiple claims seeking exactly such relief in an original Complaint, in an Amended Complaint, and in the present Second Amended Complaint.

125.    Such acts of the counterdefendants as complained of herein are causing and will continue to cause plaintiff immediate and irreparable harm, including damage to the

A-159

goodwill embodied in Cosmedico's registered VHR® trademark for which there is no adequate remedy at law, and constitute unfair competition and unfair or deceptive acts or practices in the conduct of trade or commerce under the laws of the State of Connecticut, including Connecticut General Statutes, Chapter 42 § 110(b).

## RELIEF REQUESTED

WHEREFORE, plaintiff prays that this Honorable Court:

A. Enter judgment that Tan Systems and LSI have infringed Cosmedico's trademark rights under federal, state and common law;

B. Enter judgment that Tan Systems and LSI have falsely designated the origin or source of their goods and services in violation of federal law;

C. Enter judgment that Tan Systems and LSI have unlawfully diluted the distinctive quality of Cosmedico's marks under federal and state law;

D. Enter judgment against Tan Systems and LSI, holding that the aforesaid unlawful acts were willful and performed with knowledge of Cosmedico's exclusive rights in the United States in its federally-registered VHR® and Cosmolux VLR® marks, and with knowledge that counterdefendants' imitation of Cosmedico's marks was intended to be used to cause confusion, or to cause mistake or to deceive;

E. Enter an order preliminarily and permanently enjoining Tan Systems, LSI, their agents, servants, employees, partners, representatives, attorneys and all persons in active concert or participation with him, from engaging in the aforesaid unlawful acts, and from using the marks THR™ or TLR™ or any other name or mark confusingly

*A-160*

similar to VHR® or Cosmolux VLR®, on or in connection with advertising, marketing, offering for sale and/or sale of its goods and services, or any other goods or services related to tanning equipment, synthetic tanning or tanning bulbs;

F. Enter a mandatory injunction pursuant to 15 U.S.C. § 1118, requiring Tan Systems and LSI, their agents, servants, employees, partners, representatives, attorneys and all persons in active concert or participation with them, to deliver up for destruction all labels, sign, prints, packages, wrappers, receptacles, advertisements, business literature, and the like in the possession of it bearing the infringing marks 'THR™' or 'TLR™,' or any reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same;

G. Order Tan Systems and LSI to account for all profits that it has realized through the aforesaid unlawful acts;

H. Award to Cosmedico all profits of Tan Systems and LSI which they have realized through the aforesaid unlawful acts, and all damages suffered by Cosmedico by reason of the aforesaid unlawful acts of the counterdefendants;

I. Award to Cosmedico, pursuant to 15 U.S.C. § 1117, (1) counterdefendants' profits, (2) the damages sustained by Cosmedico, and (3) the costs of this action;

J. Award to Cosmedico trebled damages;

K. Award to Cosmedico its attorney's fees and costs incurred in this action, and prejudgment interest pursuant to 15 U.S.C. § 1117;

L. Assess punitive damages against counterdefendants in an amount to be determined by this Honorable Court;

A-161

M. Assess compensatory damages against plaintiffs/counterdefendants in accordance with the laws of this State, as determined by this Honorable Court; and

N. Grant to Cosmedico such other and further judgment and relief as this Honorable Court shall determine to be fair and just.

### JURY DEMAND

Cosmedico demands a trial by jury on each and every issue of fact so triable.

Respectfully submitted,
Cosmedico Light, Inc.,
by its Attorneys,

Dated: January 19, 2004

*Dale A. Malone/ by EVE*

JAMES W. OLIVER
Federal Bar No.: ct02510
Berman and Sable
100 Pearl Street, 10th Floor
Hartford, CT 06103
Tel:    (860) 527-9699
Fax:    (860) 527-9077

DALE A. MALONE
Federal Bar No.: ct25020
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
Tel:    (617) 720-9600
Fax:    (617) 720-9601

*A-162*

## CERTIFICATION OF SERVICE

This is to certify that a copy of this Cosmedico's Answer to Second Amended

Complaint and Counterclaims was served by mail, first class postage prepaid, on this 19th day

of January, 2004 to all counsel of record as follows:

Arthur T. Fattibene, Esq.
Paul A. Fattibene, Esq.
2480 Post Road
Southport, CT  06490

_____
Dale A. Malone

A-163



EXHIBIT

8

A·164

COSECH                                509                                COST

NL. *complementi secans.*] *Trig.* The secant of the complement of an arc or angle. Abbr. *cosec* or *csc.* See TRIGONOMETRICAL FUNCTION.

**co-seis-mal** (kō-sīs′mal) *a.* [*co- + seismal, seismic.*] Pertaining to or designating a line or zone at all points of which the intensity of shock produced by an earthquake is the same; as, *coseismal* lines; a *coseismic* chart.

**co-seis′mal,** *n.* A coseismal line.

**cosh′er** (kosh′ér), *v. i.* [*v. i.* -ERED (-ērd),] -ER-ING. [Ir. *coisir* a feast.] To feast; hence, to lodge and eat at the expense of dependents, tenants, etc. *Ireland.* See COSHERING.

**cosh′er,** *v. t.* To pet; to pamper.

**cosh′er-ing,** *n.* Act of one who coshers; esp., the receiving or exacting of free lodging and food from dependents or tenants, formerly exercised as a customary right by Irish feudal chiefs.

**cosh′er-y** (kosh′ér-i), *n.; pl.* -RIES (-iz). [See COSHER, *v. i.,* to feast.] Coshering, or entertainment so exacted. *Ireland.*

**co-sig′na-to-ry** (kō-sig′na-tō-ri), *a.* Signing jointly or in common. — *n.; pl.* -RIES (-riz). One of the joint signers of a document, as a treaty.

**cos′in-age** (kuz′n-āj). Var. of COUSINAGE, cousinhood, consanguinity. *Obs.,* except in writ of *cosinage, Law,* an action by to recover possession of an estate in lands when a stranger has entered after the death of any of certain lineal kinsmen. Hence, the writ itself.

**co′sine** (kō′sīn), *n.* [For *co. sinus,* an abbr. of NL. *complementi sinus.*] *Trig.* The sine of the complement of an arc or angle. Abbr. *cos* (no period). See TRIGONOMETRICAL FUNCTION.

**cosine gal′va-nom′e-ter.** A galvanometer according to which the strength of the current is proportional to the cosine of the angle through which the needle is deflected.

**cosine integral.** *Math.* The integral $\int_x^{\infty}\frac{\cos z}{z}dz$.

**co-sin′gu-lar** (kō-sin′gū-lär), *a.* Agreeing in their singular elements. — cosingular complexes, *Plückerian Line Geometry,* those having the same singular lines, the analogues of confocal surfaces in four-dimensional geometry.

**cos′let′tize** (kōs′let-īz), *v. t.* A race of lettuce comprising many cultural forms, distinguished by the elongated, usually somewhat spoon-shaped leaves, with large stand midribs, and tall or elongated heads. It is said to have been introduced from the island of Cos. See LETTUCE.

**Cos′ma-tesque** (koz′ma-tesk′), *a.* *Arch.* Designating a kind of delicate mosaic originated in the Byzantine work of about the 12th century and practiced widely in Italy and Sicily, and is characterized by a lavish use byin Italy and Sicily.

**Cos′ma-ti** (kōs-mä′tē), *n.* of *Cos-ma′to* (-tō), *a.* ... style of mosaic inlay in geometric patterns, made of colored marbles, glass paste, and gold leaf used in connection with architecture and sculpture, as in the cloisters of the Lateran.

**cos′met′ic** (kōz-met′ik), *a.* [Gr. *κοσμητικός,* skilled in decorating, fr. *κόσμος* order, ornament: cf. F. *cosmétique.* See COSMOS.] Beautifying, or improving beauty, esp. the beauty of the complexion.

**cos′met′ic,** *n.* Any external application intended to beautify and improve the complexion, skin, or hair.

**cos-met′ic-al** (-i-kal), *a.* Pertaining to cosmetics; also, *Obs.,* beautifying. — **cos-met′i-cal-ly,** *adv.*

**cos′mic** (koz′mik), *a.* [Gr. *κοσμικός,* of the world, fr. *κόσμος*: cf. F. *cosmique.* See COSMOS.] 1. Of or relating to the cosmos or something similarly vast and systematic; shared with or assimilated to the cosmos; as, *cosmic* consciousness; imbued with a sense of magnitude and order; expansively vast, catholic, and grandiose; as, *cosmic* emotion. 2. Hence, harmonious, orderly, as opposed to chaotic. 3. Pertaining to the material universe as a whole, and not to the earth alone. 4. Of or pertaining to cosmism.

**cos′mi-cal,** *a.* Same as COSMIC, 1, 3, 4.

**cos′mic-al-ly,** *adv.* 1. Relating to the terrestrial world. *Obs.* or R.
2. = COSMIC.
3. Occurring near sunrise; — the opposite of *acronycal.*

**cos′mine,** *n.* = ASTROPHYSICS.

**cos-mog′o-ny,** *n.* [Gr. *κοσμογονία*] The philosophy of cosmic evolution; esp. as interpreted by John Fiske, who formulated it as an interpretation of Spencer's philosophy, and also termed it " Cosmic Philosophy." — **cos′mist** (-mist), *n.*

**cos′mo-graph** (kōz′mō-gráf), *n.* One versed in, or occupied with, cosmogony.

**cos-mog′o-ny** (-nī), *n.; pl.* -NIES (-niz). [Gr. *κοσμογονία*: see COSMOGONY.] 1. A creation, origination, or manner of coming into being, of the world or universe. 2. A theory or account of the origination of the universe; also, such theories considered as a department of knowledge.

**cos-mog′ra-pher** (kōz-mōg′ra-fér), *n.* One skilled or occupied in cosmography.

**cos′mo-graph′ic** (kōz′mō-grăf′ik), *a.* [Cf. F. *cosmographique.*] Of or pertaining to cosmography. — **cos′mo-graph′ic-al** (-i-kal) *plaque.*] Of or pertaining to cosmography.

**cos-mog′ra-phy** (kōz-mōg′ra-fī), *n.; pl.* -PHIES (-fīz). [Gr. *κοσμογραφία; κόσμος* the world + *γράφειν* to write: cf. F. *cosmographie.*] A general description of the world or of the universe; or the science which teaches the constitution of the whole system of worlds, or the figure, disposition, and relation of all its parts.

**cos′mo-line** (kōz′mō-lēn), *n.* Also-lin. [Prob. fr. *cosmetic + L.* oleum oil.] A kind of petroleum jelly of the same nature as vaseline but somewhat stiffer.

**cos′mo-log′ic** (kōz′mō-lŏj′ik), *a.* Of or pertaining to cosmology. — **cos′mo-log′ic-al** (-i-kal), *a.* Pertaining to, or in agreement with, cosmology. — **cos′mo-log′ic-al-ly,** *adv.*

**cos′mol-o-gist** (kōz-mŏl′ō-jist), *n.* One skilled in, or occupied with, cosmology.

**cos-mol′o-gy** (-jī), *n.* [*cosmo- + -logy.*] That branch of metaphysics which treats of the character of the universe as an orderly system. Others regard it as a treatise relating to the structure and parts of the world system.

**cos′mo-plas′tic** (kōz′mō-plăs′tik), *a.* [*cosmo- + -plastic.*] Pertaining to a plastic force as operative in the formation of the world independently of God; world-forming. " Cosmoplastic and hylozoic atheism." *Cudworth.*

**cos′mo-pol-i′tic** (-pŏl′i-tik), *a.* [Gr. *κοσμοπολιτικός.* See COSMOS; POLITIC.] Cosmos-producing; world-creating. Where the *cosmopoietic* energy works throughout beings, there arises... that which we call pain or suffering. *Ruskin.*

**cos′mo-pol′i-tan** (-pŏl′i-tan), *a.* [Cf. F. *cosmopolitain.* See COSMOPOLITE.] 1. Belonging to all the world; not restricted to any locality, field of activity, or sphere of thought. 2. At home in any country; without local or national attachments or prejudices; not provincial. 3. Characteristic of a cosmopolite; as, *cosmopolitan* indifference, traits, or interest. 4. *Nat. Hist.* Common everywhere; widely spread; found in most parts of the world, as the bats. **Syn.** — See EXTERNATIONAL.

**cos′mo-pol′i-tan,** *n.* A cosmopolite; a cosmopolitan person.

**cos′mo-pol′i-tan-ism** (-iz′m), *n.* Quality or state of being cosmopolitan; cosmopolitism.

**cos′mo-po-lite** (kōz-mŏp′ō-līt; also kōz′mō-pō-līt′), *n.* One who is cosmopolitan; a cosmopolite, a citizen of the world; one without national prejudices or attachments. 2. A plant or animal found in most parts of the world; also, a similarly cosmopolitan tale, proverb, or maxim.

**cos′mo-po-lit′ic-al** (-pŏ-lĭt′i-kal), *a.* Of or pertaining to universal polities or interests.

**cos-mog′o-li-tism** (-tĭz′m), *n.* State or character of that which is cosmopolitan; specif., disregard of national or local peculiarities, prejudices, and attachments.

**cos′mo-ra′ma** (kōz′mō-rä′ma), *n.* [NL.; *cosmo- + Gr.* *ὅραμα* a sight.] An exhibition of views of various parts of the world made to appear natural by the aid of mirrors, lenses, illumination, etc. — **cos′mo-ram′ic** (-răm′ik), *a.*

**cos′mos** (kŏz′mŏs), *n.* [NL., fr. Gr. *κόσμος* order, harmony, the world (from its perfect order and arrangement); akin to Skr. *çad* to distinguish well.] 1. The universe conceived as an orderly and harmonious system; — contrasted with *chaos.* 2. Any self-inclusive system characterized by order and harmony and completeness of detail. 3. Order; harmony.

**cos′mos,** *n.* [NL.] A genus of asteraceous plants closely related to *Bidens,* usually with very showy flowers, some with yellow, others with red, purple, or white rays. The species are natives of tropical and subtropical America.

several are in cultivation. The varieties of *C. c..* are among the most popular fall-blooming annuals, esp. in the United States. A plant of this genus.

**cos′mo-thē-ist,** (kŏz-mō-thē′ĭk), *a.* Pertaining to, or forming, a form of idealism, maintaining the reality of external objects while denying that the mind has direct cognizance of aught save ideas or representations.

The *cosmotheistic idealist* ... deny that mind is immediately *conscious of matter.* Sir W. Hamilton.

**Cosne** (kōn), *n.* A wine of the Bordeaux type, made at Cosne, in the department of Nièvre, France.

**cos′sack** (kŏs′ak), *n.* [Russ. *kozak, kazak.*] One of a warlike, pastoral people, skillful as horsemen, inhabiting different parts of the Russian empire and furnishing valuable contingents of cavalry, often lancers, and field artillery to its armies, those of Little Russia and those of the Don forming the principal divisions. See DON.

**Cos′sas′sI pŏst,** *n.* An outpost consisting of four men, forming one of a single line of posts substituted for the more formal line of sentinels and line of sentries.

**cos′set** (kŏs′ĕt; *it:* 151), *n.* [Cf. AS. *cotsetla, cotsǣta, cottager,* akin to O. *kossat, kothsesse, E. cot, and sit.*] A lamb reared without the aid of the dam; a pet lamb; hence, a pet, in general.

**cos′set,** *v. t.; cos′set-ed; cos′set-ing.* To treat as a pet; to fondle; to pamper. She was *cosseted* and possetted and ... made much of.
Mr. Holmes.

**cos-set′te** (kō-sět′), *n.* [F.] One of the small chips or slices into which beet roots are cut in sugar making.

**cos′sid** (kŏs′ĭd), *n.* [NL., fr. L. *cossus* a kind of larva under the bark of trees.] *Zoöl.* The family consisting of the carpenter moths and goat moths (see these terms). They are of moderate or large size, without a functional proboscis. The larvæ bore in wood. — **cos′sid** (-ĭd), *a.*

**cost** (kŏst; 205), *n.* [See COAST.] 1. A rib; side; region; coast. *Obs.*
2. *Her.* = COTISE.

**cost,** *n.* According to Guillim, this diminutive of the bend is called a *cost* only when borne alone, a rare occurrence; when borne in pairs it is called a *cottise.* Other authorities do not acknowledge this distinction. Woodward and Burnett mention only *cotise.*

**cost,** *v. i. & t.; pret. & p. p.* COST; *p. pr. & vb. n.* COST-ING. [OF. *coster, couster, F. coûter, fr. L. constare* to stand at, to cost; *com- + stare* to stand. See STAND; cf. CON-STANT.] I. To require to be given, expended, or laid out therefor, as in barter, purchase, acquisition, etc.; to be of the price of; to cause the cost, expenditure, relinquishment, or loss of; as, the ticket *cost* a dollar; the effort *cost* his life.

If thou attempt it, it will *cost* thee dear. *Shak.*
2. To require or cause to be borne or suffered.

To do him wanton rites, which *cost* them woe. *Milton.*
3. To incur expense; to spend. *Obs.*
4. To estimate the cost of production of an article. *Brit.*
**cost,** *n.* [In the third sense above *cost* is clearly transitive. In its other meanings it would seem to be intransitive, so that it cannot be used in the passive either with the price or the indirect object as subject; thus, "this *cost* us a dollar" cannot be changed into "a dollar was *cost* us by this" nor into "we were *cost* a dollar by this."]

**cost,** *n.* [OF. *cost, F. coût.* See COST, *v.*] 1. The amount of equivalent paid, or given, or charged, or engaged to be paid or given for anything bought or taken in barter or service rendered; charge; expense; hence, whatever, as labor, self-denial, suffering, etc., is requisite to secure benefit. At less cost of life than it often expended in a skirmish, Charles V.) saved Europe from invasion. *Prescott.*
2. Loss of any kind; detriment; deprivation; suffering. I know thy trains.
Though dearly to my cost, thy gins and toils. *Milton.*
3. Expenditure; outlay, as of money, time, or labor, etc. Her duties being to talk French, and her privileges to live *cost* free and to gather scraps of knowledge. *Thackeray.*
4. That which has involved the expenditure of money, labor, etc.; a costly thing. *Obs.* or R.
5. *pl. Law.* In a general sense, expenses incurred in litigation; as: a Those payable to the attorney or counsel by his client, esp. when fixed by law; — commonly called *fees.* In England the itemized statement of these, rendered by an attorney or solicitor to his client, is called a *bill of costs.* b Those given by the law or the court to the prevailing against the losing party. This is the usual sense in the United States, and the itemized statement of these costs, which is filed and by which they are taxed, is called a *bill of costs.* In equity the giving of costs, and the party to whom they shall be paid, is discretionary with the court.
Costs are not recoverable against the sovereign unless expressly granted by statute.

Costs were in England somewhat unknown to the common law, but were given to the plaintiff by § Edw. I. c. 1, to the defendant by 23 H. VIII. c. 15. *J. R. Rolland.*
6. *Economics.* That which is sacrificed to obtain anything. The cost of production is by some measured in terms of the total wastes of capital (including under that head economic goods of all kinds) and by others in terms of the pain or disutility involved in it. The cost of anything to

... *[remaining lower entries in small type, cosmo- derivatives, illegible in detail]* ...

1

Volume I
Pages 1 to 203
Exhibits 1 to 30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - -x
                           :
LIGHT SOURCES, INC., and TAN   :
SYSTEMS, INC.,                :
          Plaintiffs,     :
                           :
      vs.               :   C.A. No.
                           :   303 CV 874 (MRK)
COSMEDICO LIGHT, INC.,      :
          Defendant.      :
                           :
- - - - - - - - - - - - - - - -x

         CONFIDENTIAL DEPOSITION OF COSMEDICO LIGHT,
INC., THROUGH ITS DESIGNEE, JOSEPH J. FRANK, a
witness called on behalf of the Plaintiffs, taken
pursuant to Rule 30(b)(6) of the Federal Rules of
Civil Procedure, before Ken A. DiFraia, Registered
Professional Reporter and Notary Public in and for
the Commonwealth of Massachusetts, at the Offices of
Banner & Witcoff, LTD., 28 State Street, Boston,
Massachusetts, on Monday, July 19, 2004, commencing
at 10:07 a.m.

PRESENT:

   Fattibene and Fattibene
      (by Arthur Fattibene, Esq., and
      Paul A. Fattibene, Esq.)
      2480 Post Road, Southport, CT 06890,
      for the Plaintiffs.

   Banner & Witcoff, LTD.
      (by Dale A. Malone, Esq.)
      28 State Street, Boston, MA 02109-1775,
      for the Defendant.

             * * * * *

EXHIBIT
9

A- 166

50 Franklin Street
Boston, Massachusetts 02110
(617) 426-2432 ~ Fax (617) 482-7813

WONG Associates, Inc.
Professional Court Reporters

Since 1967

13

1      A.    When I became president of the company in

2    1996, I became an employee of the U.S. corporation.

3      Q.    Cosmedico Light, Inc., the defendant in

4    this action, is a U.S. corporation?

5      A.    It is.

6      Q.    In what state are they organized under?

7      A.    I think Delaware.  I'm speculating.  That

8    information is available.  I believe we are

9    incorporated in Delaware.

10     Q.    Do you know what year they were

11   incorporated in Delaware?

12     A.    I believe 1982.

13     Q.    Do you know who the prior consultant

14   manager was?

15     A.    I do.

16     Q.    Who was that?

17     A.    Frank Baxpheller.  B-a-x-p-h-e-l-l-e-r, I

18   think that's the spelling.

19     Q.    Do you know how long he managed Cosmedico?

20         MR. MALONE:  Objection, asked and answered.

21     A.    I have to think.  Let me think a minute

22   here.  Did I say the corporation was formed in '82?

23   It's '92.

24     Q.    You said '82.

A-167

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-...

14

A.    I'm sorry. It should be '92. I believe he was employed from '92 until '96.

Q.    Were they always organized from the State of Delaware?

A.    They were a Delaware corporation. They were physically located in the Chicago area.

Q.    When did they move to Massachusetts?

A.    May of 1996.

Q.    That's when you came on board?

A.    Correct.

Q.    Could you tell me how many employees Cosmedico Light, Inc., the defendant, has, other than yourself.

A.    Six, including myself.

Q.    Are they all employed in this area?

A.    They are.

Q.    Does Cosmedico maintain any kind of an office in Massachusetts?

A.    We do.

Q.    Where would that be?

A.    Weymouth, Massachusetts.

Q.    These six employees all operate out of that office?

A.    Correct.

A-16B

15

Q.    Are these six employees mainly concerned with sales?

MR. MALONE:  Objection to the form of the question.

A.    As their primary responsibility?

Q.    Yes.

A.    No.

Q.    Would you classify them as laborers or production workers?

MR. MALONE:  Objection.

A.    No.

Q.    How would you classify their duties?

A.    It's dependent upon the individual.

Q.    What type of duties are they performing today?

A.    Specific employees have specific functions or areas of expertise.

Q.    Such as?

A.    Financial.

Q.    Anything else?

A.    Marketing, our systems, our information, management systems, sales and service, warehouse, secretarial.  That's in broad terms.

