IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COSMEDICO LIGHT, INC.,

        Plaintiff,

v.

LIGHT SOURCES, INC.,

        Defendant.

Civil Action No. 05-CV-10589-NMG

## LIGHT SOURCE'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS, STAY OR TRANSFER TO THE FIRST-FILED FORUM

Michael A. Albert, BBO #558566
Michael N. Rader, BBO # 646990
Adam J. Kessel, BBO # 661211
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000


OF COUNSEL:

Arthur T. Fattibene
Paul A. Fattibene
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
(203) 255-4400

**INTRODUCTION**

Light Sources, Inc. ("Light Sources") respectfully requests leave to file this Reply Memorandum in order to rebut Cosmedico Light, Inc.'s ("Cosmedico") misstatement of facts, sly innuendoes and argument of counsel unsupported by facts. As explained in Light Sources' opening memorandum and in more detail below, the factual and legal issues raised in the earlier-filed Connecticut action and this Massachusetts action are virtually identical, and thus this case should be dismissed.

**THE PARTIES**

Cosmedico characterizes Cosmedico and Light Sources as "direct competitors." (Opp. at 2). Cosmedico is wrong. Cosmedico does not manufacture any tanning lamps, and thus does not compete with Light Sources in the manufacture of tanning lamps.

Cosmedico's statement that "[t]ogether with its parent company, Cosmedico Licht of Stuttgart, Germany, Cosmedico is the largest provider of sunlamps and power systems for ultraviolet equipment in the world" (id.) is unsupported on the record. Further, Cosmedico's reference to "a copy of a recent Cosmedico catalogue, depicting many of the VHR® and "COSMO" branded products" is misplaced, as no such catalogue was attached to the opposing papers Cosmedico served on Light Sources.

**THE TRADEMARK IN SUIT**

Cosmedico asserts rights in several marks incorporating the "COSMO-" prefix, including COSMOSTAR for ballasts, wire cables, connectors, etc., COSMOPOWER for ballasts and ignitors, and COSMOSTART/E for electronic starters. (Opp. at 2-3). In

1

point of fact, Light Sources has not used any of Cosmedico's asserted COSMOSTAR,

COSMOPOWER or COSMOSTART/E trademarks which Cosmedico applies to its

ballasts, wire cables, connectors, ignitors and/or electronic starters or any mark similar

thereto.

Cosmedico also asserts that it uses a group mark COSMOLUX in connection with

many of its products. Yet Cosmedico admits that Light Sources never used the mark

COSMOLUX VLR (A-188).[1]  Referring to the asserted trademark COSMOSTAR (A-

237) and COSMOLUX (A-239), this Court can take judicial notice that these two

registrations are owned by a German corporation Kosmedico Licht, who has not been

joined as a party to this action.  See Fed. R. Civ. P. 19.


**THE CONNECTICUT LITIGATION AND THE NEWLY FILED
MASSACHUSETTS ACTION DO HAVE OVERLAPPING ISSUES.**

Cosmedico admits that the elements in common in the two actions are the two

parties, Cosmedico and Light Sources, and the Cosmedico VHR trademark registration.

(Opp. at 5).  The Connecticut Court merely ruled that Light Sources' claim asserting

inequitable conduct in the procurement of the VHR trademark, as alleged in Count V in

the Connecticut action, was barred as res judicata.  Significantly, the Connecticut Court

ruled that the res judicata bar does not apply to Tan Systems, as Tan Systems was not in

privity with Light Sources during the opposition proceedings before the Trademark Trial

and Appeal Board (TTAB). (A-108).  As a result, the validity and enforceability issues

with respect to the VHR trademark are still before the Connecticut court.  In the event the

Connecticut court determines that the VHR trademark is invalid and/or unenforceable

---

[1] (A-  ) refers to Light Sources' attachment A to Light Sources main Memorandum followed by page number.

because of inequitable conduct, Counts 8 to 12 of the Massachusetts action would be

rendered moot.  Contrary to Cosmedico's statement (Opp. at 6), the Connecticut Court's

Ruling on the issues relating to the VHR trademark will have a substantial impact on

VHR issues raised in the Massachusetts action.

