UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIGHT SOURCES, INC., and )
TAN SYSTEMS, INC., )
)
Plaintiffs, )
) Civil Action No. 1:05CV10589 (NMG)
v. )
)
)
COSMEDICO LIGHT, INC., )
)
Defendant. )
)
_____)

**APPEARANCE**

Enter my appearance as counsel in this case for Defendant, Light Sources, Inc.

Date: 9/27/05

Respectfully submitted,

_____
Michael J, Rye BBO 556383
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone (860) 286-2929
Facsimile (860) 286-0115
Email mrye@cantorcolburn.com
Attorney for Plaintiff
Light Sources, Inc.

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by mail on the 27 day of September, 2005.

_____
Michael J. Rye