IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COSMEDICO LIGHT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT SOURCES, INC.<br><br>Defendant. | Case No. 1:05-CV-10589 (NMG) |

### STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Cosmedico Light, Inc., and Defendant, Light Sources, Inc., by and through their respective counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims each has against the other pending in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in connection with this matter.

STIPULATED AND AGREED TO HEREIN BY:

COSMEDICO LIGHT, INC.,

By: _____ Date: 11/10/05
Dale A. Malone, Esq.
Banner & Witcoff, Ltd.
28 State Street
Boston, MA 02109
(617) 720-9600

Attorney for Plaintiff

LIGHT SOURCES, INC.

By: _____ Date: 11/9/05
Michael J. Rye, Esq. BBO #556383
Steven M. Coyle, Esq. BBO #564189
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929

Michael N. Radar
Wolf, Greenfield & Sacks, PC
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500

Attorneys for Defendant

1

**SO ORDERED:**

Dated: __Nov. 17__, 2005        /s/ Nathaniel M. Gorton
                                NATHANIEL M. GORTON
                                UNITED STATES DISTRICT JUDGE