Q.    Does Cosmedico Light -- and when I say

A-169

16

1    "Cosmedico Light," I'm talking about the U.S.

2    company.  Are we on the same track on that?

3         A.   Yes.

4         Q.   Do they manufacture any types of lamps?

5         A.   No.

6         Q.   What is Cosmedico Light's main business?

7         A.   It's the supply of tanning lamps, ballasts,

8    starters and associated products to the tanning

9    industry.

10        Q.   When you say "associated products to the

11   tanning industry," is that just limited to the lamp

12   itself?

13        A.   No.  There are a number of odds and ends

14   products that we offer, socket adapters, sockets,

15   UV meters, but our primary business is low pressure

16   lamps, transformers, starters, high pressure lamps.

17        Q.   Who supplies Cosmedico Light with the

18   actual physical lamps?

19             MR. MALONE:  Objection to the form of the

20   question.

21        A.   We have several suppliers.  Your question

22   is relating to lamps alone?

23        Q.   Primarily, suntanning lamps.

24             MR. MALONE:  Are you talking about all

17

1  suntanning lamps or the suntanning lamps involved in

2  this litigation?

3          MR. FATTIBENE:  All of them.

4          MR. MALONE:  I would like to designate the

5  transcript as confidential under the protective

6  order.

7          MR. FATTIBENE:  Okay, go ahead.

8      A.   We have several suppliers of tanning lamps

9  and many more suppliers if you include high pressure

10 tanning lamps.

11     *Q.   Who are the suppliers of these lamps that

12 Cosmedico sells?

13     A.   Osram --

14         MR. MALONE:  Can you tell me what topic of

15 the 30(b)(6) deposition notice this request relates

16 to.

17         MR. FATTIBENE:  What do you mean?

18         MR. MALONE:  Well, we're here for a

19 30(b)(6) deposition.

20         MR. FATTIBENE:  Right.

21         MR. MALONE:  Could you tell me which of the

22 topic enumerated in Schedule A this line of inquiry

23 falls within.

24         MR. FATTIBENE:  This is the first one,

22

1    instruction?

2        A.    Oh, yes.

3        MR. MALONE:  You may answer with respect to

4    the products in suit.

5        A.    What we're talking about specifically are

6    VHR and VLR lamps?  The question was regarding these

7    lamps?  I guess that I would like a definition of

8    "these."

9        Q.    No, no.  Your attorney said you are to

10   answer limited to these lamps.  Now I don't know

11   what lamps he has in mind.

12       MR. MALONE:  As I said earlier, it's the

13   lamps involved in the lawsuit, which are the VHR

14   lamps.

15       A.    Those lamps are manufactured by Osram

16   Sylvania.

17       Q.    Could you tell me what lamps are involved

18   in this lawsuit, what Cosmedico lamps are involved

19   in this lawsuit.

20       MR. MALONE:  I object to that question.  It

21   calls for a legal conclusion.

22       I mean, literally the products involved in

23   the suit are not Cosmedico products.  We have

24   Cosmedico trademarks involved in the suit that are

A-172

23

1    being infringed by the plaintiffs.  The plaintiffs'

2    products are involved in the litigation, not

3    Cosmedico products.

4        MR. FATTIBENE:  They are because the

5    products to which the marks are applied are as much

6    an issue in this lawsuit as the accused lamps

7    bearing what you allege to be accused trademarks.

8        MR. MALONE:  Then you tell him that those

9    are the products in suit and he can answer questions

10   about that.

11       MR. FATTIBENE:  I'm asking him.  He brought

12   counterclaims that certain lamps bearing certain

13   designations are being infringed by my client.  I

14   want to know what Cosmedico considers to be those

15   lamps bearing the trademarks that they are asserting

16   are involved in this litigation.

17       MR. MALONE:  I object in that it calls for

18   a legal conclusion.  To the extent you understand

19   the question, you can answer.

20       A.   The VHR lamp is manufactured by Osram

21   Sylvania.  Our VHR lamp is manufactured by Osram

22   Sylvania.  Our VLR lamp is also manufactured by

23   Osram Sylvania.

24       MR. FATTIBENE:  Would you mark this as

30

1    A.    (Witness reviews document)  Yes.

2    Q.    What is it?

3    A.    It's our registered trademark VHR.

4    Q.    Have you ever applied the mark VHR to any

5    lamp that Cosmedico sells without using the word

6    "CosmoLux," or the term "CosmoLux"?

7         MR. MALONE:  Objection to the form of the

8    question.

9    A.    The current product VHR is not used alone

10   on the labeling of the current product.

11        I can't answer for previous versions of the

12   VHR mark when it was first produced in 1991.  I

13   don't have copies of that artwork, carton or e

14   artwork.

15   Q.    Of your own knowledge, are you aware

16   lamp that you know of that bore just the VHR

17   A.    I can't answer that question.  The products

18   may have been called --

19   Q.    No.  I'm talking about your own knowledge

20   in 1996.

21   A.    Not to my knowledge.  I think we have

22   always designated it as "Cosmedico" or "CosmoLux,

23   on the lamp itself.

24   Q.    Looking at Exhibit No. 2, can you ascertai

31

1    when Cosmedico is asserting that the VHR mark as

2    registered in Exhibit No. 2 was first used in

3    commerce?

4            MR. MALONE:   Objection to the form of the

5    question.

6        A.    In the U.S.; is that the question?

7        Q.    Well, that's my understanding.

8        A.    The records are available.  I know that we

9    have sales records showing VHR sales in 1994 --

10   excuse me -- 1993.   1993 I believe is the first year

11   that products marked VHR and products marketed as

12   VHR sales were conducted in North America, probably

13   the U.S.

14           MR. FATTIBENE:   For the record, I'm making

15   a request that those documents be produced.

16       Q.    With respect to those alleged documents

17   that you were referring to that first appeared in

18   1993, would they show the actual use of that mark on

19   a lamp without the terms "CosmoLux" or "Cosmedico"?

20       A.    I don't know the answer to that.  I can

21   speculate, but I don't know the answer.

22       Q.    Does Cosmedico have some sort of archive

23   where they retain models or samples of the lamps

24   that they may have sold in the past?

A-175

35

1    Q.    What's the relationship between the company

2  in Germany and Cosmedico Light, the defendant in

3  this case?

4        MR. MALONE:  Objection.  Which company in

5  Germany?

6        MR. FATTIBENE:  He said they may be in

7  Germany.

8    Q.    Where in Germany would they be?

9    A.    I don't know if they would be in Germany.

10  I don't know if they exist or where they would be.

11  The first place I would go to ask for them would be

12  a company called "Cosmedico Licht," which is a

13  sister corporation of ours.

14    Q.    When you say "a sister corporation," what

15  do you mean?

16    A.    Can I use an analogy?

17    Q.    Whatever way you can explain it.

18    A.    Pontiac and Chevrolet as divisions of or as

19  companies with common ownership.

20    Q.    Who are the companies in common ownership

21  with Cosmedico Light, the defendant in this case?

22    A.    In the United States, there's a company

23  called "Wolff Systems Technology."  In Europe,

24  there's a company called "Cosmedico Licht."  In

36

1    Europe, there's a company called "Wolff Systems

2    France."

3        Q.    Who is the parent company?

4        A.    JW Holdings.

5        Q.    Who?

6        A.    JW Holdings.

7    *Q.    Who are the principals of JW Holdings?

8            MR. MALONE:  I would object.  This is

9    getting away from the 30(b)(6) topics.  If you can

10    tell me which topic this relates to, I will consider

11    letting him answer, but we should stay with the

12    program.

13            MR. FATTIBENE:  This is permissive

14    discovery.  You are trying to establish a

15    distinction between a wholly owned subsidiary and a

16    parent.  I think I'm entitled to discover as to who

17    the real party in interest is here, whether it's the

18    alleged defendant or whether it's the parent.

19            MR. MALONE:  Then serve a proper discovery

20    request.

21            MR. FATTIBENE:  I am.  It's a deposition.

22    I think I can go into that.

23            MR. MALONE:  No.  This is a 30(b)(6)

24    deposition.  You are entitled to ask about the

A-177

37

1  topics listed in your schedule.

2      Q.    Can you answer the question.

3          MR. MALONE:  Hold on.  Would you read the

4  question back.

5          *(Question read)

6          MR. MALONE:  For the record, I object that

7  that's far beyond the scope of the 30(b)(6)

8  deposition notice.  I instruct the witness not to

9  answer.

10     Q.    Is there another company that is parent of

11 Cosmedico Light U.S.A., that you have not

12 identified?

13         MR. MALONE:  Same objection.  You can

14 answer if you wish.

15     A.    That I have not identified, no, not that I

16 know of.

17     Q.    Is Wolff Systems a sister corporation as

18 you define it?

19     A.    I believe so.

20     Q.    Is Cosmedico Licht a sister corporation as

21 you define it?

22     A.    I believe so.

23     Q.    Wolff Systems France is a sister

24 corporation?

A-17B

38

1          MR. MALONE:  Asked and answered.

2      A.    I believe so, yes.

3      Q.    Do any of these sister corporations

4  manufacture suntanning lamps?

5          MR. MALONE:  Same objection.

6      A.    Not to my knowledge.

7      Q.    Do any of these sister corporations utilize

8  the trademarks that Cosmedico Light U.S.A., is

9  asserting in this litigation?

10         MR. MALONE:  Objection to the form of the

11  question.  Are you asking about in the United

12  States, or anywhere?

13         MR. FATTIBENE:  Anywhere.

14         MR. MALONE:  I think that's well beyond the

15  scope of the deposition notice.  I would instruct

16  the witness not to answer.

17         Just to be clear, if you were asking about

18  the U.S., then the question might come within the

19  scope of the deposition topics concerning

20  competitors.  I would allow questioning in that

21  regard, but with respect to --

22         MR. FATTIBENE:  Well, he can answer that

23  question.

24         MR. MALONE:  If you rephrase the question,

A-179

43

1    the U.S.?

2        A.    In the U.S.?

3        Q.    Anywhere.

4            MR. MALONE:    I object to the question as it

5    is beyond the scope of the deposition notice.

6        Q.    If you know.

7        A.    I believe they are using the VHR mark

8    outside of the U.S.

9        Q.    Is Cosmedico Light selling the lamps

10   bearing these trademarks that are being asserted

11   throughout the world?

12       A.    Cosmedico Light, my company, selling these

13   throughout the world?

14       Q.    Yes.

15       A.    No.

16       Q.    What countries are they selling them in?

17       A.    Cosmedico Light sells our products,

18   including VHR trademark products, to companies

19   within the U.S. and in Canada.    I have no customers

20   outside of the U.S. and Canada, North America.

21       Q.    If I understand your testimony correctly

22   then, Cosmedico Light U.S.A., does not sell in

23   Europe any of their lamps?

24       A.    Cosmedico Light, that's correct.

A-180

44

1    Q.    Now, this Continental Licht sells -- excuse

2    me -- Cosmedico Licht, the German company, do they

3    sell lamps bearing the accused VHR mark in the

4    United States?

5           MR. MALONE:  Objection to the form of the

6    question.

7    A.    Do they sell to customers in North America,

8    the answer is no.

9    Q.    Is Cosmedico U.S.A., the defendant, a

10   wholly owned subsidiary of JW Holdings?

11   A.    Yes.

12   Q.    Is Cosmedico Light U.S.A., a subsidiary of

13   Cosmedico Licht?

14   A.    No, sir.

15   Q.    Does Cosmedico Light -- and I want to be

16   sure you know when I say "Cosmedico Light," I mean

17   the company that you are president of.

18   A.    Right.

19   Q.    Do they produce any catalogs?

20   A.    Yes.

21   Q.    What type of catalogs do they produce?

22   A.    General products catalog.

23   Q.    How often are those catalogs produced?

24   A.    New version, updated version is produced

A-181

51

Q.    Are there any oral licenses?

A.    No.

MR. MALONE:  Let's take a quick break.

(Counsel and witness exit to confer)

MR. MALONE:  Mr. Frank would like to clarify one of his previous responses.

A.    The question was asking if we had granted licenses relating to the asserted Cosmedico trademarks in suit.  The answer to that is no, but my question with my counsel was --

MR. MALONE:  No.  Don't talk about our conversations, but you can clarify the information that you wanted to clarify.

A.    The word "license," we have an agreement whereby we are producing a lamp for one of our customers, and we are using, allowing the use of VHR and VLR on their products, and it is a private label by Cosmedico.

Q.    Who is that customer?

A.    The name of the customer is "ASM."

Q.    Where are they located?

A.    I believe that their headquarters is in Chicago.

Q.    Who is the person there that you are

53

1    you are selling them the physical lamp to be

2    installed in whatever equipment they may be selling?

3         A.    No.   I'm selling the lamp to the ASM

4    members as a replacement lamp that is installed

5    primarily in their own equipment, Royal Sun

6    equipment.

7         Q.    When you say "replacement lamp," it's a

8    completed lamp, is it not?

9         A.    Yes.

10        Q.    Cosmedico is selling them that completed

11   lamp?

12        A.    Yes.

13        Q.    It has the markings VHR and VLR on it?

14        A.    It has the marking Royal Sun VHR, Royal Sun

15   VLR by Cosmedico.

16             MR. FATTIBENE:   I would like to make a

17   request.   I would make the request for you to

18   produce that agreement.

19        Q.    Does Cosmedico have physical samples or

20   embodiments of those lamps?

21             MR. MALONE:   Objection to the form of the

22   question.

23        A.    I believe we do.

24        Q.    Are those lamps that are OEM'd to ASM

55

Q.   What was that provision?

A.   Responsibility for finished goods.

Q.   How many pages is the agreement?

A.   I don't remember.

Q.   You indicated it was a simple agreement.

A.   Yes.

Q.   Would it be one, two, three pages?

A.   Yes.

Q.   Would you consider that to be some sort of purchase type agreement?

A.   Yes.

Q.   What was the term of the agreement?

A.   I don't remember.

Q.   A year, three years, five years?

A.   I don't remember.

Q.   Is that agreement still in force?

A.   Yes.

Q.   Has Cosmedico Light received any remunerations in the form of royalties or payments for use by others of the trademarks that Cosmedico is asserting in this litigation?

A.   No.

Q.   Are you aware of any instance of any actual confusion between the Cosmedico asserted trademarks

A-184

56

1    in these litigations and Light Sources' use of the

2    letters THR and TLR?

3        A.    No.

4        Q.    Are you aware of any instances of actual

5    confusion between Cosmedico Light's asserted

6    trademarks in this litigation and Tan Systems' use

7    of the letters THR and TLR?

8        A.    No.

9        Q.    Are you aware of any other sellers of

10    suntanning lamps that use the VHR mark on either

11    lamps or advertising or publications -- let me

12    rephrase that.

13            Are you aware of any other competitors,

14    users or sellers of suntanning lamps that use the

15    letters VHR on their lamps or in advertising?

16            MR. MALONE:    Objection to the form of the

17    question.    Do you mean other than Cosmedico?

18            MR. FATTIBENE:    Other than Cosmedico.

19        A.    Currently?    Is your question currently?

20        Q.    No.    Are you aware of any other users?

21        A.    Yes.

22        Q.    Of those letters, correct?

23        A.    Yes.

24        Q.    Who are they?

A-185

88

question.

   MR. FATTIBENE: It's not privileged. It's
a yes or no answer. There's no privilege found in
that answer.

  Q. Are you taking your attorney's advice?

  A. I'm going to take my attorney's advice,
yes.

  Q. Does Cosmedico Light contend that they have
exclusive rights to the letters HR for suntan lamps?

   MR. MALONE: Do you mean now?

   MR. FATTIBENE: At any time. Now.

   MR. MALONE: Well, which is it?

  Q. At the time you were asserting the VHR and
VLR marks against Light Sources and Tan Systems, was
it Cosmedico Light's intention that they had
exclusive rights to the letters HR or LR?

   MR. MALONE: The objection continues. It
really has not defined a time period. They still
contend the infringement of the trademarks.

   MR. FATTIBENE: At the time that these
letters were being written, was he contending that
they had exclusive rights in the letters HR and LR.

   MR. MALONE: You may answer that question.

  A. No.

89

Q.    Does Cosmedico Light today contend that they have exclusive rights in the letters HR and LR?

A.    No.

Q.    Does Cosmedico Light contend today during this litigation that their registration of VHR and VLR protects the prefix letters of all the other letters of the alphabet?

MR. MALONE:  Objection, calls for speculation, lack of foundation.  The form is compound, vague.

If you can understand the question, you can answer.

A.    I don't understand the question.

Q.    Let me try to rephrase it.  In this litigation, is Cosmedico Light contending that because it has registered the mark VHR, that it has exclusivity of all the other letters of the alphabet that may be used with the letters HR to which you indicated you do not have an exclusive?

A.    No.

Q.    What letters of the alphabet is Cosmedico Light contending would be covered by their registration of VHR other than V?

A.    Anything that was confusingly similar in a

101

        MR. MALONE:   The witness has the right to
consult with his counsel as often as he feels is
necessary.

    Q.    Do you understand any statement in the
complaint attached to Exhibit 12 where Cosmedico is
asserting the VLR mark per se?

    A.    VLR alone, no.

    Q.    Are you aware of any instance where either
Tan Systems or Light Sources has used the mark
CosmoLux VLR, which is being asserted in the
complaint attached to Exhibit 12?

    A.    No.

    Q.    Was the complaint attached to Exhibit 12
filed in any court?

    A.    I believe it was.

        THE WITNESS:   No?

        MR. FATTIBENE:   I would object.

    A.    I don't remember.  If you will give me a
moment...  I think it was not filed.  The suit
against us preempted this.  We filed a countersuit.
This was, to the best of my knowledge, never filed.

    Q.    When you say "this," you mean --

    A.    This particular --

    Q.    -- the complaint attached to Exhibit 12?

A-188

106

1          MR. MALONE:  Objection.  That

2    mischaracterizes the prior testimony.

3          A.    The question was "Do you claim exclusivity

4    to the letters VH?"  I responded, "Only when coupled

5    with the letter R."

6          Q.    When does VHO mean in the industry?

7          MR. MALONE:  Objection, lack of foundation.

8          A.    Historically very high output.

9          Q.    Have you ever heard of the term "HO" as

10   applied to sunlamps?

11         A.    Yes.

12         Q.    Do you know of anybody that's using HO as

13   applied to lamps?

14         A.    Yes.

15         Q.    Who might they be?

16         A.    Again, everyone.

17         Q.    Does that have a particular meaning in the

18   suntanning industry?

19         A.    Yes.

20         Q.    What is that meaning?

21         A.    High output.

22         Q.    Does VHR have a particular meaning in the

23   suntanning industry?

24         A.    Yes.

162

1          MR. FATTIBENE:  Off the record.

2          (Discussion off the record)

3          (Recess)

4     BY MR. FATTIBENE:

5     Q.    What type of customers does Cosmedico --

6     let me rephrase.  What type of customers purchase

7     the Cosmedico lamps bearing the trademarks in suit?

8          MR. MALONE:  Objection to form.  What do

9     you mean by "what kind of customers"?

10    Q.    What are the customers to whom Cosmedico

11    distributes their lamps bearing the Cosmedico

12    trademarks in suit?

13    A.    OEM's and distributors to serve the

14    replacement business.

15    Q.    What percent is OEM business with respect

16    to the trademarks in suit?

17    A.    That's impossible for me to determine

18    because many OEM's also serve the replacement

19    business.

20    Q.    Do the lamps that you do -- or OEM, do they

21    bear a different logo of the particular OEM

22    purchaser?

23    A.    Sometimes.

24    Q.    As, for example, Royal Sun?

A-189A

163

1    A.    Royal Sun is one example.

2    Q.    Then the OEM buyers of the lamps bearing

3  the accused trademarks are not using the Cosmedico

4  trademark; is that correct?  They have their own?

5        MR. MALONE:  Objection, mischaracterizes

6  the witness' previous testimony.

7    A.    The OEM's will use both their own private

8  label brand for Cosmedico as well as Cosmedico

9  brands in their production.

10    Q.    Do the OEM consumers buy lamps that have

11  the logo CosmoLux VHR or VLR?

12        MR. MALONE:  Objection to the form of the

13  question.

14    A.    Some of them do.

15    Q.    Some don't?

16    A.    Some don't.

17    Q.    The ones that don't, how are they marked?

18    A.    They may be marked with -- I have to think

19  about this.  The lamps, if it's that kind of lamp,

20  the lamps may carry whatever designation the

21  customer asks us to put on the lamp.

22    Q.    The so-called distributors that you market

23  the lamps to, they, in turn -- well, what do you

24  recognize as a distributor of Cosmedico lamps?

A-189B

175

1      Q.    Looking Fit, Exhibit No. 28, that's a trade

2  publication, is it not?

3      A.    It is.

4      Q.    To what trade is that publication directed,

5  as far as you know?

6      A.    The tanning industry.

7      Q.    Who comprises the tanning industry?

8      A.    Manufacturers, distributors, salon owners,

9  and a host of people providing affiliated products

10 and services.

11     Q.    How many manufacturers of suntanning lamps

12 are you aware of?

13     A.    Low pressure?

14     Q.    Start with the low pressure.

15     A.    Seven.

16     Q.    Do you know who they are?

17     A.    I do.

18     Q.    Would are they?

19     A.    Osram Sylvania, Sylvania Lighting

20 International Light Sources/Light Tech, Voltarc,

21 Philips, InterElectric, and Narva.

22     Q.    They are the sole manufacturers and

23 suppliers to the best of your knowledge of

24 suntanning lamps?

178

1    This is the place where I would naturally put

2    everything in that I can put in on one line.

3        Q.    For example, under Black Sun, Page 70,

4    reference is made to a VHOR, do you see that?

5        A.    I do.

6        Q.    Does Cosmedico contend that that

7    designation would infringe their VHR trademark?

8        A.    No.

9        Q.    No?

10       A.    It's manufactured by Light Sources.

11       Q.    So that's not an infringement in

12   Cosmedico's mark?

13           MR. MALONE:  Asked and answered.

14       A.    (No response)

15       Q.    There are a number of these manufacturers

16   and distributors selling a VHO lamp.  Would

17   Cosmedico contend that VHO would be an infringement

18   of their alleged marks?

19           MR. MALONE:  Asked and answered.  You can

20   answer it again.

21       A.    I previously did answer.  The answer is no.

22       Q.    VSR, would Cosmedico contend that VSR would

23   infringe their alleged trademarks, VHR or VLR?

24           MR. MALONE:  Objection, calls for

181

1      A.    This describes a lamp as being a VHOR as

2   opposed to the VHR, which is a recognized trademark

3   of Cosmedico.  I don't believe anyone would confuse

4   VHR with VHO-R that is used by numerous people.

5      Q.    How about VHOR on Page 84 of Exhibit 28?

6          MR. MALONE:  Are you referring to the

7   middle of the page there?

8          MR. FATTIBENE:  Yes.  There's a whole bunch

9   of them.

10     A.    Those are Light Sources' lamps, and as well

11  as our earlier lamps we discussed, I would have the

12  same opinion of these lamps.

13     Q.    That they would not be infringing your

14  trademarks?