**THE COSMOTAN REGISTRATION WAS GRANTED PRIOR TO
COSMEDICO'S PLEADINGS IN THE CONNECTICUT ACTION, AND COULD
HAVE BEEN PLEADED IN THE CONNECTICUT ACTION.**

Cosmedico asserts that "At the time pleadings in the Connection action closed,

Cosmedico was unaware of the [fraudulent] COSMOTAN registration."  (Opp. at 4).

Cosmedico fails to explain why it was unaware of the registration.  Contrary to

Cosmedico's statement, the COSMOTAN mark was published for opposition on

December 17, 2002 (attached Reply Exhibit 2), some five (5) months prior to the filing of

the Connecticut action on May 16, 2003.  (A-97).  Significantly, Cosmedico did not

oppose the registration of the COSMOTAN mark.  The COSMOTAN mark was

registered on November 18, 2003 (A-229), several months prior to Cosmedico's filing its

Answer and Counterclaims to Light Sources' and Tan Systems' Second Amended

Complaint on January 20, 2004. (A-139-163).  The last pleading in the Connecticut

action was filed on February 4, 2004, Docket #35 (A-95).

Even if Cosmedico was not on actual notice of the COSMOTAN registration, it at

least had constructive notice and should have been aware of the granting of the

registration, as it was not a secret.  If Cosmedico considers its prefix "COSMO" marks to

be valuable, Cosmedico should have policed the marketplace more diligently.  Light

Sources ought not be prejudiced by Cosmedico's failure or negligence to properly plead

the causes of action that are being raised in the Massachusetts action that could and

should have been pleaded in the first filed Connecticut action.  Cosmedico, at all times,

could have requested the opportunity to file a supplementary amended pleading in the

Connecticut action pursuant to Fed. R. Civ. P. 15.  Cosmedico did not.

**COSMEDICO'S STATEMENT THAT IT LACKED KNOWLEDGE OF LIGHT SOURCES' USE OF THE VHO MARK WITH THE R IN THE O AS A MODEL DESIGNATION IS LACKING IN CANDOR.**

Cosmedico states that it did not learn of Light Sources' use of the VHO mark with

the R in the O until this year, 2005, long after pleadings in the Connecticut action were

closed.  (Opp. at 4).  Cosmedico's statement is totally lacking in candor, when it is noted

that as early as October 20, 1997, Light Sources, pursuant to FDA regulations, provided

FDA data to show compatibility between Light Sources "Signature Series" FR

71T12VHO lamp and the COSMOLUX VHR NA1-15-160W lamp, together with box

labels, a user instruction sheet and examples of lamp labels that will evidence that Light

Sources has been applying the accused VHO marking with the R in the O since

November 1997.  See attached Declaration, Exhibit 1.  Such box labels, lamp labels, and

instruction sheets are all publicly available and are readily known to those in the industry.

For Cosmedico to deny any knowledge of Light Sources' box labels and markings

applied to Light Sources' VHO lamps prior to 2005, as evidenced by attached

Declaration Exhibit 1, is a deliberate misrepresentation of fact.

**COSMEDICO DOES NOT DISPUTE THAT THE COSMO PREFIX IS NOT ENTITLED TO PROTECTION.**

Cosmedico, in its memorandum, does not dispute the widespread common usage of the COSMO prefix in commerce by entities other than Cosmedico.  Such well known COSMO dictionary prefix, as evidenced in Light Sources' moving papers, ought to clearly negate any claim of any exclusive trademark rights in any such commonly used COSMO prefix so as to preclude any federal and/or state claim of trademark infringement, dilution and/or unfair competition by Cosmedico as a matter of law. American Standard v. Scott & Fetzer, 200 USPQ 457 (TTAB 1978).  By its absolute silence, Cosmedico effectively admits that it has no enforceable trademark rights in the COSMO prefix.  The Anti-Dissection Rule precludes any selected dissection of a trademark whereby emphasis is placed on a non-distinctive component portion, i.e. "COSMO", rather than the mark as a whole that creates the commercial impression which the mark as a whole imprints on the mind of an ordinary buyer.

**CONCLUSION**

For the above reasons, Light Sources requests that this case be dismissed, or in the alternative, this case be transferred to the District of Connecticut or stayed pending the resolution of the first-filed Connecticut action.