15     A.    Yes.

16     Q.    On the next page, how about XLR, would you

17  contend that that is an infringing mark?

18     A.    The answer is no, I do not contend it's an

19  infringing mark.  It would not be confused with

20  either of our trademarks.

21     Q.    What is your reason why that mark, XLR,

22  would not be considered confusing?

23          MR. MALONE:  Objection to the form of the

24  question.

Trademark Search
COSMO prefix marks

Current Search: S1:  docs: 795 occ: 1077

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79002288 | | COSMOL | TARR | LIVE |
| 2 | 79007424 | | COSMOSPHERES | TARR | LIVE |
| 3 | 79002436 | | SIENET COSMOS | TARR | LIVE |
| 4 | 78496974 | | COSMOPOLITAN | TARR | DEAD |
| 5 | 78607577 | | COSMOS | TARR | LIVE |
| 6 | 78334928 | | COZMOPOLITAN | TARR | LIVE |
| 7 | 78604531 | | KOSMO DO GOOD. FEEL GOOD. | TARR | LIVE |
| 8 | 78604527 | | KOSMO DO GOOD. FEEL GOOD. | TARR | LIVE |
| 9 | 78604519 | | KOSMO DO GOOD. FEEL GOOD. | TARR | LIVE |
| 10 | 78604506 | | KOSMO | TARR | LIVE |
| 11 | 78604499 | | KOSMO | TARR | LIVE |
| 12 | 78568524 | | COSMOPOLITAN | TARR | LIVE |
| 13 | 78375383 | | CAPTAIN COSMOS | TARR | DEAD |
| 14 | 78375170 | | HAIR COSMOPOLITAN STYLES & TRENDS | TARR | DEAD |
| 15 | 78563174 | | COSMOSTIC CONCEPTS | TARR | LIVE |
| 16 | 78374254 | | COSMOS | TARR | LIVE |
| 17 | 78602331 | | COSMONUTS CARAMEL CORN PLANETARY FOOD GROUP THE TASTE THAT'S OUT OF THIS WORLD NO HULLS NO KERNELS NET WEIGHT 12OZ., 340.19G | TARR | LIVE |
| 18 | 78563615 | | COSMOGIRL! | TARR | LIVE |
| 19 | 78600171 | | COSMOGIRL! PROM | TARR | LIVE |
| 20 | 78298990 | | COSMO | TARR | LIVE |
| 21 | 78479509 | | COSMOSUN | TARR | LIVE |
| 22 | 78520903 | | COSMOGIRL! | TARR | LIVE |
| 23 | 78593811 | | COSMOPOD | TARR | LIVE |
| 24 | 78593415 | | COSMOPOLITAN COCKTAIL | TARR | LIVE |
| 25 | 78283923 | | COSMOVITAL WELLNESS BED-SHIELD | TARR | LIVE |
| 26 | 78591090 | | COSMOSIS | TARR | LIVE |
| 27 | 78472857 | | COSMOS | TARR | LIVE |
| 28 | 78567998 | | HAIR COSMOPOLITAN ESTHETIQUE | TARR | LIVE |
| 29 | 78459629 | | COSMOROUGE | TARR | LIVE |
| 30 | 78259445 | | COSMOS | TARR | LIVE |
| 31 | 78586660 | | COSMOGENE | TARR | LIVE |
| 32 | 78521991 | | COSMOGIRL! | TARR | LIVE |

Light Sources                                     1       *EXHIBIT*                April 29, 2005
                                                          *10*
                                                                                  A·192

| 33 | 78511057 | | COSMOPOLITAN | TARR | LIVE |
|---|---|---|---|---|---|
| 34 | 78583529 | | COSMOSOME | TARR | LIVE |
| 35 | 78579468 | | COSMOS | TARR | LIVE |
| 36 | 78563628 | | COSMOPOLITAN | TARR | LIVE |
| 37 | 78563611 | | COSMOPOLITAN | TARR | LIVE |
| 38 | 78542916 | | COSMOPOLITAN | TARR | LIVE |
| 39 | 78424270 | | COZMO GIRLS | TARR | LIVE |
| 40 | 78549579 | | COZMO MEDIA | TARR | LIVE |
| 41 | 78567621 | | KOSMO | TARR | LIVE |
| 42 | 78566512 | | CURRANTC CURRANT COSMO | TARR | LIVE |
| 43 | 78018118 | | COSMETIC COSMOS | TARR | LIVE |
| 44 | 78562878 | | COSMOBRANDLAB | TARR | LIVE |
| 45 | 78162195 | | COSMO BIOSCIENCE | TARR | LIVE |
| 46 | 78447546 | | THE COSMOPOLITAN CHANNEL | TARR | LIVE |
| 47 | 78440724 | | COSMO | TARR | LIVE |
| 48 | 78440553 | | COSMOPOLITAN | TARR | LIVE |
| 49 | 78549576 | | COZMO | TARR | LIVE |
| 50 | 78182539 | | SENSIXX COSMO | TARR | DEAD |
| 51 | 78510386 | | COSMOPOLITAN | TARR | LIVE |
| 52 | 78510383 | | COSMOGIRL! | TARR | LIVE |
| 53 | 78510381 | | COSMOPOLITAN | TARR | LIVE |
| 54 | 78498339 | | COSMOPOLITAN | TARR | LIVE |
| 55 | 78218857 | 2921578 | COSMOPOLITAN | TARR | LIVE |
| 56 | 78466213 | | COSMOGIRL! | TARR | LIVE |
| 57 | 78487899 | | COSMOPOLITAN | TARR | LIVE |
| 58 | 78470370 | | COSMOGIRL! | TARR | LIVE |
| 59 | 78466196 | | COSMOPOLITAN | TARR | LIVE |
| 60 | 78503839 | | COSMO | TARR | LIVE |
| 61 | 78503787 | | COSMO | TARR | LIVE |
| 62 | 78524158 | | COSMOSOMES | TARR | LIVE |
| 63 | 78501839 | | COSMOLECULAR | TARR | LIVE |
| 64 | 78522288 | | THE COSMOPOLITAN RESORT CASINO | TARR | LIVE |
| 65 | 78522287 | | THE COSMOPOLITAN RESORT & CASINO | TARR | LIVE |
| 66 | 78517959 | | COSMO | TARR | LIVE |
| 67 | 78345422 | | COSMO TINI | TARR | LIVE |
| 68 | 78508366 | | COSMOSIS | TARR | LIVE |
| 69 | 78506714 | | COSMOS CARAMEL CORN | TARR | LIVE |
| 70 | 78254853 | | COSMO WATERLOC | TARR | LIVE |
| 71 | 78455590 | | COSMOPOP | TARR | LIVE |
| 72 | 78292994 | | COSMODOG | TARR | DEAD |
| 73 | 78371317 | | PLANET COSMO | TARR | LIVE |
| 74 | 78304053 | | COSMOPOLITAN COLLECTION BY CASABLANCA | TARR | LIVE |

A-193

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 75 | 78148981 | 2846532 | HOTEL COSMO | TARR | LIVE |
| 76 | 78487340 | | THE COSMOPOLITAN | TARR | LIVE |
| 77 | 78297969 | | AQUACOSMOS/ASHURA | TARR | LIVE |
| 78 | 78269072 | 2889132 | COSMOPACK | TARR | LIVE |
| 79 | 78484450 | | COSMOPOLITAN CLUB | TARR | LIVE |
| 80 | 78484448 | | THE COSMOPOLITAN CLUB | TARR | LIVE |
| 81 | 78280121 | | COSMOPOLITAN CLOTHING, INC. | TARR | DEAD |
| 82 | 78346014 | | COSMOPOLITE ENJOYING A SOPHISTICATED LIFESTYLE | TARR | LIVE |
| 83 | 78474649 | | COSMO TOTS A UNIQUE BOUTIQUE | TARR | LIVE |
| 84 | 78474086 | | AU CURRANT CURRANT COSMO | TARR | LIVE |
| 85 | 78473620 | | FOC 99 | TARR | LIVE |
| 86 | 78296623 | | COSMOCAM | TARR | LIVE |
| 87 | 78436531 | | COSMODEX | TARR | LIVE |
| 88 | 78452376 | | ATTRACTION GRAVITY COSMOS | TARR | LIVE |
| 89 | 78430342 | | COSMO MODEL AND TALENT DEVELOPMENT | TARR | LIVE |
| 90 | 78340020 | | COSMO | TARR | DEAD |
| 91 | 78340011 | | COSMO | TARR | DEAD |
| 92 | 78415346 | | COSMOS GRILL | TARR | LIVE |
| 93 | 78054774 | 2856670 | CRANIUM COSMO | TARR | LIVE |
| 94 | 78434426 | | REPULSION GRAVITY COSMOS | TARR | LIVE |
| 95 | 78246508 | | COSMOLUX | TARR | DEAD |
| 96 | 78415362 | | NEW YORK COSMOS | TARR | LIVE |
| 97 | 78413062 | | CAPTAIN COSMOS | TARR | LIVE |
| 98 | 78054769 | 2776785 | CRANIUM COSMO | TARR | LIVE |
| 99 | 78390880 | | MONTE COSMO | TARR | LIVE |
| 100 | 78161786 | | COSMOCHAOS STUDIO OF JEWELRY CREATION & DESIGN | TARR | |

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 78340010 | | COSMO | TARR | DEAD |
| 102 | 78340008 | | COSMO | TARR | DEAD |
| 103 | 78340006 | | COSMOBILE | TARR | DEAD |
| 104 | 78340004 | | COSMOBILE | TARR | DEAD |
| 105 | 78339999 | | COSMOBILE | TARR | DEAD |
| 106 | 78339995 | | COSMOBILE | TARR | DEAD |
| 107 | 78209469 | | COMFORT COSMOPOLITAN | TARR | DEAD |
| 108 | 78145986 | | COSMO | TARR | DEAD |
| 109 | 78190977 | | HAIR COSMOPOLITAN | TARR | LIVE |
| 110 | 78201746 | | GUITAR COSMOS | TARR | LIVE |
| 111 | 78141813 | | COSMOBIC | TARR | LIVE |
| 112 | 78054766 | | CRANIUM COSMO | TARR | DEAD |

A-194

| 113 | 78025918 | | COSMOS | TARR | DEAD |
|---|---|---|---|---|---|
| 114 | 78140041 | 2785065 | COSMOTAN | TARR | LIVE |
| 115 | 78079626 | | FLIP FOR YOU COSMO | TARR | DEAD |
| 116 | 78201111 | | COSMOPOLITAN GLASS | TARR | LIVE |
| 117 | 78191621 | 2766952 | COSMOJETZ | TARR | LIVE |
| 118 | 78129773 | | COSMOSTONE | TARR | DEAD |
| 119 | 78124890 | 2695883 | COSMOSQUAD | TARR | LIVE |
| 120 | 78101035 | 2693414 | COSMO POLITICIAN | TARR | LIVE |
| 121 | 78064413 | 2667328 | AMERICAN COSMONAUT | TARR | LIVE |
| 122 | 78062616 | | COSMOPOLITAN CUISINE COMPANY | TARR | DEAD |
| 123 | 78058577 | | COSMOPAK | TARR | LIVE |
| 124 | 78052316 | 2639599 | COSMOGAS | TARR | LIVE |
| 125 | 78051557 | | COSMOPHORIC | TARR | LIVE |
| 126 | 78044548 | | COSMOLITE - THE COSMETIC DENTAL LASER | TARR | DEAD |
| 127 | 78038065 | 2659432 | COSMO RACING | TARR | LIVE |
| 128 | 78037061 | | COSMOPOLITAN HOTEL | TARR | DEAD |
| 129 | 78026485 | 2570170 | COSMO STORE SERVICES | TARR | LIVE |
| 130 | 78024591 | | COSMOSQUAD | TARR | DEAD |
| 131 | 78020653 | | THE FOUNDATION OF I, INC. (FREEDOM OFTHE COSMOS) | TARR | DEAD |
| 132 | 78014834 | 2534968 | COSMOS VACUUM TECHNOLOGY CORPORATION TWN | TARR | LIVE |
| 133 | 78014267 | | NEW YORK COSMOS | TARR | DEAD |
| 134 | 76589302 | | COSMO QUIZ | TARR | LIVE |
| 135 | 76405577 | | COSMOGIRL! | TARR | LIVE |
| 136 | 76383894 | | COSMOPOLITAN | TARR | LIVE |
| 137 | 76557038 | | COSMOPOLITAN BREAD CAFÉ | TARR | LIVE |
| 138 | 76376226 | | COSMO | TARR | LIVE |
| 139 | 76574422 | | COSMOPOLITAN STYLE | TARR | LIVE |
| 140 | 76421735 | | COSMO PARTY | TARR | LIVE |
| 141 | 76601915 | | KOSMOS | TARR | LIVE |
| 142 | 76552568 | | NEW YORK COSMOS | TARR | LIVE |
| 143 | 76571129 | | COSMOS | TARR | LIVE |
| 144 | 76455976 | | COSMOPAD | TARR | LIVE |
| 145 | 76182622 | | COSMOPOLITAN | TARR | DEAD |
| 146 | 76447549 | | TT COSMOWEB | TARR | DEAD |
| 147 | 76240148 | | COSMOPOLITAN | TARR | DEAD |
| 148 | 76230312 | | COSMOGIRL! | TARR | DEAD |
| 149 | 76230306 | | COSMOPOLITAN | TARR | DEAD |
| 150 | 76271865 | | COSMOPOLITAN | TARR | DEAD |
| 151 | 76580626 | 2930420 | COSMORAM | TARR | LIVE |
| 152 | 76271863 | | COSMOGIRL! | TARR | LIVE |

A-195

| 153 | 76572409 | 2927504 | COSMOPOLITAN | TARR | LIVE |
|---|---|---|---|---|---|
| 154 | 76245497 | | 0001961 COSMONAUT | TARR | LIVE |
| 155 | 76572404 | | COSMOPOLITAN | TARR | LIVE |
| 156 | 76177731 | | COSMOPOLITAN | TARR | DEAD |
| 157 | 76413801 | | CAFE COSMOPOLITAN | TARR | DEAD |
| 158 | 76166271 | | COSMOPOLITAN | TARR | DEAD |
| 159 | 76106071 | | THE COSMOPOLITAN CHANNEL | TARR | DEAD |
| 160 | 76106070 | | COSMOPOLITAN | TARR | DEAD |
| 161 | 76062729 | | COSMOPOLITAN | TARR | DEAD |
| 162 | 76570644 | 2918674 | C.O.S.M.O.S. | TARR | LIVE |
| 163 | 76625008 | | COSMOPOLITAN COMFORTS | TARR | LIVE |
| 164 | 76309718 | 2658749 | COSMOS CONVERTABLES | TARR | LIVE |
| 165 | 76540434 | 2907881 | COSMOPOWER | TARR | LIVE |
| 166 | 76615380 | | THE COSMOPOLITAN CLUB AND CASINO | TARR | LIVE |
| 167 | 76618830 | | COSMOBEAUTY | TARR | LIVE |
| 168 | 76390619 | 2901978 | COSMOSPROMOS | TARR | LIVE |
| 169 | 76613567 | | CRC | TARR | LIVE |
| 170 | 76557039 | 2899176 | COSMOPOLITAN BREAD CAFÉ | TARR | LIVE |
| 171 | 76615662 | | THE COSMOPOLITAN CASINO | TARR | LIVE |
| 172 | 76615479 | | THE RESIDENCES AT THE COSMOPOLITAN CLUB | TARR | LIVE |
| 173 | 76615477 | | THE COSMOPOLITAN SHOPS | TARR | LIVE |
| 174 | 76615476 | | THE RESIDENCES AT THE COSMOPOLITAN CLUB AND CASINO | TARR | LIVE |
| 175 | 76612769 | | COSMO | TARR | LIVE |
| 176 | 76512083 | 2888500 | COSMOSTART/E | TARR | LIVE |
| 177 | 76184605 | 2889529 | COSMOPOLITAN | TARR | LIVE |
| 178 | 76286555 | | COSMOPOLITAN | TARR | DEAD |
| 179 | 76430560 | 2880718 | COSMOLLOID | TARR | LIVE |
| 180 | 76511070 | 2846267 | PROVIDENCE WASHINGTON'S COSMOS PROGRAM | TARR | LIVE |
| 181 | 76046384 | 2661354 | COSMOSM | TARR | LIVE |
| 182 | 76046296 | 2661353 | COSMOSWORKS | TARR | LIVE |
| 183 | 76510699 | | COSMOGIRL! COOL ROOM | TARR | LIVE |
| 184 | 76386912 | | COSMOPOLITAN | TARR | DEAD |
| 185 | 76245498 | | COSMONAUT | TARR | LIVE |
| 186 | 76512085 | | COSMOSUN | TARR | DEAD |
| 187 | 76179868 | | COSMOPOLITAN | TARR | DEAD |
| 188 | 76177730 | | COSMOPOLITAN | TARR | DEAD |
| 189 | 76017426 | | COSMO | TARR | DEAD |
| 190 | 76976552 | 2856638 | COSMOGIRL! | TARR | LIVE |
| 191 | 76063037 | 2661399 | COSMOS | TARR | LIVE |
| 192 | 76262786 | 2662050 | COSMOCIL | TARR | LIVE |

A-196

| | | | | | |
|---|---|---|---|---|---|
| 193 | 76353661 | | COSMOPOLITAN | TARR | LIVE |
| 194 | 76403847 | 2845770 | COSMOPOLITAN 101 | TARR | LIVE |
| 195 | 76327512 | | COSMOPOLITAN CATALOG | TARR | DEAD |
| 196 | 76263370 | | COSMOPOLITAN BOXING TRAINER | TARR | DEAD |
| 197 | 76284055 | 2840808 | COSMOSPHERE | TARR | LIVE |
| 198 | 76322351 | 2832557 | CAPTAIN COSMOS COSMIC THEATER | TARR | LIVE |
| 199 | 76425434 | 2830602 | COSMO-TENS | TARR | LIVE |
| 200 | 76319449 | | COSMOPAWLITAN | TARR | LIVE |

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 201 | 76410971 | | COSMOPOLITAN | TARR | DEAD |
| 202 | 76271861 | | COSMOPOLITAN | TARR | DEAD |
| 203 | 76180015 | | COSMOPOLITAN | TARR | DEAD |
| 204 | 76166442 | | COSMOPOLITAN | TARR | DEAD |
| 205 | 76976135 | 2823992 | COSMOGIRL! | TARR | LIVE |
| 206 | 76383893 | | COSMOGIRL! | TARR | LIVE |
| 207 | 76447755 | 2821673 | COSMOBELLA | TARR | LIVE |
| 208 | 76328964 | | COSMOPOLITAN | TARR | DEAD |
| 209 | 76271864 | | COSMO | TARR | DEAD |
| 210 | 76975996 | 2813979 | COSMOGIRL! | TARR | LIVE |
| 211 | 76521257 | | COSMOPOLITAN.COM | TARR | LIVE |
| 212 | 76496418 | 2810253 | COSMOS SMILE | TARR | LIVE |
| 213 | 76314563 | | COSMO | TARR | LIVE |
| 214 | 76060746 | | COSMOPOLITAN | TARR | DEAD |
| 215 | 76060745 | | COSMOGIRL! | TARR | DEAD |
| 216 | 76457216 | | COSMOS | TARR | DEAD |
| 217 | 76025903 | | COSMOTAN | TARR | DEAD |
| 218 | 76383895 | | COSMOPOLITAN | TARR | DEAD |
| 219 | 76180016 | | COSMOPOLITAN | TARR | DEAD |
| 220 | 76049331 | | COSMOPOLITAN | TARR | DEAD |
| 221 | 76383321 | 2792437 | COSMOPLAST | TARR | LIVE |
| 222 | 76415356 | 2788198 | COSMOLUX VLR | TARR | LIVE |
| 223 | 76383322 | 2789502 | COSMODERM | TARR | LIVE |
| 224 | 76160145 | | COSMO | TARR | DEAD |
| 225 | 76386352 | | COSMOBELLEZA | TARR | DEAD |
| 226 | 76191869 | | COSMOS | TARR | DEAD |
| 227 | 76480621 | | COZMOS FROZEN CUSTARD & TASTY GRUB | TARR | LIVE |
| 228 | 76424486 | | COSMOS | TARR | DEAD |
| 229 | 76410287 | | COSMOGIRL! | TARR | DEAD |
| 230 | 76398344 | | CANDY COSMOS | TARR | LIVE |
| 231 | 76396239 | 2672165 | SOMETHING URBAN COSMOPOLITAN CLOTHING, ACCESSORIES, AND MORE... | TARR | LIVE |

A-197

| 232 | 76382412 | | COSMO | TARR | LIVE |
| 233 | 76374462 | 2731485 | COSMOPROF | TARR | LIVE |
| 234 | 76354628 | | COSMOPHORE | TARR | DEAD |
| 235 | 76354035 | | COSMOPOLITAN HOTELS. | TARR | DEAD |
| 236 | 76353658 | | COSMOGIRL! | TARR | LIVE |
| 237 | 76351077 | 2741136 | COSMOS | TARR | LIVE |
| 238 | 76349193 | | COSMOPOLITAN HOMES. | TARR | DEAD |
| 239 | 76338189 | | COZMOS | TARR | DEAD |
| 240 | 76330130 | | COSMO DERM | TARR | DEAD |
| 241 | 76323028 | 2680210 | COSMOS | TARR | LIVE |
| 242 | 76307791 | | COSMOS I | TARR | DEAD |
| 243 | 76304804 | 2576084 | COSMO | TARR | LIVE |
| 244 | 76297916 | 2597818 | COSMOPOLITAN BANK AND TRUST | TARR | LIVE |
| 245 | 76288629 | 2658572 | COSMOFERM | TARR | LIVE |
| 246 | 76281253 | | COSMOTANICAL | TARR | DEAD |
| 247 | 76274668 | | COSMODATA | TARR | DEAD |
| 248 | 76271860 | | COSMOPOLITAN | TARR | DEAD |
| 249 | 76253883 | | COSMO QUEEN | TARR | DEAD |
| 250 | 76252443 | | COSMO QUEEN'S PRAYER | TARR | DEAD |
| 251 | 76245206 | 2591210 | TELECOSMO | TARR | LIVE |
| 252 | 76243786 | 2547107 | COSMOPOLIS | TARR | LIVE |
| 253 | 76237359 | 2653616 | COSMO INTERACTIVE | TARR | LIVE |
| 254 | 76233789 | | COSMO | TARR | DEAD |
| 255 | 76230620 | 2767437 | COSMOPORE | TARR | LIVE |
| 256 | 76228264 | 2617360 | COSMOLLISION | TARR | LIVE |
| 257 | 76221750 | 2542841 | CAPTAIN COSMOS THE LAST STARVEYER | TARR | LIVE |
| 258 | 76211718 | | COSMOS | TARR | DEAD |
| 259 | 76190810 | | COSMOCASA | TARR | DEAD |
| 260 | 76158498 | 2498336 | COSMO THE COSMIC CAT | TARR | LIVE |
| 261 | 76131938 | | COSMOPOLITAN | TARR | LIVE |
| 262 | 76128427 | 2574477 | COSMOS | TARR | LIVE |
| 263 | 76125191 | | COSMOS STUDIOS | TARR | DEAD |
| 264 | 76125190 | | COSMOS STUDIOS | TARR | DEAD |
| 265 | 76125189 | | COSMOS STUDIOS | TARR | DEAD |
| 266 | 76125188 | | COSMOS STUDIOS | TARR | DEAD |
| 267 | 76125187 | | COSMOS STUDIOS | TARR | DEAD |
| 268 | 76125186 | | COSMOS STUDIOS | TARR | DEAD |
| 269 | 76122458 | | COSMOPOLITAN | TARR | LIVE |
| 270 | 76122391 | | ONE COSMOS | TARR | DEAD |
| 271 | 76122390 | | ONE COSMOS | TARR | DEAD |
| 272 | 76122389 | | ONE COSMOS | TARR | DEAD |
| 273 | 76122388 | | ONE COSMOS | TARR | DEAD |