Respectfully submitted,

LIGHT SOURCES, INC.,

By its counsel,

Dated: June 14, 2005                    /s/ Adam J. Kessel
                                        Michael A. Albert, BBO #558566
                                        malbert@wolfgreenfield.com
                                        Michael N. Rader, BBO # 646990
                                        mrader@wolfgreenfield.com
                                        Adam J. Kessel, BBO # 661211
                                        akessel@wolfgreenfield.com
                                        WOLF, GREENFIELD & SACKS, P.C.
                                        600 Atlantic Ave.
                                        Boston, MA 02210
                                        (617) 646-8000

OF COUNSEL:

Arthur T. Fattibene
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
(203) 255-4400

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**COSMEDICO LIGHT, INC.**
>                    **Plaintiff**

>                                        **Civil Action No.**

>          **v.**
>                                        **05 10589 (NMG)**

**LIGHT SOURCES, INC.**
>                    **Defendant**              **June 10, 2005**

## DECLARATION OF ARTHUR T. FATTIBENE

I, ARTHUR T. FATTIBENE, hereby declare under pain and penalties pursuant to Title 18, section 1001 of the United States Code, that I am an attorney for Light Sources, Inc. (Light Sources) and that I represent Light Sources and Tan Systems, Inc. in a currently pending trademark matter in the U.S. District Court, District of Connecticut, captioned Light Sources, Inc. and Tan Systems, Inc. v. Cosmedico Light, Inc., Civil Action 3:03 CV 874 (MRK) filed May 16, 2003, and that I am knowledgeable of the facts stated herein.

1. Attached Reply Exhibit 1 is a copy of a letter dated October 20, 1997, from Light Sources, Inc. to Mr. Norman L. Timberlake of the Office of Compliance (HF2-312) Center for Devices and Radiological Health, Food and Drug

Administration reporting data pursuant to 21 CFR 1040-20 to show compatibility between Light Sources "Signature Series" FR71T12/VHO lamp and the COSMOLUX VHR NA1-15-160W lamp, together with representative box labels, user instruction sheet and examples of lamp labels for a new lamp to be sold by Light Sources and released into the market during November 1997.

2.    Attachment 1-C to Reply Exhibit 1 is a copy of the box label for use with Light Sources new Signature Series FR71/VHO reflector lamps showing the R within the O.

3.    Attachment 1-D to Reply Exhibit 1 is a copy of the etching imprinted on each such new lamp.

4.    Attached Reply Exhibit 2 is a copy of a Trademark Electronic Search System (TESS) relating to Light Sources' COSMOTAN trademark containing the prosecution history that indicates the COSMOTAN mark was published for opposition on December 17, 2002.

_____
ARTHUR T. FATTIBENE

**LIGHT SOURCES, INC.**

FDA Document #
9521618-03

37 Robinson Boulevard, Orange, CT 06477
FAX: (203) 795-LAMP, PHONE: (203) 799-7877
*Internet E-mail: gczako@light-sources.com*

10/20/97

Mr. Norman L. Timberlake
Office of Compliance (HFZ-312)
Center for Devices and Radiological Health
Food and Drug Administration
2098 Gaither Road
Rockville, Maryland 20850

Amendment to: 9632397-00

Mr. Timberlake,

Attached are representative box labels, a user instruction sheet, and examples of
lamp labels for a new lamp series which will be sold by Light Sources. They are the
same as the previously manufactured Light Sources '2.6' reflector lamps except they
will have a 230 degree reflector instead of the current 180 degree reflector. This will
be done in order to make the lamp comparable to the Cosmolux VHR lamp.

Also attached is data to show compatability between our 'Signature Series'
FR71T12/VHO lamp and the Cosmolux VHR NA1-15-160W lamp. These lamps
will begin to be released into the market during November of 1997.

Thank you for your time and please let me know if I can be of any further assistance.