A-198

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 274 | 76122387 | | ONE COSMOS | TARR | DEAD |
| 275 | 76122386 | | ONE COSMOS | TARR | DEAD |
| 276 | 76115945 | | COSMOS | TARR | DEAD |
| 277 | 76106069 | | COSMOPOLITAN | TARR | LIVE |
| 278 | 76106038 | 2479903 | COSMO STREET | TARR | LIVE |
| 279 | 76091139 | 2661452 | COSMOS/FFE | TARR | LIVE |
| 280 | 76056231 | 2461649 | COSMONUT | TARR | LIVE |
| 281 | 76054166 | 2760614 | COSMOS GEMS | TARR | LIVE |
| 282 | 76049327 | | COSMOPOLITAN | TARR | LIVE |
| 283 | 76046385 | | COSMOS/DESIGNSTAR | TARR | DEAD |
| 284 | 76026479 | | COSMOTAN | TARR | DEAD |
| 285 | 76012129 | | BEING COSMOS | TARR | LIVE |
| 286 | 76012070 | | MIND OF COSMOS | TARR | DEAD |
| 287 | 76003429 | | COSMOZ . COM | TARR | DEAD |
| 288 | 75602377 | | COSMOPOLITAN | TARR | LIVE |
| 289 | 75080091 | 2211427 | COSMOS | TARR | LIVE |
| 290 | 75729214 | 2459086 | COSMO COLLEGE | TARR | LIVE |
| 291 | 75624345 | 2527954 | COSMO GIRL | TARR | LIVE |
| 292 | 75299974 | 2197542 | COSMOV | TARR | LIVE |
| 293 | 75133184 | 2145752 | COSMOFIL | TARR | DEAD |
| 294 | 75345595 | 2232986 | COSMOPOST | TARR | LIVE |
| 295 | 75492997 | | COSMOPOLITAN TELEVISION | TARR | LIVE |
| 296 | 75191053 | 2137979 | COSMOPOLITAN | TARR | DEAD |
| 297 | 75150967 | 2136740 | COSMO | TARR | DEAD |
| 298 | 75186552 | 2154301 | COSMOPLASMA | TARR | LIVE |
| 299 | 75777730 | 2694356 | COSMOS | TARR | LIVE |
| 300 | 75538855 | 2272295 | COSMOS | TARR | LIVE |

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 301 | 75933012 | 2457088 | COSMO'S COSMIC ADVENTURE | TARR | LIVE |
| 302 | 75497789 | | COSMOPOLITAN | TARR | LIVE |
| 303 | 75438592 | | COSMO | TARR | DEAD |
| 304 | 75975801 | 2112532 | COSMOPOLITAN ALL ABOUT MEN | TARR | DEAD |
| 305 | 75761609 | | COSMOGIRL! | TARR | LIVE |
| 306 | 75331516 | 2880561 | COSMO PARIS | TARR | LIVE |
| 307 | 75209802 | 2179422 | COSMO | TARR | LIVE |
| 308 | 75383395 | | COSMO | TARR | DEAD |
| 309 | 75810540 | 2507864 | COSMOPERINE | TARR | LIVE |
| 310 | 75123212 | 2164522 | COSMOPOLITAN BEDSIDE ASTROLOGER | TARR | LIVE |
| 311 | 75398434 | 2243857 | COSMOTINI | TARR | LIVE |
| 312 | 75926304 | | COSMOGIRL! | TARR | DEAD |

A-199

| | | | | | |
|---|---|---|---|---|---|
| 313 | 75550669 | | COSMOPOLITAN HAIR | TARR | DEAD |
| 314 | 75003306 | 2178873 | COSMOPOLITAN | TARR | LIVE |
| 315 | 75711869 | | COSMO | TARR | DEAD |
| 316 | 75228151 | 2169138 | COSMO | TARR | LIVE |
| 317 | 75438593 | | COSMOPOLITAN | TARR | DEAD |
| 318 | 75782163 | | COSMOPOLITAN VIRTUAL SALON | TARR | DEAD |
| 319 | 75923377 | | COSMOPOLITAN | TARR | DEAD |
| 320 | 75383835 | | COSMOPOLITAN | TARR | DEAD |
| 321 | 75275633 | 2137476 | COSMOPROF | TARR | LIVE |
| 322 | 75863899 | | COSMOPOLITAN QUIZ | TARR | DEAD |
| 323 | 75150168 | 2085838 | COSMOS | TARR | LIVE |
| 324 | 75810043 | | COSMO.COM | TARR | LIVE |
| 325 | 75863898 | | COSMO QUIZ | TARR | DEAD |
| 326 | 75784203 | | COSMOPOLITAN | TARR | DEAD |
| 327 | 75719363 | | AQUACOSMOS | TARR | DEAD |
| 328 | 75819126 | 2795149 | COSMOGEL | TARR | LIVE |
| 329 | 75356188 | | COSMOREVE | TARR | DEAD |
| 330 | 75022861 | 2025377 | COSMOS | TARR | DEAD |
| 331 | 75517530 | 2309941 | COSMOS CONQUEROR | TARR | LIVE |
| 332 | 75982686 | 2640350 | COSMOPOLITAN | TARR | LIVE |
| 333 | 75982128 | 2589360 | COSMOGIRL! | TARR | LIVE |
| 334 | 75981096 | 2518660 | COSMOPOLITAN.COM | TARR | LIVE |
| 335 | 75980863 | 2499111 | AQUACOSMOS | TARR | LIVE |
| 336 | 75978775 | 2304917 | COSMOPOLITAN | TARR | LIVE |
| 337 | 75975005 | 1970612 | COSMOPOLITAN | TARR | DEAD |
| 338 | 75935952 | | WE ARE COSMOS | TARR | DEAD |
| 339 | 75935950 | | I AM COSMOS | TARR | DEAD |
| 340 | 75931434 | | COSMOSEAN | TARR | DEAD |
| 341 | 75931243 | | COSMOSIAN | TARR | DEAD |
| 342 | 75931136 | | COSMOCEAN | TARR | DEAD |
| 343 | 75930696 | | COSMOPOLITAN | TARR | DEAD |
| 344 | 75927911 | 2717735 | CARAMEL FUDGE COSMO | TARR | LIVE |
| 345 | 75907622 | | COMSMOLIVING | TARR | DEAD |
| 346 | 75892488 | | COSMO | TARR | DEAD |
| 347 | 75880675 | 2484568 | COSMO CRITTERS | TARR | LIVE |
| 348 | 75835846 | 2568975 | COSMONATE | TARR | LIVE |
| 349 | 75817957 | | COSMOPOLITAN | TARR | DEAD |
| 350 | 75774390 | | FINLANDIA COSMO | TARR | DEAD |
| 351 | 75744915 | | COSMOS | TARR | DEAD |
| 352 | 75744416 | 2621761 | THE COSMOS COLLECTION | TARR | LIVE |
| 353 | 75726990 | 2491288 | COSMOS | TARR | LIVE |
| 354 | 75715570 | | CAPTAIN COSMO AND PHIL, THE BIONIC DWARF | TARR | DEAD |

A-200

| | | | | | |
|---|---|---|---|---|---|
| 355 | 75714375 | 2619298 | COSMOS | TARR | LIVE |
| 356 | 75700278 | | MUSICOSMOS.COM | TARR | DEAD |
| 357 | 75700267 | | WWW.MUSICOSMOS.COM COSMOS | TARR | DEAD |
| 358 | 75696721 | | COSMOPOLITAN | TARR | DEAD |
| 359 | 75652751 | | COSMOS EXHIBIT SYSTEMS | TARR | DEAD |
| 360 | 75652712 | | COSMOS | TARR | DEAD |
| 361 | 75643807 | | COSMOVISION | TARR | DEAD |
| 362 | 75643806 | | NEO COSMOVISION | TARR | DEAD |
| 363 | 75642142 | | COSMO | TARR | DEAD |
| 364 | 75624336 | | COSMOS TELECOM MARKETING | TARR | DEAD |
| 365 | 75623903 | | COSMOPOLITAN.COM | TARR | DEAD |
| 366 | 75623902 | 2407134 | COSMO GIRL! | TARR | LIVE |
| 367 | 75606748 | 2325904 | ASTROCOSMOS | TARR | LIVE |
| 368 | 75606611 | 2325903 | AC | TARR | LIVE |
| 369 | 75595180 | | COSMO | TARR | DEAD |
| 370 | 75577337 | | COSMO COOLER | TARR | DEAD |
| 371 | 75558911 | 2476193 | COSMOLUX ESP | TARR | LIVE |
| 372 | 75543666 | 2315082 | COSMOSMITH | TARR | LIVE |
| 373 | 75543436 | | COSMOPOLITAN | TARR | DEAD |
| 374 | 75540409 | | COSMOS ROCKS - G.I.D. | TARR | DEAD |
| 375 | 75539508 | | COSMOPOLITAN SMILE | TARR | DEAD |
| 376 | 75537679 | | COSMOS EXHIBIT SYSTEMS | TARR | DEAD |
| 377 | 75537389 | | COSMOS | TARR | DEAD |
| 378 | 75534642 | 2294325 | COSMOS | TARR | LIVE |
| 379 | 75502475 | | COSMO DEPORTE | TARR | DEAD |
| 380 | 75496240 | | COSMOBELLEZA | TARR | DEAD |
| 381 | 75492986 | | CAFE COSMOPOLITAN | TARR | DEAD |
| 382 | 75492985 | | GENERATION COSMO | TARR | DEAD |
| 383 | 75491902 | 2352616 | COSMO TANGO | TARR | LIVE |
| 384 | 75484083 | 2277637 | LA-Z-TIME COSMOPOLITAN COLLECTION | TARR | LIVE |
| 385 | 75483715 | | COSMO INTERNATIONAL FRAGRANCES | TARR | LIVE |
| 386 | 75474597 | 2323068 | COSMODYNE | TARR | LIVE |
| 387 | 75472579 | | COSMO | TARR | DEAD |
| 388 | 75470764 | | COSMOS | TARR | DEAD |
| 389 | 75470642 | | COSMOPOLITAN | TARR | DEAD |
| 390 | 75460934 | | COSMO'S FINE FOODS | TARR | DEAD |
| 391 | 75450196 | 2240684 | COSMOPOLITAN | TARR | LIVE |
| 392 | 75436821 | | POWERCOSMO | TARR | DEAD |
| 393 | 75431403 | 2259060 | CAPTAIN COSMOS THE LAST STARVEYER | TARR | LIVE |
| 394 | 75425514 | 2305323 | COSMOS | TARR | LIVE |
| 395 | 75421055 | 2303442 | COSMOCAIR | TARR | LIVE |

A-201

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 396 | 75395568 | 2442992 | COSMOS CAFE | TARR | LIVE |
| 397 | 75395073 | 2256091 | COSMO EXPLORER | TARR | LIVE |
| 398 | 75394694 | 2233783 | COSMOS INTERNATIONAL, INC. | TARR | LIVE |
| 399 | 75394058 | 2301383 | COSMOLIT OFFICE | TARR | LIVE |
| 400 | 75391777 | 2305218 | COSMO | TARR | LIVE |

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 401 | 75391117 | 2283947 | COSMONAUT | TARR | LIVE |
| 402 | 75383834 | | COSMOPOLITAN | TARR | DEAD |
| 403 | 75383833 | | COSMOPOLITAN | TARR | DEAD |
| 404 | 75383832 | | COSMO | TARR | DEAD |
| 405 | 75383831 | | COSMO | TARR | DEAD |
| 406 | 75369768 | | C | TARR | DEAD |
| 407 | 75365160 | 2300518 | COSMOPOLITAN BODY BENCH | TARR | LIVE |
| 408 | 75343635 | | COSMOPOLITAN | TARR | DEAD |
| 409 | 75334449 | | COSMOLUX VLR | TARR | DEAD |
| 410 | 75321283 | | BLENDOLOGIST | TARR | DEAD |
| 411 | 75319576 | | COSMO 1208 PM | TARR | DEAD |
| 412 | 75300960 | | COSMO | TARR | DEAD |
| 413 | 75298700 | | PRO-TECH COSMO | TARR | DEAD |
| 414 | 75292435 | | COSMOPOLITAN.COM | TARR | DEAD |
| 415 | 75289652 | 2421653 | COSMOTRANS | TARR | LIVE |
| 416 | 75276075 | 2291373 | COSMOPROF | TARR | LIVE |
| 417 | 75275941 | | COSMOPOLITAN BODY TRAC | TARR | DEAD |
| 418 | 75275940 | | COSMOPOLITAN | TARR | DEAD |
| 419 | 75275939 | 2202206 | COSMOPOLITAN BODY BIKE | TARR | LIVE |
| 420 | 75273061 | 2223187 | COSMOPOLITAN FLEX & TONE | TARR | LIVE |
| 421 | 75273060 | | COSMOPOLITAN BOXING TRAINER | TARR | DEAD |
| 422 | 75273059 | 2196639 | COSMOPOLITAN BODY STRETCH | TARR | LIVE |
| 423 | 75273058 | | COSMOPOLITAN | TARR | DEAD |
| 424 | 75266011 | 2196616 | COSMOPOLITAN | TARR | LIVE |
| 425 | 75264510 | | OMNIVIEW COSMOS | TARR | DEAD |
| 426 | 75262812 | | COSMO'S FACTORY | TARR | DEAD |
| 427 | 75246814 | | COSMOPOLITAN | TARR | DEAD |
| 428 | 75244291 | | COSMOPOLITAN | TARR | DEAD |
| 429 | 75242577 | | COSMO DJ COSMO DISC JOCKEY COSMO | TARR | DEAD |
| 430 | 75237519 | 2260222 | COSMOSBAY | TARR | LIVE |
| 431 | 75236707 | | COSMOS | TARR | DEAD |
| 432 | 75236634 | | THE COSMOPOLITAN CAT | TARR | DEAD |
| 433 | 75236578 | | COSMOPOLITAN SPEX | TARR | DEAD |
| 434 | 75236577 | | COSMOPOLITAN | TARR | DEAD |
| 435 | 75232464 | | COSMOSAGA | TARR | DEAD |

A-202

| 436 | 75231642 |         | COSMOPOLITAN                                       | TARR | DEAD |
|-----|----------|---------|----------------------------------------------------|------|------|
| 437 | 75229679 |         | COSMO GIRL                                         | TARR | DEAD |
| 438 | 75225946 | 2128910 | COSMOSPHERE KANSAS COSMOSPHERE AND SPACE CENTER    | TARR | LIVE |
| 439 | 75210552 | 2215155 | COSMOPOLIS                                         | TARR | LIVE |
| 440 | 75207065 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 441 | 75202435 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 442 | 75197747 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 443 | 75197533 |         | COSMOS                                             | TARR | DEAD |
| 444 | 75188124 | 2254006 | COSMODA                                            | TARR | LIVE |
| 445 | 75175073 |         | THE COSMOPOLITAN CAT                               | TARR | DEAD |
| 446 | 75169989 |         | COSMO VISIONS                                      | TARR | DEAD |
| 447 | 75165703 | 2300250 | COSMOPOLITAN                                       | TARR | LIVE |
| 448 | 75165700 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 449 | 75162865 |         | COSMOS                                             | TARR | DEAD |
| 450 | 75140461 | 2691230 | MS. COSMO                                          | TARR | LIVE |
| 451 | 75125950 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 452 | 75122847 |         | COSMORON                                           | TARR | DEAD |
| 453 | 75097044 |         | COSMOS                                             | TARR | DEAD |
| 454 | 75092857 |         | COSMOPOLITAN ALL ABOUT MEN                         | TARR | DEAD |
| 455 | 75084582 |         | COSMO'S                                            | TARR | DEAD |
| 456 | 75083605 |         | COSMOS                                             | TARR | DEAD |
| 457 | 75083183 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 458 | 75083181 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 459 | 75068376 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 460 | 75063415 |         | COSMO                                              | TARR | DEAD |
| 461 | 75060465 |         | COSMOPOLITAN                                       | TARR | DEAD |
| 462 | 75048080 | 2214938 | COSMOS 94 TU EMISORA RADIOACTIVA                   | TARR | LIVE |
| 463 | 75036425 |         | COSMOS                                             | TARR | DEAD |
| 464 | 75036170 |         | COSMO'S ROCKET                                     | TARR | DEAD |
| 465 | 75030381 |         | COSMO                                              | TARR | DEAD |
| 466 | 75021677 | 2008571 | COSMOPOLITAN                                       | TARR | DEAD |
| 467 | 75019642 |         | COSMO                                             | TARR | DEAD |
| 468 | 75016365 |         | COSMOS                                             | TARR | DEAD |
| 469 | 75016149 | 2025319 | COSMOPROF                                          | TARR | LIVE |
| 470 | 75016148 | 2043011 | COSMOPROF                                          | TARR | LIVE |
| 471 | 75009464 |         | COSMOPOLITAN COFFEEHOUSE COLLECTION                | TARR | DEAD |
| 472 | 75002840 |         | CATALINA BY COSMOS                                 | TARR | DEAD |
| 473 | 75000394 | 1993635 | COSMOSIS                                           | TARR | DEAD |
| 474 | 74357731 | 2219834 | COSMOSNET                                          | TARR | LIVE |
| 475 | 74305383 | 1823745 | COSMOPOLITAN                                       | TARR | DEAD |
| 476 | 74557005 | 2130846 | THE COSMOS COLLECTION                              | TARR | DEAD |

A-203

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 477 | 74051189 | 1814422 | COSMOS | TARR | DEAD |
| 478 | 74680843 | 2122055 | COSMOS SAN FRANCISCO | TARR | DEAD |
| 479 | 74568305 | 1911389 | COSMOPOLITAN | TARR | LIVE |
| 480 | 74424339 | 1855579 | COSMOPOLITAN | TARR | LIVE |
| 481 | 74301080 | 1805381 | COSMOPOLITAN | TARR | DEAD |
| 482 | 74625710 | 2104527 | COSMOS LINE | TARR | DEAD |
| 483 | 74252202 | 1798559 | COSMOPOLITAN | TARR | DEAD |
| 484 | 74557006 | 2166069 | THE COSMOS COLLECTION | TARR | LIVE |
| 485 | 74467686 | 2042182 | COSMOS | TARR | LIVE |
| 486 | 74352501 | 2087930 | BANRIE COSMOS | TARR | DEAD |
| 487 | 74284936 | 1774309 | COSMO JUMP | TARR | DEAD |
| 488 | 74642855 | 1988179 | COSMOPROF | TARR | LIVE |
| 489 | 74589710 | 1923695 | C COSMOS | TARR | LIVE |
| 490 | 74096019 | 1755989 | COSMOL | TARR | LIVE |
| 491 | 74348698 | 1878244 | COSMOOSE | TARR | LIVE |
| 492 | 74587801 | 2037545 | COSMOS | TARR | DEAD |
| 493 | 74573293 | 2178749 | COSMOS UNIVERSAL CELLULAR COMMUNICATIONS | TARR | LIVE |
| 494 | 74711382 | 2103937 | COSMOTHERM | TARR | LIVE |
| 495 | 74513593 | 2027441 | COSMOS | TARR | DEAD |
| 496 | 74582200 | 2027566 | COSMOPOLITAN GLASS | TARR | LIVE |
| 497 | 74711076 | 2189586 | COSMOPOLITAN BACHELOR OF THE MONTH | TARR | LIVE |
| 498 | 74710448 | 1985671 | FEDEX COSMOS | TARR | DEAD |
| 499 | 74708175 | | COSMOS | TARR | DEAD |
| 500 | 74695925 | | COSMOPROF | TARR | DEAD |

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 501 | 74682312 | 2046519 | NESTLE COSMO | TARR | LIVE |
| 502 | 74673459 | | COSMOS MUSK | TARR | DEAD |
| 503 | 74671504 | | TOVA COSMOTHOLOGY | TARR | DEAD |
| 504 | 74669759 | | COSMOPOLITAN | TARR | DEAD |
| 505 | 74666232 | | COSMO | TARR | DEAD |
| 506 | 74661758 | | COSMODOME | TARR | DEAD |
| 507 | 74658473 | 1964118 | CAPTAIN COSMOS THE LAST STARVEYER | TARR | LIVE |
| 508 | 74658363 | 1983791 | EMERGENCY ROAD KIT COSMODA TROUSSE D'URGENCE | TARR | LIVE |
| 509 | 74658266 | | COSMOPOLITAN | TARR | DEAD |
| 510 | 74651534 | 1966648 | COSMOS FITNESS INTERNATIONAL | TARR | LIVE |
| 511 | 74640814 | | COSMOPOLITAN | TARR | DEAD |
| 512 | 74630032 | | COSMOPOLITAN | TARR | DEAD |
| 513 | 74627976 | 2235977 | COSMOPOLITAN | TARR | LIVE |