Regards,

Gene Czako

REPLY
EXHIBIT
1



# LIGHT SOURCES INC.

**MODEL CHANGE REPORT**
**SIGNATURE SERIES**
**10/20/97**
**LIGHT SOURCES, INC.**

**AMENDMENT TO REPORT 9632397-00**
**PREPARED BY :**
**EUGENE CZAKO**

*Eugene Czako* 10/20/97

P.O. Box 948 • 37 Robinson Boulevard • Orange, CT 06477-0948
Tel: 203 799-7877 • Fax: 203 795-LAMP • http://www.light-sources.com

I-A

# *Signature Series*

## by Light Sources, Inc.
## Tanning Lamps

37 Robinson Boulevard, Orange, CT 06477
Phone: 203-799-7877  Fax: 203-795-LAMP

## User Instructions

## MODEL IDENTIFICATION

FR59/VHO              FR71/VHO              FR73/VHO/RDC

LAMP TYPE                         EQUIVALENT TO:
SIGNATURE SERIES FR71/VHO        COSMOLUX VHR NA1-15-160W

DANGER - Ultraviolet radiation. Follow instructions. Avoid overexposure. As with natural sunlight, overexposure can cause eye and skin injury and allergic reactions. Repeated exposure may cause premature aging of the skin and skin cancer. WEAR PROTECTIVE EYEWEAR; FAILURE TO MAY RESULT IN SEVERE BURNS OR LONG-TERM INJURY TO THE EYES. Medications or cosmetics may increase your sensitivity to the ultraviolet radiation. Consult physician before using sunlamp if you are using medications or have a history of skin problems or believe yourself especially sensitive to sunlight. If you do not tan in the sun, you are unlikely to tan from use of this product.

Sunlamp - DANGER - Ultraviolet radiation. Follow instructions.
Use ONLY in fixture equipped with a timer.

*ALWAYS FOLLOW INSTRUCTIONS ACCOMPANYING THE SUNLAMP PRODUCT TO AVOID AND MINIMIZE POTENTIAL INJURY!  ALWAYS WEAR PROTECTIVE EYEWEAR!*

PURCHASER SHOULD RETAIN THIS FORM FOR FUTURE REFERENCE AND LAMP COMPATIBILITY INFORMATION

COSMOLUX IS A TRADEMARK OF COSMEDICO INC

10/16/97 equsigna

*1-B*

REPRESENTATIVE BOX LABELS

**LIGHT SOURCES, INC.**    37 ROBINSON BLVD. ORANGE, CT 06477

*Signature Series*

**FR71/VHO®**

Fluorescent • Germicidal • Blacklight • Custom Lamp Engineering

CES293

OCTOBER 20, 1997

THESE LAMPS HAVE BEEN TESTED AND FOUND TO
COMPLY TO THE REGULATIONS OF FEDERAL
PERFORMANCE STANDARD 21 CFR 1040-20

QTY: 12

1-C

| **NEW LAMP NAME** | **PREVIOUS LAMP NAME** |
|---|---|

*Signature Series*
FR59/VH®
Sunlamp **DANGER.** Ultraviolet radiation.
Follow instructions. Use **ONLY** in
fixture equipped with a timer.

LIGHT SOURCES FR59T12/BL/VHO/2.6/230

*Signature Series*
FR71/VH®
Sunlamp **DANGER.** Ultraviolet radiation.
Follow instructions. Use **ONLY** in
fixture equipped with a timer.

LIGHT SOURCES FR71T12/BL/VHO/2.6/230

*Signature Series*
FR73/VH®
Sunlamp DANGER. Ultraviolet radiation.
Follow instructions. Use ONLY in
fixture equipped with a timer.

LIGHT SOURCES FR73T12/BL/VHO/2.6/230

*1 – D*

EXPOSURE TIME COMPARISON

| LAMP TYPE | UVA | UVB | B/A | C/B | Te | Tm |
|---|---|---|---|---|---|---|
| LSI FR71T12/BL/VHO/2.6 | 22.52 | 0.567 | .0252 | .000011 | 145.9 | 396.4 |
| COSMOLUX VHR | 21.13 | 0.516 | .0244 | .000018 | 156.5 | 428.7 |
| % DIFFERENCE | | | | | 93.2% | 92.5% |

/-E

## COSMOLUX VHR NA1-15-160W

---

Data File Name      : C:\752\VHR\COS96.DAT
Data File Designation: (T) COS96 = VHR   ( DateCode =  )
Data File Units     : Irradiance [(W/cm^2nm))/A]
Data File Date      : 970103
Wavelength Range: 250 - 400 nm @ 1 nm

---

Sunlamp Calculations (over range: 250 - 400 nm at 1 nm):