A-204

| 514 | 74607693 | 1939769 | COSMOPOLITAN CATALOG | TARR | DEAD |
|---|---|---|---|---|---|
| 515 | 74591300 | | COSMOS CLASSIC | TARR | DEAD |
| 516 | 74588138 | | COSMOVIEW | TARR | DEAD |
| 517 | 74578023 | | COSMOPOP | TARR | DEAD |
| 518 | 74575084 | 2248428 | COSMO FASTLINE | TARR | LIVE |
| 519 | 74575070 | 2557509 | COSMO | TARR | LIVE |
| 520 | 74575067 | 2641389 | COSMOPOLITAN | TARR | LIVE |
| 521 | 74565841 | 1932850 | COSMOS | TARR | DEAD |
| 522 | 74564424 | 1999044 | COSMOPACK | TARR | DEAD |
| 523 | 74562816 | | COSMOS | TARR | DEAD |
| 524 | 74555843 | 1977306 | COSMO | TARR | LIVE |
| 525 | 74555631 | 1967400 | COSMOPOLITAN | TARR | DEAD |
| 526 | 74549869 | 1965038 | COSMOS | TARR | LIVE |
| 527 | 74539579 | 1905549 | C COSMOS | TARR | DEAD |
| 528 | 74533725 | | COSMOPOLITAN | TARR | DEAD |
| 529 | 74527444 | 1944712 | COSMOS | TARR | LIVE |
| 530 | 74499946 | | COSMO | TARR | DEAD |
| 531 | 74495891 | | COSMO | TARR | DEAD |
| 532 | 74494044 | | COSMO | TARR | DEAD |
| 533 | 74479061 | 1873744 | COSMOTRONIC | TARR | DEAD |
| 534 | 74479039 | 1919520 | COSMOPOWER | TARR | DEAD |
| 535 | 74478688 | | COSMOGEN | TARR | DEAD |
| 536 | 74476346 | 1892997 | COSMOLOG | TARR | LIVE |
| 537 | 74453030 | 1884081 | COSMO HAIRSTYLING | TARR | DEAD |
| 538 | 74451939 | 1973973 | COSMOS | TARR | DEAD |
| 539 | 74451938 | | COSMOS | TARR | DEAD |
| 540 | 74450898 | 1995857 | JAMES COSMOS | TARR | LIVE |
| 541 | 74449391 | 1851387 | COSMOS | TARR | DEAD |
| 542 | 74442189 | | COSMOFLEX | TARR | DEAD |
| 543 | 74442188 | | COSMOSPEC | TARR | DEAD |
| 544 | 74433816 | | COSMOTRON | TARR | DEAD |
| 545 | 74426455 | 1866801 | KANIMAGE THE DIGITAL PHOTOGRAPHY DIVISION OF COSMOS COMMUNICATIONS, INC | TARR | DEAD |
| 546 | 74420012 | 1912545 | COSMOPOLITAN | TARR | DEAD |
| 547 | 74417063 | | NEW YORK COSMOS | TARR | DEAD |
| 548 | 74415659 | | COSMOPROF | TARR | DEAD |
| 549 | 74411031 | | COSMOS | TARR | DEAD |
| 550 | 74406116 | 1830714 | COSMO-THERIAN | TARR | DEAD |
| 551 | 74395700 | | COSMOPOLITAN | TARR | DEAD |
| 552 | 74392609 | 2194473 | COSMODA MICROFIBRE CLEANING CLOTH | TARR | LIVE |
| 553 | 74387806 | 1876027 | COZMO CLAM | TARR | DEAD |
| 554 | 74387605 | 1821126 | COSMOCALC | TARR | DEAD |

A-205

| 555 | 74383353 | 1878473 | STAR WATCH COSMOS | TARR | DEAD |
|-----|----------|---------|-------------------|------|------|
| 556 | 74371320 | 1941947 | ECCO COSMO | TARR | LIVE |
| 557 | 74362329 | | COSMOPOLITAN | TARR | DEAD |
| 558 | 74346735 | 2322644 | TDB-COSMOS | TARR | LIVE |
| 559 | 74341296 | 1843656 | COSMO | TARR | DEAD |
| 560 | 74339287 | 1848203 | COSMOPOLITAN | TARR | DEAD |
| 561 | 74339221 | 1843536 | COSMOPOLITAN SIGNATURE COLLECTION | TARR | DEAD |
| 562 | 74333363 | 1834647 | COSMO | TARR | DEAD |
| 563 | 74316464 | | COSMOPOLITAN | TARR | DEAD |
| 564 | 74313745 | | COSMOLOGICALS | TARR | DEAD |
| 565 | 74313460 | | GUARDIANS OF THE COSMOS | TARR | DEAD |
| 566 | 74301579 | 1815049 | COSMOS | TARR | DEAD |
| 567 | 74279401 | 1752347 | COSMOSTAR | TARR | LIVE |
| 568 | 74250153 | | MEN-NATURE-COSMOS | TARR | DEAD |
| 569 | 74242670 | | EZCOSMOS | TARR | DEAD |
| 570 | 74235028 | | COSMOFLEX | TARR | DEAD |
| 571 | 74223930 | | BELLCOSMO | TARR | DEAD |
| 572 | 74222823 | | COSMOS/M ENGINEER | TARR | DEAD |
| 573 | 74222822 | | COSMOS/M DESIGNER | TARR | DEAD |
| 574 | 74222821 | | COSMOS/M | TARR | DEAD |
| 575 | 74221886 | | BLACK COSMO | TARR | DEAD |
| 576 | 74215570 | | COSMOS LANDCRUISES | TARR | DEAD |
| 577 | 74192803 | | COSMOS | TARR | DEAD |
| 578 | 74191160 | 1723631 | COSMO | TARR | DEAD |
| 579 | 74182147 | 1685161 | COSMOPOLITAN | TARR | LIVE |
| 580 | 74181953 | | COSMOPOLITAN | TARR | DEAD |
| 581 | 74181952 | | COSMOPOLITAN | TARR | DEAD |
| 582 | 74181951 | | COSMOPOLITAN | TARR | DEAD |
| 583 | 74178905 | 1688880 | COSMOTECTOR | TARR | LIVE |
| 584 | 74174394 | | COSMO CARE KIT | TARR | DEAD |
| 585 | 74163258 | 1694218 | COSMOTECH | TARR | LIVE |
| 586 | 74161071 | | COSMOPOLITAN | TARR | DEAD |
| 587 | 74160271 | 1786365 | COSMONATE | TARR | DEAD |
| 588 | 74160037 | | COSMOPOLITAN | TARR | DEAD |
| 589 | 74147040 | 1849233 | COSMOPOLITAN | TARR | DEAD |
| 590 | 74145171 | 1842399 | COSMOPOLITAN | TARR | DEAD |
| 591 | 74138969 | 1677185 | KOSMOPOLITAN KIDS | TARR | DEAD |
| 592 | 74133157 | 1659685 | COSMOPOLITAN | TARR | DEAD |
| 593 | 74132661 | | COSMOPOLITAN | TARR | DEAD |
| 594 | 74116252 | 1714259 | COSMOPOLITAN LADY | TARR | DEAD |
| 595 | 74111145 | 1846486 | COSMOGANG | TARR | DEAD |
| 596 | 74107671 | | COSMO | TARR | DEAD |

A-206

| 597 | 74097827 | 1870577 | COSMOPOLITAN | TARR | DEAD |
| 598 | 74097815 | | COSMOSOL'S NEW IDEA | TARR | DEAD |
| 599 | 74095926 | 1753637 | COSMOS | TARR | DEAD |
| 600 | 74091572 | | TDB-COSMOS | TARR | DEAD |

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 601 | 74091571 | | COSMOSNET | TARR | DEAD |
| 602 | 74087779 | 1731002 | COSMOS | TARR | DEAD |
| 603 | 74084829 | 1659866 | COSMOS | TARR | DEAD |
| 604 | 74081140 | 1719617 | COSMOPOLITAN ATHLETIC CLUB | TARR | DEAD |
| 605 | 74056693 | | COSMO TANK | TARR | DEAD |
| 606 | 74046015 | | COSMOS | TARR | DEAD |
| 607 | 74038391 | 1634783 | COSMOTON | TARR | LIVE |
| 608 | 74036530 | 1693528 | COSMO | TARR | LIVE |
| 609 | 74035547 | 1673155 | COSMOREVE | TARR | DEAD |
| 610 | 74035513 | 1696750 | COSMO | TARR | LIVE |
| 611 | 74029938 | 1622005 | COSMOPOLITAN BRAND | TARR | LIVE |
| 612 | 74028225 | 1823469 | NATIVE INTERNATIONALE | TARR | DEAD |
| 613 | 74028224 | 1662890 | COSMOLIGHT | TARR | DEAD |
| 614 | 74028223 | 1662889 | COSMOLIGHT | TARR | LIVE |
| 615 | 74021891 | | BELLCOSMO | TARR | DEAD |
| 616 | 74020242 | 1776908 | COSMO ALPHA | TARR | LIVE |
| 617 | 74008610 | 1642590 | C COSMOS INTERNATIONAL, INC. | TARR | DEAD |
| 618 | 73483243 | 1365407 | COSMOLUX | TARR | LIVE |
| 619 | 73692563 | 1647395 | COWSMOPOLITAN | TARR | LIVE |
| 620 | 73130327 | 1099005 | COSMOS | TARR | LIVE |
| 621 | 73754453 | 1550287 | MR. & MS. COSMOS | TARR | LIVE |
| 622 | 73308467 | 1192715 | COSMO-OFFSET | TARR | LIVE |
| 623 | 73335213 | 1246614 | COSMOPOLITAN LADY | TARR | DEAD |
| 624 | 73351189 | 1257726 | COSMO'S | TARR | LIVE |
| 625 | 73327782 | 1239480 | COSMOPOLITAN | TARR | LIVE |
| 626 | 73839256 | | OSMOS COSMOS DREAMSHIP | TARR | DEAD |
| 627 | 73829395 | 1599880 | COSMOS | TARR | DEAD |
| 628 | 73797482 | 1619515 | COSMOLIT | TARR | LIVE |
| 629 | 73794934 | 1568618 | COSMO | TARR | DEAD |
| 630 | 73793334 | 1674962 | MAZDA COSMO | TARR | DEAD |
| 631 | 73790359 | 1769978 | COSMO PHASE | TARR | DEAD |
| 632 | 73776624 | 1618470 | REPORTER | TARR | LIVE |
| 633 | 73776619 | | COSMO STAR-MAKER | TARR | DEAD |
| 634 | 73769096 | 1558577 | COSMOS CLUB WASHINGTON, D.C. 1878 | TARR | LIVE |
| 635 | 73769044 | 1555320 | COSMOS CLUB WASHINGTON, D.C. 1878 | TARR | LIVE |
| 636 | 73768964 | | COSMO PANDA | TARR | DEAD |

A-207

| 637 | 73768839 |  | COSMO PANDA | TARR | DEAD |
|---|---|---|---|---|---|
| 638 | 73748748 | 1542020 | COSMO'S | TARR | DEAD |
| 639 | 73743279 | 1631242 | COSMO-CELL | TARR | DEAD |
| 640 | 73736934 | 1710167 | COSMOLON | TARR | LIVE |
| 641 | 73719195 | 1553911 | THE COSMOPOLITAN VALENTINE F. MOROZOFF | TARR | DEAD |
| 642 | 73685516 | 1491117 | KOSMOS | TARR | DEAD |
| 643 | 73659212 |  | KOSMOS | TARR | DEAD |
| 644 | 73652185 | 1481935 | COSMOS | TARR | DEAD |
| 645 | 73651811 | 1459105 | COSMO | TARR | LIVE |
| 646 | 73651007 | 1464902 | COSMOS | TARR | LIVE |
| 647 | 73651006 | 1464901 | COSMOS TOURAMA | TARR | LIVE |
| 648 | 73646142 | 1487861 | COSMOS TREE | TARR | LIVE |
| 649 | 73644454 | 1481087 | COSMOS | TARR | LIVE |
| 650 | 73632188 | 1448513 | COSMOPOLITAN | TARR | LIVE |
| 651 | 73617652 | 1435985 | COSMOSIS | TARR | DEAD |
| 652 | 73616873 | 1471875 | COSMOCARD | TARR | DEAD |
| 653 | 73600488 | 1423641 | NEW COSMOS | TARR | LIVE |
| 654 | 73597718 | 1419050 | COSMOS | TARR | DEAD |
| 655 | 73597717 | 1419049 | COSMOS/M | TARR | DEAD |
| 656 | 73585310 |  | NEW COSMOS | TARR | DEAD |
| 657 | 73582792 | 1407686 | COSMOS | TARR | LIVE |
| 658 | 73579147 |  | COSMO PEDICS | TARR | DEAD |
| 659 | 73578911 | 1412218 | COSMOPOLITAN COLLECTION | TARR | DEAD |
| 660 | 73577165 | 1414071 | COSMO-58 | TARR | LIVE |
| 661 | 73571941 | 1407118 | KANSAS COSMOSPHERE & DISCOVERY CENTER FUTURE ASTRONAUT TRAINING PROGRAM | TARR | LIVE |
| 662 | 73571575 | 1508052 | COSMOS | TARR | LIVE |
| 663 | 73563708 |  | COSMOGEN | TARR | DEAD |
| 664 | 73558325 |  | THE COSMOPOLITAN VALENTINE F. MOROZOFF | TARR | DEAD |
| 665 | 73552596 | 1385171 | COSMOPOLITAN BY VOGUE | TARR | DEAD |
| 666 | 73548247 | 1389614 | IC INTERCOSMO | TARR | LIVE |
| 667 | 73547320 | 1494451 | COSMOS | TARR | DEAD |
| 668 | 73545537 |  | COSMO | TARR | DEAD |
| 669 | 73540727 | 1384392 | VIA COSMOS | TARR | DEAD |
| 670 | 73519975 | 1395450 | COSMOCOLOR | TARR | DEAD |
| 671 | 73517028 | 1350474 | COSMO PRESS-N-GO | TARR | DEAD |
| 672 | 73514866 | 1382101 | COSMOVISION | TARR | DEAD |
| 673 | 73503247 | 1434662 | COSMOS | TARR | LIVE |
| 674 | 73473818 | 1334077 | COSMOS II | TARR | DEAD |
| 675 | 73472600 |  | COSMO STEED | TARR | DEAD |
| 676 | 73472380 |  | CAPTAIN COSMO | TARR | DEAD |

A·208

| | | | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 677 | 73472320 | 1342869 | COSMO-MAN | TARR | DEAD |
| 678 | 73471881 | 1344781 | COSMOBOT | TARR | DEAD |
| 679 | 73467609 | | COSMO | TARR | DEAD |
| 680 | 73466910 | 1344937 | COSMO | TARR | DEAD |
| 681 | 73465398 | | COSMOS | TARR | DEAD |
| 682 | 73464175 | | HINO & MALEE COSMOS | TARR | DEAD |
| 683 | 73463498 | 1319785 | COSMOPOLITAN | TARR | LIVE |
| 684 | 73458544 | 1295885 | COSMO PHONE | TARR | DEAD |
| 685 | 73458543 | | COSMO COMMUNICATIONS CORPORATION | TARR | DEAD |
| 686 | 73458541 | 1350530 | COSMO | TARR | DEAD |
| 687 | 73454473 | 1395010 | COSMOLON | TARR | LIVE |
| 688 | 73450232 | | COSMOS | TARR | DEAD |
| 689 | 73444458 | 1290048 | COSMOS | TARR | DEAD |
| 690 | 73437910 | 1292088 | COSMO LIGHTING | TARR | DEAD |
| 691 | 73437909 | | COSMO TIME | TARR | DEAD |
| 692 | 73437903 | | COSMO | TARR | DEAD |
| 693 | 73437207 | | COSMOS BRAND RICE OVALETTS | TARR | DEAD |
| 694 | 73437206 | | COSMOS BRAND | TARR | DEAD |
| 695 | 73430777 | 1326225 | THE COSMOPOLITAN | TARR | DEAD |
| 696 | 73416614 | 1280541 | COSMOPOLITAN | TARR | DEAD |
| 697 | 73414363 | | COSMOS INC. | TARR | DEAD |
| 698 | 73410464 | 1269893 | COSMOGETIC | TARR | DEAD |
| 699 | 73402637 | 1267055 | COSMOS | TARR | DEAD |
| 700 | 73400413 | | COSMOS | TARR | DEAD |

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 701 | 73400367 | 1275982 | COSMOS | TARR | DEAD |
| 702 | 73400301 | 1261585 | COSMOPOLY | TARR | DEAD |
| 703 | 73392942 | 1265017 | COSMO-CHART | TARR | DEAD |
| 704 | 73392940 | | COSMO-PORTRAIT | TARR | DEAD |
| 705 | 73384852 | 1261646 | COSMOS | TARR | DEAD |
| 706 | 73375434 | | COSMOPOLITAN | TARR | DEAD |
| 707 | 73374771 | | COSMOS KID | TARR | DEAD |
| 708 | 73363172 | | COSMOS | TARR | DEAD |
| 709 | 73362211 | 1243013 | COSMO-CHIK'N | TARR | DEAD |
| 710 | 73350524 | | COSMOGEN | TARR | DEAD |
| 711 | 73347791 | 1234321 | COSMO | TARR | DEAD |
| 712 | 73342784 | | COSMOPOLITAN | TARR | DEAD |
| 713 | 73331006 | 1205173 | COSMOS I | TARR | DEAD |
| 714 | 73329824 | | COSMOTECH 2000 | TARR | DEAD |
| 715 | 73320246 | 1225945 | THE COSMOS STORE | TARR | DEAD |
| 716 | 73315522 | 1190720 | COSMOS | TARR | DEAD |

A-209

| 717 | 73311374 |         | COSMO                           | TARR | DEAD |
|-----|----------|---------|---------------------------------|------|------|
| 718 | 73307583 | 1212247 | COSMO TOPPER                    | TARR | DEAD |
| 719 | 73307180 |         | COSMO                           | TARR | DEAD |
| 720 | 73304377 | 1217878 | MISS NUDE COSMOS                | TARR | DEAD |
| 721 | 73304345 | 1189213 | COSMOS                          | TARR | DEAD |
| 722 | 73295886 |         | COSMOPOLITAN                    | TARR | DEAD |
| 723 | 73293546 |         | COSMOS                          | TARR | DEAD |
| 724 | 73277652 | 1199495 | COSMO TIME                      | TARR | LIVE |
| 725 | 73265407 | 1172519 | COSMO                           | TARR | DEAD |
| 726 | 73262167 | 1229188 | (COSMOS)                        | TARR | DEAD |
| 727 | 73251363 | 1167460 | COSMOPOLITAN                    | TARR | DEAD |
| 728 | 73245623 | 1162918 | COSMOCRAFT                      | TARR | DEAD |
| 729 | 73230659 | 1153819 | COSMOS MINERALS                 | TARR | DEAD |
| 730 | 73214914 | 1137229 | COSMO                           | TARR | DEAD |
| 731 | 73209337 | 1190801 | THE COSMOS SOLAR SYSTEM SUNDIAL | TARR | DEAD |
| 732 | 73201893 | 1152976 | COSMOTRON                       | TARR | DEAD |
| 733 | 73200777 | 1141603 | DR. COSMOS                      | TARR | DEAD |
| 734 | 73200511 | 1162533 | KOSMOS 2                        | TARR | DEAD |
| 735 | 73190708 | 1125501 | COSMOCIL                        | TARR | DEAD |
| 736 | 73169744 | 1139486 | MISS COSMOPOLITAN               | TARR | LIVE |
| 737 | 73168579 | 1166194 | KOSMOS                          | TARR | DEAD |
| 738 | 73146685 | 1118188 | COSMO                           | TARR | DEAD |
| 739 | 73146418 | 1122407 | KOSMOS                          | TARR | DEAD |
| 740 | 73134026 | 1094579 | KOSMOS                          | TARR | DEAD |
| 741 | 73129693 | 1115350 | COSMOLINK                       | TARR | DEAD |
| 742 | 73129251 | 1187741 | COSMO'S                         | TARR | DEAD |
| 743 | 73113401 | 1087646 | KOSMOS I                        | TARR | DEAD |
| 744 | 73100842 | 1084619 | COSMO LIGHTING                  | TARR | DEAD |
| 745 | 73076433 | 1053738 | COSMO C                         | TARR | DEAD |
| 746 | 73074290 | 1058902 | COSMONAUT                       | TARR | DEAD |
| 747 | 73062266 | 1045202 | COSMO                           | TARR | LIVE |
| 748 | 73062265 | 1045707 | COSMOLAB                        | TARR | LIVE |
| 749 | 73052791 | 1033777 | COSMOPOLITAN                    | TARR | DEAD |
| 750 | 73046310 | 1028816 | COSMOFRIES                      | TARR | LIVE |
| 751 | 73023073 | 1059881 | COSMOPOLITAN                    | TARR | DEAD |
| 752 | 71692780 | 0630028 | COSMOPOLITAN                    | TARR | LIVE |
| 753 | 72118895 | 0733081 | COSMOGRAPH                      | TARR | LIVE |
| 754 | 72145671 | 0756086 | COSMOS                          | TARR | DEAD |
| 755 | 72122999 | 0732719 | COSMOPOLITAN                    | TARR | LIVE |
| 756 | 72051999 | 0683508 | KOSMOS                          | TARR | LIVE |
| 757 | 72260092 | 0839441 | COSMOPOLITAN                    | TARR | LIVE |
| 758 | 81030630 | 1030630 | COSMOPOLY                       | TARR | DEAD |

A-210

| 759 | 81021972 | 1021972 | COSMOGON | TARR | DEAD |
|---|---|---|---|---|---|
| 760 | 81015185 | 1015185 | COSMOREX | TARR | DEAD |
| 761 | 81007318 | 1007318 | COSMOS | TARR | DEAD |
| 762 | 80990117 | 0990117 | COSMOCODE | TARR | DEAD |
| 763 | 80990116 | 0990116 | COSMOPAK | TARR | DEAD |
| 764 | 80990115 | 0990115 | COSMOPLAN | TARR | DEAD |
| 765 | 80989580 | 0989580 | COSMOCORE | TARR | DEAD |
| 766 | 80980897 | 0980897 | COSMO | TARR | DEAD |
| 767 | 72415112 | 0955100 | COSMORAMA | TARR | DEAD |
| 768 | 72402951 | 0946774 | COSMOTRON | TARR | DEAD |
| 769 | 72394688 | 0928859 | COSMOCOLOGY | TARR | DEAD |
| 770 | 72388230 | 0941652 | COSMOLAB | TARR | LIVE |
| 771 | 72330834 | 0903231 | COSMOS OF LONDON | TARR | DEAD |
| 772 | 72305593 | 0907750 | COSMODYNE | TARR | DEAD |
| 773 | 72301670 | 0873097 | THE COSMOPOLITANS | TARR | DEAD |
| 774 | 72287049 | 0870778 | COSMO | TARR | DEAD |
| 775 | 72256686 | 0841874 | COSMODOR | TARR | LIVE |
| 776 | 72248791 | 0854366 | KOSMO KOTE | TARR | DEAD |
| 777 | 72177154 | 0775024 | MISS COSMOPOLITAN | TARR | DEAD |
| 778 | 72153637 | 0767496 | COSMOS | TARR | DEAD |
| 779 | 72121019 | 0727236 | COSMONAUT | TARR | DEAD |
| 780 | 72069052 | 0688647 | COSMOPOLITAN | TARR | DEAD |
| 781 | 72038616 | 0671762 | COSMOPOLITAN | TARR | DEAD |
| 782 | 71685355 | 0618581 | COSMOS | TARR | LIVE |
| 783 | 71653889 | 0591162 | COSMOPOLITAN | TARR | DEAD |
| 784 | 71653732 | 0597898 | COSMOPOLITAN | TARR | DEAD |
| 785 | 71621714 | 0566688 | COSMOLITE | TARR | DEAD |
| 786 | 71602906 | 0542150 | COSMOPOLITAN | TARR | DEAD |
| 787 | 71594627 | 0555611 | COSMO | TARR | DEAD |
| 788 | 71489695 | 0422999 | COSMOPOLITAN | TARR | DEAD |
| 789 | 71474105 | 0414445 | COSMOPOLITAN FURNITURE FOR TOWN & COUNTRY | TARR | LIVE |
| 790 | 71451677 | 0398265 | COSMOLINE | TARR | LIVE |
| 791 | 71428777 | 0379160 | COSMOPOLITAN | TARR | LIVE |
| 792 | 71360395 | 0324851 | YOUNG COSMOPOLITANS | TARR | DEAD |
| 793 | 71338620 | 0306894 | COSMOPOLITAN | TARR | DEAD |
| 794 | 71141223 | 0146254 | COSMOLUBRIC | TARR | LIVE |
| 795 | 70022443 | 0022443 | COSMOLINE | TARR | DEAD |