MAXIMUM EXPOSURE TIMES:
    Maximum Erythemal   time Te -  156.453 minutes
    Maximum Melanogenic time Tm -  428.722 minutes
    First Week Max time .75MED  -  29.335 minutes

IRRADIANCE RATIOS:
    Ratio (200-260)/(260-320) -  0.000018
    Ratio (260-320)/(320-400) -  0.024419

---

    TOTAL UVB          - 0.515944
    TOTAL UVA          - 21.128942
    UVB/UVA PERCENTAGE VALUE  - 2.44 %

---

/ - F

## COSMOLUX VHR NA1-15-160W

Data File Name        : C:\752\VHR\C
Data File Designation: (T) COS96 = VHR   ( DateCode = )
Data File Units       : Irradiance [(W/cm^2nm))/A]
Data File Date        : 970103

L = 250
U = 400
N = 1

| 250.0nm | 3.123E-11 | 280.0nm | 3.500E-09 | 310.0nm | 1.102E-06 |
|---|---|---|---|---|---|
| | 1.733E-11 | | 3.205E-09 | | 1.480E-06 |
| | 1.891E-12 | | 9.834E-10 | | 4.351E-06 |
| | 1.405E-10 | | 1.070E-09 | | 1.002E-05 |
| | 6.572E-10 | | 4.990E-10 | | 3.310E-06 |
| 255.0nm | 2.830E-11 | 285.0nm | 1.347E-09 | 315.0nm | 2.812E-06 |
| | 1.029E-11 | | 2.692E-09 | | 3.295E-06 |
| | 0.000E+00 | | 1.681E-09 | | 3.882E-06 |
| | 9.977E-12 | | 9.181E-09 | | 4.525E-06 |
| | 0.000E+00 | | 6.235E-08 | | 5.281E-06 |
| 260.0nm | 2.202E-11 | 290.0nm | 6.381E-08 | 320.0nm | 6.101E-06 |
| | 0.000E+00 | | 6.637E-09 | | 7.104E-06 |
| | 1.218E-11 | | 1.687E-08 | | 8.095E-06 |
| | 3.423E-11 | | 2.901E-08 | | 9.203E-06 |
| | 1.882E-11 | | 1.568E-08 | | 1.038E-05 |
| 265.0nm | 1.084E-10 | 295.0nm | 2.513E-08 | 325.0nm | 1.170E-05 |
| | 1.070E-10 | | 1.646E-07 | | 1.310E-05 |
| | 3.166E-11 | | 4.480E-07 | | 1.455E-05 |
| | 1.627E-11 | | 6.110E-08 | | 1.611E-05 |
| | 4.289E-11 | | 7.240E-08 | | 1.776E-05 |
| 270.0nm | 1.677E-11 | 300.0nm | 9.682E-08 | 330.0nm | 1.955E-05 |
| | 2.219E-11 | | 1.911E-07 | | 2.143E-05 |
| | 1.294E-11 | | 5.704E-07 | | 2.328E-05 |
| | 3.437E-11 | | 3.836E-07 | | 2.553E-05 |
| | 1.051E-10 | | 2.748E-07 | | 2.827E-05 |
| 275.0nm | 1.225E-09 | 305.0nm | 3.510E-07 | 335.0nm | 2.869E-05 |
| | 9.637E-10 | | 4.401E-07 | | 3.145E-05 |
| | 1.097E-11 | | 5.549E-07 | | 3.358E-05 |
| | 3.905E-11 | | 6.984E-07 | | 3.565E-05 |
| | 3.798E-10 | | 8.783E-07 | | 3.762E-05 |

1-G

340.0nm   3.968E-05     375.0nm   2.027E-05
          4.150E-05               1.882E-05
          4.321E-05               1.751E-05
          4.480E-05               1.613E-05
          4.617E-05               1.498E-05

345.0nm   4.860E-05     380.0nm   1.383E-05
          4.968E-05               1.275E-05
          5.073E-05               1.176E-05
          5.140E-05               1.086E-05
          5.193E-05               9.978E-06

350.0nm   5.208E-05     385.0nm   9.140E-06
          5.241E-05               8.415E-06
          5.242E-05               7.699E-06
          5.190E-05               7.051E-06
          5.134E-05               6.461E-06