A-211

Trademark Search
COSMO ( in international class 11)

Current Search: S2:     docs: 31 occ: 67

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78563615 | | COSMOGIRL! | TARR | LIVE |
| 2 | 78479509 | | COSMOSUN | TARR | LIVE |
| 3 | 78182539 | | SENSIXX COSMO | TARR | DEAD |
| 4 | 78470370 | | COSMOGIRL! | TARR | LIVE |
| 5 | 78304053 | | COSMOPOLITAN COLLECTION BY CASABLANCA | TARR | LIVE |
| 6 | 78140041 | 2785065 | COSMOTAN | TARR | LIVE |
| 7 | 78052316 | 2639599 | COSMOGAS | TARR | LIVE |
| 8 | 76540434 | 2907881 | COSMOPOWER | TARR | LIVE |
| 9 | 76510699 | | COSMOGIRL! COOL ROOM | TARR | LIVE |
| 10 | 76180015 | | COSMOPOLITAN | TARR | DEAD |
| 11 | 76415356 | 2788198 | COSMOLUX VLR | TARR | LIVE |
| 12 | 75978775 | 2304917 | COSMOPOLITAN | TARR | LIVE |
| 13 | 75606748 | 2325904 | ASTROCOSMOS | TARR | LIVE |
| 14 | 75606611 | 2325903 | AC | TARR | LIVE |
| 15 | 75558911 | 2476193 | COSMOLUX ESP | TARR | LIVE |
| 16 | 75334449 | | COSMOLUX VLR | TARR | DEAD |
| 17 | 74711382 | 2103937 | COSMOTHERM | TARR | LIVE |
| 18 | 74539579 | 1905549 | C COSMOS | TARR | DEAD |
| 19 | 74479061 | 1873744 | COSMOTRONIC | TARR | DEAD |
| 20 | 74479039 | 1919520 | COSMOPOWER | TARR | DEAD |
| 21 | 74279401 | 1752347 | COSMOSTAR | TARR | LIVE |
| 22 | 74163258 | 1694218 | COSMOTECH | TARR | LIVE |
| 23 | 73578911 | 1412218 | COSMOPOLITAN COLLECTION | TARR | DEAD |
| 24 | 73458543 | | COSMO COMMUNICATIONS CORPORATION | TARR | DEAD |
| 25 | 73458541 | 1350530 | COSMO | TARR | DEAD |
| 26 | 73437910 | 1292088 | COSMO LIGHTING | TARR | DEAD |
| 27 | 73402637 | 1267055 | COSMOS | TARR | DEAD |
| 28 | 73230659 | 1153819 | COSMOS MINERALS | TARR | DEAD |
| 29 | 73100842 | 1084619 | COSMO LIGHTING | TARR | DEAD |
| 30 | 73052791 | 1033777 | COSMOPOLITAN | TARR | DEAD |
| 31 | 72305593 | 0907750 | COSMODYNE | TARR | DEAD |

*EXHIBIT*
*11*    1

| | |
|---|---|
| **Word Mark** | COSMOTHERM |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: bathtubs and other related hydrotherapy materials and products, namely, wet tables, hydrotherapy showers, massage showers, hot towel cabbies and steam cabbies. FIRST USE: 19950200. FIRST USE IN COMMERCE: 19950400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74711382 |
| **Filing Date** | August 4, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 19, 1996 |
| **Registration Number** | 2103937 |
| **Registration Date** | October 7, 1997 |
| **Owner** | (REGISTRANT) Cosmopro, Inc. CORPORATION FLORIDA 320 Fentress Boulevard Daytona Beach FLORIDA 32114 |
| **Attorney of Record** | DAVID L. SIGALOW |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| | |
|---|---|
| **Word Mark** | COSMOPOLITAN |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: hand held electric hair dryers. FIRST USE: 19981000. FIRST USE IN COMMERCE: 19981000 |
| | IC 009. US 021 023 026 036 038. G & S: electric hair curling irons. FIRST USE: 19981000. FIRST USE IN COMMERCE: 19981000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75978775 |
| **Filing Date** | August 19, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 8, 1998 |
| **Registration Number** | 2304917 |
| **Registration Date** | December 28, 1999 |
| **Owner** | (REGISTRANT) HEARST COMMUNICATIONS, INC. CORPORATION |

A-213

DELAWARE 959 EIGHTH AVENUE NEW YORK NEW YORK 10019

**Assignment Recorded**   ASSIGNMENT RECORDED

**Attorney of Record**   BARRY S AGDERN

**Prior Registrations**   0630028;1448513;1659685;1685161;AND OTHERS

**Type of Mark**   TRADEMARK

**Register**   PRINCIPAL

**Live/Dead Indicator**   LIVE

**Word Mark**   COSMOGIRL! COOL ROOM

**Goods and Services**   IC 027. US 019 020 037 042 050. G & S: bath mats and rugs

IC 011. US 013 021 023 031 034. G & S: lamps

IC 021. US 002 013 023 029 030 033 040 050. G & S: soap dishes, tooth brush holders, tooth paste holders, tissue box covers, toilet tissue holders, shower caddies, towel rings

IC 024. US 042 050. G & S: bed linens, namely sheets, pillow cases, pillow shams, comforters, quilts, dust ruffles, blankets, duvets, duvet covers, bed throws, bedspreads; bath accessories, namely towels, wash cloths, shower curtains; afghans

**Mark Drawing Code**   (1) TYPED DRAWING

**Serial Number**   76510699

**Filing Date**   April 14, 2003

**Current Filing Basis**   1B

**Original Filing Basis**   1B

**Published for Opposition**   July 27, 2004

**Owner**   (APPLICANT) Hearst Communications, Inc. CORPORATION DELAWARE 959 Eighth Avenue New York NEW YORK 10019

**Attorney of Record**   Barry S. Agdern

**Prior Registrations**   2589360

**Type of Mark**   TRADEMARK

**Register**   PRINCIPAL

**Live/Dead Indicator**   LIVE

A - 214

| | |
|---|---|
| Word Mark | COSMOGAS |
| Goods and Services | IC 011. US 013 021 023 031 034. G & S: WALL AND FLOOR MOUNTED FURNACE BOILERS; BATHROOM WATER HEATERS AND FURNACE BOILERS FOR DOMESTIC USE; ELECTRIC SPACE HEATERS USING LIQUID OR GASEOUS FUELS; ELECTRIC RADIATORS NOT FOR MOTORS OF ENGINES; ELECTRIC FAN CONVECTORS; WATER COOLERS; HEAT PUMPS. FIRST USE: 19990201. FIRST USE IN COMMERCE: 19990201 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78052316 |
| Filing Date | March 9, 2001 |
| Current Filing Basis | 1A;44E |
| Original Filing Basis | 1A;44E |
| Published for Opposition | July 30, 2002 |
| Registration Number | 2639599 |
| Registration Date | October 22, 2002 |
| Owner | (REGISTRANT) COSMOGAS srl CORPORATION ITALY Via Leonardo da Vinci 16 Meldola (FO) ITALY 47014 |
| Attorney of Record | Mark I. Peroff |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| | |
|---|---|
| Word Mark | **COSMOTAN** |
| Goods and Services | IC 011. US 013 021 023 031 034. G & S: ULTRAVIOLET LAMPS NOT FOR MEDICAL USE. FIRST USE: 20030630. FIRST USE IN COMMERCE: 20030630 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78140041 |
| Filing Date | June 28, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | December 17, 2002 |
| Registration Number | 2785065 |
| Registration Date | November 18, 2003 |
| Owner | (REGISTRANT) light sources inc CORPORATION CONNECTICUT 37 robinson blvd orange CONNECTICUT 06477 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |

A-215

| Live/Dead Indicator | LIVE |

## Applications

| | |
|---|---|
| **Word Mark** | COSMOGIRL! |
| **Goods and Services** | IC 008. US 023 028 044. G & S: Hand operated hair cutting shears and scissors, nail clippers, manicure kits comprised of nail files, orange sticks, toenail clippers, fingernail clippers, cuticle scissors, buffing sticks |
| | IC 011. US 013 021 023 031 034. G & S: Hand held electric dryers |
| | IC 014. US 002 027 028 050. G & S: Watches |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Gift cards, note cards, stationery, gift wrapping paper, calendars, books, namely, how-to guides and questions books on the subjects of beauty, health friendships, relationships, school, career, family, sex, astrology, fashion, inspirational matters, stress management and quiz books; personal planners, personal planners for students |
| | IC 018. US 001 002 003 022 041. G & S: Cosmetics bags sold empty, credit card cases, traveling bags, tote bags, handbags and wallets |
| | IC 020. US 002 013 022 025 032 050. G & S: Cosmetic mirrors, empty pill boxes sold empty, and leather key fobs |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: Tooth brush holders, soap dishes, unfilled plastic personal care organizers and drawers and tray, hair brushes, hair combs, soap dispensers, cosmetics brushes |
| | IC 024. US 042 050. G & S: Bed linen, namely, bed sheets, bedspreads, bed blankets, pillow cases, comforters, duvet covers, shams |
| | IC 026. US 037 039 040 042 050. G & S: Hair bands, hair elastics, pony tail holders, hair pins, bobbie pins, hair ornaments, namely, combs for use in dressing and ornamenting; non-electric hair curlers, hair clamps, hair clips, hair rods |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78470370 |
| **Filing Date** | August 19, 2004 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 21, 2004 |
| **Owner** | (APPLICANT) Hearst Communications, Inc. CORPORATION DELAWARE 959 Eighth |

A-216

Avenue New York NEW YORK 10019

**Attorney of Record**   Barry S. Agdern

**Type of Mark**   TRADEMARK

**Register**   PRINCIPAL

**Live/Dead Indicator**   LIVE

**Word Mark**   COSMOGIRL!

**Goods and Services**   IC 009. US 021 023 026 036 038. G & S: Light switch plate covers, computer screen savers, computer accessries, namely mouses, mouse pads, keyboard attachments, monitor attachments, and CD holders

IC 011. US 013 021 023 031 034. G & S: Lighting Fixtures, night lights

IC 014. US 002 027 028 050. G & S: Clocks

IC 016. US 002 005 022 023 029 037 038 050. G & S: Pictures, bulletin boards, desk top organizers, bookmarks, tin and storage boxes for the desk top, and covers

IC 020. US 002 013 022 025 032 050. G & S: Picture frames, decorative pillows, and non-metal key chains

IC 021. US 002 013 023 029 030 033 040 050. G & S: Garbage pails, and all purpose household decorative tin and storage boxes

IC 027. US 019 020 037 042 050. G & S: Rugs

**Standard Characters Claimed**

**Mark Drawing Code**   (4) STANDARD CHARACTER MARK

**Serial Number**   78563615

**Filing Date**   February 9, 2005

**Current Filing Basis**   1B

**Original Filing Basis**   1B

**Owner**   (APPLICANT) Hearst Communications, Inc. CORPORATION NEW YORK 959 Eighth Avenue New York NEW YORK 10019

**Attorney of Record**   Barry S. Agdern

**Prior Registrations**   1448513;2407134

**Type of Mark**   TRADEMARK

**Register**   PRINCIPAL

**Live/Dead Indicator**   LIVE

A-217

Trademark Search
COSMO ( in international class 010)

**Current Search: S2:** cosmo? [bi] and 010 [ic]    docs: 16 occ: 35

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78607577 | | COSMOS | TARR | LIVE |
| 2 | 78246508 | | COSMOLUX | TARR | DEAD |
| 3 | 78025918 | | COSMOS | TARR | DEAD |
| 4 | 78044548 | | COSMOLITE - THE COSMETIC DENTAL LASER | TARR | DEAD |
| 5 | 76512085 | | COSMOSUN | TARR | DEAD |
| 6 | 76425434 | 2830602 | COSMO-TENS | TARR | LIVE |
| 7 | 76180016 | | COSMOPOLITAN | TARR | DEAD |
| 8 | 76271860 | | COSMOPOLITAN | TARR | DEAD |
| 9 | 75345595 | 2232986 | COSMOPOST | TARR | LIVE |
| 10 | 75982686 | 2640350 | COSMOPOLITAN | TARR | LIVE |
| 11 | 75298700 | | PRO-TECH COSMO | TARR | DEAD |
| 12 | 75231642 | | COSMOPOLITAN | TARR | DEAD |
| 13 | 74588138 | | COSMOVIEW | TARR | DEAD |
| 14 | 74395700 | | COSMOPOLITAN | TARR | DEAD |
| 15 | 73483243 | 1365407 | COSMOLUX | TARR | LIVE |
| 16 | 73400367 | 1275982 | COSMOS | TARR | DEAD |

*EXHIBIT*

*12*

*A - 218*

# COSMOSun™

| | |
|---|---|
| **Word Mark** | COSMOSUN |
| **Goods and Services** | (ABANDONED) IC 010. US 026 039 044. G & S: Electronic starter for low pressure ultra-violet fluorescent tanning lamps with wattages from 15w to 220w. FIRST USE: 20021100 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76512085 |
| **Filing Date** | April 21, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Cosmedico Light, Inc. CORPORATION DELAWARE 233 Libbey Ind. Parkway Weymouth MASSACHUSETTS 02189 |
| **Attorney of Record** | Basil E. Demeur |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | May 3, 2004 |

## PROSECUTION HISTORY

2004-06-25 - Abandonment - Failure To Respond Or Late Response

2003-10-30 - Non-final action mailed

2003-10-28 - Case file assigned to examining attorney

A-219

Trademark Search
COSMO ( in international class 009)

Current Search: S1: cosmo? [bi] and 009 [ic] docs: 151 occ: 371

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79002436 | | SIENET COSMOS | TARR | LIVE |
| 2 | 78563615 | | COSMOGIRL! | TARR | LIVE |
| 3 | 78472857 | | COSMOS | TARR | LIVE |
| 4 | 78259445 | | COSMOS | TARR | LIVE |
| 5 | 78549576 | | COZMO | TARR | LIVE |
| 6 | 78182539 | | SENSIXX COSMO | TARR | DEAD |
| 7 | 78510386 | | COSMOPOLITAN | TARR | LIVE |
| 8 | 78466213 | | COSMOGIRL! | TARR | LIVE |
| 9 | 78503839 | | COSMO | TARR | LIVE |
| 10 | 78503787 | | COSMO | TARR | LIVE |
| 11 | 78254853 | | COSMO WATERLOC | TARR | LIVE |
| 12 | 78455590 | | COSMOPOP | TARR | LIVE |
| 13 | 78297969 | | AQUACOSMOS/ASHURA | TARR | LIVE |
| 14 | 78346014 | | COSMOPOLITE ENJOYING A SOPHISTICATED LIFESTYLE | TARR | LIVE |
| 15 | 78473620 | | FOC 99 | TARR | LIVE |
| 16 | 78296623 | | COSMOCAM | TARR | LIVE |
| 17 | 78436531 | | COSMODEX | TARR | LIVE |
| 18 | 78340010 | | COSMO | TARR | DEAD |
| 19 | 78339995 | | COSMOBILE | TARR | DEAD |
| 20 | 78124890 | 2695883 | COSMOSQUAD | TARR | LIVE |
| 21 | 78064413 | 2667328 | AMERICAN COSMONAUT | TARR | LIVE |
| 22 | 76405577 | | COSMOGIRL! | TARR | LIVE |
| 23 | 76376226 | | COSMO | TARR | LIVE |
| 24 | 76571129 | | COSMOS | TARR | LIVE |
| 25 | 76455976 | | COSMOPAD | TARR | LIVE |
| 26 | 76447549 | | TT COSMOWEB | TARR | DEAD |
| 27 | 76271865 | | COSMOPOLITAN | TARR | DEAD |
| 28 | 76580626 | 2930420 | COSMORAM | TARR | LIVE |
| 29 | 76572404 | | COSMOPOLITAN | TARR | LIVE |
| 30 | 76512083 | 2888500 | COSMOSTART/E | TARR | LIVE |
| 31 | 76046384 | 2661354 | COSMOSM | TARR | LIVE |
| 32 | 76046296 | 2661353 | COSMOSWORKS | TARR | LIVE |
| 33 | 76063037 | 2661399 | COSMOS | TARR | LIVE |

*EXHIBIT 13*

*A-220*

| 34 | 76353661 |         | COSMOPOLITAN                      | TARR | LIVE |
|----|----------|---------|-----------------------------------|------|------|
| 35 | 76322351 | 2832557 | CAPTAIN COSMOS COSMIC THEATER     | TARR | LIVE |
| 36 | 76166442 |         | COSMOPOLITAN                      | TARR | DEAD |
| 37 | 76328964 |         | COSMOPOLITAN                      | TARR | DEAD |
| 38 | 76424486 |         | COSMOS                            | TARR | DEAD |
| 39 | 76353658 |         | COSMOGIRL!                        | TARR | LIVE |
| 40 | 76274668 |         | COSMODATA                         | TARR | DEAD |
| 41 | 76252443 |         | COSMO QUEEN'S PRAYER              | TARR | DEAD |
| 42 | 76237359 | 2653616 | COSMO INTERACTIVE                 | TARR | LIVE |
| 43 | 76128427 | 2574477 | COSMOS                            | TARR | LIVE |
| 44 | 76125191 |         | COSMOS STUDIOS                    | TARR | DEAD |
| 45 | 76122391 |         | ONE COSMOS                        | TARR | DEAD |
| 46 | 76115945 |         | COSMOS                            | TARR | DEAD |
| 47 | 76091139 | 2661452 | COSMOS/FFE                        | TARR | LIVE |
| 48 | 76046385 |         | COSMOS/DESIGNSTAR                 | TARR | DEAD |
| 49 | 76026479 |         | COSMOTAN                          | TARR | DEAD |
| 50 | 76012129 |         | BEING COSMOS                      | TARR | LIVE |
| 51 | 76012070 |         | MIND OF COSMOS                    | TARR | DEAD |
| 52 | 75186552 | 2154301 | COSMOPLASMA                       | TARR | LIVE |
| 53 | 75777730 | 2694356 | COSMOS                            | TARR | LIVE |
| 54 | 75538855 | 2272295 | COSMOS                            | TARR | LIVE |
| 55 | 75933012 | 2457088 | COSMO'S COSMIC ADVENTURE          | TARR | LIVE |
| 56 | 75926304 |         | COSMOGIRL!                        | TARR | DEAD |
| 57 | 75782163 |         | COSMOPOLITAN VIRTUAL SALON        | TARR | DEAD |
| 58 | 75863899 |         | COSMOPOLITAN QUIZ                 | TARR | DEAD |
| 59 | 75863898 |         | COSMO QUIZ                        | TARR | DEAD |
| 60 | 75719363 |         | AQUACOSMOS                        | TARR | DEAD |
| 61 | 75982128 | 2589360 | COSMOGIRL!                        | TARR | LIVE |
| 62 | 75980863 | 2499111 | AQUACOSMOS                        | TARR | LIVE |
| 63 | 75978775 | 2304917 | COSMOPOLITAN                      | TARR | LIVE |
| 64 | 75935952 |         | WE ARE COSMOS                     | TARR | DEAD |
| 65 | 75935950 |         | I AM COSMOS                       | TARR | DEAD |
| 66 | 75931434 |         | COSMOSEAN                         | TARR | DEAD |
| 67 | 75931243 |         | COSMOSIAN                         | TARR | DEAD |
| 68 | 75931136 |         | COSMOCEAN                         | TARR | DEAD |
| 69 | 75726990 | 2491288 | COSMOS                            | TARR | LIVE |
| 70 | 75606748 | 2325904 | ASTROCOSMOS                       | TARR | LIVE |
| 71 | 75606611 | 2325903 | AC                                | TARR | LIVE |
| 72 | 75472579 |         | COSMO                             | TARR | DEAD |
| 73 | 75470642 |         | COSMOPOLITAN                      | TARR | DEAD |
| 74 | 75431403 | 2259060 | CAPTAIN COSMOS THE LAST STARVEYER | TARR | LIVE |

A-221

| 75 | 75394058 | 2301383 | COSMOLIT OFFICE | TARR | LIVE |
|----|----------|---------|-----------------|------|------|
| 76 | 75343635 | | COSMOPOLITAN | TARR | DEAD |
| 77 | 75266011 | 2196616 | COSMOPOLITAN | TARR | LIVE |
| 78 | 75264510 | | OMNIVIEW COSMOS | TARR | DEAD |
| 79 | 75237519 | 2260222 | COSMOSBAY | TARR | LIVE |
| 80 | 75236578 | | COSMOPOLITAN SPEX | TARR | DEAD |
| 81 | 75165700 | | COSMOPOLITAN | TARR | DEAD |
| 82 | 75097044 | | COSMOS | TARR | DEAD |
| 83 | 75092857 | | COSMOPOLITAN ALL ABOUT MEN | TARR | DEAD |
| 84 | 75063415 | | COSMO | TARR | DEAD |
| 85 | 75036170 | | COSMO'S ROCKET | TARR | DEAD |
| 86 | 75030381 | | COSMO | TARR | DEAD |
| 87 | 75016365 | | COSMOS | TARR | DEAD |
| 88 | 74424339 | 1855579 | COSMOPOLITAN | TARR | LIVE |
| 89 | 74625710 | 2104527 | COSMOS LINE | TARR | DEAD |
| 90 | 74252202 | 1798559 | COSMOPOLITAN | TARR | DEAD |
| 91 | 74513593 | 2027441 | COSMOS | TARR | DEAD |
| 92 | 74669759 | | COSMOPOLITAN | TARR | DEAD |
| 93 | 74658363 | 1983791 | EMERGENCY ROAD KIT COSMODA TROUSSE D'URGENCE | TARR | LIVE |
| 94 | 74555843 | 1977306 | COSMO | TARR | LIVE |
| 95 | 74549869 | 1965038 | COSMOS | TARR | LIVE |
| 96 | 74533725 | | COSMOPOLITAN | TARR | DEAD |
| 97 | 74527444 | 1944712 | COSMOS | TARR | LIVE |
| 98 | 74499946 | | COSMO | TARR | DEAD |
| 99 | 74494044 | | COSMO | TARR | DEAD |
| 100 | 74476346 | 1892997 | COSMOLOG | TARR | LIVE |

| 101 | 74449391 | 1851387 | COSMOS | TARR | DEAD |
|-----|----------|---------|--------|------|------|
| 102 | 74442189 | | COSMOFLEX | TARR | DEAD |
| 103 | 74442188 | | COSMOSPEC | TARR | DEAD |
| 104 | 74433816 | | COSMOTRON | TARR | DEAD |
| 105 | 74426455 | 1866801 | KANIMAGE THE DIGITAL PHOTOGRAPHY DIVISION OF COSMOS COMMUNICATIONS, INC | TARR | DEAD |
| 106 | 74387605 | 1821126 | COSMOCALC | TARR | DEAD |
| 107 | 74383353 | 1878473 | STAR WATCH COSMOS | TARR | DEAD |
| 108 | 74339221 | 1843536 | COSMOPOLITAN SIGNATURE COLLECTION | TARR | DEAD |
| 109 | 74313460 | | GUARDIANS OF THE COSMOS | TARR | DEAD |
| 110 | 74279401 | 1752347 | COSMOSTAR | TARR | LIVE |
| 111 | 74242670 | | EZCOSMOS | TARR | DEAD |
| 112 | 74222823 | | COSMOS/M ENGINEER | TARR | DEAD |