355.0nm   5.078E-05     390.0nm   6.020E-06
          4.998E-05               5.393E-06
          4.874E-05               4.892E-06
          4.750E-05               4.436E-06
          4.615E-05               4.028E-06

360.0nm   4.475E-05     395.0nm   3.660E-06
          4.333E-05               3.307E-06
          4.165E-05               2.996E-06
          4.021E-05               2.710E-06
          4.239E-05               2.457E-06

365.0nm   4.600E-05     400.0nm   2.236E-06
          3.724E-05
          3.347E-05
          3.155E-05
          2.989E-05

370.0nm   2.814E-05
          2.655E-05
          2.484E-05
          2.324E-05
          2.170E-05

*I-H*

SYMBOL TABLE
-=C:\752\VHR\COS96 [(W/cm^2nm)]/A]

-= (T) COS96 = VHR   ( DateCode = )

WAVELENGTH (nm)

SPECTRAL IRRADIANCE

I-1

# LIGHT SOURCES SIGNATURE SERIES
## (FR71T12/BL/VHO/2.6/230)

---

Data File Name      : C:\752\VHR\LVHR-N~1.DAT
Data File Designation:
LVHR-NE-AR = LSI 2.6B VHR NE/AR 235 DEG REFL @300MA (P1 R290)
Data File Units     : Irradiance [(W/(cm^2 nm))]
Data File Date      : 1960101
Wavelength Range: 250.00 - 400.00 nm @ 1.00 nm

---

Sunlamp Calculations (over range: 250 - 400 nm at 1 nm):

MAXIMUM EXPOSURE TIMES:
    Maximum Erythemal   time Te -  145.934 minutes
    Maximum Melanogenic time Tm -  396.459 minutes
    First Week Max time .75MED  -   27.363 minutes

IRRADIANCE RATIOS:
    Ratio (200-260)/(260-320)  -  0.000011
    Ratio (260-320)/(320-400)  -  0.025175

---

    TOTAL UVB         -  0.567170
    TOTAL UVA         - 22.528988
    UVB/UVA PERCENTAGE VALUE  -  2.52 %

---

/- J

# LIGHT SOURCES SIGNATURE SERIES
## (FR71T12/BL/VHO/2.6/230)

Data File Name      : C:\752\VHR\L
Data File Designation:
LVHR-NE-AR = LSI 2.6B VHR NE/AR 235 DEG REFL @300MA (P1 R290)
Data File Units      : Irradiance [(W/(cm^2 nm))]
Data File Date       : 1960101

L = 250
U = 400
N = 1

| | | |
|---|---|---|
| 250.0nm 0.000E+00 | 280.0nm 2.306E-09 | 310.0nm 1.368E-06 |
| 6.583E-13 | 2.452E-09 | 1.776E-06 |
| 1.834E-11 | 1.237E-09 | 4.381E-06 |
| 4.784E-11 | 1.137E-09 | 9.469E-06 |
| 3.000E-10 | 4.907E-10 | 3.681E-06 |
| 255.0nm 2.939E-11 | 285.0nm 9.322E-10 | 315.0nm 3.297E-06 |
| 6.977E-11 | 1.922E-09 | 3.843E-06 |
| 4.503E-11 | 1.229E-09 | 4.482E-06 |
| 6.494E-11 | 6.542E-09 | 5.199E-06 |
| 3.048E-11 | 4.292E-08 | 6.030E-06 |
| 260.0nm 3.893E-11 | 290.0nm 4.597E-08 | 320.0nm 6.901E-06 |
| 2.811E-11 | 5.179E-09 | 7.957E-06 |
| 8.074E-11 | 1.344E-08 | 9.042E-06 |
| 2.742E-11 | 2.439E-08 | 1.021E-05 |
| 5.136E-11 | 1.599E-08 | 1.148E-05 |
| 265.0nm 1.168E-10 | 295.0nm 2.533E-08 | 325.0nm 1.290E-05 |
| 1.452E-10 | 1.453E-07 | 1.441E-05 |
| 2.708E-11 | 4.080E-07 | 1.594E-05 |
| 2.469E-11 | 6.872E-08 | 1.770E-05 |
| 1.047E-10 | 8.544E-08 | 1.946E-05 |
| 270.0nm 8.020E-11 | 300.0nm 1.176E-07 | 330.0nm 2.144E-05 |
| 5.566E-11 | 2.112E-07 | 2.349E-05 |
| 4.827E-11 | 5.538E-07 | 2.546E-05 |
| 1.360E-10 | 4.282E-07 | 2.779E-05 |
| 1.064E-10 | 3.484E-07 | 3.070E-05 |
| 275.0nm 7.495E-10 | 305.0nm 4.459E-07 | 335.0nm 3.209E-05 |
| 6.986E-10 | 5.626E-07 | 3.420E-05 |
| 8.010E-11 | 7.127E-07 | 3.651E-05 |
| 1.524E-10 | 9.002E-07 | 3.869E-05 |
| 4.475E-10 | 1.107E-06 | 4.077E-05 |