A-222

| 113 | 74222822 |         | COSMOS/M DESIGNER                 | TARR | DEAD |
| 114 | 74222821 |         | COSMOS/M                          | TARR | DEAD |
| 115 | 74182147 | 1685161 | COSMOPOLITAN                      | TARR | LIVE |
| 116 | 74181953 |         | COSMOPOLITAN                      | TARR | DEAD |
| 117 | 74178905 | 1688880 | COSMOTECTOR                       | TARR | LIVE |
| 118 | 74111145 | 1846486 | COSMOGANG                         | TARR | DEAD |
| 119 | 74095926 | 1753637 | COSMOS                            | TARR | DEAD |
| 120 | 74046015 |         | COSMOS                            | TARR | DEAD |
| 121 | 73577165 | 1414071 | COSMO-58                          | TARR | LIVE |
| 122 | 73797482 | 1619515 | COSMOLIT                          | TARR | LIVE |
| 123 | 73776624 | 1618470 | REPORTER                          | TARR | LIVE |
| 124 | 73651811 | 1459105 | COSMO                             | TARR | LIVE |
| 125 | 73597718 | 1419050 | COSMOS                            | TARR | DEAD |
| 126 | 73597717 | 1419049 | COSMOS/M                          | TARR | DEAD |
| 127 | 73517028 | 1350474 | COSMO PRESS-N-GO                  | TARR | DEAD |
| 128 | 73514866 | 1382101 | COSMOVISION                       | TARR | DEAD |
| 129 | 73473818 | 1334077 | COSMOS II                         | TARR | DEAD |
| 130 | 73467609 |         | COSMO                             | TARR | DEAD |
| 131 | 73458544 | 1295885 | COSMO PHONE                       | TARR | DEAD |
| 132 | 73458543 |         | COSMO COMMUNICATIONS CORPORATION  | TARR | DEAD |
| 133 | 73450232 |         | COSMOS                            | TARR | DEAD |
| 134 | 73437909 |         | COSMO TIME                        | TARR | DEAD |
| 135 | 73437903 |         | COSMO                             | TARR | DEAD |
| 136 | 73400413 |         | COSMOS                            | TARR | DEAD |
| 137 | 73400301 | 1261585 | COSMOPOLY                         | TARR | DEAD |
| 138 | 73363172 |         | COSMOS                            | TARR | DEAD |
| 139 | 73311374 |         | COSMO                             | TARR | DEAD |
| 140 | 73307583 | 1212247 | COSMO TOPPER                      | TARR | DEAD |
| 141 | 73304345 | 1189213 | COSMOS                            | TARR | DEAD |
| 142 | 73201893 | 1152976 | COSMOTRON                         | TARR | DEAD |
| 143 | 73200511 | 1162533 | KOSMOS 2                          | TARR | DEAD |
| 144 | 73168579 | 1166194 | KOSMOS                            | TARR | DEAD |
| 145 | 73113401 | 1087646 | KOSMOS I                          | TARR | DEAD |
| 146 | 72122999 | 0732719 | COSMOPOLITAN                      | TARR | LIVE |
| 147 | 81030630 | 1030630 | COSMOPOLY                         | TARR | DEAD |
| 148 | 81021972 | 1021972 | COSMOGON                          | TARR | DEAD |
| 149 | 81015185 | 1015185 | COSMOREX                          | TARR | DEAD |
| 150 | 81007318 | 1007318 | COSMOS                            | TARR | DEAD |
| 151 | 72305593 | 0907750 | COSMODYNE                         | TARR | DEAD |

A-223

Trademark Search
COSMO Trademarks Owned by Hearst

**Current Search: S8:** cosmo? [bi] and hearst [on]     docs: 175 occ: 357

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78496974 | | COSMOPOLITAN | TARR | DEAD |
| 2 | 78568524 | | COSMOPOLITAN | TARR | LIVE |
| 3 | 78563615 | | COSMOGIRL! | TARR | LIVE |
| 4 | 78600171 | | COSMOGIRL! PROM | TARR | LIVE |
| 5 | 78520903 | | COSMOGIRL! | TARR | LIVE |
| 6 | 78511057 | | COSMOPOLITAN | TARR | LIVE |
| 7 | 78563628 | | COSMOPOLITAN | TARR | LIVE |
| 8 | 78563611 | | COSMOPOLITAN | TARR | LIVE |
| 9 | 78542916 | | COSMOPOLITAN | TARR | LIVE |
| 10 | 78447546 | | THE COSMOPOLITAN CHANNEL | TARR | LIVE |
| 11 | 78510386 | | COSMOPOLITAN | TARR | LIVE |
| 12 | 78510383 | | COSMOGIRL! | TARR | LIVE |
| 13 | 78510381 | | COSMOPOLITAN | TARR | LIVE |
| 14 | 78498339 | | COSMOPOLITAN | TARR | LIVE |
| 15 | 78466213 | | COSMOGIRL! | TARR | LIVE |
| 16 | 78487899 | | COSMOPOLITAN | TARR | LIVE |
| 17 | 78470370 | | COSMOGIRL! | TARR | LIVE |
| 18 | 78466196 | | COSMOPOLITAN | TARR | LIVE |
| 19 | 76589302 | | COSMO QUIZ | TARR | LIVE |
| 20 | 76405577 | | COSMOGIRL! | TARR | LIVE |
| 21 | 76383894 | | COSMOPOLITAN | TARR | LIVE |
| 22 | 76574422 | | COSMOPOLITAN STYLE | TARR | LIVE |
| 23 | 76182622 | | COSMOPOLITAN | TARR | DEAD |
| 24 | 76240148 | | COSMOPOLITAN | TARR | DEAD |
| 25 | 76230312 | | COSMOGIRL! | TARR | DEAD |
| 26 | 76230306 | | COSMOPOLITAN | TARR | DEAD |
| 27 | 76271865 | | COSMOPOLITAN | TARR | DEAD |
| 28 | 76271863 | | COSMOGIRL! | TARR | LIVE |
| 29 | 76572409 | 2927504 | COSMOPOLITAN | TARR | LIVE |
| 30 | 76572404 | | COSMOPOLITAN | TARR | LIVE |
| 31 | 76177731 | | COSMOPOLITAN | TARR | DEAD |

*EXHIBIT*

*14*

*A-224*

| | | | | | |
|---|---|---|---|---|---|
| 32 | 76413801 | | CAFE COSMOPOLITAN | TARR | DEAD |
| 33 | 76166271 | | COSMOPOLITAN | TARR | DEAD |
| 34 | 76106071 | | THE COSMOPOLITAN CHANNEL | TARR | DEAD |
| 35 | 76106070 | | COSMOPOLITAN | TARR | DEAD |
| 36 | 76062729 | | COSMOPOLITAN | TARR | DEAD |
| 37 | 76286555 | | COSMOPOLITAN | TARR | DEAD |
| 38 | 76510699 | | COSMOGIRL! COOL ROOM | TARR | LIVE |
| 39 | 76386912 | | COSMOPOLITAN | TARR | DEAD |
| 40 | 76179868 | | COSMOPOLITAN | TARR | DEAD |
| 41 | 76177730 | | COSMOPOLITAN | TARR | DEAD |
| 42 | 76017426 | | COSMO | TARR | DEAD |
| 43 | 76976552 | 2856638 | COSMOGIRL! | TARR | LIVE |
| 44 | 76353661 | | COSMOPOLITAN | TARR | LIVE |
| 45 | 76327512 | | COSMOPOLITAN CATALOG | TARR | DEAD |
| 46 | 76263370 | | COSMOPOLITAN BOXING TRAINER | TARR | DEAD |
| 47 | 76410971 | | COSMOPOLITAN | TARR | DEAD |
| 48 | 76271861 | | COSMOPOLITAN | TARR | DEAD |
| 49 | 76180015 | | COSMOPOLITAN | TARR | DEAD |
| 50 | 76166442 | | COSMOPOLITAN | TARR | DEAD |
| 51 | 76976135 | 2823992 | COSMOGIRL! | TARR | LIVE |
| 52 | 76383893 | | COSMOGIRL! | TARR | LIVE |
| 53 | 76328964 | | COSMOPOLITAN | TARR | DEAD |
| 54 | 76271864 | | COSMO | TARR | DEAD |
| 55 | 76975996 | 2813979 | COSMOGIRL! | TARR | LIVE |
| 56 | 76521257 | | COSMOPOLITAN.COM | TARR | LIVE |
| 57 | 76060746 | | COSMOPOLITAN | TARR | DEAD |
| 58 | 76060745 | | COSMOGIRL! | TARR | DEAD |
| 59 | 76383895 | | COSMOPOLITAN | TARR | DEAD |
| 60 | 76180016 | | COSMOPOLITAN | TARR | DEAD |
| 61 | 76049331 | | COSMOPOLITAN | TARR | DEAD |
| 62 | 76410287 | | COSMOGIRL! | TARR | DEAD |
| 63 | 76382412 | | COSMO | TARR | LIVE |
| 64 | 76353658 | | COSMOGIRL! | TARR | LIVE |
| 65 | 76271860 | | COSMOPOLITAN | TARR | DEAD |
| 66 | 76131938 | | COSMOPOLITAN | TARR | LIVE |
| 67 | 76122458 | | COSMOPOLITAN | TARR | LIVE |
| 68 | 76106069 | | COSMOPOLITAN | TARR | LIVE |
| 69 | 76049327 | | COSMOPOLITAN | TARR | LIVE |
| 70 | 75602377 | | COSMOPOLITAN | TARR | LIVE |
| 71 | 75729214 | 2459086 | COSMO COLLEGE | TARR | LIVE |
| 72 | 75624345 | 2527954 | COSMO GIRL | TARR | LIVE |

A·225

| 73 | 75492997 | | COSMOPOLITAN TELEVISION | TARR | LIVE |
|---|---|---|---|---|---|
| 74 | 75191053 | 2137979 | COSMOPOLITAN | TARR | DEAD |
| 75 | 75497789 | | COSMOPOLITAN | TARR | LIVE |
| 76 | 75438592 | | COSMO | TARR | DEAD |
| 77 | 75975801 | 2112532 | COSMOPOLITAN ALL ABOUT MEN | TARR | DEAD |
| 78 | 75761609 | | COSMOGIRL! | TARR | LIVE |
| 79 | 75383395 | | COSMO | TARR | DEAD |
| 80 | 75123212 | 2164522 | COSMOPOLITAN BEDSIDE ASTROLOGER | TARR | LIVE |
| 81 | 75926304 | | COSMOGIRL! | TARR | DEAD |
| 82 | 75550669 | | COSMOPOLITAN HAIR | TARR | DEAD |
| 83 | 75003306 | 2178873 | COSMOPOLITAN | TARR | LIVE |
| 84 | 75711869 | | COSMO | TARR | DEAD |
| 85 | 75438593 | | COSMOPOLITAN | TARR | DEAD |
| 86 | 75782163 | | COSMOPOLITAN VIRTUAL SALON | TARR | DEAD |
| 87 | 75923377 | | COSMOPOLITAN | TARR | DEAD |
| 88 | 75383835 | | COSMOPOLITAN | TARR | DEAD |
| 89 | 75863899 | | COSMOPOLITAN QUIZ | TARR | DEAD |
| 90 | 75863898 | | COSMO QUIZ | TARR | DEAD |
| 91 | 75784203 | | COSMOPOLITAN | TARR | DEAD |
| 92 | 75982686 | 2640350 | COSMOPOLITAN | TARR | LIVE |
| 93 | 75982128 | 2589360 | COSMOGIRL! | TARR | LIVE |
| 94 | 75981096 | 2518660 | COSMOPOLITAN.COM | TARR | LIVE |
| 95 | 75978775 | 2304917 | COSMOPOLITAN | TARR | LIVE |
| 96 | 75975005 | 1970612 | COSMOPOLITAN | TARR | DEAD |
| 97 | 75930696 | | COSMOPOLITAN | TARR | DEAD |
| 98 | 75696721 | | COSMOPOLITAN | TARR | DEAD |
| 99 | 75623903 | | COSMOPOLITAN.COM | TARR | DEAD |
| 100 | 75623902 | 2407134 | COSMO GIRL! | TARR | LIVE |

| 101 | 75543436 | | COSMOPOLITAN | TARR | DEAD |
|---|---|---|---|---|---|
| 102 | 75492986 | | CAFE COSMOPOLITAN | TARR | DEAD |
| 103 | 75492985 | | GENERATION COSMO | TARR | DEAD |
| 104 | 75470642 | | COSMOPOLITAN | TARR | DEAD |
| 105 | 75450196 | 2240684 | COSMOPOLITAN | TARR | LIVE |
| 106 | 75383834 | | COSMOPOLITAN | TARR | DEAD |
| 107 | 75383833 | | COSMOPOLITAN | TARR | DEAD |
| 108 | 75383832 | | COSMO | TARR | DEAD |
| 109 | 75383831 | | COSMO | TARR | DEAD |
| 110 | 75365160 | 2300518 | COSMOPOLITAN BODY BENCH | TARR | LIVE |
| 111 | 75343635 | | COSMOPOLITAN | TARR | DEAD |

A-226

| 112 | 75300960 |          | COSMO                                 | TARR | DEAD |
| 113 | 75292435 |          | COSMOPOLITAN.COM                      | TARR | DEAD |
| 114 | 75275941 |          | COSMOPOLITAN BODY TRAC                | TARR | DEAD |
| 115 | 75275940 |          | COSMOPOLITAN                          | TARR | DEAD |
| 116 | 75275939 | 2202206  | COSMOPOLITAN BODY BIKE                | TARR | LIVE |
| 117 | 75273061 | 2223187  | COSMOPOLITAN FLEX & TONE              | TARR | LIVE |
| 118 | 75273060 |          | COSMOPOLITAN BOXING TRAINER           | TARR | DEAD |
| 119 | 75273059 | 2196639  | COSMOPOLITAN BODY STRETCH             | TARR | LIVE |
| 120 | 75273058 |          | COSMOPOLITAN                          | TARR | DEAD |
| 121 | 75266011 | 2196616  | COSMOPOLITAN                          | TARR | LIVE |
| 122 | 75246814 |          | COSMOPOLITAN                          | TARR | DEAD |
| 123 | 75244291 |          | COSMOPOLITAN                          | TARR | DEAD |
| 124 | 75236578 |          | COSMOPOLITAN SPEX                     | TARR | DEAD |
| 125 | 75236577 |          | COSMOPOLITAN                          | TARR | DEAD |
| 126 | 75231642 |          | COSMOPOLITAN                          | TARR | DEAD |
| 127 | 75229679 |          | COSMO GIRL                            | TARR | DEAD |
| 128 | 75207065 |          | COSMOPOLITAN                          | TARR | DEAD |
| 129 | 75202435 |          | COSMOPOLITAN                          | TARR | DEAD |
| 130 | 75197747 |          | COSMOPOLITAN                          | TARR | DEAD |
| 131 | 75165700 |          | COSMOPOLITAN                          | TARR | DEAD |
| 132 | 75092857 |          | COSMOPOLITAN ALL ABOUT MEN            | TARR | DEAD |
| 133 | 75083183 |          | COSMOPOLITAN                          | TARR | DEAD |
| 134 | 75083181 |          | COSMOPOLITAN                          | TARR | DEAD |
| 135 | 75068376 |          | COSMOPOLITAN                          | TARR | DEAD |
| 136 | 75060465 |          | COSMOPOLITAN                          | TARR | DEAD |
| 137 | 75021677 | 2008571  | COSMOPOLITAN                          | TARR | DEAD |
| 138 | 74305383 | 1823745  | COSMOPOLITAN                          | TARR | DEAD |
| 139 | 74568305 | 1911389  | COSMOPOLITAN                          | TARR | LIVE |
| 140 | 74424339 | 1855579  | COSMOPOLITAN                          | TARR | LIVE |
| 141 | 74301080 | 1805381  | COSMOPOLITAN                          | TARR | DEAD |
| 142 | 74252202 | 1798559  | COSMOPOLITAN                          | TARR | DEAD |
| 143 | 74711076 | 2189586  | COSMOPOLITAN BACHELOR OF THE MONTH    | TARR | LIVE |
| 144 | 74669759 |          | COSMOPOLITAN                          | TARR | DEAD |
| 145 | 74666232 |          | COSMO                                 | TARR | DEAD |
| 146 | 74658266 |          | COSMOPOLITAN                          | TARR | DEAD |
| 147 | 74640814 |          | COSMOPOLITAN                          | TARR | DEAD |
| 148 | 74630032 |          | COSMOPOLITAN                          | TARR | DEAD |
| 149 | 74627976 | 2235977  | COSMOPOLITAN                          | TARR | LIVE |
| 150 | 74607693 | 1939769  | COSMOPOLITAN CATALOG                  | TARR | DEAD |
| 151 | 74555631 | 1967400  | COSMOPOLITAN                          | TARR | DEAD |
| 152 | 74533725 |          | COSMOPOLITAN                          | TARR | DEAD |

A-227

| 153 | 74495891 |         | COSMO                              | TARR | DEAD |
|-----|----------|---------|------------------------------------|------|------|
| 154 | 74420012 | 1912545 | COSMOPOLITAN                       | TARR | DEAD |
| 155 | 74395700 |         | COSMOPOLITAN                       | TARR | DEAD |
| 156 | 74362329 |         | COSMOPOLITAN                       | TARR | DEAD |
| 157 | 74341296 | 1843656 | COSMO                              | TARR | DEAD |
| 158 | 74339287 | 1848203 | COSMOPOLITAN                       | TARR | DEAD |
| 159 | 74339221 | 1843536 | COSMOPOLITAN SIGNATURE COLLECTION  | TARR | DEAD |
| 160 | 74316464 |         | COSMOPOLITAN                       | TARR | DEAD |
| 161 | 74182147 | 1685161 | COSMOPOLITAN                       | TARR | LIVE |
| 162 | 74181953 |         | COSMOPOLITAN                       | TARR | DEAD |
| 163 | 74181952 |         | COSMOPOLITAN                       | TARR | DEAD |
| 164 | 74181951 |         | COSMOPOLITAN                       | TARR | DEAD |
| 165 | 74161071 |         | COSMOPOLITAN                       | TARR | DEAD |
| 166 | 74160037 |         | COSMOPOLITAN                       | TARR | DEAD |
| 167 | 74147040 | 1849233 | COSMOPOLITAN                       | TARR | DEAD |
| 168 | 74145171 | 1842399 | COSMOPOLITAN                       | TARR | DEAD |
| 169 | 74133157 | 1659685 | COSMOPOLITAN                       | TARR | DEAD |
| 170 | 74132661 |         | COSMOPOLITAN                       | TARR | DEAD |
| 171 | 74097827 | 1870577 | COSMOPOLITAN                       | TARR | DEAD |
| 172 | 73692563 | 1647395 | COWSMOPOLITAN                      | TARR | LIVE |
| 173 | 73632188 | 1448513 | COSMOPOLITAN                       | TARR | LIVE |
| 174 | 73023073 | 1059881 | COSMOPOLITAN                       | TARR | DEAD |
| 175 | 71692780 | 0630028 | COSMOPOLITAN                       | TARR | LIVE |

*A-228*

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31, and 34

United States Patent and Trademark Office

Reg. No. 2,785,065
Registered Nov. 18, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## COSMOTAN

LIGHT SOURCES INC (CONNECTICUT COR-
PORATION)
37 ROBINSON BLVD
ORANGE, CT 06477

FOR: ULTRAVIOLET LAMPS NOT FOR MEDI-
CAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND
34).

FIRST USE 6-30-2003; IN COMMERCE 6-30-2003.

SN 78-140,041, FILED 6-28-2002.

JOHN SCHUYLER YARD, EXAMINING ATTOR-
NEY

*EXHIBIT*
*15*

A-229

EXHIBIT
16

A-230

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,888,500

Registered Sep. 28, 2004

### TRADEMARK
### PRINCIPAL REGISTER

# CosmoStart/E

COSMEDICO LIGHT, INC. (DELAWARE COR-
PORATION)
233 LIBBEY IND. PARKWAY
WEYMOUTH, MA 02189

FOR: ELECTRONIC STARTER FOR LOW-PRES-
SURE ULTRA-VIOLET FLUORESCENT TANNING
LAMPS WITH WATTAGES FROM 15W TO 220W, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-2002; IN COMMERCE 11-1-2002.

SER. NO. 76-512,083, FILED 4-21-2003.

LEIGH CAROLINE CASE, EXAMINING ATTOR-
NEY

*EXHIBIT*
*17*

*A-231*

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,788,198

## United States Patent and Trademark Office

Registered Dec. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER



COSMEDICO LIGHT, INC. (DELAWARE COR-
PORATION)
233 LIBBEY IND. PARKWAY
WEYMOUTH, MA 02189

FOR: VERY HIGH OUPUT, LONGLIFE, REFLEC-
TOR STYLE FLUORESCENT LIGHTING TUBES, IN
CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 7-30-1997; IN COMMERCE 7-30-1997.

OWNER OF U.S. REG. NOS. 1,365,407 AND
2,476,193.

SER. NO. 76-415,356, FILED 6-3-2002.

CATHERINE CAIN, EXAMINING ATTORNEY

*EXHIBIT*
*18*

A. 232

**Int. Cl.: 11**

**Prior U.S. Cls.: 13, 21, 23, 31, and 34**

**United States Patent and Trademark Office**

**Reg. No. 2,476,193**
Registered Aug. 7, 2001

## TRADEMARK
### PRINCIPAL REGISTER



COSMEDICO LIGHT, INC. (DELAWARE COR-
PORATION)
65 BAYSTATE DRIVE
BRAINTREE, MA 021845201

  FOR: ULTRAVIOLET BULBS/LAMPS USED FOR
INDOOR TANNING, IN CLASS 11 (U.S. CLS. 13, 21,
23, 31 AND 34).

  FIRST USE 6-16-1998; IN COMMERCE 6-16-1998.

OWNER OF U.S. REG. NO. 1,365,407.

SN 75-558,911, FILED 9-25-1998.

WILLIAM BRECKENFELD, EXAMINING ATTOR-
NEY

*EXHIBIT*
*19*

A. 233

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

**United States Patent and Trademark Office**

Reg. No. 2,907,881

Registered Dec. 7, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# CosmoPower

COSMEDICO LIGHT, INC. (DELAWARE COR-
PORATION)
233 LIBBEY IND. PARKWAY
WEYMOUTH, MA 02189

FOR: LIGHTING PARTS, NAMELY LAMPS,
FLOURESCENT TUBES AND BALLASTS, IN CLASS
11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 11-29-1993; IN COMMERCE 11-29-1993.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,365,407, 2,788,198
AND OTHERS.

SER. NO. 76-540,434, FILED 8-14-2003.