1-K

340.0nm   4.290E-05
          4.476E-05
          4.656E-05
          4.827E-05
          4.987E-05

345.0nm   5.231E-05
          5.346E-05
          5.441E-05
          5.528E-05
          5.577E-05

350.0nm   5.591E-05
          5.607E-05
          5.591E-05
          5.530E-05
          5.477E-05

355.0nm   5.427E-05
          5.327E-05
          5.175E-05
          5.043E-05
          4.900E-05

360.0nm   4.735E-05
          4.591E-05
          4.427E-05
          4.256E-05
          4.470E-05

365.0nm   4.785E-05
          3.923E-05
          3.512E-05
          3.311E-05
          3.130E-05

370.0nm   2.949E-05
          2.768E-05
          2.587E-05
          2.427E-05
          2.258E-05

375.0nm   2.112E-05
          1.964E-05
          1.818E-05
          1.675E-05
          1.551E-05

380.0nm   1.426E-05
          1.311E-05
          1.210E-05
          1.116E-05
          1.024E-05

385.0nm   9.373E-06
          8.580E-06
          7.874E-06
          7.190E-06
          6.579E-06

390.0nm   6.082E-06
          5.464E-06
          4.946E-06
          4.473E-06
          4.065E-06

395.0nm   3.679E-06
          3.335E-06
          3.025E-06
          2.738E-06
          2.483E-06

400.0nm   2.265E-06

1-L

SYMBOL TABLE
-=C:\752\VHR\LVHR-N`1 [(W/(cm^2 nm))]

-=LVHR-NE-AR = LSI 2.6B VHR NE/AR 235 DEG REFL @300MA  (P1 R290)

WAVELENGTH (nm)

SPECTRAL IRRADIANCE

W-1



### UNITED STATES PATENT AND TRADEMARK OFFICE

## Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:11:20 EST 2003*

| PTO Home | TRADEMARK | TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | COSMOTAN |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: ULTRAVIOLET LAMPS NOT FOR MEDICAL USE |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78140041 |
| **Filing Date** | June 28, 2002 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | December 17, 2002 |
| **Owner** | (APPLICANT) light sources inc CORPORATION CONNECTICUT 37 robinson blvd orange CONNECTICUT 06477 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO Home | TRADEMARK | TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

*REPLY*
*EXHIBIT*
*2*

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2003-03-27 10:43:21 ET

**Serial Number:** 78140041

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** COSMOTAN

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2003-03-11

**Filing Date:** 2002-06-28

**The Notice of Allowance Date is:** 2003-03-11

**Registration Date:** (DATE NOT AVAILABLE)

**Law Office Assigned:** TMO Law Office 115

**Attorney Assigned:**
YARD JOHN S Employee Location

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2003-03-11

---

### CURRENT APPLICANT(S)/OWNER(S)

1. light sources inc

**Address:**
light sources inc
37 robinson blvd
orange, CT 06477
United States
**State or Country of Incorporation:** Connecticut
**Legal Entity Type:** Corporation

---

### GOODS AND/OR SERVICES

ULTRAVIOLET LAMPS NOT FOR MEDICAL USE
**International Class:** 011
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**Basis:** 1(b)

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2003-03-11 - Notice of allowance - mailed

---

2002-12-17 - Published for opposition

2002-11-27 - Notice of publication

2002-10-16 - Approved for Pub - Principal Register (Initial exam)

2002-10-11 - Examiner's amendment mailed

2002-10-01 - Non-final action mailed

2002-09-27 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
LIGHT SOURCES INC
37 ROBINSON BLVD
ORANGE CT 06477
United States