AISHA CLARKE, EXAMINING ATTORNEY

*EXHIBIT*
*20*

A-234

Int. Cls.: 10 and 11

Prior U.S. Cls.: 13, 21, 23, 26, 31, 34, 39 and 44

## United States Patent and Trademark Office

Reg. No. 1,992,299
Registered Aug. 13, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## COSMEDICO

COSMEDICO LIGHT, INC. (ILLINOIS CORPO-
RATION)
1816 JOHNS DRIVE
GLENVIEW, IL 60025

FOR: LAMPS USED FOR MEDICAL PUR-
POSES, AND PARTS THEREOF, NAMELY
BALLASTS, STARTERS, AND IGNITERS, IN
CLASS 10 (U.S. CLS. 26, 39 AND 44).
FIRST USE 9–30–1993; IN COMMERCE
9–30–1993.

FOR: LAMPS FOR COSMETIC PURPOSES,
AND PARTS THEREOF, NAMELY BALLASTS,
STARTERS, AND IGNITERS, IN CLASS 11 (U.S.
CLS. 13, 21, 23, 31 AND 34).
FIRST USE 9–30–1993; IN COMMERCE
9–30–1993.

SER. NO. 74–479,062, FILED 1–14–1994.

ESTHER BELENKER, EXAMINING ATTOR-
NEY

*EXHIBIT 21*

A - 235

Int. Cl.: 11

Prior U.S. Cl.: 21

## United States Patent and Trademark Office

Reg. No. 1,873,744
Registered Jan. 17, 1995

## TRADEMARK
## PRINCIPAL REGISTER

## COSMOTRONIC

COSMEDICO LIGHT, INC. (ILLINOIS CORPO-
RATION)
1816 JOHNS DRIVE
GLENVIEW, IL 60025

FOR: LIGHTING PART ACCESSORIES;
NAMELY, BALLASTS, IN CLASS 11 (U.S. CL.
21).

FIRST USE 4-21-1993; IN COMMERCE
4-21-1993.

SER. NO. 74-479,061, FILED 1-14-1994.

ELLEN B. AWRICH, EXAMINING ATTORNEY

EXHIBIT
22

A-236

Int. Cls.: 9 and 11

Prior U.S. Cl.: 21

## United States Patent and Trademark Office

Reg. No. 1,752,347
Registered Feb. 16, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## COSMOSTAR

KOSMEDICO KOSMETISCHE UND MEDIZIN-
ISCHE LAMPEN GMBH (FED REP GERMA-
NY CORPORATION)
KOLNER STRASSE 8
D-7000 STUTTGART 50, FED REP GERMANY

FOR: ELECTRIC AND ELECTRONIC BAL-
LASTS FOR DISCHARGE LAMPS; ELECTRI-
CAL CABLES, WIRES, CONDUCTORS AND
CONNECTORS; CAPACITORS, CHOKES, BELL
TRANSFORMERS; ELECTRIC AND ELEC-
TRONIC SWITCHES; LAMP SOCKETS, IN
CLASS 9 (U.S. CL. 21).

FOR: ELECTRIC LAMPS; ELECTRIC DIS-
CHARGE LAMPS, IN CLASS 11 (U.S. CL. 21).

OWNER OF FED REP GERMANY REG. NO.
2012274, DATED 4-6-1992, EXPIRES 9-19-2001.

OWNER OF U.S. REG. NO. 1,365,407.

SER. NO. 74-279,401, FILED 5-29-1992.

JESSIE B. WARMAN, EXAMINING ATTORNEY

EXHIBIT

23

A-237

Int. Cl.: 11

Prior U.S. Cl.: 21

## United States Patent and Trademark Office

Reg. No. 1,694,218
Registered June 16, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## COSMOTECH

KOSMEDICO INC (DELAWARE CORPORA-
TION)
1816 JOHNS DRIVE
GLENVIEW, IL 60025

FOR: HALIDE QUARTZ LAMPS FOR THE
GRAPHIC ARTS INDUSTRY, IN CLASS 11 (U.S.
CL. 21).

FIRST USE 3-12-1991; IN COMMERCE
3-12-1991.

SER. NO. 74-163,258, FILED 5-3-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

*EXHIBIT*
*24*

A- 238

Int. Cl.: 10

Prior U.S. Cl.: 44

Reg. No. 1,365,407

# United States Patent and Trademark Office

Registered Oct. 15, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## COSMOLUX

KOSMEDICO VERTRIEB KOSMETISCHER UND MEDIZIMISCHER LAMPEN GMBH (FED REP GERMANY CORPORATION)
GRIESENER STRASSE 64
STUTTGART, FED REP GERMANY

FOR: INSOLATION AND IRRADIATION LAMPS FOR COSMETIC AND THERAPEUTICAL APPLICATION, IN CLASS 10 (U.S. CL. 44).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. K46707/11WZ, FILED 2-17-1984, REG. NO. 1061632, DATED 3-29-1984, EXPIRES 2-17-1994.

SER. NO. 483,243, FILED 6-1-1984.

ANDREW N. FRIEDMAN, EXAMINING ATTORNEY

*EXHIBIT*

*25*

*A-239*

FRANK N. DARDENO
FRANK N. DARDENO, JR. *
RONALD A. DARDENO
DAVID E. BELFORT ** 
KERRIE PRIONE DEZAK
MICHELLE M. MULVENA

* Also admitted in Florida
** Also admitted in D.C.

THERESA M. DONCASTER
PARALEGAL

# LAW OFFICES OF FRANK N. DARDENO
### SUITE 7A
COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 523 - 6434 • FACSIMILE (617) 523 - 6457
WWW.DARDENO.COM

SOMERVILLE OFFICE
424 BROADWAY
SOMERVILLE, MA 02145

TEL: (617) 666 2600
FAX: (617) 666-2794

DISC.FORT@DARDENO.COM

February 10, 2003

**Kristin Tiffany, CEO**
**Tan Systems, Inc.**
**1920 Highway 42 South**
**McDonough, GA 30252**

*Via Certified Mail 7002 0860 0005 2491 0749*
*Return Receipt Requested*
*and fax 1 800 232 9826*

In re:        **NOTICE TO CEASE AND DESIST**
            Trademark:        **VHR®**
            Trademark Owner:    **Cosmedico® Light, Inc. ("Cosmedico")**
            Infringing Party:    **Tan Systems, Inc. ("Tan Systems")**

Dear Ms. Tiffany:

This office is counsel to the above named Cosmedico. Kindly direct further communications to the undersigned counsel.

It has come to our attention that Tan Systems has been marketing a 160 Watt and 100 Watt reflector lamp under the 'THR' and 'TLR' names, respectively. I have attached as "Exhibit A" some recent marketing materials demonstrating said use.

Tan System's use of 'THR' and 'TLR' names is confusingly similar to Cosmedico's VHR® and VLR® lamps. The purpose of this correspondence is to give you formal notice of Cosmedico's trademark rights in the VHR® and VLR® trademarks and to direct you to immediately stop, cease and desist from any further use of the 'THR' and 'TLR' marks in the stream of commerce.

As you are no doubt aware, Cosmedico, which owns all rights and interests in the VHR® and VLR® trademarks, has gone through great expense and effort to protect the marks from infringing use. These marks have been registered with the U.S. Patent and Trademark Office and are listed on the Federal Register. Any use of a mark in connection with the sale of goods which is "likely to cause confusion, or to cause mistake, or to deceive. . ." is improper. See 15 U.S.C.A. §§ 1051 - 1127, 1111, 1114.

*EXHIBIT*
*26*

Page 2 of 2
February 10, 2003

Cosmedico is seeking to protect and maintain consumer good will, loyalty to its products and the sound reputation it has built through the years. Unauthorized use of a mark, logo or insignia that are confusingly similar to the VHR® and VLR® marks are an infringement as they are likely to cause dilution of the marks' value due to consumer confusion regarding the source of the product.

It is the hope of Cosmedico that you will voluntarily agree to retract, pull and destroy all advertising, marketing and other references to 'THR' and 'TLR' forthwith. However, should Tan Systems chose to continue to disseminate either the 'THR' or 'TLR' logos, this office has been instructed to take any and all steps reasonably necessary to preserve Cosmedico's rights and ownership interests in its intellectual property.

It is requested that you, or your counsel, contact me in order to confirm that you have taken affirmative steps to eliminate all infringing use of Cosmedico's marks.

Your expedited cooperation in this matter is solicited.

Very truly yours

David E. Belfort

DEB/tdp
encl.
cc.    Jerry Frank, President COSMEDICO®
F:\Dave\CLIENTS.COSMEDICO Tan Systems\cease and desist to Tan Systems.doc

A-241



**LIGHT SOURCES INC.**

February 13, 2003

David E. Belfort
Law Officers of Frank N. Dardeno
Suite 7A
Commercial Wharf – West
Boston, MA 02110

RE:  TRADEMARK VHR AND VLR; OUR REF. I-744

Dear Mr. Belfort:

Your letter dated February 13, 2003 to Ms. Tiffany of Tan Systems, Inc. has been referred to me for response.

Your letter implies that your client is the owner of Federal Trademark Registrations for the marks VHR and VLR. However, the alleged trademark registrations have not been identified by any registration number, date of first use and/or any other form of identification to evidence that your client is the owner of any such registrations for the alleged marks.

In order to give this matter any serious consideration, it is requested that you provide me with a copy of the registration certificate for each of said alleged registrations. Upon receipt of a copy of your registration certificates for said VHR and VLR marks, this matter will be given further consideration. Unless copies of said registration certificates are received, it will be assumed that your client has withdrawn its allegations of infringement and that the matter may be considered closed.

It is requested that all correspondence be addressed to the undersigned.

Very truly yours,

David Myers
Vice-President

*EXHIBIT*
*27*

FRANK N. DARDENO
FRANK N. DARDENO, JR. *
RONALD A. DARDENO
DAVID E. BELFORT **
KERRIE PEDONE DEZAK
MICHELLE M. MULVENA

* Also admitted in Florida
** Also admitted in D.C.

THERESA M. DONCASTER,
PARALEGAL

LAW OFFICES OF FRANK N. DARDENO

COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 523 - 6434 • FACSIMILE (617) 523 - 6457
WWW.DARDENO.COM

SOMERVILLE OFFICE
424 BROADWAY
SOMERVILLE, MA 02145

TEL: (617) 666-2600
FAX: (617) 666-2794

DBELFORT@DARDENO.COM

February 14, 2003

Kristin Tiffany, CEO
Tan Systems, Inc.
1920 Highway 42 South
McDonough, GA 30252

**Via First Class Mail and
fax 1-800-232-9826**

David Myers, V.P.
Light Sources Inc.
PO Box 948
37 Robinson Boulevard
Orange, CT 06477 – 0948

**Via First Class Mail and
fax 203 – 796 – 5267**

In re:    **SECOND NOTICE TO CEASE AND DESIST**
Trademarks:    **VHR® & COSMOLUX VLR®**
Trademark Owner:    **Cosmedico® Light, Inc. ("Cosmedico")**
Infringing Party:    **Tan Systems, Inc. ("Tan Systems")**

Dear Ms. Tiffany and Mr. Myers:

This office is counsel to the above named Cosmedico. Thank you for Mr. Myers' response to my letter by correspondence dated February 13, 2003.

As a preliminary matter, it is incumbent upon Tan Systems to conduct its own due diligence prior to employing protected intellectual property in the stream of commerce. As you, and your legal counsel, are no doubt aware, the United States Patent and Trademark Office principle register is readily available on-line to the public at no cost (http://www.uspto.gov/main/trademarks.htm).

Assuming, *arguendo*, that Tan Systems did not know that the VHR® (Registration No. 2124659) or COSMOLUX VLR® (Registration Nos. 1365507, 1873744, 1919520) marks were owned by Cosmedico, a minimal review of the prior art on the Principal Trademark Register would have prevented your unauthorized and infringing use of the marks.

*EXHIBIT*

*28*

Page 2 of 2
February 14, 2003

I reiterate that Cosmedico seeks the urgent voluntary cooperation of Tan Systems in pulling and destroying all advertising, marketing and other references to 'THR' and 'TLR' so as to avoid consumer confusion.

You are advised that should you fail or refuse to comply with this legitimate request, this office is authorized to take any and all steps reasonably necessary to preserve Cosmedico's rights and ownership interests in its intellectual property. Be reminded that the Lanham Act affords remedies for infringement which include injunction against further infringement, recovery of lost profits and lost sales, attorney fee-shifting and up to three (3) times actual damages for knowing, willful or intentional violations of the Act. See 15 U.S.C. §1127 et. sec.

Again your expedited response is required.

Very truly yours

David E. Belfort

DEB/tdp
encl.
cc.      Jerry Frank, President COSMEDICO®
F:\Dave\CLIENTS\COSMEDIC\Tan Systems\follow up letter.doc

**LIGHT**
**SOURCES**
**INC.**

February 24, 2003

David E. Belfort
Law Offices of Frank N. Dardeno
Suite 7A
Commercial Wharf – West
Boston, MA 02110

Dear Mr. Belfort:

This will acknowledge your letter of February 14, 2003.

For your information, please be advised that your client has the
burden of proving it is the owner of the marks you are alleging are
being infringed. Light Sources, Inc. and Tan Systems, in response
to your initial letter of February 10, 2003, specifically requested
that you establish your client's ownership of the alleged registered
marks VHR® and VLR®. You have not produced any evidence of
ownership of the VHR® and VLR® marks, much less any registration
of said marks.

You are advised that the alleged VLR mark has been registered to
Envirex, Inc. in Class IC 011. Registration No. 1,365,507 is a
cancelled registration. Registration Nos. 1,873,744 and
1,919,520, also recited in your letter, are likewise cancelled and of
no force and effect, and have no relevance to what you are
asserting.

There are numerous HR and LR marks used in conjunction with a
prefix letter including the letter "V". Assuming your client has
registered VHR® and VLR®, the said marks have only very limited
scope and are, therefore, very weak marks.

In view of the weakness of your client's mark, a court will not find
that THR or TLR are likely to be confused with your client's alleged
VHR® and VLR® trademarks.

It appears from your letter that you are not experienced in the law
of trademark. Please be advised that the use of "®" in association
with a mark that is not, in fact, registered constitutes false marking,
fraud and deceptive advertising.

P.O. Box 948 • 37 Robinson Boulevard • (
Tel: 203 799-7877 • Fax: 203 795-5267 •

*EXHIBIT*
*28*

*A-245*

David E. Belfort
Page Two

Unless you can provide a registration certificate for your alleged trademarks, this matter is considered closed.

Very truly yours,

David Myers

Cc:    Jerry Frank, Cosmedico
       Kristen Tiffany, Tan Systems

FRANK N. DARDENO
FRANK N. DARDENO, JR. *
RONALD A. DARDENO
DAVID E. BELFORT **
KERRIE PEDONE DEZAK
MICHELLE M. MULVENA

\* Also admitted in Florida
\*\* Also admitted in D.C.

THERESA M. DONCASTER,
PARALEGAL

**LAW OFFICES OF FRANK N. DARDENO**
SUITE 7A
COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 523 - 6434 ♦ FACSIMILE (617) 523 - 6457
WWW.DARDENO.COM

*Copy*

SOMERVILLE OFFICE
424 BROADWAY
SOMERVILLE, MA 02145

TEL: (617) 666-2600
FAX: (617) 666-2794

DBELFORT@DARDENO.COM

March 7, 2003

Kristin Tiffany, CEO
Tan Systems, Inc.
1920 Highway 42 South
McDonough, GA 30252

**Via First Class Mail and
fax 1-800-232-9826**

David Myers, V.P.
Light Sources Inc.
PO Box 948
37 Robinson Boulevard
Orange, CT 06477 – 0948

**Via First Class Mail and
fax 203 – 796 – 5267**

In re:    **THIRD NOTICE TO CEASE AND DESIST**
          Trademarks:        **VHR® & COSMOLUX VLR ™**
          Trademark Owner:   **Cosmedico® Light, Inc. ("Cosmedico")**
          Infringing Party:  **Tan Systems, Inc. ("Tan Systems")**

Dear Ms. Tiffany and Mr. Myers:

This office is counsel to the above named Cosmedico. I am in receipt of your letter dated February 24, 2003 and, quite frankly, I am surprised back by your belligerent tone given the clear violations of Federal Trademark law in which you are engaged. You are advised that this correspondence is my final attempt to impart upon both Tan Systems, Inc. and Light Sources, Inc. that my client is serious about protecting its intellectual property rights in both VHR® and COSMOLUX VLR ™.

Contrary to your unsubstantiated assertions, both VHR® and COSMOLUX VLR ™ are strongly associated with Cosmedico in the tanning bulb industry. Simply put, they represent the quality and reputation of Cosmedico, which has gone through great lengths and expense to trademark and market the brands and products.

*EXHIBIT
30*

*A - 247*

Page 2 of 2
Cosmedico / Tan Systems
March 7, 2003

Again, VHR® was registered with the Patent and Trademark office ("PTO") (Registration number 2124659) on December 30, 1997. You are correct that COSMOLUX VLR ™ has not been registered, however, it was originally filed with the PTO in August, 1997 and was re-filed in May, 2002 (Pending Serial No. 76 – 415356). Cosmedico not only created the novel mark, but was first to use it in interstate commerce and was first to register it with the PTO. Today, "VLR" is widely associated with Cosmedico as its source and is protected intellectual property.

Please be advised that unless both Tan Systems, Inc. and Light Sources, Inc. cooperate immediately in pulling and destroying all advertising, marketing and other references to 'THR' and 'TLR' so as to avoid consumer confusion, Cosmedico intends to pursue this matter in Federal District Court. Given that both Tan Systems, Inc. and Light Sources, Inc. have received repeated notice of their infringement, my client will be seeking multiple damages, reimbursement of its attorney's fees and costs.

Your urgent action is anticipated.

Very truly yours

David E. Belfort

DEB/tdp
encl.
cc.    Jerry Frank, President COSMEDICO®
F:\Dave\CLIENTS\COSMEDICO\Tan Systems\follow up letter 2.doc

A-248

# FATTIBENE AND FATTIBENE

## Attorneys at Law

Patent, Trademark, Copyright and Related Matters

2480 Post Road

Southport, Connecticut

06890

Arthur T. Fattibene
Paul A. Fattibene

Telephone (203)255-4400
Facsimile (203)259-0033

March 12, 2003

David E. Belfort
Law Offices of Frank N. Dardeno
Suite 7A
Commercial Wharf — West
Boston, MA 02110

Re:  **Alleged Trademark VHR® and VLR®; Our Ref. I-744**

Dear Mr. Belfort:

Please be advised that your letter of March 7, 2003, to Tan Systems, Inc. and Light Sources, Inc. has been referred to me for response.

I have reviewed your previous letters to Tan Systems and Light Sources, Inc.  Frankly, I am quite surprised that any knowledgeable person can consider that my client's use of THR and TLR constitutes an infringement of your client's alleged trademarks "VHR" AND/OR "COSMOLUX VLR."  Clearly, your client has no exclusive right to the letters "HR" or "LR" absent a distinguishing prefix or suffix.  Certainly, your client has no exclusive rights in and to the alleged trademark VLR as that mark has been registered under Registration No. 2,133,076 in Class IC-011 to Envirex, Inc., as you have been previously advised by Mr. Myers in his letter of February 19, 2003.  Further, the dominant portion of your client's alleged VLR mark is the term COSMOLUX coupled with a design or figure of a dog or cat.  Under no stretch of the imagination can a Court remotely consider that the use of TLR constitutes an infringement of your proposed combination COSMOLUX VLR and design mark, and particularly not when the mark VLR is registered to another in IC 011.

Also for your information, there are a number of HR marks, e.g., PHR Registration No. 1,305,808; BHR Registration No. 1,960,144; CHR Registration No. 0,787,071, and a host of TLR marks that have been registered to others.  The fact that numerous marks consisting of "UR" or "LR" having various other

*EXHIBIT*
*31*

*A·249*

AND FATTIBENE
S at Law                    AT

David E. Belfort            Page 2            March 12, 2003

distinguishing single letter prefixes, e.g. P, B, C, T, etc., is a strong indication that your client's alleged marks are exceptionally weak marks, and thus, cannot render my client's THR and TLR marks confusingly similar to your client's alleged mark VHR or proposed combination COSMOLUX VLR and design mark. Therefore, there can be no infringement.

As an analogy, it would be absurd for one to allege that the mark ABC is confusingly similar to the mark NBC merely because both marks have the letters "BC" in common. Your efforts to allege that my client's marks THR and TLR are confusingly similar to your client's alleged marks VHR and COSMOLUX VLR with design would be equally absurd.

Since you have not produced any registration certificate that will establish your client's ownership to said alleged asserted trademark, which has now been twice requested, one can only conclude that your client lacks any standing to assert these marks.

Unless you immediately cease and desist in asserting your frivolous infringement allegations, you leave my client no other option but to seek corrective action.

I trust that you will advise your client on the hazards of pursuing frivolous litigation in the U.S. District Courts that is totally lacking in merit.

We consider the matter now closed, as you have not cited any law, logic or authority to substantiate your client's frivolous assertions.

Very truly yours,
**Fattibene and Fattibene**

Arthur T. Fattibene

ATF/esf
cc:  David Myers
     Kristin Tiffany, CEO

A-250

**OSRAM**
**SYLVANIA**

Susan Wright
Trademark Specialist
Tel: (978) 750-2310
Fax: (978) 750-2045
E-mail: susan.wright@sylvania.com

October 6, 2004

Arthur T. Fattibene, Esq.
2480 Post Road
Southport, CT  06890

**RECEIVED**

**OCT 0 8 2004**

FATTIBENE and FATTIBENE

Re:     *Light Systems, Inc. vs. Cosmedico Light, Inc.*

Dear Attorney Fattibene:

Per our conversation with Jon Stringer, we will be able to provide the following documents to prove evidence of use:

- Labels (enclosed)
- Invoices (within two weeks)

In order to provide additional lamp samples, the cost to your client will be approximately $3000.00 plus shipping.  This is due to the fact that we do not break up cartons.

In order to provide photographs of lamps, this will cost your client approximately $500.00.  This fee includes the shipping of the camera to the site, the time to locate lamps in the warehouse, open packages and take photos, reseal packages and place back into stock.  If you wish for us to proceed, please make check payable to OSRAM SYLVANIA Products Inc., and forward to my attention.

Although we have located the fiche machine, we are now trying to locate the fiche.  Once the fiche is found, it should take a couple of days to make copies of invoices. I believe we will be able to provide this documentation within the next two weeks, assuming we locate the fiche. In the event we cannot locate the fiche, I will contact you no later than October 21st.

We do not make VLR or VHR lamps standing alone.  Both marks are always used in conjunction with another trademark.  The only lamps types we manufacture relating to your request are enclosed via labels.

We have no printed publications or sales literature on these products.

Sincerely,

Susan Wright

Enclosures
  cc:  Jon Stringer, Esq.

*EXHIBIT*
*32*

OSRAM SYLVANIA          www.sylvania.com          Telephone (978) 777-1900          100 Endicott Street
Danvers, MA 01923

*A-251*